| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF UTAH |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **All Resort Group, Inc.** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA All Resort Coach, Inc.**<br>**DBA ARG Vehicle Service Center, LLC, dba LV Service Center**<br>**DBA Park City Transportation, Inc.**<br>**DBA Resort Express, Inc.**<br>**DBA 645-TAXI**<br>**DBA A R E**<br>**DBA ACE Cab Company**<br>**DBA Airport Shuttle Salt Lake**<br>**DBA Airport Transportation Park City**<br>**DBA All Resort Car Rental**<br>**DBA All Resort Express**<br>**DBA All Resort Group**<br>**DBA All Resort Limousine**<br>**DBA All Resort Transportation**<br>**DBA All Resorts Shuttle**<br>**DBA Canyon Limousine Express**<br>**DBA Curtis Services**<br>**DBA Daytrips**<br>**DBA ESG Transportation**<br>**DBA Express Shuttle Transportation**<br>**DBA Le Taxi**<br>**DBA Lewis Stages**<br>**DBA Lewis Tours**<br>**DBA LV Service Center**<br>**DBA Mountain Coach**<br>**DBA P C Transportation**<br>**DBA Park City Airport Shuttle**<br>**DBA Park City Cabs and Shuttles**<br>**DBA Park City Car Rental**<br>**DBA Park City Escalade**<br>**DBA Park City Executive Transportation**<br>**DBA Park City Express Shuttle**<br>**DBA Park City Reservations**<br>**DBA Park City Shuttles**<br>**DBA Park City Taxi**<br>**DBA Park City Transport**<br>**DBA Park City Transportation**<br>**DBA Park City Transportation Elite Services**<br>**DBA Park City Transportation Experts**<br>**DBA Park City Transportation Express**<br>**DBA Park City Transportation Services Express**<br>**DBA Park City Transportation Services Shuttle**<br>**DBA Park City Transportation Ski Express Shuttle**<br>**DBA Park City Transportation Taxi**<br>**DBA PCT Charter Services**<br>**DBA Premier Transportation** |

Debtor **All Resort Group, Inc.**      Case number (*if known*)
       Name

       **DBA  Redhorse Express**
       **DBA  Resort Limousine Utah**
       **DBA  Salt Lake Airport Shuttle**
       **DBA  Salt Lake City Airport Shuttle**
       **DBA  Salt Lake City Airport Transportation**
       **DBA  Salt Lake City Transportation**
       **DBA  Salt Lake City Utah Airport Transportation**
       **DBA  Salt Lake Express Shuttle**
       **DBA  Salt Lake Park City Shuttle**
       **DBA  Salt Lake Shuttle Express**
       **DBA  Ski Express Shuttle**
       **DBA  Snowbird Express**
       **DBA  Sunrise Transportation and Taxi**
       **DBA  Sunrise Transportation Services**
       **DBA  SuperShuttle of Utah**
       **DBA  Utah Airport Transportation**
       **DBA  Utah Limousine Service**
       **DBA  Xpress 4 Less Car Rental**
       **DBA  Xpress 4 Less Taxi**
       **FDBA  Xpress 4 Less**
       **FKA  All Resort Taxi, Inc.**
       **FKA  Newco Transportation, Inc**

**3.** **Debtor's federal Employer Identification Number** (EIN)

**27-4435207**

**4.** **Debtor's address**

**Principal place of business**

**1500 Kearns Blvd Ste F-100**
**Park City, UT 84060**
Number, Street, City, State & ZIP Code

**Summit**
County

**Mailing address, if different from principal place of business**

**PO Box 681780**
**Park City, UT 84068**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**549 West 500 South Salt Lake City, UT 84101**
Number, Street, City, State & ZIP Code

**5.** **Debtor's website** (URL)    **www.allresort.com**

**6.** **Type of debtor**

- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor  **All Resort Group, Inc.**  Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

Debtor **All Resort Group, Inc.**　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **All Resort Group, Inc.**     Case number (*if known*) _____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 28, 2017**
                    MM / DD / YYYY

X **/s/ J.L. Killingsworth**                 **J.L. Killingsworth**
Signature of authorized representative of debtor         Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Anna W. Drake**               Date **April 28, 2017**
Signature of attorney for debtor                  MM / DD / YYYY

**Anna W. Drake**
Printed name

**Anna W. Drake, P.C.**
Firm name

**PO Box 581126**
**Salt Lake City, UT 84158-1126**
Number, Street, City, State & ZIP Code

Contact phone    **385.258.7025**        Email address    **annadrake@att.net**

**A0909**
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. * |
| ALL RESORT GROUP, INC., | Chapter 11 |
| dba All Resort Coach, Inc.; | |
| dba ARG Vehicle Service Center, LLC, | Honorable * |
| dba LV Service Center; | |
| dba Park City Transportation, Inc.; | |
| dba Premier Transportation, Inc.; | |
| dba Resort Express, Inc.; | |
| dba 645-TAXI; | |
| dba A R E; | |
| dba ACE Cab Company; | |
| dba Airport Shuttle Salt Lake; | |
| dba Airport Transportation Park City; | |
| dba All Resort Car Rental; | |
| dba All Resort Express; | |
| dba All Resort Group; | |
| dba All Resort Limousine; | |
| dba All Resort Transportation; | |
| dba All Resorts Shuttle; | |
| dba Canyon Limousine Express; | |
| dba Curtis Services; | |
| dba Daytrips; | |
| dba ESG Transportation; | |
| dba Express Shuttle Transportation; | |
| dba Le Taxi; | |
| dba Lewis Stages; | |
| dba Lewis Tours; | |
| dba LV Service Center; | |
| dba Mountain Coach; | |
| dba P C Transportation; | |
| dba Park City Airport Shuttle; | |
| dba Park City Cabs and Shuttles; | |
| dba Park City Car Rental; | |
| dba Park City Escalade; | |
| dba Park City Executive Transportation; | |
| dba Park City Express Shuttle; | |
| dba Park City Reservations; | |

| | |
|---|---|
| dba Park City Shuttles;<br>dba Park City Taxi;<br>dba Park City Transport;<br>dba Park City Transportation;<br>dba Park City Transportation Elite Services;<br>dba Park City Transportation Experts;<br>dba Park City Transportation Express;<br>dba Park City Transportation Services Express;<br>dba Park City Transportation Services Shuttle;<br>dba Park City Transportation Ski Express Shuttle;<br>dba Park City Transportation Taxi;<br>dba PCT Charter Services;<br>dba Premier Transportation;<br>dba Redhorse Express;<br>dba Resort Limousine Utah;<br>dba Salt Lake Airport Shuttle;<br>dba Salt Lake City Airport Shuttle;<br>dba Salt Lake City Airport Transportation;<br>dba Salt Lake City Transportation;<br>dba Salt Lake City Utah Airport Transportation;<br>dba Salt Lake Express Shuttle;<br>dba Salt Lake Park City Shuttle;<br>dba Salt Lake Shuttle Express;<br>dba Ski Express Shuttle;<br>dba Snowbird Express;<br>dba Sunrise Transportation and Taxi;<br>dba Sunrise Transportation Services;<br>dba SuperShuttle of Utah;<br>dba Utah Airport Transportation;<br>dba Utah Limousine Service;<br>dba Xpress 4 Less Car Rental;<br>dba Xpress 4 Less Taxi;<br>fdba Xpress 4 Less;<br>fka All Resort Taxi, Inc.;<br>fka Newco Transportation, Inc.;<br><br>      Debtor. | |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, J. L. Killingsworth, declare under penalty of perjury that I am the President of All Resort Group, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Corporation at a special meeting duly called and held on the 27th day of April, 2017.

"WHEREAS, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to employ Anna W. Drake and the law firm of Anna W. Drake, P.C., to represent the Corporation in such bankruptcy case.

IT IS HEREBY RESOLVED, that all prior actions taken, and documents, agreements or undertakings executed by any officer or director of the Corporation in furtherance of the foregoing resolutions or the matters contemplated thereby are hereby ratified, confirmed and approved in all respects."

Date 4/27/17    Signed _____
J. L. Killingsworth
Its President

## UNANIMOUS WRITTEN CONSENT OF DIRECTORS
## OF
## ALL RESORT GROUP, INC.
## IN LIEU OF MEETING OF THE BOARD OF DIRECTORS

The undersigned, being all the members of the Board of Directors (the "**Directors**") of **All Resort Group, Inc.**, a Utah corporation (the "**Corporation**"), having held a meeting of the Directors, do hereby consent to, adopt, ratify, confirm and approve, as of the date indicated below, the following recitals and resolutions, as evidenced by their signature hereunder:

WHEREAS, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to employ Anna W. Drake and the law firm of Anna W. Drake, P.C., to represent the Corporation in such bankruptcy case.

IT IS HEREBY RESOLVED, that all prior actions taken, and documents, agreements or undertakings executed by any officer or director of the Corporation in furtherance of the foregoing resolutions or the matters contemplated thereby are hereby ratified, confirmed and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned has set forth his hand as of April 26, 2017.

Date _April 26, 2017_    Signed _/s/ J.L. Killingsworth_

Date _____    Signed _____

## UNANIMOUS WRITTEN CONSENT OF DIRECTORS
## OF
## ALL RESORT GROUP, INC.
## IN LIEU OF MEETING OF THE BOARD OF DIRECTORS

The undersigned, being all the members of the Board of Directors (the "**Directors**") of **All Resort Group, Inc.**, a Utah corporation (the "**Corporation**"), having held a meeting of the Directors, do hereby consent to, adopt, ratify, confirm and approve, as of the date indicated below, the following recitals and resolutions, as evidenced by their signature hereunder:

WHEREAS, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to employ Anna W. Drake and the law firm of Anna W. Drake, P.C., to represent the Corporation in such bankruptcy case.

IT IS HEREBY RESOLVED, that all prior actions taken, and documents, agreements or undertakings executed by any officer or director of the Corporation in furtherance of the foregoing resolutions or the matters contemplated thereby are hereby ratified, confirmed and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned has set forth his hand as of April ___, 2017.

Date  4/26/2017         Signed  _____

Date  _____   Signed  _____

# UNANIMOUS WRITTEN CONSENT OF DIRECTORS
## OF
## ALL RESORT GROUP, INC.
## IN LIEU OF MEETING OF THE BOARD OF DIRECTORS

The undersigned, being all the members of the Board of Directors (the "**Directors**") of **All Resort Group, Inc.**, a Utah corporation (the "**Corporation**"), having held a meeting of the Directors, do hereby consent to, adopt, ratify, confirm and approve, as of the date indicated below, the following recitals and resolutions, as evidenced by their signature hereunder:

WHEREAS, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to employ Anna W. Drake and the law firm of Anna W. Drake, P.C., to represent the Corporation in such bankruptcy case.

IT IS HEREBY RESOLVED, that all prior actions taken, and documents, agreements or undertakings executed by any officer or director of the Corporation in furtherance of the foregoing resolutions or the matters contemplated thereby are hereby ratified, confirmed and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned has set forth his hand as of April 27th, 2017.

Date 4/27/2017     Signed _____

Date _____     Signed _____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, J. L. Killingsworth, declare under penalty of perjury that I am the President of All Resort Group, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Corporation at a special meeting duly called and held on the 27th day of April, 2017.

"WHEREAS, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to employ Anna W. Drake and the law firm of Anna W. Drake, P.C., to represent the Corporation in such bankruptcy case.

IT IS HEREBY RESOLVED, that all prior actions taken, and documents, agreements or undertakings executed by any officer or director of the Corporation in furtherance of the foregoing resolutions or the matters contemplated thereby are hereby ratified, confirmed and approved in all respects."

Date 4/27/17    Signed _____
J. L. Killingsworth
Its President

## UNANIMOUS WRITTEN CONSENT OF DIRECTORS
## OF
## ALL RESORT GROUP, INC.
## IN LIEU OF MEETING OF THE BOARD OF DIRECTORS

The undersigned, being all the members of the Board of Directors (the "**Directors**") of **All Resort Group, Inc.**, a Utah corporation (the "**Corporation**"), having held a meeting of the Directors, do hereby consent to, adopt, ratify, confirm and approve, as of the date indicated below, the following recitals and resolutions, as evidenced by their signature hereunder:

WHEREAS, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to employ Anna W. Drake and the law firm of Anna W. Drake, P.C., to represent the Corporation in such bankruptcy case.

IT IS HEREBY RESOLVED, that all prior actions taken, and documents, agreements or undertakings executed by any officer or director of the Corporation in furtherance of the foregoing resolutions or the matters contemplated thereby are hereby ratified, confirmed and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned has set forth his hand as of April 26, 2017.

Date  April 26, 2017      Signed  _____

Date  _____  Signed  _____

UNANIMOUS WRITTEN CONSENT OF DIRECTORS
OF
ALL RESORT GROUP, INC.
IN LIEU OF MEETING OF THE BOARD OF DIRECTORS

The undersigned, being all the members of the Board of Directors (the "**Directors**") of **All Resort Group, Inc.**, a Utah corporation (the "**Corporation**"), having held a meeting of the Directors, do hereby consent to, adopt, ratify, confirm and approve, as of the date indicated below, the following recitals and resolutions, as evidenced by their signature hereunder:

WHEREAS, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to employ Anna W. Drake and the law firm of Anna W. Drake, P.C., to represent the Corporation in such bankruptcy case.

IT IS HEREBY RESOLVED, that all prior actions taken, and documents, agreements or undertakings executed by any officer or director of the Corporation in furtherance of the foregoing resolutions or the matters contemplated thereby are hereby ratified, confirmed and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned has set forth his hand as of April ___, 2017.

Date  4/26/2017          Signed  _____

Date  _____    Signed  _____

# UNANIMOUS WRITTEN CONSENT OF DIRECTORS
## OF
## ALL RESORT GROUP, INC.
## IN LIEU OF MEETING OF THE BOARD OF DIRECTORS

The undersigned, being all the members of the Board of Directors (the "**Directors**") of **All Resort Group, Inc.**, a Utah corporation (the "**Corporation**"), having held a meeting of the Directors, do hereby consent to, adopt, ratify, confirm and approve, as of the date indicated below, the following recitals and resolutions, as evidenced by their signature hereunder:

WHEREAS, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

IT IS HEREBY RESOLVED, that J. L. Killingsworth, President of this Corporation, is authorized and directed to employ Anna W. Drake and the law firm of Anna W. Drake, P.C., to represent the Corporation in such bankruptcy case.

IT IS HEREBY RESOLVED, that all prior actions taken, and documents, agreements or undertakings executed by any officer or director of the Corporation in furtherance of the foregoing resolutions or the matters contemplated thereby are hereby ratified, confirmed and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned has set forth his hand as of April 27th, 2017.

Date  4/27/2017      Signed  _[signature]_

Date  _____   Signed  _____