Fill in this information to identify the case:

Debtor name: **All Resort Group, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF UTAH**
Case number (if known): **17-23687**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Hincklease, Inc. #4859**<br>**2309 S State St**<br>**Salt Lake City, UT 84115** | | **Lease payments** | | | | **$155,118.83** |
| **HealthEZ**<br>**7201 W 78th St**<br>**Bloomington, MN 55439** | | **Insurance premiums** | | | | **$126,511.83** |
| **Thomas Petroleum, LLC**<br>**PO Box 677289**<br>**Hicksville, OH 43526** | | **Fuel** | | | | **$90,751.17** |
| **Classic Tours**<br>**972 Dalton Dr**<br>**Las Vegas, NV 89119** | | **Subcharter fees** | | | | **$77,515.00** |
| **Utah Dept. of Workforce Svcs Unemployment Collections Unit**<br>**PO Box 45288**<br>**Salt Lake City, UT 84145-0288** | | | | | | **$70,306.63** |
| **SLC Dept of Airports 12888**<br>**Po Box 145550**<br>**Salt Lake City, UT 84114-5550** | | | | | | **$57,273.70** |
| **SLC Dept. of Airports 12888**<br>**PO Box 145550**<br>**Salt Lake City, UT 84114-5550** | | **Services or supplies** | | | | **$57,273.70** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | All Resort Group, Inc. | | Case number *(if known)* | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Workers' Compensation Fund<br>PO Box 26488<br>Salt Lake City, UT 84111 | | Insurance premiums | | | | $56,382.78 |
| Salt Lake County Treasurer<br>Attn: Ray Lancaster<br>PO Box 144575<br>Salt Lake City, UT 84114-4575 | | Taxes | | | | $54,564.05 |
| W.W. Williams Company, LLC<br>Po Box 772022<br>Detroit, MI 48277-2022 | | Services or supplies | | | | $45,819.97 |
| Arrow State Lines, Inc. - Las Vegas<br>60 Corporate Park Dr<br>Henderson, NV 89074 | | Subcharter fees | | | | $37,197.60 |
| Bruno Group Signature Events<br>8690 S Escalade Cir<br>Salt Lake City, UT 84121 | | Services or supplies | | | | $31,647.80 |
| Snow Christensen & Martineau<br>10 Exchange Pl<br>Salt Lake City, UT 84111 | | Professional fees | | | | $27,856.77 |
| Driftwood Autobody, LLC<br>362 West 800 S<br>Salt Lake City, UT 84101 | | | | | | $25,896.03 |
| Silver State Truck & Trailer<br>3701 Freightliner Dr<br>North Las Vegas, NV 89081 | | Services or supplies | | | | $23,926.38 |
| Humana, Inc.<br>PO Box 533<br>Carol Stream, IL 60132-0533 | | Insurance premiums | | | | $23,538.80 |
| Park City Investors<br>6440 S Wasatch Blvd #100<br>Salt Lake City, UT 84121 | | Lease payments for office space at Park Meadows Plaza, 1500 Kearns Blvd Stes F-100, F-200, and F-300 | | | | $23,245.52 |

Debtor **All Resort Group, Inc.**
Name

Case number *(if known)* **17-23687**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MCI Fleet Parts - KY**<br>**Lockbox 774764**<br>**4764 Solutions Center**<br>**Chicago, IL 60677** | | **Parts** | | | | $22,322.48 |
| **GM Financial**<br>**PO Box 183593**<br>**Arlington, TX 76096** | | **Vehicle lease** | | | | $21,516.69 |
| **UCS Wireless**<br>**8755 S. 300 W.**<br>**BOSTON, MA 02284-2605** | | **Utilities** | | | | $20,928.82 |