# United States Bankruptcy Court
## District of Utah

In re   **All Resort Group, Inc.** _____ Case No. _____

_____ Debtor(s)

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Donnie Novell**<br>**PO Box 680061**<br>**Park City, UT 84069** | **Common** | **2.0%** | |
| **Estate of Wendy Bizzaro**<br>**c/o Richard Bizzaro**<br>**20700 Northridge Rd**<br>**Northridge, CA 91311** | **Common** | **32.5%** | |
| **Gordon Cummins**<br>**6300 N Sagewood Dr Ste 127**<br>**Park City, UT 84098** | **Common** | **31.3%** | |
| **J.L. Killingsworth**<br>**5663 Oslo Ln**<br>**Park City, UT 84098** | **Common** | **2.0%** | |
| **Richard Bizzaro**<br>**20700 Northridge Rd**<br>**Northridge, CA 91311** | **Common** | **32.2%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 28, 2017** _____   Signature   **/s/ J.L. Killingsworth**
_____
**J.L. Killingsworth**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.