Peter J. Kuhn (USB #3820)
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
405 South Main Street, Suite 300
Ken Garff Building
Salt Lake City, Utah    84111
Telephone:     (801) 524-5734
Facsimile:      (801) 524-5628
Email: Peter.J.Kuhn@usdoj.gov

Attorney for Patrick S. Layng, United States Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| In re: | **Bankruptcy Case No. 17-23687 RKM** |
|---|---|
| **ALL RESORT GROUP, INC.**, | (Chapter 11) |
| Debtor. | Chief Judge R. Kimball Mosier |

### APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE

The following Unsecured Creditors are appointed as the Unsecured Creditors' Committee in the case of: All Resort Group, Inc.:

1.  Arrow State Lines - CHAIRMAN
    Attn: Jeff Schuman, Chief Financial Officer
    4220 S 52nd Street
    Omaha, NE 68117
    O: 402-731-1900 ext. 237
    F: 402-738-3247
    E: jeff@arrowstagelines.com
    arrowstagelines.com

2.     Driftwood Autobody
       Attn: Wilford W. Cannon, President
       362 W 800 S
       Salt Lake City, UT 84101
       O: 801-355-5174
       E: driftwoodauto@gmail.com

3.     Bruno Group Signature Solutions
       Attn: Paul A. Bruno
       Decorated Apparel & Promotional Products
       8690 S Escalade Circle
       Salt Lake City, UT 84121
       O: 801-891-1656
       E: paul@brunogroup.com
       BrunoGroup.com

DATED: May 19, 2017

Respectfully submitted,

/s/

Peter J. Kuhn
Attorneys for Patrick S. Layng,
United States Trustee

# CERTIFICATE OF MAILING

   I HEREBY CERTIFY that, on May 19, 2017, I caused a true and correct copy of the foregoing **APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE** to be electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF System as noted below:

- Brett N. Anderson bretta@blackburn-stoll.com
- Megan K Baker baker.megan@dorsey.com, long.candy@dorsey.com, posada.monica@dorsey.com
- Anna W. Drake annadrake@att.net, r51122@notify.bestcase.com
- Mary Margaret Hunt hunt.peggy@dorsey.com, long.candy@dorsey.com, hunttrustee@dorsey.com
- Annette W. Jarvis jarvis.annette@dorsey.com, smith.ron@dorsey.com, slc.lit@dorsey.com, posada.monica@dorsey.com
- Sherilyn A. Olsen solsen@hollandhart.com, slclitdocket@hollandhart.com, intaketeam@hollandhart.com, cfries@hollandhart.com
- Ellen E Ostrow eeostrow@hollandhart.com, mkthurgood@hollandhart.com, intaketeam@hollandhart.com

   Further, I certify that I caused copies of the **APPOINTMENT** to be forwarded via U.S. Mail, first class, postage prepaid and properly addressed to all persons as listed on the appointment and to the following:

All Resort Group, Inc.
PO Box 681780
Park City, UT 84068

Bus Solutions Holdings, LLC, dba Bus Solutions, LLC
900 Ranch Road
Copper Canyon, TX 76226

GlassRatner Advisory & Capital Group, LLC
35 E 100 S Ste 1609
Salt Lake City, UT 84111

             /s/
             Peter J. Kuhn