# United States Bankruptcy Court
### District of Utah

In re   **All Resort Group, Inc.**                                       Case No.   **17-23687**

                                    Debtor(s)            Chapter   **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedules A/B, D, E/F, G, H, Form 206Summary**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:   **May 21, 2017**                          **/s/ Anna W. Drake**
                                             **Anna W. Drake A0909**
                                             Attorney for Debtor(s)
                                             **Anna W. Drake, P.C.**
                                             **PO Box 581126**
                                             **Salt Lake City, UT 84158-1126**
                                             **385.258.7025 Fax:801.363.3614**
                                             **annadrake@att.net**

**Fill in this information to identify the case:**

Debtor name    **All Resort Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **17-23687**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☑ Amended *Schedule*    **A/B, D, E/F, G, H, Form 206Summary**
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 21, 2017**        X **/s/ J.L. Killingsworth**
                                    Signature of individual signing on behalf of debtor

                                    **J.L. Killingsworth**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **All Resort Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **17-23687**

■ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................    $    0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................    $    12,322,937.52

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................    $    12,322,937.52

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    7,731,785.62

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $    243,903.51

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$    2,391,702.19

4.  **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b                                                                          $    10,367,391.32

**Fill in this information to identify the case:**

Debtor name    **All Resort Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **17-23687**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Mountain West Bank** | **Checking (All Resort Coach, Inc., dba Lewis States)** | 4130 | $31,512.00 |
| 3.2. | **Mountain West Bank** | **Checking (Resort Express, Inc., dba All Resort Express)** | 4092 | $9,165.00 |
| 3.3. | **Mountain West Bank** | **Checking (Lewis Carriages, Inc. ARLV)** | 4629 | $2,037.00 |
| 3.4. | **Mountain West Bank** | **Checking (Park City Transportation, Inc.)** | 4114 | $14,794.00 |
| 3.5. | **Mountain West Bank** | **Checking (Resort Express, Inc., dba PC Car Rental)** | 4203 | $167.00 |
| 3.6. | **Mountain West Bank** | **Checking (Premier Transportation, Inc.)** | 0925 | $361.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **All Resort Group, Inc.** | Case number *(If known)* **17-23687** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 3.7. | **Nevada State Bank** | **Checking (All Resort Coach, Inc.)** | 1065 | $770.00 |
| 3.8. | **Bank of America** | **Checking (All Resort Coach, Inc., dba Lewis Stages)** | 3272 | $127.02 |
| 3.9. | **Wells Fargo Bank** | **Checking (All Resort Express and Car Rental)** | 6841 | $700.00 |
| 3.10. | **Bank of America** | **Checking (Lewis Carriage, Inc., dba All Resort Las Vegas)** | 3285 | $6,106.49 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $65,739.51 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Deposit with Hincklease pursuant to Control Agreement** | $150,000.00 |
| 7.2. | **E.W. Hunt:  Security deposit for 5663 Oslo Lane, park City, UT 84098** | $3,500.00 |
| 7.3. | **CV PropCo, LLC:  Security deposit for 4740 S Valley View Blvd (Arena Conference Center), Las Vegas, NV** | $13,728.30 |
| 7.4. | **Donna and Karl Larsen:  Security deposit for 5428 W Leo Park Rd, West Jordan, UT 84088** | $5,000.00 |
| 7.5. | **Deposit with Salt Lake City Corporation, c/o Airport Contracts & Proc. Mgr., for (2) airport booths at SLC International Airport (Premier Transportation)** | $8,175.00 |
| 7.6. | **Deposit with Salt Lake City Corporation, c/o Airport Contracts & Proc. Mgr., for (2) airport booths at SLC International Airport (PC Transportation)** | $9,175.00 |
| 7.7. | **Deposit with Salt Lake City Corporation, c/o Airport Contracts & Proc. Mgr., for (2) airport booths at SLC International Airport (Resort Express)** | $10,825.00 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

| Debtor | **All Resort Group, Inc.** | Case number *(If known)* **17-23687** |
|---|---|---|
| | Name | |

---

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.    **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.

**$200,403.30**

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.   See attached "SCHEDULE 11"

11.    **Accounts receivable**

    11a. 90 days old or less:     **841,780.64**   -   **1,950.00**  = ....    **$839,830.64**
        face amount     doubtful or uncollectible accounts

    11b. Over 90 days old:     **260,651.51**   -   **106,531.58**  =....    **$154,119.93**
        face amount     doubtful or uncollectible accounts

12.    **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$993,950.57**

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** **Parts inventory** | | **Unknown** | | **$0.00** |

23.    **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

**$0.00**

24.    **Is any of the property listed in Part 5 perishable?**
    ■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | Case number *(If known)* **17-23687** |
|---|---|---|
| | Name | |

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**See attached SCHEDULE "OFFICE EQUIPMENT, FURNISHINGS, FIXTURES & SUPPLIES, AND MACHINERY"** | $135,052.94 | Replacement | $59,215.50 |
| 40. **Office fixtures**<br>**See attached SCHEDULE "OFFICE EQUIPMENT, FURNISHINGS, FIXTURES & SUPPLIES, AND MACHINERY"** | $0.00 | | $0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**See attached SCHEDULE "OFFICE EQUIPMENT, FURNISHINGS, FIXTURES & SUPPLIES, AND MACHINERY"** | $483,664.00 | Replacement | $169,633.32 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

   | $228,848.82 |
   |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 4 |
|---|---|---|

| Debtor | **All Resort Group, Inc.** | Case number *(If known)*  **17-23687** |
|---|---|---|
| | Name | |

---

<table>
<tr><td style="background:black;color:white">Part 8:</td><td colspan="4"><b>Machinery, equipment, and vehicles</b></td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **See attached "VEHICLE FLEET LIST"**<br>**"VEHICLES - NO DEBT" (pages 1 & 2)** | $0.00 | Comparable sale | $1,728,515.00 |
| 47.2.  **See attached "VEHICLE FLEET LIST"**<br>**"VEHICLES - LOANS" (pages 3, 4, 5 & 6)** | $0.00 | Comparable sale | $1,874,364.74 |
| 47.3.  **See attached "VEHICLE FLEET LIST"**<br>**"VEHICLES - HYBRID LEASING (BUS**<br>**FINANCING)" (page 9)** | $0.00 | Comparable sale | $6,511,933.35 |
| 47.4.  **See attached "VEHICLE FLEET LIST"**<br>**"VEHICLES - LEASES or LOANS"**<br>**(pages 10 & 11)** | $0.00 | Comparable sale | $687,730.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**See attached SCHEDULE "OFFICE**<br>**EQUIPMENT, FURNISHINGS, FIXTURES &**<br>**SUPPLIES, AND MACHINERY"** | $95,295.00 | Replacement | $31,452.23 |

**51. Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$10,833,995.32** |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

<table>
<tr><td style="background:black;color:white">Part 9:</td><td><b>Real property</b></td></tr>
</table>

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | Case number *(If known)* **17-23687** |
| --- | --- | --- |
| | Name | |

---

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| **Customer and affiliate lists (protected)** | Unknown | N/A | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
| --- | --- |
| | **$0.00** |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to** | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **All Resort Group, Inc.**                                          Case number *(If known)* **17-23687**
     Name

**set off claims**

**TO BE SUPPLIED**                                                                                                **Unknown**

**Nature of claim**
**Amount requested**                                    **$0.00**

---

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                                          | **$0.00**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **All Resort Group, Inc.**
_____     Case number *(If known)*  **17-23687**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$65,739.51** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$200,403.30** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$993,950.57** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$228,848.82** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$10,833,995.32** | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$12,322,937.52** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$12,322,937.52** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## ACCOUNTS RECEIVABLE

| Division | Inv Amount | Current | 0-30 | 31-60 | 61-90 | 91-120+ |
|---|---|---|---|---|---|---|
| ARE | 1,823.98 | | 1,823.98 | | | |
| ARE | 22,200.21 | 22,200.21 | | | | |
| ARE | 50.00 | | 50.00 | | | |
| ARE | 139.00 | 139.00 | | | | |
| ARE | 61.40 | | | 61.40 | | |
| ARE | 31,738.46 | 31,738.46 | | | | |
| ARE | 176.95 | 176.95 | | | | |
| ARE | 59,521.43 | 59,521.43 | | | | |
| ARE | 66,650.16 | 66,650.16 | | | | |
| ARE | 36.00 | | | 36.00 | | |
| ARE | 383.51 | | | | | 383.51 |
| ARE | 319.00 | | | 319.00 | | |
| ARE | 68.25 | 68.25 | | | | |
| ARE | 11,342.00 | 11,342.00 | | | | |
| ARE | 1,321.00 | 1,321.00 | | | | |
| ARE | 1,125.42 | 1,125.42 | | | | |
| ARE | 989.65 | 989.65 | | | | |
| ARE | 280.45 | | 280.45 | | | |
| ARE | 2,465.88 | 2,465.88 | | | | |
| ARE | 758.40 | 758.40 | | | | |
| ARE | 3,063.25 | | 3,063.25 | | | |
| ARE | 109.60 | 109.60 | | | | |
| ARE | 79.20 | | | | | 79.20 |
| ARE | 477.00 | | 477.00 | | | |
| ARE | 38,077.11 | | | 38,077.11 | | |
| ARE | 2,755.20 | | | | 2,755.20 | |
| ARE | 5,663.80 | | | | 5,663.80 | |
| ARE | 50.50 | | | 50.50 | | |
| ARE | 70.20 | | 70.20 | | | |
| ARE | 70.20 | 70.20 | | | | |
| ARE | 613.60 | | | | 613.60 | |
| ARE | 1,180.40 | | | 1,180.40 | | |
| ARE | 4,920.00 | 4,920.00 | | | | |
| ARE | 344.90 | | 344.90 | | | |
| ARE | 299.59 | 299.59 | | | | |
| ARE | 637.45 | 637.45 | | | | |
| ARE | 650.60 | 650.60 | | | | |
| ARE | 1,006.50 | | | | | 1,006.50 |
| ARE | 91.50 | 91.50 | | | | |
| ARE | 20,047.50 | | 20,047.50 | | | |
| ARE | 250.00 | 250.00 | | | | |

**SCHEDULE 11**

## ACCOUNTS RECEIVABLE

| Division | Inv Amount | Current | 0-30 | 31-60 | 61-90 | 91-120+ |
|---|---|---|---|---|---|---|
| ARE | 32,088.50 | 32,088.50 | | | | |
| ARE | 1,262.90 | 1,262.90 | | | | |
| ARE | 7,875.45 | 7,875.45 | | | | |
| ARE | 18,390.50 | | 18,390.50 | | | |
| ARE | 1,500.80 | | 1,500.80 | | | |
| ARE | 116.60 | | | 116.60 | | |
| ARE | 85.20 | | 85.20 | | | |
| ARE | 335.60 | 335.60 | | | | |
| ARE | 202.20 | | | 202.20 | | |
| ARE | 289.40 | | | 289.40 | | |
| ARE | 70.20 | | | 70.20 | | |
| ARE | 109.60 | | | 109.60 | | |
| ARE | 341.20 | 341.20 | | | | |
| ARE | 13,117.00 | | | 13,117.00 | | |
| ARE | 4,937.00 | | | 4,937.00 | | |
| ARE | 1,762.83 | | | 1,762.83 | | |
| ARE | 20,789.40 | | 20,789.40 | | | |
| ARE | 7,987.80 | | 7,987.80 | | | |
| ARE | 13,845.40 | | 13,845.40 | | | |
| ARE | 641.80 | | | 641.80 | | |
| ARE | 823.40 | | 823.40 | | | |
| ARE | 210.60 | | 210.60 | | | |
| ARE | 54.80 | | | 54.80 | | |
| ARE | 94.20 | | | 94.20 | | |
| ARE | 152.20 | | | 152.20 | | |
| ARE | 137.20 | | 137.20 | | | |
| ARE | 440.00 | | | 440.00 | | |
| ARE | 440.00 | | 440.00 | | | |
| ARE | 3,795.50 | | | 3,795.50 | | |
| ARE | 588.00 | 588.00 | | | | |
| ARE | 194.80 | | | 194.80 | | |
| ARE | 4,354.61 | | | 4,354.61 | | |
| ARE | 4,728.93 | 4,728.93 | | | | |
| ARE | 241.40 | | | 241.40 | | |
| ARE | 200.00 | 200.00 | | | | |
| ARE | 126.12 | | 126.12 | | | |
| ARE | 262.50 | 262.50 | | | | |
| ARE | 31.40 | | | 31.40 | | |
| ARE | 172.20 | | | | | 172.20 |
| ARE | 384.50 | | | | | 384.50 |
| ARE | 76.90 | | | | | 76.90 |

## ACCOUNTS RECEIVABLE

| Division | Inv Amount | Current | 0-30 | 31-60 | 61-90 | 91-120+ |
|---|---|---|---|---|---|---|
| ARE | 76.90 | | | | | 76.90 |
| ARE | 1,772.88 | | | | | 1,772.88 |
| ARE | 62.80 | 62.80 | | | | |
| ARE | 7,727.31 | | | | | 7,727.31 |
| ARE | 186.40 | | | | | 186.40 |
| ARE | 409.80 | | | 409.80 | | |
| ARE | 258.60 | | 258.60 | | | |
| ARE | 191.60 | | | | 191.60 | |
| ARE | 520.60 | | | 520.60 | | |
| ARE | 8,252.12 | | 8,252.12 | | | |
| ARE | 295.00 | | 295.00 | | | |
| ARE | 421.00 | 421.00 | | | | |
| ARE | 6,458.84 | 6,458.84 | | | | |
| ARE | 5,373.50 | | | 5,373.50 | | |
| ARE | 44.70 | | | | | 44.70 |
| ARE | 44.70 | | | | | 44.70 |
| ARE | 35.96 | | | | 35.96 | |
| ARE | 80.66 | | | 80.66 | | |
| ARE | 158.44 | 158.44 | | | | |
| ARE | 68,867.47 | | | 68,867.47 | | |
| ARE | 145.00 | | | 145.00 | | |
| ARE | 1,045.00 | 1,045.00 | | | | |
| ARE | 85.60 | | | | | 85.60 |
| ARE | 775.40 | | | | | 775.40 |
| ARE | 1,366.16 | | | | | 1,366.16 |
| ARE | 62.80 | | | | | 62.80 |
| ARE | 311.60 | | | | 311.60 | |
| ARE | 70.20 | | | 70.20 | | |
| ARE | 1,028.40 | | | 1,028.40 | | |
| ARE | 1,857.40 | | 1,857.40 | | | |
| ARE | 4,401.40 | 4,401.40 | | | | |
| ARE | 13,733.80 | 13,733.80 | | | | |
| ARE | 12,604.40 | 12,604.40 | | | | |
| ARE | 7,149.20 | 7,149.20 | | | | |
| ARE | 2,768.40 | 2,768.40 | | | | |
| ARE | 40.60 | | | 40.60 | | |
| ARE | 160.00 | | | | | 160.00 |
| ARE | 1,332.80 | | | | | 1,332.80 |
| ARE | 46.60 | | | 46.60 | | |
| ARE | 4,943.25 | 4,943.25 | | | | |
| ARE | 878.80 | 878.80 | | | | |

**SCHEDULE 11**
5/19/2017 @ 5:37 PM

## ACCOUNTS RECEIVABLE

| Division | Inv Amount | Current | 0-30 | 31-60 | 61-90 | 91-120+ |
|---|---|---|---|---|---|---|
| ARE | 126.00 | | | | | 126.00 |
| ARE | 82.00 | | | | | 82.00 |
| ARE | 52.00 | | | | 52.00 | |
| ARE | 182.40 | 182.40 | | | | |
| ARE | 137.20 | | | | 137.20 | |
| ARE | 31.40 | | | 31.40 | | |
| ARE | 248.96 | | 248.96 | | | |
| ARE | 615.80 | | 615.80 | | | |
| ARE | 626.40 | 626.40 | | | | |
| ARE | 192.00 | 192.00 | | | | |
| **Subtotal** | **584,459.64** | **308,834.96** | **102,021.58** | **146,944.18** | **9,760.96** | **15,946.46** |

| Division | Inv Amount | Current | 0-30 | 31-60 | 61-90 | 91-120+ |
|---|---|---|---|---|---|---|
| PCT | 6,172.00 | | 6,172.00 | | | |
| PCT | 45.60 | | 45.60 | | | |
| PCT | 351.00 | | 351.00 | | | |
| PCT | 230.00 | | | | 230.00 | |
| PCT | 230.00 | | | 230.00 | | |
| PCT | 7,424.60 | | 7,424.60 | | | |
| PCT | 2,081.60 | | 2,081.60 | | | |
| PCT | 1,742.20 | 1,742.20 | | | | |
| PCT | 1,190.00 | | | | | 1,190.00 |
| PCT | 252.00 | | 252.00 | | | |
| PCT | 4,487.28 | | | 4,487.28 | | |
| PCT | 5,707.75 | | 5,707.75 | | | |
| PCT | 5,409.00 | 5,409.00 | | | | |
| PCT | 3,957.50 | 3,957.50 | | | | |
| PCT | 250.20 | | | | 250.20 | |
| PCT | 706.80 | | 706.80 | | | |
| PCT | 1,065.60 | 1,065.60 | | | | |
| PCT | 2,414.92 | 2,414.92 | | | | |
| PCT | 586.00 | | 586.00 | | | |
| PCT | 31.40 | 31.40 | | | | |
| PCT | 387.20 | | | | 387.20 | |
| PCT | 327.20 | | | | 327.20 | |
| PCT | 407.00 | | | 407.00 | | |
| PCT | 566.40 | | 566.40 | | | |
| PCT | 109.60 | | 109.60 | | | |
| PCT | 617.40 | 617.40 | | | | |

## ACCOUNTS RECEIVABLE

| Division | Inv Amount | Current | 0-30 | 31-60 | 61-90 | 91-120+ |
|---|---|---|---|---|---|---|
| PCT | 10,802.37 | | 10,802.37 | | | |
| PCT | 300.09 | 300.09 | | | | |
| PCT | 470.00 | | | | 470.00 | |
| PCT | 767.00 | 767.00 | | | | |
| PCT | 1,237.80 | 1,237.80 | | | | |
| PCT | 1,896.35 | | | | | 1,896.35 |
| PCT | 169.23 | | | 169.23 | | |
| PCT | 535.43 | | | 535.43 | | |
| PCT | 557.30 | | 557.30 | | | |
| PCT | 47,976.25 | 47,976.25 | | | | |
| PCT | 60,445.74 | 60,445.74 | | | | |
| PCT | 652.10 | | | | | 652.10 |
| PCT | 2,167.73 | | 2,167.73 | | | |
| PCT | 4,238.66 | 4,238.66 | | | | |
| PCT | 2,227.56 | 2,227.56 | | | | |
| PCT | 4,249.49 | 4,249.49 | | | | |
| PCT | 40.00 | 40.00 | | | | |
| PCT | 555.80 | 555.80 | | | | |
| PCT | 66.00 | | | | 66.00 | |
| PCT | 54.80 | | 54.80 | | | |
| PCT | 136.00 | 136.00 | | | | |
| PCT | 14,779.60 | | 14,779.60 | | | |
| PCT | 10,987.84 | 10,987.84 | | | | |
| PCT | 9,158.40 | 9,158.40 | | | | |
| PCT | 6,780.80 | | 6,780.80 | | | |
| PCT | 8,009.60 | 8,009.60 | | | | |
| PCT | 10,378.60 | 10,378.60 | | | | |
| PCT | 103.20 | | | | 103.20 | |
| PCT | 379.22 | 379.22 | | | | |
| PCT | 404.40 | | 404.40 | | | |
| PCT | 3,955.00 | | | 3,955.00 | | |
| PCT | 4,305.00 | | | 4,305.00 | | |
| PCT | 45.00 | | 45.00 | | | |
| PCT | 595.00 | | 595.00 | | | |
| PCT | 700.00 | | 700.00 | | | |
| PCT | 490.00 | | 490.00 | | | |
| PCT | 1,785.00 | | 1,785.00 | | | |
| PCT | 980.00 | | 980.00 | | | |
| PCT | 280.00 | | 280.00 | | | |
| PCT | 62.80 | | | | | 62.80 |
| PCT | 191.00 | | | | | 191.00 |

## ACCOUNTS RECEIVABLE

| Division | Inv Amount | Current | 0-30 | 31-60 | 61-90 | 91-120+ |
|---|---|---|---|---|---|---|
| PCT | 226.00 | | | | | 226.00 |
| PCT | 157.00 | | | | | 157.00 |
| PCT | 117.60 | | | | | 117.60 |
| PCT | 31.40 | | | | | 31.40 |
| PCT | 468.20 | | | | | 468.20 |
| PCT | 297.60 | | | | 297.60 | |
| PCT | 1,944.60 | | | | 1,944.60 | |
| PCT | 8,102.20 | | 8,102.20 | | | |
| PCT | 5,250.40 | 5,250.40 | | | | |
| PCT | 8,150.20 | | | | | 8,150.20 |
| PCT | 153.20 | | | | | 153.20 |
| **Subtotal** | **285,693.31** | **181,576.47** | **72,527.55** | **14,088.94** | **4,076.00** | **13,424.35** |
| **TOTAL** | **870,152.95** | **490,411.43** | **174,549.13** | **161,033.12** | **13,836.96** | **29,370.81** |

**TOTAL LESS THAN 90 DAYS    839,830.64**

**SCHEDULE B**
**PERSONAL PROPERTY**

| ARC Description | Last 5 VIN | Asset No. | NP# | Date Acquired | Balance 12/31/2015 | FMV |
|---|---|---|---|---|---|---|
| **Shop Equipment** | | | | | | |
| Fuel Pumps | | 6 | | 10/01/06 | 18,278 | 4,569.50 |
| Saftey Nets | | 17 | | 12/01/06 | 3,646 | 911.50 |
| Fuel Pumps | | 18 | | 02/01/07 | 4,946 | 1,236.50 |
| Fuel Pumps | | 20 | | 04/01/07 | 3,592 | 898.00 |
| Bus Lift | | | | 02/29/12 | 39,500 | 15,800.00 |
| Bus Cleaner | | | | 05/30/14 | 8,500 | 4,250.00 |
| A/C Compressor | | | | 08/27/15 | 1,401 | 700.53 |
| **Total Shop Equipment** | | | | | **79,863** | **28,366.03** |
| | | | | | | |
| **Furniture & Fixtures, Ops** | | | | | | |
| Furniture & Fixtures - Dispatch | | 19 | | 03/01/07 | 3,300 | 990.00 |
| Furniture & Fixtures - Dispatch | | | | 05/31/13 | 11,288 | 6,772.71 |
| Furniture & Fixtures - Dispatch | | | | 09/30/13 | 1,491 | 894.34 |
| Total Furniture & Fixtures - Ops | | | | | 16,078 | 8,657.05 |
| | | | | | | |
| **Furniture & Fixtures, G&A** | | | | | | |
| Furniture | | 4 | | 07/01/06 | 16,427 | 3,285.40 |
| Furniture | | 5 | | 08/01/06 | 533 | 106.60 |
| Furniture  (Sales Dept.) | | 24 | | 04/03/08 | 2,833 | 708.25 |
| Furniture | | | | 03/31/13 | 1,117 | 558.29 |
| Furniture | | | | 08/31/13 | 11,380 | 5,689.77 |
| Total Furniture & Fixtures - G&A | | | | | 32,289 | 10,348.31 |

**SCHEDULE B**
**PERSONAL PROPERTY**

| Description | VIN | No. | NP# | Acquired | 12/31/2015 | |
|---|---|---|---|---|---|---|
| **Computers & Software** | | | | | | |
| Computers | | 7 | | 04/01/06 | 2,123 | 25.00 |
| Computers | | 8 | | 07/01/06 | 653 | 25.00 |
| Computers | | 9 | | 08/01/06 | 415 | 25.00 |
| Computers | | 10 | | 07/31/06 | 1,311 | 25.00 |
| Computers | | 11 | | 09/01/06 | 6,618 | 25.00 |
| Computers | | 12 | | 02/01/06 | 600 | 25.00 |
| Computers | | 13 | | 02/01/06 | 3,000 | 25.00 |
| Computers | | 14 | | 02/01/06 | 3,000 | 25.00 |
| Computers | | 15 | | 03/01/06 | 2,000 | 25.00 |
| Computers | | 16 | | 04/01/06 | 9,232 | 25.00 |
| Computers | | 22 | | 10/01/07 | 5,480 | 25.00 |
| Computers | | 23 | | 04/01/08 | 11,270 | 100.00 |
| Saucom | | 24 | | 03/10/14 | 30,725 | 15,362.50 |
| | | 25 | | 06/01/14 | 19,810 | 9,905.00 |
| Saucon GPS onboard computer drive and display kit (Lewis SLC) | | | | 06/09/15 | 1,950 | 1,462.50 |
| Saucon GPS onboard computer drive and display kit (Lewis LV | | | | 06/09/15 | 1,950 | 1,462.50 |
| | | | | | | - |
| Total Computers & Software | | | | | 100,137 | 28,567.50 |
| | | | | | | |
| **Office Equipment** | | | | | | |
| Telephone System | | 3 | | 06/01/06 | 9,098 | 3,639.22 |
| Total Office Equipment | | | | | **9,098** | **51,212.08** |

**SCHEDULE B**
**PERSONAL PROPERTY**

| Description | VIN | No. | NP# | Acquired | 12/31/2015 | |
|---|---|---|---|---|---|---|
| REI | Last 5 | Asset | | Date | Balance | |
| Description | VIN | No. | NP # | Acquired | 1/1/2016 | |
| **Shop Equipment** | | | | | | |
| Tool Chest 04 | | 63 | | 7/1/2004 | 831.00 | 166.20 |
| Equipment 1 | | 73 | | 7/1/2005 | 2,010.00 | 402.00 |
| Equipment 2 | | 74 | | 7/1/2005 | 11,225.00 | 2,245.00 |
| Vending Machines | | 88 | | 7/1/2005 | 1,365.00 | 273.00 |
| | | | | | | |
| **Total Shop Equipment** | | | | | **15,431.00** | **3,086.20** |
| | | | | | | |
| | | | | | | |
| **Furniture & Fixtures, G&A** | | | | | | |
| AMX New Furniture | | 44 | | 7/1/2005 | 2,939.00 | 440.85 |
| Furniture & Fixtures 1 | | 45 | | 7/1/2005 | 7,245.00 | 1,086.75 |
| Furniture & Fixtures 2 | | 46 | | 7/1/2005 | 2,267.00 | 340.05 |
| Furniture & Fixtures 3 | | 47 | | 7/1/2005 | 13,902.00 | 3,475.50 |
| Furniture & Fixtures 4 | | 48 | | 7/1/2005 | 680.00 | 102.00 |
| Furniture & Fixtures 5 | | 49 | | 7/1/2005 | 521.00 | 78.15 |
| Furniture & Fixtures 6 | | 50 | | 7/1/2005 | 1,760.00 | 264.00 |
| Furniture | | 120 | | 7/1/2012 | 36,384.00 | 21,830.40 |
| Furniture | | | | 07/01/12 | 20,223.42 | 12,134.05 |
| Furniture | | | | 3/31/2013 | 764.00 | 458.40 |
| | | | | | | |
| Total Furniture & Fixtures - G&A | | | | | 86,685.42 | 40,210.15 |
| | | | | | | |
| | | | | | | |
| **Computers & Software** | | | | | | |
| Dell Server 1 | | 53 | | 7/1/2004 | 4,171.00 | 834.20 |
| Dell Server 2 | | 54 | | 7/1/2004 | 2,456.00 | 491.20 |
| Flat Screens 2004 | | 56 | | 7/1/2004 | 2,226.00 | 445.20 |
| Laptop 2004 | | 57 | | 7/1/2004 | 2,445.00 | 489.00 |
| Laptop 04 | | 58 | | 7/1/2004 | 2,200.00 | 440.00 |
| PDA | | 60 | | 7/1/2004 | 333.00 | 66.60 |
| Princeton Monitor | | 62 | | 7/1/2004 | 898.00 | 179.60 |
| Computer '05 | | 64 | | 7/1/2005 | 722.00 | 144.40 |
| Dell 17 inch Monitor | | 65 | | 7/1/2005 | 718.00 | 143.60 |
| Dell 17 inch Monitor (2) | | 66 | | 7/1/2005 | 1,048.00 | 209.60 |
| Hudson System | | 68 | | 7/1/2005 | 3,090.00 | 618.00 |
| Laptop 2005 #1 | | 69 | | 7/1/2005 | 938.00 | 187.60 |
| Laptop 2005 #2 | | 70 | | 7/1/2005 | 1,083.00 | 216.60 |
| AMX Software Purchase | | 89 | | 7/1/2005 | 2,405.00 | 481.00 |
| Computer | | 90 | | 7/1/2005 | 985.00 | 197.00 |
| Computer Equipment 1 | | 91 | | 7/1/2005 | 26,763.00 | 5,352.60 |

## SCHEDULE B
## PERSONAL PROPERTY

| Description | VIN | No. | NP# | Acquired | 12/31/2015 | |
|---|---|---|---|---|---|---|
| Computer Equipment 2 | | 92 | | 7/1/2005 | 26,869.00 | 5,373.80 |
| Computer Equipment 3 | | 93 | | 7/1/2005 | 2,342.00 | 468.40 |
| Computer Equipment 4 | | 94 | | 7/1/2005 | 5,699.00 | 1,139.80 |
| Computer Equipment 5 | | 95 | | 7/1/2005 | 2,000.00 | 400.00 |
| Computer Equipment 6 | | 96 | | 7/1/2005 | 10,000.00 | 2,000.00 |
| Computer Equipment 7 | | 97 | | 7/1/2005 | 1,256.00 | 251.20 |
| Computer Equipment 8 | | 98 | | 7/1/2005 | 6,829.00 | 1,365.80 |
| Computer Equipment 9 | | 99 | | 7/1/2005 | 1,000.00 | 200.00 |
| Computer Equipment 10 | | 100 | | 7/1/2005 | 1,000.00 | 200.00 |
| Computer Equipment 11 | | 101 | | 7/1/2005 | 2,063.00 | 412.60 |
| Computer Hardware | | 102 | | 7/1/2005 | 2,987.00 | 597.40 |
| Computer Hardware 02 | | 103 | | 7/1/2005 | 8,125.00 | 1,625.00 |
| Laptop | | 104 | | 7/1/2005 | 2,000.00 | 400.00 |
| Laptop - Mike Par | | 105 | | 7/1/2005 | 2,000.00 | 400.00 |
| Printer/Fax | | 106 | | 7/1/2005 | 3,200.00 | 640.00 |
| Computers | | 4 | | 7/1/2006 | 4,283.09 | 1,070.77 |
| Computer | | 14 | | 7/1/2008 | 3,931.01 | 1,100.68 |
| Computer | | 15 | | 7/1/2008 | 3,931.01 | 1,100.68 |
| Computer | | 16 | | 7/1/2008 | 3,198.27 | 895.52 |
| Great Plains Accounting Software | | 26 | | 12/1/2011 | 51,204.00 | 20,481.60 |
| Computers | | 121 | | 7/1/2012 | 8,511.97 | 3,404.79 |
| Software | | | | 07/01/12 | 6,164.52 | 2,465.81 |
| Total Computers & Software | | | | | 211,074.87 | 56,490.05 |

### Office Equipment

| Description | VIN | No. | NP# | Acquired | 12/31/2015 | |
|---|---|---|---|---|---|---|
| Furniture 18 | | 43 | | 7/1/2005 | 1,500.00 | 300.00 |
| New Office Equipment | | 51 | | 7/1/2005 | 3,000.00 | 600.00 |
| Compressor | | 52 | | 7/1/2004 | 2,065.00 | 413.00 |
| Dell Ultra Sharp/Axiom | | 55 | | 7/1/2004 | 1,205.00 | 241.00 |
| Lift Equipment | | 59 | | 7/1/2004 | 4,785.00 | 957.00 |
| Powerwasher 2004 | | 61 | | 7/1/2004 | 4,658.00 | 931.60 |
| File Server 2005 | | 67 | | 7/1/2005 | 1,358.00 | 271.60 |
| Polycom 2200-16200-001 | | 71 | | 7/1/2005 | 530.00 | 106.00 |
| Comp Signs RA | | 72 | | 7/1/2005 | 7,571.00 | 1,514.20 |
| Office Equipment 10 | | 75 | | 7/1/2005 | 7,400.00 | 1,480.00 |
| Office Equipment 11 | | 76 | | 7/1/2005 | 8,873.00 | 1,774.60 |
| Office Equipment 12 | | 77 | | 7/1/2005 | 1,000.00 | 200.00 |
| Office Equipment 4 | | 78 | | 7/1/2005 | 2,838.00 | 567.60 |
| Office Equipment 5 | | 79 | | 7/1/2005 | 17,500.00 | 3,500.00 |

**SCHEDULE B**
**PERSONAL PROPERTY**

| Description | VIN | No. | NP# | Acquired | 12/31/2015 | |
|---|---|---|---|---|---|---|
| Office Equipment 6 | | 80 | | 7/1/2005 | 20,751.00 | 4,150.20 |
| Office Equipment 7 | | 81 | | 7/1/2005 | 8,931.00 | 1,786.20 |
| Office Equipment 8 | | 82 | | 7/1/2005 | 1,250.00 | 250.00 |
| Office Equipment 9 | | 83 | | 7/1/2005 | 851.00 | 170.20 |
| Radios | | 84 | | 7/1/2005 | 45,133.00 | 9,026.60 |
| Rocky Mountain Telephone | | 85 | | 7/1/2005 | 2,509.00 | 501.80 |
| Telephone Equipment 13 | | 86 | | 7/1/2005 | 1,492.00 | 298.40 |
| Telephone Equipment 13 | | 87 | | 7/1/2005 | 3,573.00 | 714.60 |
| New Office Equipment | | 5 | | 7/1/2006 | 7,652.00 | 1,530.40 |
| Office Desks New Life | | 18 | | 7/1/2009 | 6,928.97 | 2,078.69 |
| **Total Office Equipment** | | | | | **163,353.97** | **33,363.69** |

| | | |
|---|---|---|
| **Total Office Furniture** | 135,052.94 | 59,215.50 |
| **Total Office Fixtures** | included | included |
| **Total Office Equipment & Computers** | 483,664 | 169,633.32 |
| **Total Machinery & Equipment** | 95,294 | 31,452.23 |
| **TOTAL** | **714,010.90** | **260,301.05** |

**VEHICLE FLEET LIST**

| Year | Model | VIN | Finance Company | Lease or Loan | Lease or Loan Number | Monthly Rate | Amount Owed | FMV |
|------|-------|-----|-----------------|---------------|----------------------|--------------|-------------|-----|
| 2012 | TURTLE TOP | 1FDWE3FSOBDA73560 | Paid Off | | | | | Unknown |
| 2012 | TURTLE TOP | 1FDWE3FSOBDA73561 | Paid Off | | | | | Unknown |
| 2011 | Ford E350 SD XLT 15 PS | 1FBSS3BL7BDA33976 | Paid Off | | | | | 8,124.00 |
| 2011 | Ford Flex SE Sport Utility 4D | 2FMHK6DT6BBD20844 | Paid Off | | | | | 4,791.00 |
| 2010 | Cadillac Escalade Hybrid Sport Utility 4D | 1GYUKEEJXAR122334 | Paid Off | | | | | 11,438.00 |
| 2010 | Chevrolet Suburban 2500 LT Sport Utility 4D | 1GNUKJE38AR111047 | Paid Off | | | | | 7,467.00 |
| 2010 | Glaval Ford | 1FDFE4FS5ADA12789 | Paid Off | | | | | Unknown |
| 2009 | Cadillac Escalade Hybrid Sport Utility 4D | 1GYFK43529R135826 | Paid Off | | | | | 9,406.00 |
| 2009 | J4500 | 2MG3JMEA49W065379 | Paid Off | | | | | 235,600.00 |
| 2008 | Chrysler Aspen | 1A8HW58N68F119901 | Paid Off | | | | | 4,778.00 |
| 2007 | J4500 | 2M93JMDA17W064373 | Paid Off | | | | | 187,100.00 |
| 2007 | J4500 | 2M93JMDA37W064374 | Paid Off | | | | | 187,100.00 |
| 2007 | Krystal International | 1HVBTAAN67H426295 | Paid Off | | | | | Unknown |
| 2007 | Krystal International | 1HVBTAANX7H358972 | Paid Off | | | | | Unknown |
| 2006 | J4500 | 2M93JMDA46W063524 | Paid Off | | | | | 165,300.00 |
| 2006 | J4500 | 2M93JMDA46W063619 | Paid Off | | | | | 165,300.00 |
| 2006 | Krystal Ford | 1FDXE45P56DA40424 | Paid Off | | | | | Unknown |
| 2005 | Ford F250 Super Duty Regular Cab | Unknown | Paid Off | | | | | 890.00 |
| 2003 | Bluebird LTC40 | 1BABJBXA73F214825 | Paid Off | | | | | Unknown |
| 2003 | Mitsubishi FE649 (Box Truck) | JW6BBF1H53L003053 | Paid Off | | | | | Unknown |
| 2002 | C2145 | YE2CC23B122045345 | Paid Off | | | | | 93,400.00 |
| 2001 | C2145 | YE2CC23B912045303 | Paid Off | | | | | 98,200.00 |
| 2001 | Ford F250 SRW | 1FTNW21FO1EA32454 | Paid Off | | | | | Unknown |
| 2001 | Gillig - Low Floor | 15GGB221711072148 | Paid Off | | | | | Unknown |
| 2001 | Gillig - Low Floor | 15GGB221911072149 | Paid Off | | | | | Unknown |
| 2001 | Gillig - Low Floor | 15GGB221511072147 | Paid Off | | | | | Unknown |
| 2001 | H3-41 | 2PCH33419110141925 | Paid Off | | | | | 43,800.00 |
| 2000 | C2145 | YE2CC13B4Y2045035 | Paid Off | | | | | 74,100.00 |
| 2000 | E4500 | 1M8TRMPA9YP060985 | Paid Off | | | | | 57,000.00 |
| 2000 | E4500 | 1M8TRMPA4YP060974 | Paid Off | | | | | 57,000.00 |
| 2000 | E4500 | 1M8TRMPA0YP061023 | Paid Off | | | | | 57,000.00 |
| 2000 | E4500 | 1M8TRMPA9YP061053 | Paid Off | | | | | 91,800.00 |
| 1999 | Bluebird LTC40 | 1BABBC9A6XF088506 | Paid Off | | | | | Unknown |

**VEHICLE FLEET LIST**

| Year | Model | VIN | Finance Company | Lease or Loan | Lease or Loan Number | Monthly Rate | Amount Owed | FMV |
|------|-------|-----|-----------------|---------------|----------------------|--------------|-------------|-----|
| 1999 | Bluebird LTC40 | 1BAGBCSA2XF088504 | Paid Off | | | | | Unknown |
| 1999 | E4500 | 1M8TRMPA0XP060808 | Paid Off | | | | | 47,500.00 |
| 1999 | Thomas 1999 Skyline Corporation Trailer | L6XGW14413 - check this VIN: | Paid Off | | | | | Unknown |
| 1998 | El Dorado Transmark | 1N9TDHC88WC084231 | Paid Off | | | | | Unknown |
| 1998 | El Dorado Transmark | 1N9TDHC87WC084138 | Paid Off | | | | | Unknown |
| 1997 | EL DORADO | 1N9TDAC60VC084267 | Paid Off | | | | | Unknown |
| 1997 | Ford F150 Super Cab | 1FTEX08L0VKC70177 | Paid Off | | | | | 780.00 |
| 914 | 4x4 Van | Unknown | Paid Off | | | | | Unknown |
| 913 | 4x4 Van | Unknown | Paid Off | | | | | Unknown |
| 67 | Ram Truck | Unknown | Paid Off | | | | | Unknown |
| | **TOTAL VALUE** | | | | | | | **1,607,874.00** |

**VEHICLE FLEET LIST**

| Year | Model | VIN | Finance Company | Lease or Loan | Lease or Loan Number | Monthly Rate | Amount Owed | FMV |
|------|-------|-----|-----------------|---------------|----------------------|-------------|-------------|-----|
| 2011 | Chevrolet Suburban 2500 | 1GNSKJE31BR300809 | Ally | Loan | 024-9197-26062 | 648.62 | 4,483.06 | 19,501.00 |
| 2013 | Chevrolet Suburban 2500 LT Sport Utility 4D | 1GNSKJE7XDR213013 | Ally | Loan | 024-9193-40732 | 819.04 | 6,462.06 | 8,378.00 |
| 2013 | Chevrolet Suburban 2500 LT Sport Utility 4D | 1GNSKJE70DR212906 | Ally | Loan | 024-9201-36375 | 819.04 | 6,460.60 | 8,378.00 |
| 2013 | Chevrolet Suburban 2500 LT Sport Utility 4D | 1GNSKJE74DR212892 | Ally | Loan | 024-9198-34297 | 819.04 | 6,460.60 | 7,945.00 |
| 2013 | Chevrolet Suburban 2500 LT Sport Utility 4D | 1GNSKJE76DR212876 | Ally | Loan | 024-9191-38286 | 819.04 | 6,711.89 | 8,883.00 |
| 2013 | Chevrolet Suburban 2500 LT Sport Utility 4D | 1GNSKJE79DR212760 | Ally | Loan | 024-9191-39592 | 819.04 | 6,460.60 | 8,883.00 |
| 2013 | Chevrolet Suburban 2500 LT Sport Utility 4D | 1GNSKJE75DR212707 | Ally | Loan | 024-9198-34280 | 819.04 | 6,460.71 | 9,162.00 |
| 2014 | Chevrolet Traverse LT Sport Utility 4D | 1GNKVHKD9EJ282897 | Ally | Loan | 024-9220-34387 | 751.87 | 17,144.69 | 12,534.00 |
| 2015 | Ford Transit 350 HD Van Extended Length w/Dual Sliding Side Doors w/10360-lb GVWR Van 4D | 1FBVU4XG2FKA14018 | Ally | Loan | 024-9227-25931 | 742.51 | 21,345.00 | 14,901.00 |
| 2014 | Kia Sorento EX Sport Utility 4D | 5XYKUDA74EG447822 | Ally | Loan | 611-9210-16865 | 429.72 | 11,830.43 | 13,187.00 |
| 2012 | Kia Sorento Sport Utility 4D | 5XYKUD29DG332751 | Ally | Loan | 024-9188-71549 | 572.23 | 1,715.91 | 5,198.00 |
| 2014 | Thomas Built Bus HDX | 1T7YU2F28E1167528 | Daimler-Mercedes Benz Financial Services | Loan | 100-0242792-001 | | | Unknown |
| | | | | | | 3,712.46 | 58,439.46 | |

**VEHICLE FLEET LIST**

| Year | Model | VIN | Finance Company | Lease or Loan | Lease or Loan Number | Monthly Rate | Amount Owed | FMV |
|------|-------|-----|-----------------|---------------|----------------------|--------------|-------------|-----|
| 2014 | Thomas Built Bus HDX | 1T7YU2F26E1167530 | Daimler-Mercedes Benz Financial Services | Loan | 100-0242792-001 | 3,712.46 | 58,439.46 | Unknown |
| 2014 | Thomas Built Bus HDX | 1T7YU2F28E1167531 | Daimler-Mercedes Benz Financial Services | Loan | 100-0242792-001 | 3,712.46 | 58,439.46 | Unknown |
| 2014 | Thomas Built Bus HDX | 1T7YU2F2XE1167529 | Daimler-Mercedes Benz Financial Services | Loan | 100-0242792-001 | 3,712.46 | 58,439.46 | Unknown |
| 2014 | Thomas Built Bus HDX | 1T7YU2F2XE1167529 | Daimler-Mercedes Benz Financial Services | Loan | 100-0242792-001 | 3,712.46 | 58,439.46 | Unknown |
| 2008 | Thomas Built Bus SAF-T-Liner HDX | 1T7YU2F2381290075 | Daimler-Mercedes Benz Financial Services | Loan | 100-0237795-001 | 1,417.30 | 17,834.67 | Unknown |
| 2008 | Thomas Built Bus SAF-T-Liner HDX | 1T7YU2F2581290076 | Daimler-Mercedes Benz Financial Services | Loan | 100-0237795-001 | 1,417.30 | 17,834.67 | Unknown |
| 2008 | Thomas Built Bus SAF-T-Liner HDX | 1T7YU2F2781290077 | Daimler-Mercedes Benz Financial Services | Loan | 100-0237795-001 | 1,417.30 | 17,834.67 | Unknown |
| 2008 | Thomas Built Bus SAF-T-Liner HDX | 1T7YU2F2981290078 | Daimler-Mercedes Benz Financial Services | Loan | 100-0237795-001 | 1,417.30 | 17,834.67 | Unknown |
| 2008 | Thomas Built Bus SAF-T-Liner HDX | 1T7YU2F2081290079 | Daimler-Mercedes Benz Financial Services | Loan | 100-0237795-001 | 1,417.30 | 17,834.67 | Unknown |
| 2016 | Cadillac CT6 3.0 Twin Turbo Luxury Sedan 4D | 1G6KK5R66GU154855 | Jerry Seiner Chevrolet Inc. / GM Financial | Loan | 2.11E+11 | 1,265.67 | 59,000.00 | 35,510.00 |
| 2013 | LINCOLN  MKT | 2LMHJ5NKODBL59120 | Lincoln/Ford Credit | Loan | 48787350 | 1,014.73 | Unknown | 4,203.00 |
| 2013 | LINCOLN  MKT | 2LMHJ5NKODBL59121 | Lincoln/Ford Credit | Loan | 48787328 | 1,014.73 | Unknown | 4,203.00 |
| 2002 | 30' Eldorado EX Rider Transit Bus | 1N9TDAC892C084166 | Signature Financial | Loan | 103870-4166 | 551.26 | Unknown | Unknown |

**VEHICLE FLEET LIST**

| Year | Model | VIN | Finance Company | Lease or Loan | Lease or Loan Number | Monthly Rate | Amount Owed | FMV |
|------|-------|-----|-----------------|---------------|----------------------|--------------|-------------|-----|
| 2002 | 30' Eldorado EX Rider Transit Bus | 1N9TDAC852C084164 | Signature Financial | Loan | 103870-4164 | 1,463.12 | Unknown | Unknown |
| 2002 | 30' Eldorado EX Rider Transit Bus | 1N9TDAC842C084169 | Signature Financial | Loan | 103870-4169 | 551.26 | Unknown | Unknown |
| 2002 | 30' Eldorado EX Rider Transit Bus | 1N9TDAC822C084171 | Signature Financial | Loan | 103870-4171 | 219.67 | Unknown | Unknown |
| 2000 | 30' Gillig Phantom Transit Bus | 15GCA181XY1110378 | Signature Financial | Loan | 103870-0378 | 1,463.12 | Unknown | Unknown |
| 2000 | 30' Gillig Phantom Transit Bus | 15GCA1811Y1110379 | Signature Financial | Loan | 103870-0379 | 1,695.23 | Unknown | Unknown |
| 2000 | 30' Gillig Phantom Transit Bus | 15GCA1818Y1110380 | Signature Financial | Loan | 103870-0380 | 1,695.23 | Unknown | Unknown |
| 2000 | 30' Gillig Phantom Transit Bus | 15GCA1814Y1110375 | Signature Financial | Loan | 103870-0375 | 1,463.12 | Unknown | Unknown |
| 2000 | 30' Gillig Phantom Transit Bus | 15GCA1816Y1110376 | Signature Financial | Loan | 103870-0376 | 1,463.12 | Unknown | Unknown |
| 2000 | 30' Gillig Phantom Transit Bus | 15GCA1818Y1110377 | Signature Financial | Loan | 103870-0377 | 1,463.12 | Unknown | Unknown |
| 2000 | 40' Gillig Phantom Transit Bus | 15GCD211XY1110167 | Signature Financial | Loan | 103870-0167 | 1,463.12 | Unknown | Unknown |
| 2000 | 40' Gillig Phantom Transit Bus | 15GCD2111Y1110168 | Signature Financial | Loan | 103870-0168 | 1,463.12 | Unknown | Unknown |
| 2011 | GCA Freightliner | 4UZACPCT3BCAZ8443 | Sun Trust | Loan | 443-7009108-001 | 3,321.78 | Unknown | Unknown |
| 2015 | Chevrolet Suburban LT | 1GNSKJKC5FR530332 | Wells Fargo | Loan | 200-0453572-700 | 1,279.67 | 25,946.59 | 33,102.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKCXFR506446 | Wells Fargo | Loan | 200-0453572-700 | 1,279.67 | 25,946.59 | 33,777.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKC5FR527253 | Wells Fargo | Loan | 200-0453572-700 | 1,279.67 | 25,946.59 | 35,008.00 |
| 2014 | FORD E350 SD XLT | 1FMNE3BLXEDA61609 | Wells Fargo | Loan | 001-0460535-700 | 746.67 | 18,650.08 | 5,597.00 |
| 2014 | FORD E350 SD XLT | 1FMNE3BL5EDA61601 | Wells Fargo | Loan | 001-0460535-700 | 746.67 | 18,650.08 | 5,339.00 |
| 2014 | FORD E350 SD XLT | 1FMNE3BL3EDA61614 | Wells Fargo | Loan | 001-0460535-700 | 746.67 | 18,650.08 | 5,339.00 |
| 2014 | FORD E350 SD XLT | 1FMNE3BL6EDA61610 | Wells Fargo | Loan | 001-0460535-700 | 746.67 | 18,650.08 | 5,092.00 |
| 2014 | FORD E350 SD XLT | 1FMNE3BL1EDA61613 | Wells Fargo | Loan | 001-0460535-700 | 746.67 | 18,650.08 | 5,868.00 |
| 2014 | FORD E350 SD XLT | 1FMNE3BL7EDA61602 | Wells Fargo | Loan | 001-0460535-700 | 746.67 | 18,650.08 | 6,211.00 |

**VEHICLES - LOANS**

**VEHICLE FLEET LIST**

| Year | Model | VIN | Finance Company | Lease or Loan | Lease or Loan Number | Monthly Rate | Amount Owed | FMV |
|------|-------|-----|-----------------|---------------|----------------------|--------------|-------------|-----|
| 2015 | Ford Transit 350 HD Van Extended Length w/Dual Sliding Side Doors w/10360-lb GVWR Van 4D | 1FBVU4XG6FKA38578 | Wells Fargo | Loan | 10342232-700 | 907.10 | 20,130.64 | 21,416.00 |
| 2013 | Ford/Federal Coach Spirit Shuttle Bus | 1FDXE4FS0DDA36152 | Wells Fargo | Loan | 001-0196265-702 | 1,847.50 | 34,056.24 | Unknown |
| 2014 | GCA Freightliner | 4UZACRDT1ECFL9509 | Wells Fargo | Loan | 001-0196265-701 | 3,309.00 | 51,783.32 | Unknown |
| 2014 | MERCEDES Meridian Sprinter | WD3PF4CBXE5874085 | Wells Fargo | Loan | 001-0196265-702 | 1,847.50 | 34,056.24 | Unknown |
| | TOTALS | | | | | 71,509.52 | 865,672.89 | 1,874,364.82 |

**VEHICLE FLEET LIST**

| Year | Model | VIN | Finance Company | Lease or Loan | Lease or Loan Number | Monthly Rate | Amount Owed | FMV |
|------|-------|-----|-----------------|---------------|---------------------|--------------|-------------|-----|
| 2014 | Land Rover Range Rover Sport | SALWR2TF1EA377832 | Chase Auto Finance | Lease | Unknown | 1,578.87 | Unknown | 39,200.00 |
| 2014 | Ford Transit Connect Passenger XLT Van 4D | 1FBZX2ZM8FKA20552 | Hincklease | Lease | 4859-00978 | 630.93 | Unknown | 16,382.00 |
| 2016 | Chevrolet Suburban 3500HD | 1GNSKHKC7GR354216 | Hincklease | Lease | 4859-00996 | 890.35 | Unknown | 46,061.00 |
| 2016 | Chevrolet Suburban 3500HD | 1GNSKHKC3GR353967 | Hincklease | Lease | 4859-00997 | 890.35 | Unknown | 47,752.00 |
| 2016 | Chevrolet Suburban 3500HD | 1GNSKHKC4GR353539 | Hincklease | Lease | 4859-00998 | 890.35 | Unknown | 47,752.00 |
| 2016 | Chevrolet Suburban 3500HD | 1GNSKHKC3GR350678 | Hincklease | Lease | 4859-00994 | 890.35 | Unknown | 47,752.00 |
| 2016 | Chevrolet Suburban 3500HD | 1GNSKHKC8GR350658 | Hincklease | Lease | 4859-00993 | 890.35 | Unknown | 51,682.00 |
| 2016 | Chevrolet Suburban 3500HD | 1GNSKHKC9GR349762 | Hincklease | Lease | 4859-00995 | 890.35 | Unknown | 51,234.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKC2FR689194 | Hincklease | Lease | 4859-01006 | 1,175.86 | Unknown | 30,547.00 |
| 2015 | Ford E350 SD XLT 15 PS | 1FBZX2ZM9FKA38994 | Hincklease | Lease | 4859-00979 | 630.93 | Unknown | 11,674.00 |
| 2013 | Ford E350 SD XLT 15 PS | 1FBSS3BL0DDA91043 | Hincklease | Lease | 4859-00692 | 597.17 | Unknown | 8,483.00 |
| 2013 | Ford E350 SD XLT 15 PS | 1FBSS3BL9DDA91042 | Hincklease | Lease | 4859-00696 | 597.17 | Unknown | 15,411.00 |
| 2013 | Ford E350 SD XLT 15 PS | 1FBSS3BL4DDA91045 | Hincklease | Lease | 4859-00693 | 597.17 | Unknown | 15,411.00 |
| 2015 | FORD EXPEDITION | 1FMJK1JT6FEF50842 | Hincklease | Unknown | 4859-01051 | | Unknown | 30,888.00 |
| 2015 | FORD EXPEDITION | 1FMJK1JT9FEF26812 | Hincklease | Lease | 4859-01053 | 807.00 | Unknown | 29,459.00 |
| 2015 | FORD T350XLT 12 PASS TRANSIT WAGON | 1FBZX2ZM8FKA92156 | Hincklease | Lease | 4859-00990 | 630.93 | Unknown | 12,627.00 |
| 2015 | FORD T350XLT 12 PASS TRANSIT WAGON | 1FBZX2ZM4FKA75984 | Hincklease | Lease | 4859-00989 | 630.93 | Unknown | 12,171.00 |
| 2015 | FORD T350XLT 12 PASS TRANSIT WAGON | 1FBZX2ZM5FKA88128 | Hincklease | Lease | 4859-00991 | 630.93 | Unknown | 11,500.00 |
| 2016 | FORD T350XLT 15 PASS - TRANSIT WAGON | 1FBZX2YG3GKA26689 | Hincklease | Lease | 4859-00992 | 688.96 | Unknown | 21,725.00 |
| 2016 | FORD T350XLT 15 PASS - TRANSIT WAGON | 1FBZX2YGXGKA26690 | Hincklease | Lease | 4859-00999 | 688.96 | Unknown | 15,608.00 |
| 2016 | ORD T350XLT 15 PASS - TRANSIT WAGO | 1FBZX2YG1GKA26691 | Hincklease | Lease | 4859-01000 | 688.96 | Unknown | 17,079.00 |
| 2015 | FORD TRANSIT 350 WAGON | 1FBZX2ZM1FKA39041 | Hincklease | Lease | 4859-00981 | 630.93 | Unknown | 13,338.00 |
| 2016 | Ford Transit 350 Wagon XLT Extended Length w/High Roof w/Sliding Side Door Van 3D | 1FBVU4XG7GKB22474 | Hincklease | Lease | 4859-01008 | 751.23 | Unknown | 27,743.00 |
| 2016 | Ford Transit 350 Wagon XLT Extended Length w/High Roof w/Sliding Side Door Van 3D | 1FBVU4XG9GKB22475 | Hincklease | Lease | 4859-01007 | 751.23 | Unknown | 27,889.00 |
| 2016 | XLT Extended Length w/High Roof w/ | 1FBVU4XG1GKB33048 | Hincklease | Lease | 4859-01009 | 756.51 | Unknown | 28,174.00 |
| 2015 | FORD TRANSIT WAGON | 1FBZX2ZM6FKA20470 | Hincklease | Lease | 4859-00982 | 630.93 | Unknown | 13,637.00 |
| 2015 | FORD TRANSIT WAGON | 1FBZX2ZM9FKA63183 | Hincklease | Lease | 4859-00977 | 630.93 | Unknown | 13,924.00 |
| 2015 | FORD TRANSIT WAGON | 1FBZX2ZM7FKA17514 | Hincklease | Lease | 4859-00976 | 630.93 | Unknown | 13,172.00 |

**VEHICLE FLEET LIST**

| Year | Model | VIN | Finance Company | Lease or Loan | Lease or Loan Number | Monthly Rate | Amount Owed | FMV |
|------|-------|-----|-----------------|---------------|----------------------|--------------|-------------|-----|
| 2015 | FORD TRANSIT WAGON | 1FBZX2ZM7FKA63196 | Hincklease | Lease | 4859-00980 | 630.93 | Unknown | 12,707.00 |
| 2016 | LINCOLN  MKT | 2LMHJ5NKXGBL00936 | Hincklease | Lease | 4859-00986 | 1,181.00 | Unknown | 20,595.00 |
| 2016 | LINCOLN  MKT | 2LMHJ5NK1GBL00937 | Hincklease | Lease | 4859-00985 | 1,181.00 | Unknown | 20,595.00 |
| 2016 | Mercedes-Benz Sprinter 2500 Passenger High Roof w/170" WB Van 3D | WDZFE7CD5GP203096 | Hincklease | Lease | 4859-00950 | 1,217.10 | Unknown | 32,942.00 |
| 2012 | RAM | 1C6RD7GT56S188504 | Hincklease | Lease | 4859-01011 | 466.75 | Unknown | 15,769.00 |
| 74 | Ram Truck | FS625210 | Hincklease | Lease | 4859-00984 | 639.00 | Unknown | Unknown |
| 73 | Ram Truck | FS515112 | Hincklease | Lease | 4859-00983 | 639.00 | Unknown | Unknown |
| 72 | Ram Truck | ES478674 | Hincklease | Lease | 4859-00975 | 595.42 | Unknown | Unknown |
| 71 | Ram Truck | ES478661 | Hincklease | Lease | 4859-00974 | 595.42 | Unknown | Unknown |
| 14V92 | Van | 1FBSS3BL5DDA91037 | Hincklease | Lease | 121-4 | 597.17 | Unknown | 4,649.00 |
| 14V91 | Van | 1FBSS3BLXDDA91048 | Hincklease | Lease | 121-3 | 597.17 | Unknown | 4,649.00 |
| 14V90 | Van | 1FBSS3BL6DDA91046 | Hincklease | Lease | 121-2 | 597.17 | Unknown | 4,649.00 |
| 14V45 | Van | 1FBSS3BL8DDA91050 | Hincklease | Lease | 4859-00694 | 597.17 | Unknown | 4,649.00 |
| 14V43 | Van | 1FBSS3BL7DDA91041 | Hincklease | Lease | 4859-00695 | 597.17 | Unknown | 4,649.00 |
| 2017 | TURTLE TOP | 1FDWE3FSXGDC19181 | TCF | Lease | Master Lease Number: 0504558M Equipment Sched No. :003-0504558-100 | 1,352.87 | 97,406.64 | Unknown |
| 2017 | TURTLE TOP | 1FDWE3FS8GDC36206 | TCF | Lease | Master Lease Number: 0504558M Equipment Sched No. :003-0504558-100 | 1,352.87 | 97,406.64 | Unknown |
| 2016 | Cadillac Escalade ESV | 1GYS4HKJ6GR363338 | Wells Fargo | Lease | Unknown | 1,596.67 | Unknown | 45,216.00 |
| 2016 | Cadillac Escalade ESV | 1GYS4HKJ5GR363363 | Wells Fargo | Lease | Unknown | 1,596.67 | Unknown | 45,750.00 |
| 2016 | Cadillac Escalade ESV | 1GYS4HKJ8GR363373 | Wells Fargo | Lease | Unknown | 1,596.67 | Unknown | 45,750.00 |
| 2016 | Cadillac Escalade ESV | 1GYS4HKJ5GR364769 | Wells Fargo | Lease | Unknown | 1,596.67 | Unknown | 46,149.00 |
| 2016 | Cadillac Escalade ESV | 1GYS4HKJ6GR364912 | Wells Fargo | Lease | Unknown | 1,596.67 | Unknown | 45,617.00 |
| 2016 | Cadillac Escalade ESV | 1GYS4HKJ1GR364753 | Wells Fargo | Lease | Unknown | 1,596.67 | Unknown | 49,011.00 |
| | **TOTALS** | | | | | 43,116.79 | 194,813.28 | 1,121,621.00 |

**VEHICLE FLEET LIST**

| Year | Model | VIN | Finance Company | Lease or Loan | Lease or Loan Number | Monthly Rate | Amount Owed | FMV |
|---|---|---|---|---|---|---|---|---|
| 2013 | J4500 | 2MG3JMBA1DW066535 | Bank of America | Loan | 2581900-702 | 6,812.92 | Unknown | 341,300.00 |
| 2013 | TX45 | YE2TC1AB7D2044409 | Bank of America | Loan | 2581900-701 | 7,034.51 | Unknown | 343,000.00 |
| 2008 | J4500 | 2M93JMHA38W064578 | BMO Harris | Loan | 5,903,804,001.00 | 5,057.40 | 10,087.55 | 208,300.00 |
| 2016 | International Ameritrans M2 | 1FVACWDT1GHHN8113 | First Midwest Equipment Finance Company | Lease | Agreement No.: 67894-001 | 3,026.80 | 185,451.00 | Unknown |
| 2016 | International Odyssey | 1FVACWDT2GHHA5691 | First Source Bank | Lease | Application No.: 4124291 | 3,369.45 | 207,276.00 | Unknown |
| 2017 | J4500 | 2MG3JMBA1HW067920 | Key Equipment Finance | Loan | 1800112346 | 6,054.42 | 487,350.00 | Unknown |
| 2017 | J4500 | 2MG3JMBA7HW067923 | Key Equipment Finance | Loan | 1800112346 | 6,054.42 | 487,350.00 | Unknown |
| 2015 | J4500 | 2MG3JMBA0FW067243 | Peoples Capitol | Loan | 2356-002 | 5,559.25 | 429,924.00 | 385,200.00 |
| 2015 | J4500 | 2MG3JMBA8FW067250 | Peoples Capitol | Loan | 2356-003 | 5,559.25 | 429,925.00 | 385,200.00 |
| 2015 | J4500 | 2MG3JMBA4FW067293 | Peoples Capitol | Loan | 2356-004 | 5,584.00 | 448,186.00 | 385,200.00 |
| 2009 | J4500 | 2MG3JMHA09W065357 | Peoples Capitol | Lease | 2366-001 | 4,762.77 | 60,630.00 | 235,600.00 |
| 2011 | T2145 | YE2TC19B0B2044754 | Peoples Capitol | Lease | 2366-002 | 5,760.00 | 69,120.00 | 307,200.00 |
| 2011 | T2145 | YE2TC19B6B2044757 | Peoples Capitol | Lease | 2366-003 | 5,760.00 | 74,880.00 | 307,200.00 |
| 2015 | BCA45 | 4B9000JCXFZ489004 | Signature Financial | Loan | 109753-002 | 5,079.38 | 323,960.51 | Unknown |
| 2014 | TX45 | YE2YC11BXE2041110 | Sun Trust | Loan | 443-7009108-002 | 7,052.68 | 310,317.70 | 439,000.00 |
| 2014 | TX45 | YE2YC11B3E2041112 | Sun Trust | Loan | 443-7009108-002 | 7,052.68 | 310,317.70 | 439,000.00 |
| 2016 | Dodge RAM Ameritrans | 3C7WRMDL8DG598919 | TCF | Lease | Master Lease Number: 0504558M Equipment Sched No. :003-0504558-100 | 2,063.80 | 129,114.00 | 121,940.15 |
| 2015 | Dodge RAM Ameritrans | 3C7WRMDL7DG598913 | TCF | Lease | Master Lease Number: 0504558M Equipment Sched No. :003-0504558-100 | 2,077.95 | 99,133.00 | 90,093.20 |
| 2015 | BCA45 | 4B9000JCLPZ4B9005 | Webster Capital | Unknown | Unknown | 5,421.70 | Unknown | Unknown |
| 2011 | J4500 | 2MG3JMHA1BW065910 | Wells Fargo | Lease | 001-0196265-106 | 5,700.00 | 120,797.00 | 299,300.00 |
| 2011 | J4500 | 2MG3JMHA0BW065901 | Wells Fargo | Loan | 001-0196265-703 | 5,136.00 | 253,750.34 | 299,300.00 |
| 2011 | J4500 | 2MG3JMHA6BW065899 | Wells Fargo | Loan | 001-0196265-703 | 5,136.00 | 253,750.34 | 299,300.00 |
| 2011 | J4500 | 2MG3JMHA2BW065950 | Wells Fargo | Loan | 001-0196265-704 | 5,136.00 | 257,878.91 | 299,300.00 |
| 2011 | J4500 | 2MG3JMHA4BW065951 | Wells Fargo | Loan | 001-0196265-704 | 5,136.00 | 257,878.91 | 299,300.00 |
| 2011 | J4500 | 2MG3JMHA9BW065900 | Wells Fargo | Loan | 001-0196265-705 | 5,136.00 | 261,991.41 | 299,300.00 |
| 2010 | J4500 | 2MG3JMEA8AW065552 | Wells Fargo | Lease | 001-0196265-103 | 5,045.00 | 55,470.50 | 259,800.00 |
| 2010 | J4500 | 2MG3JMEAXAW065553 | Wells Fargo | Lease | 001-0196265-104 | 5,047.00 | 55,474.50 | 259,800.00 |
| 2008 | J4500 | 2M93JMHA78W064468 | Wells Fargo | Loan | 001-0196265-700 | 5,045.00 | 5,019.20 | 208,300.00 |
|  | **TOTALS** |  |  |  |  | **145,660.38** | **5,585,033.57** | **6,511,933.35** |

##Updated Fleet List by Category - 05.20.17
Bus financings
9 of 11

VEHICLES - HYBRID LEASING
(BUS FINANCINGS)

5/21/2017 @ 9:37 PM

**VEHICLE FLEET LIST**

| Year | Model | VIN | Finance Company | Lease or Loan | Lease or Loan Number | Monthly Rate | Amount Owed | FMV |
|------|-------|-----|-----------------|---------------|----------------------|--------------|-------------|-----|
| 2013 | Cadillac SRX | 3GYFNJE30DS568231 | Ally | Loan | 024-9201-58736 | Unknown | 7,910.36 | Unknown |
| 2016 | Dodge Durango SXT Sport Utility 4D | 1C4RDJDG8GC442171 | Hincklease | Unknown | 4859-01054 | Unknown | Unknown | 14,442.00 |
| 2015 | Dodge Durango SXT Sport Utility 4D | 1C4RDJDG1FC245275 | Hincklease | Unknown | 4859-01012 | Unknown | Unknown | 14,442.00 |
|  | Ford Transit Connect Passenger XLT Van 4D | 1FBZX2YG3GKA26692 | Hincklease | Unknown | 4859-01056 | Unknown | Unknown | 16,382.00 |
| 2015 | Cadillac Escalade | 1GYS4SKJ6FR527599 | Hincklease | Unknown | 3740-1 | Unknown | Unknown | 39,797.00 |
| 2015 | Cadillac Escalade | 1GYS4SKJ2FR528622 | Hincklease | Unknown | 3740-3 | Unknown | Unknown | 38,843.00 |
| 2016 | CADILLAC XTS | 2G61U5S33G9138549 | Hincklease | Unknown | 3740-00971 | Unknown | Unknown | 20,913.00 |
| 2016 | CADILLAC XTS | 2G61U5S34G9139399 | Hincklease | Unknown | 3740-00972 | Unknown | Unknown | 21,854.00 |
| 2015 | CHEVROLET EXPRESS VAN | 1GAZG1FG2F1128359 | Hincklease | Unknown | 4859-00741 | Unknown | Unknown | 11,853.00 |
| 2015 | CHEVROLET EXPRESS VAN | 1GAZG1FGXF1126410 | Hincklease | Unknown | 4859-00723 | Unknown | Unknown | 12,859.00 |
| 2015 | CHEVROLET EXPRESS VAN | 1GAZG1FG9F1137673 | Hincklease | Unknown | 4859-00782 | Unknown | Unknown | 10,566.00 |
| 2015 | CHEVROLET EXPRESS VAN | 1GAZGAFG0F1137674 | Hincklease | Unknown | 4859-00805 | Unknown | Unknown | 9,861.00 |
| 2016 | Chevrolet Suburban 3500HD | 1GNSKHKC2GR195749 | Hincklease | Unknown | 4859-00973 | Unknown | Unknown | 53,306.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKC6FR690042 | Hincklease | Unknown | 4859-01001 | Unknown | Unknown | 32,908.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKC4FR692033 | Hincklease | Unknown | 4859-01005 | Unknown | Unknown | 30,347.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKC4FR666872 | Hincklease | Unknown | 4859-01003 | Unknown | Unknown | 31,637.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKC9FR512383 | Hincklease | Unknown | 4859-00753 | Unknown | Unknown | 24,792.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKC8FR685229 | Hincklease | Unknown | 4859-01004 | Unknown | Unknown | 28,364.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKC3FR670007 | Hincklease | Unknown | 4859-01002 | Unknown | Unknown | 29,549.00 |
| 2015 | Chevrolet Suburban LT | ZGNSKJKCXFR513171 | Hincklease | Unknown | 4859-01052 | Unknown | Unknown | 29,947.00 |
| 2013 | FORD E350 SD XLT | 1FBNE3BL2DDA35240 | Hincklease | Unknown | 4859-00831 | Unknown | Unknown | 10,350.00 |
| 2013 | FORD E350 SD XLT | 1FBNE3BLXDDA35244 | Hincklease | Unknown | 4859-00832 | Unknown | Unknown | 10,752.00 |
| 2012 | FORD E350 SD XLT | 1FBNE3BL6CDA45722 | Hincklease | Unknown | 4859-00833 | Unknown | Unknown | 9,733.00 |
| 2015 | FORD EXPEDITION | 1FMJK1JT6FEF43681 | Hincklease | Unknown | 4859-01050 | Unknown | Unknown | 32,076.00 |
| 2015 | FORD EXPEDITION | 1FMJK1JT6FEF43714 | Hincklease | Unknown | 4859-01049 | Unknown | Unknown | 31,993.00 |
| 2015 | FORD EXPEDITION | 1FMJK1JT6FEF50842 | Hincklease | Unknown | 4859-01051 | Unknown | Unknown | 30,888.00 |

**VEHICLES - LEASES or LOANS
(to be determined)**

5/21/2017 @ 9:37 PM

## VEHICLE FLEET LIST

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2016 | Ford Transit 350 HD Van Extended Length SRW High Roof w/Sliding Side Door Van 3D | 1FBZX2XG8FKA38580 | Hincklease | Unknown | 4859-01055 | Unknown | Unknown | 23,491.00 |
| 2017 | Ford Transit 350 Van Extended Length High Roof w/Sliding Side Door w/LWB Van 3D | 1FBVU4XG0HKA25747 | Hincklease | Unknown | 4859-01014 | Unknown | Unknown | 24,343.00 |
| 2015 | FORD TRANSIT 350 WAGON | 1FBZX2ZM9FKA38798 | Hincklease | Unknown | 4859-00988 | Unknown | Unknown | 13,338.00 |
| 2016 | Ford Transit 350 Wagon XLT Extended Length w/High Roof w/Sliding Side Door Van 3D | 1FBVU4XGXGKB33047 | Hincklease | Unknown | 4859-01010 | Unknown | Unknown | 28,104.00 |
| 2012 | Unknown | C1121090 | Hincklease | Unknown | 4859-00451 | Unknown | Unknown | Unknown |
| 2016 | FORD TRANSIT WAGON | 1FBZX2YG6GKA22085 | Unknown | Unknown | Unknown | Unknown | Unknown | 20,541.00 |
| 2003 | J4500 | 2M93JMPA23W062282 | Unknown | Unknown | Unknown | Unknown | Unknown | 100,100.00 |
| | **TOTALS** | | | | | **Unknown** | **7,910.36** | **808,371.00** |

**VEHICLES - LEASES or LOANS
(to be determined)**

5/21/2017 @ 9:37 PM

## VEHICLE LEASES

| Lessor | Lessee | Date | Vehicle | Term/Termination Date |
|---|---|---|---|---|
| Hinckley's, Inc., dba Hincklease<br>Attn: Brian Baker<br>2305 S President's Dr Ste F<br>West Valley City, UT 84120 | | | *See attached* **"VEHICLE FLEET LIST (VEHICLES - TRUE LEASES)"** pages 7 & 8, and **"VEHICLE FLEET LIST (VEHICLES - LEASES or LOANS)"** pages 10 & 11 | |
| Land Rover<br>c/o Chase Auto Finance<br>PO Box 78074<br>Phoenix, AZ 85062-8074 | All Resort Express, Inc., and Gordon W. Cummins | 7/14/2014 | 2014 Land Rover Model Range Rover VIN S4LWR2TF1EA377832<br>[*also shown on* **"VEHICLE FLEET LIST (VEHICLES - TRUE LEASES)"** p7] | 6/14/2017 |
| TCF<br>11100 Wayzata Blvd Ste 801<br>Minnetonka, MN 55305 | | | 2017 Turtle Top, VIN 1FDWE3FSXGDC19181,<br>2017 Turtle Top, VIN 1FDWE3FS8GDC36206<br>[*also shown on* **"VEHICLE FLEET LIST (VEHICLES - TRUE LEASES)"** p7] | |

#Executory Contracts List (non-customers) 05.21.17
Vehicles
1 of 7

**SCHEDULE G**
**VEHICLE LEASES**

5/21/2017 @ 10:40 PM

## VEHICLE LEASES

| Lessor | Lessee | Date | Vehicle | Term/Termination Date |
|---|---|---|---|---|
| Wells Fargo Equipment Financing | | | (6) 2016 Cadillac Escalades, VINs1GYS4HKJ6GR363338 1GYS4HKJ5GR363363 1GYS4HKJ8GR363373 1GYS4HKJ5GR364769 1GYS4HKJ6GR364912 1GYS4HKJ1GR364753 *See* **"VEHICLE FLEET LIST (VEHICLES - TRUE LEASES)"** page 8 | |

#Executory Contracts List (non-customers) 05.21.17
Vehicles
2 of 7

SCHEDULE G
VEHICLE LEASES

5/21/2017 @ 10:40 PM

**SCHEDULE OF BUILDING LEASES**

| Lessor | Lessee | Date | Location | Term/Termination Date | Rent | Notes |
|---|---|---|---|---|---|---|
| Associated Investments, LLC<br>560 S 300 E<br>Salt Lake City, UT 84111 | Resort Express, Inc. | 06/01/11 | 534 S 500 W, SLC, UT (warehouse) | 5/31/2016 | $4,335 to 5/31/16 | Currently at will<br>No option to renew |
| Barron Wilson, LLC<br>5304 Mountain Meadows Dr<br>Park City, UT 84098 | All Resort Coach, Inc. | 04/12/06 | 549 W 500 S, SLC, UT 84101 (Lewis offices) | 4/30/15 + two 3-yr terms | $19,500.00 | |
| CV PropCo, LLC<br>c/o Gatski Commercial Real Estate Services<br>4755 Dean Martin Dr<br>Las Vegas, NV 89103 | All Resort Group, Inc. | 12/01/16 | 4740 S Valley View Blvd (Arena Conference Center), Las Vegas, NV | 12/31/2022 | $11,884.20 | $12,240.73 beg 2/28/18 |
| Euro Treasures Properties II, LLC<br>470 W 600 S<br>Salt Lake City, UT 84060 | Resort Express | 12/14/11 | Lot behind 470 W 600 S, SLC, 84101 | 1 year; 4 extensions | $1,200 +3% annually | Currently at will |
| Donna & Karl Larsen<br>8153 S Adams St<br>Midvale, UT 84047 | All Resort Coach, Inc. | 09/23/13 | 5428 W Leo Park Rd, West Jordan, UT 84088 | 11/30/2017 + (2) 5-year terms | $4,800/mo; $5,040/mo to 11/30/2022; $5,292/mo to 11/30/2027 | |
| Park City Investors Ltd.<br>6440 S Wasatch Blvd #100<br>Salt Lake City, UT 84121 | All Resort Group, Inc. | 10/01/16 | Park Meadows Plaza<br>1500 Kearns Blvd.<br>Suites F-100, 200, 300 | 5 years | $11,622.76/mo until 9/30/17; $11,843.86/mo until 9/30/18; $12,070.78/mo to 9/30/19: $11,729.76/mo to 9/30/20; $11,962.49 to 9/30/21 | |

#Executory Contracts List (non-customers) 05.21.17
Real Estate
3 of 7

SCHEDULE G
LAND and BUILDING LEASES

5/21/2017 @ 10:40 PM

**SCHEDULE OF BUILDING LEASES**

| Lessor | Lessee | Date | Location | Term/Termination Date | Rent | Notes |
|---|---|---|---|---|---|---|
| The Hunt Family Trust dtd. 12/18/1987 | James Lawrence "Larry" Killingsworth & Carolyn Killingsworth | 06/06/16 | 5663 Oslo Lane, Park City, UT 84098 (Larry's house) | 6/30/2018 | $3,500/mo | |
| Salt Lake City Corporation c/o Airport Contracts & Proc. Mgr. SLC International Airport PO Box 145550 Salt Lake City, UT 84114-5550 | Premier Transportation | 05/01/16 | (2) Airport booths | 4/30/2019 | $2,725.00/mo | $8,175.00 deposit |
| Salt Lake City Corporation c/o Airport Contracts & Proc. Mgr. SLC International Airport PO Box 145550 Salt Lake City, UT 84114-5550 | PC Transportation | 05/01/16 | (2) Airport booths | 4/30/2019 | $3,058.33/mo | $9,175.00 deposit |
| Salt Lake City Corporation c/o Airport Contracts & Proc. Mgr. SLC International Airport PO Box 145550 Salt Lake City, UT 84114-5550 | Resort Express | 05/01/16 | (2) Airport booths | 4/30/2019 | $3,608.33/mo | $10,825.00 deposit |

#Executory Contracts List (non-customers) 05.21.17
Real Estate
4 of 7

SCHEDULE G
LAND and BUILDING LEASES

5/21/2017 @ 10:40 PM

**INSURANCE CONTRACTS**

| Provider | Coverage | Monthly or Annual  Premium |
|---|---|---|
| Auto Owners | Renters' Insurance for Lewis Building | $799.82/yr |
| Philadelphia Indemnity Insurance Company (REI and Xpress4Less) | Business Auto Liability<br>Uninsured Motorists<br>Underinsured Motorists<br>Personal Injury Protection<br>Comprehensive<br>Collision<br>Hired & Non-owned Auto<br>General Liability<br>Business Personal Property<br>Business Income<br>Stock Inventory | $61,595.00/mo |
| Citadel Insurance Services, LC (for benefit of Rio Tinto Kennecott Utah Copper LLC) | Commercial General Liability<br>Automobile Liability | $9,220.00 |
| Hartford Insurance Company of the Midwest | Property Flood Insurance for leased business premises at<br>549 W 500 S, Salt Lake City, UT | $1,536.00 |
| National Interstate Insurance (Philadelphia Indemnity) | Non-TRAX leases | $15,971.25/mo |
| Capital Premium (Hiscox Insurance Co., Inc. Risk Placement Services (Scottsdale)) | Executive coverage | $1,600.00/yr |
| WCF Insurance Workers Compensation Fund (Advantage Workers Compensation Insurance Co.) (Moreton & Company) | Workers' compensation fund | $601,887.61/yr |

**SCHEDULE G**
**INSURANCE CONTRACTS**

**INSURANCE CONTRACTS**

| Benefit | Provider |
|---|---|
| Health Insurance | Health EZ (through Standard Life and Accident Insurance Company Treaty #SL SLA15680-E and EBU case #049301) |
| Dental Insurance | Humana |
| Vision Insurance | Humana |
| Life Insurance | Humana (company sponsored basic) Assurant/Sun Life (company sponsored AD&D) |
| Pharmacy Benefits | Magellan Rx Management, LLC |
| Long Term/Short Term Disability | Transamerica (driver) Assurant (admin) |
| Supplemental Life Insurance | Assurant/Sun life (vol. life) |

**EMPLOYMENT CONSULTING AGREEMENTS**

| Entity | Employee or other party to contract | Date | Title | Term/Termination Date | Comments |
|---|---|---|---|---|---|
| All Resort Group, Inc. | Richard & Wendy Bizzaro; Laurie & Gordon Cummins | Jun-15 | Retirement Agreement | 3 years | Only provides provisions for Laurie & Gordon Cummins |
| All Resort Group, Inc. | Ana Busisin | 4/24/2017 | Employment Agreement | 4/23/2020 | Year 1: $90,000 Year 2: $105,000 Year 3: $120,000 |
| All Resort Group, Inc. | Jerry Fox | 2/3/2017 | Consulting Agreement (marketing) | 2/3/2018 | $2,000/month for marketing services |
| All Resort Group, Inc. | Larry Killingsworth | 4/24/2017 | Employment Agreement | 4/23/2020 | Year 1: $185,000 Year 2: $215,000 Year 3: $245,000 |
| All Resort Group, Inc. | Kaity Quinley | 4/24/2017 | Employment Agreement | 4/23/2020 | Year 1: $130,000 Year 2: $145,000 Year 3: $160,000 |

#Executory Contracts List (non-customers) 05.21.17
Employment
7 of 7

**SCHEDULE G**
**EMPLOYMENT AGREEMENTS**

5/21/2017 @ 10:40 PM

**Fill in this information to identify the case:**

Debtor name    **All Resort Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **17-23687**

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **Access Business Finance**<br>Creditor's Name<br><br>**14205 SE 36th St Ste 350**<br>**Bellevue, WA 98006**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All assets other than rolling stock (titled vehicles)**<br><br>**Describe the lien**<br>**UCC-1**<br>**Is the creditor an insider or related party?** | $747,765.17 | $839,830.64 |

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**11/7/16**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2**  **Ally**<br>Creditor's Name<br><br>**PO Box 380901**<br>**Minneapolis, MN 55438**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**2014 Chevrolet Traverse, VIN 1GNKVHKD9E3282897**<br><br>**Describe the lien**<br>**Note & Security Agreement w/ Title**<br>**Is the creditor an insider or related party?** | $17,144.69 | $12,534.00 |

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**4/11/14**
**Last 4 digits of account number**
**4387**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | All Resort Group, Inc. | Case number (if know) | 17-23687 |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** **Ally**
Creditor's Name

**PO Box 380901**
**Minneapolis, MN 55438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/29/13**
**Last 4 digits of account number**
**0945**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2013 Cadillac SRX, VIN 3GYFNJE30DS568231**

Describe the lien
**Note & Security Agreement w/ Title? or Lease**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

---

**2.4** **Ally**
Creditor's Name

**PO Box 380901**
**Minneapolis, MN 55438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/19/13**
**Last 4 digits of account number**
**6865**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2014 Kia Sorento, VIN 5XYKUDA74EG44822**

Describe the lien
**Note & Security Agreement w/ Title**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,830.43**         **$13,187.00**

---

**2.5** **Ally**
Creditor's Name

**PO Box 380901**
**Minneapolis, MN 55438**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**2013 SUBURBAN, VIN 1GNSKJE7XDR213013**

Describe the lien
**Note & Security Agreement w/ Title**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

**$6,462.06**          **$8,378.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | Case number (if know) | **17-23687** |
|---|---|---|---|
| | Name | | |

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0732**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Ally** | Describe debtor's property that is subject to a lien | $6,460.60 | $8,378.00 |
|---|---|---|---|---|
| | Creditor's Name | **2013 SUBURBAN, VIN 1GNSKJE70DR212906** | | |

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**Describe the lien**

**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6375**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Ally** | Describe debtor's property that is subject to a lien | $6,460.60 | $7,945.00 |
|---|---|---|---|---|
| | Creditor's Name | **2013 SUBURBAN, VIN 1GNSKJE74DR212892** | | |

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**Describe the lien**

**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4297**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | **Ally** | Describe debtor's property that is subject to a lien | $6,711.89 | $8,883.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **All Resort Group, Inc.**
_____
Name

Case number (if know)    **17-23687**

---

Creditor's Name

**2013 SUBURBAN, VIN 1GNSKJE76DR212876**

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**Describe the lien**

**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

☐ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8286**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Ally** |
|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien    $6,460.60    $8,883.00
**2013 SUBURBAN, VIN 1GNSKJE79DR212760**

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**Describe the lien**

**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

☐ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9592**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Ally** |
|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien    $6,460.71    $9,162.00
**2013 SUBURBAN, VIN 1GNSKJE75DR212707**

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**Describe the lien**

**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

☐ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4280**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 34

| Debtor | **All Resort Group, Inc.** | Case number (if know) | **17-23687** |
|---|---|---|---|
| | Name | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

**2.1**
**1**

**Ally**

Creditor's Name

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5931**

**Do multiple creditors have an**
**interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2015 FORD TRANSIT (Hightop ), VIN**
**1FBVU4XG2FKA14018**

**$21,345.00**    **$14,901.00**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1**
**2**

**Ally**

Creditor's Name

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6062**

**Do multiple creditors have an**
**interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2011 Suburban, VIN 1GNSKJE31BR300809**

**$4,483.06**    **$19,501.00**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1**
**3**

**Ally**

Creditor's Name

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2012 SORENTO, VIN 5XYKUD29DG332751**

**$1,715.91**    **$5,198.00**

Describe the lien
**Note & Security Agreement w/ Title**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | Case number *(if know)* | **17-23687** |
| | Name | | |

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1549**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Bank of America** | Describe debtor's property that is subject to a lien | **Unknown** | **$341,300.00** |

Creditor's Name

**PO Box 405874**
**Atlanta, GA 30384-5874**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/31/13**

**Last 4 digits of account number**
**0702**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2013 MCI Model J4500, VIN 2MG3JMBA1DW066535 [Bus No. 511]**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Bank of America** | Describe debtor's property that is subject to a lien | **$225,000.00** | **$343,000.00** |

Creditor's Name

**PO Box 405874**
**Atlanta, GA 30384-5874**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0701**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2013 Van Hool Coach TX45, VIN YE2TC1AB7D2044409 [Bus No. 512]**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 6 of 34

| Debtor | All Resort Group, Inc. | Case number (if know) | 17-23687 |
|---|---|---|---|
| | Name | | |

---

**2.1 6**

**Bank of the West**
Creditor's Name

**PO Box 7167**
**Pasadena, CA 91109-7167**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Unknown**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

---

**2.1 7**

**BMO Harris Bank NA**
Creditor's Name

**PO Box 71951**
**Chicago, IL 60694-1951**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/17/11**
**Last 4 digits of account number**
**4001**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2008 MCI Coach Model J4500, VIN#2M93JMHA38W064578**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,087.55**     **$208,300.00**

---

**2.1 8**

**Daimler-Mercedes Benz Financial Svcs.**
Creditor's Name

**Carol Stream, IL 60197-5261**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien
**2014 Thomas Built Bus HDX, VIN 1T7YU2F28E1167528**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No

**$58,439.46**     **Unknown**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | All Resort Group, Inc. | Case number (if know) | 17-23687 |
|---|---|---|---|
| | Name | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.19** **Daimler-Mercedes Benz Financial Svcs.**

Creditor's Name

**Carol Stream, IL 60197-5261**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2014 Thomas Built Bus HDX, VIN 1T7YU2F26E1167530**

**Describe the lien**
**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$58,439.46    Unknown

---

**2.20** **Daimler-Mercedes Benz Financial Svcs.**

Creditor's Name

**Carol Stream, IL 60197-5261**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2014 Thomas Built Bus HDX, VIN 1T7YU2F28E1167531**

**Describe the lien**
**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$58,439.46    Unknown

---

**2.21** **Daimler-Mercedes Benz Financial Svcs.**

**Describe debtor's property that is subject to a lien**

$58,439.46    Unknown

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 8 of 34

| Debtor | All Resort Group, Inc. | Case number (if know) | **17-23687** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| Creditor's Name | | **2014 Thomas Built Bus HDX, VIN 1T7YU2F2F2XE167529** | |
| **Carol Stream, IL 60197-5261** | | | |
| Creditor's mailing address | | **Describe the lien** | |
| | | **Note & Security Agreement w/ Title** | |
| | | **Is the creditor an insider or related party?** | |
| | | ■ No | |
| Creditor's email address, if known | | ☐ Yes | |
| | | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | | ■ No | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number 2001** | | | |
| **Do multiple creditors have an interest in the same property?** | | **As of the petition filing date, the claim is:** Check all that apply | |
| ■ No | | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | | ☐ Unliquidated ☐ Disputed | |

| 2.2 2 | **Daimler-Mercedes Benz Financial Svcs.** | **Describe debtor's property that is subject to a lien** | $58,439.46 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **2014 Thomas Built Bus HDX, VIN 1T7YU2F2FXE1167529** | | |
| | **Carol Stream, IL 60197-5261** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Note & Security Agreement w/ Title** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number 2001** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

| 2.2 3 | **Daimler-Mercedes Benz Financial Svcs.** | **Describe debtor's property that is subject to a lien** | $17,834.67 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **2008 Thomas Built Bus HDX, VIN 1T7YU2F2381290075** | | |
| | **Carol Stream, IL 60197-5261** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Note & Security Agreement w/ Title** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 9 of 34 |
|---|---|---|

| Debtor | **All Resort Group, Inc.** | Case number (if know) | **17-23687** |
|---|---|---|---|
| | Name | | |

**5001**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 4 | **Daimler-Mercedes Benz Financial Svcs.** | **Describe debtor's property that is subject to a lien** | $17,834.67 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **2008 Thomas Built Bus HDX, VIN 1T7YU2F2581290076** | | |

**Carol Stream, IL 60197-5261**

Creditor's mailing address

**Describe the lien**

**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number 5001**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 5 | **Daimler-Mercedes Benz Financial Svcs.** | **Describe debtor's property that is subject to a lien** | $17,834.67 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **2008 Thomas Built Bus HDX, VIN 1T7YU2F2781290077** | | |

**Carol Stream, IL 60197-5261**

Creditor's mailing address

**Describe the lien**

**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number 5001**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 6 | **Daimler-Mercedes Benz Financial Svcs.** | **Describe debtor's property that is subject to a lien** | $17,834.67 | Unknown |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | All Resort Group, Inc. | Case number (if know) | 17-23687 |
|---|---|---|---|
| | Name | | |

Creditor's Name

**Carol Stream, IL**
**60197-5261**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5001**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2008 Thomas Built Bus HDX, VIN**
**1T7YU2F29381290078**

Describe the lien
**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Daimler-Mercedes Benz Financial Svcs.** | | $17,834.67 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Carol Stream, IL**
**60197-5261**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5001**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2008 Thomas Built Bus HDX, VIN**
**1T7YU2F2081290079**

Describe the lien
**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **First Midwest Equipment Finance Company** | | $185,451.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**80 N Gordon**
**Elk Grove Village, IL 60007**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/1/17**

**Last 4 digits of account number**
**4001**

Describe debtor's property that is subject to a lien
**2016 Freightliner Ameritrans M2, VIN**
**1FVACWDT1GHHN8113**

Describe the lien
**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 11 of 34

| Debtor | **All Resort Group, Inc.** | Case number *(if know)* | **17-23687** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.29**

**First Source Bank**
Creditor's Name

**PO Box 783**
**South Bend, IN 46624**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/1/17**

**Last 4 digits of account number**
**4291**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2016 International Odyssey, VIN 1FVACW2CDT2GHHA5691**

**Describe the lien**
**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$207,276.00    Unknown

---

**2.30**

**GM Financial/Jerry Seiner**
Creditor's Name

**PO Box 183593**
**Arlington, TX 76096-3834**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/15/16**

**Last 4 digits of account number**
**8609**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2016 Cadillac CT6, VIN 1G6KK5R66GU154855**

**Describe the lien**
**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$59,000.00    $35,510.00

---

**2.31**

**Key Equipment Finance**
Creditor's Name

**11030 Circle Point Rd Ste 200**
**Broomfield, CO 80020**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2017 J4500, VIN 2MG3JMBA1HW067920**

**Describe the lien**

$487,350.00    Unknown

---

| Debtor | All Resort Group, Inc. | Case number *(if know)* | **17-23687** |
|---|---|---|---|
| | Name | | |

**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2346**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | **Key Equipment Finance** | Describe debtor's property that is subject to a lien | $487,350.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**11030 Circle Point Rd Ste 200**
**Broomfield, CO 80020**

Creditor's mailing address

**2017 J4500, VIN 2MG3JMBA7HW067923**

**Describe the lien**
**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2346**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | **Lincoln/Ford Credit** | Describe debtor's property that is subject to a lien | Unknown | $4,203.00 |
|---|---|---|---|---|

Creditor's Name

**?**

Creditor's mailing address

**2013 Lincoln MKT, VIN 2LMHJ5NKODBL59120**

**Describe the lien**
**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7350**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **All Resort Group, Inc.**
_____
Name

Case number (if know)    **17-23687**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

---

| 2.3 4 | **Lincoln/Ford Credit** | | Unknown | $4,203.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**2013 Lincoln MKT, VIN
2LMHJ5NKODBL59121**
_____

Creditor's mailing address

Describe the lien
**Note & Security Agreement w/ Title**
_____
Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
7328**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

☐ Unliquidated
☐ Disputed

---

| 2.3 5 | **People's Capital Leasing Corp.** | | $429,925.00 | $385,200.00 |

Creditor's Name

**255 Bank St 4th Fl
Waterbury, CT 06702-2213**

Describe debtor's property that is subject to a lien
**2015 MCI Intercity Coach model J4500, VINs
2MG3JMBA8FW067250**
_____

Creditor's mailing address

Describe the lien
**Note & Security Agreement w/ Title**
_____
Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred
4/6/15**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
2356,h003**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **People's Capital Leasing Corp.** | | Unknown | Unknown |

Creditor's Name

**255 Bank St 4th Fl
Waterbury, CT 06702-2213**

Describe debtor's property that is subject to a lien
**(1) used 2006 MCI Model J4500 Motor Coach
equipped with wheel chair lift, VIN
2M93JMDA46W063524
[66 x $4,805.00, $28,200 payoff]**
_____

Creditor's mailing address

Describe the lien

---

| Debtor | All Resort Group, Inc. | Case number (if know) | 17-23687 |
|---|---|---|---|
| | Name | | |

**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**11/30/09 (NOT ON LIST)**
**Last 4 digits of account number**
**2356,SchA**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 7 | People's Capital Leasing Corp. | Describe debtor's property that is subject to a lien | $429,924.00 | $385,200.00 |
|---|---|---|---|---|

Creditor's Name

**255 Bank St 4th Fl**
**Waterbury, CT 06702-2213**

Creditor's mailing address

**New 2015 MCI Model J4500 56 passenger Motor Coach, VIN 2MG3JMBA0FW067243 [83 x $5,559.25, $96,369.25 payoff]**

Describe the lien

**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**5/26/15**
**Last 4 digits of account number**
**2356,h002**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 8 | People's Capital Leasing Corp. | Describe debtor's property that is subject to a lien | $448,186.00 | $385,200.00 |
|---|---|---|---|---|

Creditor's Name

**255 Bank St 4th Fl**
**Waterbury, CT 06702-2213**

Creditor's mailing address

**New 2015 MCI Model J4500 56 Passenger Motor Coach, VIN 2MG3JMBA4FW067293 [83 x $5,584.00, payoff $96,394.00]**

Describe the lien

**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**7/30/15**
**Last 4 digits of account number**
**2356,h004**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **All Resort Group, Inc.** | Case number (if know) | **17-23687** |
|---|---|---|---|
| | Name | | |

■ No
☐ Contingent
☐ Yes. Specify each creditor, ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.3 9 | **People's Capital Leasing Corp.** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien          $69,120.00          $307,200.00
**2011 T2145, VIN YE2TC19B0B2044754**

**255 Bank St 4th Fl
Waterbury, CT 06702-2213**

Creditor's mailing address

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
6002**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?
☐ Contingent
■ No
☐ Unliquidated
☐ Yes. Specify each creditor, ☐ Disputed
including this creditor and its relative
priority.

---

| 2.4 0 | **People's Capital Leasing Corp.** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien          $60,630.00          $235,600.00
**2009 J4500, VIN 2MG3JMHA09W065357**

**255 Bank St 4th Fl
Waterbury, CT 06702-2213**

Creditor's mailing address

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
6001**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?
☐ Contingent
■ No
☐ Unliquidated
☐ Yes. Specify each creditor, ☐ Disputed
including this creditor and its relative
priority.

---

| 2.4 1 | **People's Capital Leasing Corp.** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien          $74,880.00          $307,200.00
**2011 T2145, VIN YE2TC19B6B2044757**

**255 Bank St 4th Fl
Waterbury, CT 06702-2213**

Creditor's mailing address

Describe the lien
**Note & Security Agreement w/ Title**

---

Debtor    **All Resort Group, Inc.**

Name

Case number (if know)    **17-23687**

---

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6003**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.4 2 | **PNC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name

**Unknown**

**Attn: Service/Set Up Processing**
**995 Dalton Ave**
**Cincinnati, OH 45203**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**Unknown**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.4 3 | **Salt Lake County Treasurer** | **Describe debtor's property that is subject to a lien** | **$54,564.05** | **Unknown** |

Creditor's Name

**Property taxes for 549 W 500 S, SLC, UT 84101 (property held by Barron Wilson, LLC, but taxes to be paid per lease)**

**2001 S State St N1200**
**Po Box 144575**
**Salt Lake City, UT 84114**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | All Resort Group, Inc. | Case number (if know) | 17-23687 |
|---|---|---|---|
| | Name | | |

□ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 4 | **Sentry West, inc.** | Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**940 Boston Turnpike
Shrewsbury, MA 01545**

Creditor's mailing address

**Unknown**

Describe the lien
**Unknown**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 5 | **Signature Financial** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**10545 Willows Rd NE Ste 120
Richmond, WA 98052**

Creditor's mailing address

**2002 30' Eldorado EX Rider Transit bus, VIN 1N9%DAC892C084166**

Describe the lien
**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
4166**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 6 | **Signature Financial** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**10545 Willows Rd NE Ste 120
Richmond, WA 98052**

Creditor's mailing address

**2002 30' Eldorado EX Rider Transit Bus, VIN 1N9TDAC852C084164**

Describe the lien
**Note & Security Agreement w/ Title**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   **All Resort Group, Inc.**                                    Case number (if know)   **17-23687**
_____
Name

| Creditor's email address, if known | Is the creditor an insider or related party? |
|---|---|

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4164**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 7 | **Signature Financial** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**10545 Willows Rd NE Ste 120**
**Richmond, WA 98052**
Creditor's mailing address

**2002 30' Eldorado EX Rider Transit Bus, VIN 1N9TDAC842C08416**

**Describe the lien**
**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4169**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 8 | **Signature Financial** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**10545 Willows Rd NE Ste 120**
**Richmond, WA 98052**
Creditor's mailing address

**2002 30' Eldorado EX Rider Transit Bus, VIN 1N9TDAC822C084171**

**Describe the lien**
**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4171**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | All Resort Group, Inc. | Case number (if know) | 17-23687 |
|---|---|---|---|
| | Name | | |

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.49**

**Signature Financial**
Creditor's Name

**10545 Willows Rd NE Ste 120**
**Richmond, WA 98052**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 0378**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2000 30' Gillig Phantom Transit Bus, VIN 15GCA181XY1110378**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?
☐ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

---

**2.50**

**Signature Financial**
Creditor's Name

**10545 Willows Rd NE Ste 120**
**Richmond, WA 98052**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 0379**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2000 30' Gillig Phantom Transit Bus, VIN 15GCA1881Y1110379**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?
☐ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

---

**2.51**

**Signature Financial**
Creditor's Name

**10545 Willows Rd NE Ste 120**
**Richmond, WA 98052**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2000 30' Gillig Phantom Transit Bus, VIN 15GCA1818Y1110380**

Describe the lien
**Note & Security Agreement w/ Title**

**Unknown**   **Unknown**

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 20 of 34

Debtor    **All Resort Group, Inc.**                                          Case number *(if know)*    **17-23687**
_____
Name

Creditor's email address, if known
_____

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0380**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.5 2 | **Signature Financial** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name

**10545 Willows Rd NE Ste 120**
**Richmond, WA 98052**

Creditor's mailing address

**2000 30' Gillig Phantom Transit Bus, VIN 15GCA1814Y1110375**

**Describe the lien**
**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0375**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.5 3 | **Signature Financial** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name

**10545 Willows Rd NE Ste 120**
**Richmond, WA 98052**

Creditor's mailing address

**2000 30' Gillig Phantom Transit Bus, VIN 15GCA18186Y1110376**

**Describe the lien**
**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0376**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

| Debtor | All Resort Group, Inc. | Case number (if know) | 17-23687 |
|---|---|---|---|
| | Name | | |

☐ No
☐ Contingent
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.
☐ Unliquidated
☐ Disputed

---

**2.5 4**

| Signature Financial | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|

Creditor's Name

**10545 Willows Rd NE Ste 120**
**Richmond, WA 98052**

Creditor's mailing address

**2000 30' Gillig Phantom Transit Bus, VIN 15GCA1818Y1110377**

Describe the lien
**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

**Last 4 digits of account number**
**0377**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5 5**

| Signature Financial | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|

Creditor's Name

**10545 Willows Rd NE Ste 120**
**Richmond, WA 98052**

Creditor's mailing address

**2000 40' Gillig Phantom Transit Bus, VIN 15GCD211XY1110167**

Describe the lien
**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

**Last 4 digits of account number**
**0167**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5 6**

| Signature Financial | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|

Creditor's Name

**10545 Willows Rd NE Ste 120**
**Richmond, WA 98052**

Creditor's mailing address

**2000 40' Gillig Phantom Transit Bus, VIN 15GCD2111Y1110168**

Describe the lien
**Note & Security Agreement w/ Title**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | Case number (if know) | **17-23687** |
|---|---|---|---|
| | Name | | |

|  |  |
|---|---|
| Creditor's email address, if known | Is the creditor an insider or related party?<br>■ No<br>☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**0168** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed |

---

| 2.5 7 | **Signature Financial - BCA** | Describe debtor's property that is subject to a lien | **$323,960.51** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **2015 Coach BCA Model BCA45, VIN 4B9000JCXFZ489004 [Bus No. 518]** | | |
| | **10545 Willows Rd NE Ste 120**<br>**Richmond, WA 98052** | | | |
| | Creditor's mailing address | Describe the lien<br>**Note & Security Agreement w/ Title** | | |

|  |  |
|---|---|
| Creditor's email address, if known | Is the creditor an insider or related party?<br>■ No<br>☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred**<br>**unknown** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**3002** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed |

---

| 2.5 8 | **Signature Financial - BCA** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **2015 BCA Coach Model BCA45, VIN 4B9000JCLPZ4B9005 [Bus No. 527]** | | |
| | **10545 Willows Rd NE Ste 120**<br>**Richmond, WA 98052** | | | |
| | Creditor's mailing address | Describe the lien<br>**Unknown** | | |

|  |  |
|---|---|
| Creditor's email address, if known | Is the creditor an insider or related party?<br>■ No<br>☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | All Resort Group, Inc. | Case number (if know) | 17-23687 |
|---|---|---|---|
| | Name | | |

■ No
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.59 | **Sun Trust** | Describe debtor's property that is subject to a lien | $620,635.00 | $978,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**2014 VanHool Coach Model TX45, VIN YE2YC11BXE2041110 [Bus No. 513] and 2014 VanHool Coach Model TX45, VIN YE2YC11B3E2041112 [bus No. 514]**

**140 Main St**
**Oxford, NC 27565**

Creditor's mailing address

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**12/17/13**

**Last 4 digits of account number**
**8002**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.60 | **Sun Trust** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**2011 GCA Freightliner, VIN 4UZACPT3BCAZ8443**

**140 Main St**
**Oxford, NC 27565**

Creditor's mailing address

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8001**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.61 | **TCF** | Describe debtor's property that is subject to a lien | $253,750.34 | $299,300.00 |
|---|---|---|---|---|

Creditor's Name
**11100 Wayzata Blvd Ste 801**
**Minnetonka, MN 55305**

Describe debtor's property that is subject to a lien
**2011 J4500, VIN 2MG3JMHA0BW065901**

Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | All Resort Group, Inc. | Case number (if know) | 17-23687 |
|---|---|---|---|
| | Name | | |

**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 2 | **TCF** | **Describe debtor's property that is subject to a lien** | $99,133.00 | $90,093.20 |
|---|---|---|---|---|

Creditor's Name

**11100 Wayzata Blvd Ste 801**
**Minnetonka, MN 55305**

Creditor's mailing address

**2015 Dodge RAM Ameritrans, VIN 3C7WRMDL7DG598913**

**Describe the lien**

**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**558M,8100**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 3 | **TCF** | **Describe debtor's property that is subject to a lien** | $129,114.00 | $121,940.15 |
|---|---|---|---|---|

Creditor's Name

**11100 Wayzata Blvd Ste 801**
**Minnetonka, MN 55305**

Creditor's mailing address

**2016 Dodge RAM Ameritrans, VIN 3C7WRMDL8DG598919**

**Describe the lien**

**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**558m,8100**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | All Resort Group, Inc. | Case number (if know) | 17-23687 |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 4 | Webster Capital | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**344 Main St**
**Kensington, CT 06037**

Creditor's mailing address

**2015 BCA45, VIN 4B9000JCLPZ4B9005**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 5 | Wells Fargo | Describe debtor's property that is subject to a lien | $257,878.91 | $299,300.00 |
|---|---|---|---|---|

Creditor's Name

**NW-8178**
**PO Box 1450**
**55485-8178**

Creditor's mailing address

**2011 MCI J4500 VIN 2MG3JMHA2BW065951**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**4/28/16**
**Last 4 digits of account number**
**5704**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 6 | Wells Fargo | Describe debtor's property that is subject to a lien | $111,900.48 | $33,446.00 |
|---|---|---|---|---|

Creditor's Name

**733 Marquette Ave**
**N9306-070, Ste 700, FL107**
**Minneapolis, MN 55402**

Creditor's mailing address

**(6) 2014 Ford E350 Super Shuttle Vans, VINs**
**-61609, -61601, -61614, -61610, -61613, &**
**-61602 (See VEHICLE FLEET LIST p.5) for**
**individual debts and values)**

Describe the lien

---

| | |
|---|---|
| Debtor **All Resort Group, Inc.** | Case number *(if know)* **17-23687** |
| Name | |

**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**4/15/15**

**Last 4 digits of account number**
**5700**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 7 | **Wells Fargo Equipment Finance** | Describe debtor's property that is subject to a lien | $25,946.59 | $33,777.00 |
|---|---|---|---|---|

Creditor's Name

**733 Marquette Ave**
**N9306-070, Ste 700, FL107**
**Minneapolis, MN 55402**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/11/15 (by Lewis Carriages, Inc.)**

**Last 4 digits of account number**
**2700**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Equitable interest in 2015 Chevrolet Suburban LT, VIN 1GNSKJKCXFR506446**

**Describe the lien**
**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 8 | **Wells Fargo Equipment Finance** | Describe debtor's property that is subject to a lien | $20,130.64 | $21,416.00 |
|---|---|---|---|---|

Creditor's Name

**733 Marquette Ave**
**N9306-070, Ste 700, FL107**
**Minneapolis, MN 55402**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/18/15**

**Last 4 digits of account number**
**0PCT**

**Do multiple creditors have an interest in the same property?**

**2015 Ford Transit Connect Van, VIN 1FBVU4XG6FKA38578**

**Describe the lien**
**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | All Resort Group, Inc. | Case number (if know) | 17-23687 |
|---|---|---|---|
| | Name | | |

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.69 | **Wells Fargo Equipment Finance** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**733 Marquette Ave
N9306-070, Ste 700, FL107
Minneapolis, MN 55402**

Creditor's mailing address

**(6) 2016 Cadillac Escalade ESVs, VIN
#1GYS4HKJ6GR363338, -63363,
-63373,-64769, -64912,
#1GYS4HKJ1GR364753**

Describe the lien

**Trac lease**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

**6/1/16**

Last 4 digits of account number

**7100**

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.70 | **Wells Fargo Equipment Finance** | Describe debtor's property that is subject to a lien | **$55,474.50** | **$259,800.00** |
|---|---|---|---|---|

Creditor's Name

**733 Marquette Ave
N9306-070, Ste 700, FL107
Minneapolis, MN 55402**

Creditor's mailing address

**2010 MCI J4500, VIN 2MG3JMEAXAW065553**

Describe the lien

**Note & Security Agreement w/ Title (TRAC)**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

**6/7/10**

Last 4 digits of account number

**5104**

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.71 | **Wells Fargo Equipment Finance** | Describe debtor's property that is subject to a lien | **$253,750.34** | **$299,300.00** |
|---|---|---|---|---|

Creditor's Name

**733 Marquette Ave
N9306-070, Ste 700, FL107
Minneapolis, MN 55402**

Creditor's mailing address

**2011 J4500, VIN 2MG3JMHA6BW065899**

Describe the lien

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **All Resort Group, Inc.** | Case number (if know) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5703**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 2 | **Wells Fargo Equipment Finance** | **Describe debtor's property that is subject to a lien** | $257,878.91 | $299,300.00 |
|---|---|---|---|---|

Creditor's Name

**733 Marquette Ave
N9306-070, Ste 700, FL107
Minneapolis, MN 55402**

Creditor's mailing address

**2011 J4500, VIN 2MG3JMHA2BW065950**

**Describe the lien**
**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5704**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 3 | **Wells Fargo Equipment Finance** | **Describe debtor's property that is subject to a lien** | $261,991.41 | $299,300.00 |
|---|---|---|---|---|

Creditor's Name

**733 Marquette Ave
N9306-070, Ste 700, FL107
Minneapolis, MN 55402**

Creditor's mailing address

**2011 J4500, VIN 2MG3JMHA9BW065900**

**Describe the lien**
**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5705**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **All Resort Group, Inc.** | Case number (if know) | **17-23687** |
|---|---|---|---|
| | Name | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.7 4 | **Wells Fargo Equipment Finance** | Describe debtor's property that is subject to a lien | **$5,019.20** | **$208,300.00** |
|---|---|---|---|---|

Creditor's Name

**733 Marquette Ave
N9306-070, Ste 700, FL107
Minneapolis, MN 55402**

Creditor's mailing address

**2008 J4500, 2M93JMHA78W064468**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
5700**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

---

| 2.7 5 | **Wells Fargo Equipment Finance** | Describe debtor's property that is subject to a lien | **$55,470.50** | **$259,800.00** |
|---|---|---|---|---|

Creditor's Name

**733 Marquette Ave
N9306-070, Ste 700, FL107
Minneapolis, MN 55402**

Creditor's mailing address

**2010 J4500, VIN 2MG3JMEA8AW065552**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
5103**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.7 6 | **Wells Fargo Equipment Finance** | Describe debtor's property that is subject to a lien | **$120,797.00** | **$299,300.00** |
|---|---|---|---|---|

Creditor's Name

**733 Marquette Ave
N9306-070, Ste 700, FL107
Minneapolis, MN 55402**

Creditor's mailing address

**2011 J4500, VIN 2MG3JMHA1BW065910**

Describe the lien
**Note & Security Agreement w/ Title**

---

| Debtor | **All Resort Group, Inc.** | Case number (if know) | **17-23687** |
|---|---|---|---|
| | Name | | |

| | | Is the creditor an insider or related party? |
|---|---|---|
| | | ■ No |
| Creditor's email address, if known | | ☐ Yes |
| | | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | | ■ No |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | | |
| **5106** | | **As of the petition filing date, the claim is:** |
| Do multiple creditors have an interest in the same property? | | Check all that apply |
| | | ☐ Contingent |
| ■ No | | ☐ Unliquidated |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | | ☐ Disputed |

---

| 2.7 7 | **Wells Fargo Equipment Finance** | | $25,946.59 | $33,102.00 |
|---|---|---|---|---|

| | Creditor's Name | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | **733 Marquette Ave N9306-070, Ste 700, FL107 Minneapolis, MN 55402** | **Equitable interest in 2015 Chevrolet Suburban LT, VIN 1GNSKJKC5FR530332** |
| | Creditor's mailing address | |
| | | **Describe the lien** |
| | | **Note & Security Agreement w/ Title** |
| | | Is the creditor an insider or related party? |
| | | ■ No |
| | Creditor's email address, if known | ☐ Yes |
| | | **Is anyone else liable on this claim?** |
| | **Date debt was incurred** | ■ No |
| | **3/11/15 (by Lewis Carriages, Inc.)** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| | **Last 4 digits of account number** | |
| | **2700** | **As of the petition filing date, the claim is:** |
| | Do multiple creditors have an interest in the same property? | Check all that apply |
| | | ☐ Contingent |
| | ■ No | ☐ Unliquidated |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed |

---

| 2.7 8 | **Wells Fargo Equipment Finance** | | $25,946.59 | $35,008.00 |
|---|---|---|---|---|

| | Creditor's Name | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | **733 Marquette Ave N9306-070, Ste 700, FL107 Minneapolis, MN 55402** | **Equitable interest in 2015 Chevrolet Suburban LT, VIN 1GNSKJKC5FRS27253** |
| | Creditor's mailing address | |
| | | **Describe the lien** |
| | | **Note & Security Agreement w/ Title** |
| | | Is the creditor an insider or related party? |
| | | ■ No |
| | Creditor's email address, if known | ☐ Yes |
| | | **Is anyone else liable on this claim?** |
| | **Date debt was incurred** | ■ No |
| | **3/11/15 (by Lewis Carriages, Inc.)** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| | **Last 4 digits of account number** | |
| | **2700** | **As of the petition filing date, the claim is:** |
| | Do multiple creditors have an interest in the same property? | Check all that apply |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | All Resort Group, Inc. | Case number (if know) | 17-23687 |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.79 | **Wells Fargo Equipment Finance** | | |
|---|---|---|---|

Creditor's Name

**733 Marquette Ave
N9306-070, Ste 700, FL107
Minneapolis, MN 55402**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
5702**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2013 Ford/Federal Coach Spirit Shuttle Bus,
VIN 1FKXE4FS0DDA36152**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$34,056.24    Unknown

---

| 2.80 | **Wells Fargo Equipment Finance** | | |
|---|---|---|---|

Creditor's Name

**733 Marquette Ave
N9306-070, Ste 700, FL107
Minneapolis, MN 55402**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
5701**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2014 GCA Freightliner, VIN
4UZACRDT1ECFL9509**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$51,783.32    Unknown

---

| 2.81 | **Wells Fargo Equipment Finance** | | |
|---|---|---|---|

Creditor's Name

**733 Marquette Ave
N9306-070, Ste 700, FL107
Minneapolis, MN 55402**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2014 Mercedes Meridian Sprinter, VIN
WD3PF4CBXE5874085**

Describe the lien
**Note & Security Agreement w/ Title**

$34,056.24    Unknown

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 32 of 34

Debtor  **All Resort Group, Inc.**
Name

Case number (if know)  **17-23687**

|  | Is the creditor an insider or related party? |
|---|---|
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **5702** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 2 | **Wells Fargo Equipment Finance** | Describe debtor's property that is subject to a lien | $253,750.34 | $299,300.00 |
|---|---|---|---|---|
| | Creditor's Name | **2011 J4500, VIN 2MG3JMHA0BW065901** | | |
| | **733 Marquette Ave** | | | |
| | **N9306-070, Ste 700, FL107** | | | |
| | **Minneapolis, MN 55402** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Note & Security Agreement w/ Title** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **5703** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$7,731,785.6 2**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Evan S. Goldstein** **Updike, Kelly & Spellacy, P.C.** **100 Pearl St 17th Fl** **Hartford, CT 06123** | Line  **2.35** | |
| **Mitchell D. Cohen** **VedderPrice** **1633 Broadway 31st Fl** **New York, NY 10019** | Line  **2.57** | |

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 33 of 34

| Debtor | **All Resort Group, Inc.** | Case number (*if know*) | **17-23687** |
|---|---|---|---|
| | Name | | |

**Wells Fargo**
**Wells Fargo Bank**                                    Line   **2.65**
**Mac X2505-033  POB 10438**
**Des Moines, IA 50306**

**Fill in this information to identify the case:**

Debtor name     **All Resort Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **17-23687**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:      List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$23.40** | **$23.40** |
|---|---|---|---|---|

**Alpine Ski Properties**
**875 Ironhorse Ste D**
**PO Box 684289**
**Park City, UT 84068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/21/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)       ☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,697.67** | **$0.00** |
|---|---|---|---|---|

**Altitude Home Concierge**
**1776 Park Ave #4-241**
**Park City, UT 84060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/27/16 - 1/5/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)       ☐ Yes

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.85 | $23.85 |

**Betsey Sancetta**
**2 Ward Ave**
**Wyckoff, NJ 07481**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/23/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.80 | $48.80 |

**Chateau Apres Lodge**
**1299 Norfolk**
**Park City, UT 84060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/13/17 - 2/3/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.40 | $0.00 |

**Club Lespri**
**1765 Sidewinder Dr**
**Park City, UT 84060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/23/16 - 2/20/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.50 | $23.50 |

**David Bekstrand**
**2121 Park Ave**
**PO Box 1778**
**Park City, UT 84060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/16/17 - 2/20/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
| --- | --- | --- | --- |
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.62 | $28.62 |
| --- | --- | --- | --- | --- |

**DeRose Enterprises**
**2549 E Kensington Ave**
**Salt Lake City, UT 84108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/8/17 - 1/14/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.40 | $26.40 |
| --- | --- | --- | --- | --- |

**Destination hotels Utah**
**1456 newpark Blvd**
**Park City, UT 84098**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/21/16 - 2/12/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.70 | $50.70 |
| --- | --- | --- | --- | --- |

**Double C/Sky Ranch**
**6460 N Landmark Dr**
**Park City, UT 84060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/26/16 - 2/2/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.28 | $149.28 |
| --- | --- | --- | --- | --- |

**Fast lane Luxury Travel**
**3980 Tampa Rd Ste 203**
**Oldsmar, FL 34677**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/16/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$131.10** | **$131.10** |
|---|---|---|---|---|

**Hillary Caravaglia**
**PO Box 2624**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/3/17 - 2/25/17** | **Commissions** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**Central Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101**

☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2916** | **Potential 2016 income taxes** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$38.50** | **$38.50** |
|---|---|---|---|---|

**John D. Love**
**615 Woodside Ave**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **12/26/16 - 1/2/17** | **Commissions** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$25.84** | **$25.84** |
|---|---|---|---|---|

**Kevin Raggio**
**4000 Canyons Resort Dr**
**Park City, UT 84098**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **12/18/16 - 1/24/17** | **Commissions** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.30 | $39.30 |
|---|---|---|---|---|

**Linda Ryan**
**PO Box 980482**
**Park City, UT 84098**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/1/17, 12/28/16** | **Commissions**<br>**15.90**<br>**23.40** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.00 | $146.00 |
|---|---|---|---|---|

**Lodges at Deer Valley**
**2900 Deer Valley Dr**
**Park City, UT 84060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **12/7/16 - 2/26/17** | **Commissions** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.36 | $46.36 |
|---|---|---|---|---|

**Luxury Park City Rentals**
**PO box 904**
**Park City, UT 84060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **12/16/16 - 1/14/17** | **Commissions** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.12 | $133.12 |
|---|---|---|---|---|

**Marriott Summit Watch**
**780 Main St**
**Park City, UT 84060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **12/16/16 - 1/14/17** | **Commissions** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | All Resort Group, Inc. | | Case number (if known) | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$10,407.62** | **$10,407.62** |
|---|---|---|---|---|

**Nevada Dept of Taxation**
**2550 Paseo Verde Pkwy #180**
**Henderson, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **?** | **?** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$138.50** | **$138.50** |
|---|---|---|---|---|

**Premier Property Services**
**6300 N Sagewood Dr H-107**
**Park City, UT 84098**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/26/17 - 2/10/17** | **Commissions** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$54,564.05** | **$54,564.05** |
|---|---|---|---|---|

**Salt Lake County Treasurer**
**Attn:  Ray Lancaster**
**PO Box 144575**
**Salt Lake City, UT 84114-4575**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Taxes** |

Last 4 digits of account number **t413**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$15.90** | **$15.90** |
|---|---|---|---|---|

**St. Regis**
**PO Box 4493**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/25/17** | **Commissions** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$152,796.42** | **$152,796.42** |

**State of Nevada**
**Attn: Jennifer Rodriguez**
**2550 Paseo Verde Pkwy Ste 180**
**Henderson, NV 89074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2016 - 2017** | **Transport taxes** |

Last 4 digits of account number **2182**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14,188.53** | **$14,188.53** |

**State of Nevada**
**Attn: Jennifer Rodriguez**
**2550 Paseo Verde Pkwy Ste 180**
**Henderson, NV 89074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017** | **Modified Business Tax** |

Last 4 digits of account number **2182**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$30.00** | **$30.00** |

**State of Utah - Division of**
**Corporations**
**PO Box 146705**
**Salt Lake City, UT 84114-6705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15.00** | **$15.00** |

**State of Utah - Division of**
**Corporations**
**PO Box 146705**
**Salt Lake City, UT 84114-6705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No
☐ Yes

---

| Debtor | **All Resort Group, Inc.** | | Case number (if known) | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

---

**2.27** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,257.28** | **$6,257.28**

**State of Wyoming**

**Cheyenne, WY 82002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15.90** | **$15.90**

**Travel Experts**
**212 Sawmill Rd**
**Raleigh, NC 27615**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/10/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12.92** | **$12.92**

**Treasure Mountain Inn**
**PO box 1570**
**Park City, UT 84060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/9/17 - 2/13/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.30** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$32.20** | **$32.20**

**Utah Adventure Concierge**
**1781 Sidewinder Dr**
**Park City, UT 84060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/4/17 - 2/25/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | All Resort Group, Inc. | Case number (if known) | 17-23687 |
|--------|------------------------|------------------------|----------|
|        | Name                   |                        |          |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|---|---|---|---|

**Utah State Tax Commission**
**Attn Bankruptcy Unit**
**210 North 1950 West**
**Salt Lake City, UT 84134**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:
**Potential 2016 income taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,492.25 | $2,492.25 |
|------|---|---|---|---|

**Utah State Tax Commission - DMV**
**PO Box 30412**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.80 | $3.80 |
|------|---|---|---|---|

**Waldorf Astoria**
**2100 Frostwood Ln**
**Park City, UT 84098**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/18/16**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.30 | $220.30 |
|------|---|---|---|---|

**Zermatt**
**784 W Resort Dr**
**Midway, UT 84049**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/24/16 - 2/26/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**1251 Kearns LLC**
**PO Box 683010**
**Park City, UT 84068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lease . . .**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39.30**

**909Parkave.com**
**PO Box 980482**
**Park City, UT 84068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,086.86**

**ABC Companies - Parts IN**
**Po Box 856703**
**Minneapolis, MN 55485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,368.85**

**Accountemps**
**PO Box 743295**
**Los Angeles, CA 90074-3295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,161.72**

**Action Mobile Repair**
**1145 S Richards St**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$577.71**

**AIRGAS USA, LLC**
**PO BOX 93500**
**Long Beach, CA 90809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$240.00**

**Alarmco**
**2007 Las Vegas Blvd South**
**Las Vegas, NV 89104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **R401**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | All Resort Group, Inc. | Case number (if known) | 17-23687 |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address

**Alpha Communication Sites, Inc.**
1202 S 300 W
Salt Lake City, UT 84101

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$520.72**

---

**3.9** | Nonpriority creditor's name and mailing address

**Alpha Environmental Services**
3315 East Russell Road A-4 #210
Las Vegas, NV 89120

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$655.00**

---

**3.10** | Nonpriority creditor's name and mailing address

**Alpine Ski Properties**
Po Box 684289
Park City, UT 84068

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$23.40**

---

**3.11** | Nonpriority creditor's name and mailing address

**Alsco Corp.**
3370 W 1820 S
SALT LAKE CITY, UT 84104

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$789.93**

---

**3.12** | Nonpriority creditor's name and mailing address

**Altitude Home Concierge**
Attn: Craig Owens
1776 Park Ave #4-241
Park City, UT 84060

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$1,697.67**

---

**3.13** | Nonpriority creditor's name and mailing address

**Altman Intiative Group, Inc**
4827 Buck's Bluff Drive
North Myrtle Beach, SC 29582

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$420.00**

---

**3.14** | Nonpriority creditor's name and mailing address

**American Express**
c/o Jaffe and Asher LLP
600 Third Ave
New York, NY 10016

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Settlement**

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

| Debtor | All Resort Group, Inc. | | Case number (if known) | 17-23687 |
|---|---|---|---|---|
| | Name | | | |

---

**3.15** Nonpriority creditor's name and mailing address

**American Limousine**
**PO Box 283**
**Orem, UT 84059**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcharter fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,600.00**

---

**3.16** Nonpriority creditor's name and mailing address

**AMS Towing**
**233 Washington Blvd**
**Ogden, UT 84404**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$540.00**

---

**3.17** Nonpriority creditor's name and mailing address

**Apparatus Equipment & Service, Inc**
**1103 South 700 West**
**Salt Lake City, UT 84104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,731.71**

---

**3.18** Nonpriority creditor's name and mailing address

**Aramark Uniform Services - Kennecott**
**PO Box 101242**
**PASADENA, CA 91189-0005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,349.83**

---

**3.19** Nonpriority creditor's name and mailing address

**Aramark Uniform Services- SLC**
**PO Box 101242**
**PASADENA, CA 91189-0005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,030.77**

---

**3.20** Nonpriority creditor's name and mailing address

**Arkin Winner & Sherrod**
**1117 S Rancho Dr**
**Las Vegas, NV 89102**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,222.57**

---

**3.21** Nonpriority creditor's name and mailing address

**Arrow State Lines, Inc. - Las Vegas**
**60 Corporate Park Dr**
**Henderson, NV 89074**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcharter fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$37,197.60**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | All Resort Group, Inc. | | | Case number (if known) | 17-23687 |
|---|---|---|---|---|---|
| | Name | | | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,188.88 |
|---|---|---|---|

**ASAP Automotive**
**6990 S. State St**
**Midvale, UT 84047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,985.12 |
|---|---|---|---|

**Aspen Mountain Partners, LLC**
**264 Ranch Rd**
**FARMINGTON, UT 84025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,518.00 |
|---|---|---|---|

**Associated Investments LLC**
**PO Box 478**
**Salt Lake City, UT 84110-0478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lease payments for warehouse space at 549 W 500 S, Salt Lake City, UT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,636.50 |
|---|---|---|---|

**Associated Towing LLC**
**PO Box 9963**
**SALT LAKE CITY, UT 84109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,467.90 |
|---|---|---|---|

**Associatinbackgroundchecks.com**
**1200 NW South Outer Road**
**Blue Springs, MO 64015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Assurant Employee Benefits**
**PO Box 807009**
**Kansas City, MO 64184-7009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Life insurance premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,629.12 |
|---|---|---|---|

**AT&T Mobility ACH**
**MWBGEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **T401**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | All Resort Group, Inc. | Case number (if known) | 17-23687 |
|--------|------------------------|------------------------|----------|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$799.82**

**Auto Owners Insurance**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance premium for Lewis Building**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$169.68**

**Automated Business Products Company**
**PO Box 651006**
**Salt Lake City, UT 84165**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,038.74**

**Barron Wilson, LLC**
**1500 kearns Blvd Ste F300**
**PO box 681780**
**Park City, UT 84068**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease payments due for office at 549 W 500 S, Salt Lake City, UT 84101**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,394.88**

**Bell Janitorial Supply**
**4464 West 2100 South, Suite A**
**Salt Lake City, UT 84120**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.71**

**Best Western Landmark -Double Sky J**
**6560 N Landmark Drive**
**PARK CITY, UT 84060**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,558.06**

**Big O Tires**
**178 E South Temple**
**Salt Lake City, UT 84111**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23.85**

**BKS Travel - Betsey Sancetta**
**2 Ward Avenue**
**Wyckoff, NJ 07481**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | All Resort Group, Inc. | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | 17-23687 |

---

**3.36**

**Nonpriority creditor's name and mailing address**

**Blue Bird Auto Rental Systems**
**200 Mineral Springs Drive**
**Dover, NJ 07801**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services or supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$1,498.00**

---

**3.37**

**Nonpriority creditor's name and mailing address**

**Brent Carson, LLC**
**7935 W Sahara Ave Ste 101**
**Las Vegas, NV 89117**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Professional fees__

Is the claim subject to offset? ■ No ☐ Yes

**$207.50**

---

**3.38**

**Nonpriority creditor's name and mailing address**

**Bridgestone Americas**
**PO BOX 70249**
**Chicago, IL 60673**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$4,230.34**

---

**3.39**

**Nonpriority creditor's name and mailing address**

**Brownell Travel**
**216 Summit Boulevard, Suite 220**
**Birmingham, AL 35243**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services or supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$4,129.10**

---

**3.40**

**Nonpriority creditor's name and mailing address**

**Browz, LLC**
**13997 S. Minuteman Dr.**
**Ste. 350**
**DRAPER, UT 84020**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services or supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.41**

**Nonpriority creditor's name and mailing address**

**Bruno Group Signature Events**
**8690 S Escalade Cir**
**Salt Lake City, UT 84121**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services or supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$31,647.80**

---

**3.42**

**Nonpriority creditor's name and mailing address**

**Burt Brothers**
**737 North 400 West**
**North Salt Lake, UT 84054**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$6,708.26**

---

| Debtor | All Resort Group, Inc. | Case number (if known) | 17-23687 |
|---|---|---|---|
| | Name | | |

**3.43** | Nonpriority creditor's name and mailing address

**Bus Stop Service Corp**
155 W Imperial Ave
LAS VEGAS, NV 89102-2537

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$385.00**

---

**3.44** | Nonpriority creditor's name and mailing address

**Cactus & Tropicals**
2735 South 2000 East
Salgt Lake City, UT 84109

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$62.00**

---

**3.45** | Nonpriority creditor's name and mailing address

**Canyon Coach LInes**
3525 W. Hacienda Ave
Las Vegas, NV 89118

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$14,943.36**

---

**3.46** | Nonpriority creditor's name and mailing address

**Capital Premium**
Hiscox Insurance Co., Inc. Risk Placemen

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **D&O insurance premiums**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,600.00**

---

**3.47** | Nonpriority creditor's name and mailing address

**CDW Direct LLC**
300 N Milwaukee Ave
Vernon Hills, IL 60061

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$4,934.84**

---

**3.48** | Nonpriority creditor's name and mailing address

**Central Parking System**
AMF Box 22010
Salt Lake City, Ut 84122

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$4,632.00**

---

**3.49** | Nonpriority creditor's name and mailing address

**Centura Bonanza Park LLC**
PO Box 683010
Park City, UT 84068-3010

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease payments for . . .**

Is the claim subject to offset? ☒ No ☐ Yes

**$3,000.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | | Case number *(if known)* | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$318.83** |
|---|---|---|---|

**Century Link 801-328-9105**
**PO Box 29040**
**Phoenix, AZ 85038-9040**

Date(s) debt was incurred _

Last 4 digits of account number  **T404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.80** |
|---|---|---|---|

**Chateau Apres Lodge**
**1299 Norfolk**
**Park City, UT 84060**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,923.17** |
|---|---|---|---|

**ChemStation of Utah**
**4464 West 2100 South, Suite A**
**Salt Lake City, UT 84120**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,638.82** |
|---|---|---|---|

**Christian & Barton LLP**
**909 E Main St Ste 1200**
**Richmond, VA 23219**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional fees**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,339.89** |
|---|---|---|---|

**Cintas Corp #59 11342**
**PO Box 29059**
**Phoenix, AZ 85038**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,436.50** |
|---|---|---|---|

**Cintas Corporation # 0199**
**Po Box 631025**
**Cincinnati, OH 45263**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$397.29** |
|---|---|---|---|

**Cintas First Aid & Safety**
**PO Box 631025**
**Cincinnati, OH 45263-1025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | | Case number *(if known)* | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47.42** |
|---|---|---|---|

**City of North Las Vegas ACH**
**2250 Las Vegas Blvd N**
**Suite 250**
**North Last Vegas, NV 89030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Utilities**

Last 4 digits of account number  **Y402**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,407.50** |
|---|---|---|---|

**Claritysoft, LLC**
**PO BOX 43016**
**Dublin, OH 43016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services or supplies**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,727.10** |
|---|---|---|---|

**Clark County Dept of Aviation**
**Finance Division**
**PO Box 11005**
**Las Vegas, NV 89111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

**Basis for the claim:**  **AVI airport fees**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77,515.00** |
|---|---|---|---|

**Classic Tours**
**972 Dalton Dr**
**Las Vegas, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Subcharter fees**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,445.00** |
|---|---|---|---|

**Columbus Secure Document Solutions**
**3495 South West Temple**
**Salt Lake City, UT 84114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services or supplies**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$982.26** |
|---|---|---|---|

**Comcast**
**P. O. Box 34744**
**SEATTLE, WAA 98124-1744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Utilities**

Last 4 digits of account number  **C401**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.78** |
|---|---|---|---|

**Comcast 0432095**
**PO BOX 34744**
**Seattle, WA 98124-1744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Utilities**

Last 4 digits of account number  **C402**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

---

**3.64** Nonpriority creditor's name and mailing address

**Comcast 0469212**
**PO BOX 34744**
**SEATTLE, WA 98124-1744**

Date(s) debt was incurred _

Last 4 digits of account number **C403**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$229.18**

---

**3.65** Nonpriority creditor's name and mailing address

**Commercial Portfolio Advisors**
**2027 Baxter Dr**
**Heber City, UT 84032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional fees**

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.66** Nonpriority creditor's name and mailing address

**Cox Business 128800641**
**Po Box 1259**
**Oaks, PA 19456**

Date(s) debt was incurred _

Last 4 digits of account number **X001**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,127.81**

---

**3.67** Nonpriority creditor's name and mailing address

**Cox Business 128981001**
**Po Box 1259**
**Oaks, PA 19456**

Date(s) debt was incurred _

Last 4 digits of account number **X403**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$299.90**

---

**3.68** Nonpriority creditor's name and mailing address

**Cox Communication, Inc - 120216201**
**Po Box 1259**
**Oaks, PA 19456**

Date(s) debt was incurred _

Last 4 digits of account number **C401**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,946.24**

---

**3.69** Nonpriority creditor's name and mailing address

**Cox Communication, Inc 092613502**
**Po Box 1259**
**Oaks, PA 19456**

Date(s) debt was incurred _

Last 4 digits of account number **C402**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$284.30**

---

**3.70** Nonpriority creditor's name and mailing address

**Culligan Las Vegas**
**45143 North Lamb Blvd**
**Las Vegas, NV 89115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$159.80**

---

| Debtor | All Resort Group, Inc. | Case number *(if known)* | 17-23687 |
|---|---|---|---|
| | Name | | |

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,884.20**

CV PropCo, LLC
4755 Dean Martin Dr
Las Vegas, NV 89103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lease payments for 4740 S Valley View Blvd (Arena Conference Center), Las Vegas, NV**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,267.27**

CWT SatoTravel
701 Carlson Parkway
Mineetonka, MN 55305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,660.95**

Dakota Bus Service, Inc.
PO Box 609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Subcharter fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,432.84**

Dale Evans Construction
150 4800 S
Spearfish, SD 5778/3-0609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,183.17**

Dana Warring
9470 Samuel Clemens Ct
Las Vegas, NV 89147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/19/17 - 4/28/17

Last 4 digits of account number _

Basis for the claim:  **Unreimbursed expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45.36**

Davey Coach Sales
7182 Reynolds Drive
Sedalia, Co 80135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$260.00**

DB Highrise Services
9101 West Sahara Ave
Las Vegas, NV 89117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

**3.78**

Nonpriority creditor's name and mailing address

**De Lage Financial Services, Inc.**
**PO box 41602**
**Philadelphia, PA 19101-1602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease . . .**

Is the claim subject to offset? ■ No ☐ Yes

**$381.27**

---

**3.79**

Nonpriority creditor's name and mailing address

**Dennis Brown**
**3859 S Valley View Ste 2-187**
**Las Vegas, NV 89147**

Date(s) debt was incurred  **4/18/17**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unreimbursed expenses**

Is the claim subject to offset? ■ No ☐ Yes

**$40.28**

---

**3.80**

Nonpriority creditor's name and mailing address

**DeRose Enterprises LC**
**2549 E Kensington Ave**
**Salt Lake City, UT 84108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$28.62**

---

**3.81**

Nonpriority creditor's name and mailing address

**DestinationTravel Network**
**7458 N La Cholia Blvd**
**Suite 100**
**Tucson, AZ 85741**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.82**

Nonpriority creditor's name and mailing address

**Diamond Parking Service**
**Po Box 1391**
**Salt Lake City, UT 84110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,600.00**

---

**3.83**

Nonpriority creditor's name and mailing address

**Diamond Rental**
**4518 South 500 West**
**Salt Lake City, UT 84123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$873.03**

---

**3.84**

Nonpriority creditor's name and mailing address

**Distinctive Systems Inc.**
**19531 Lost Creek Drive**
**Estero, FL 33967-5510**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,030.00**

---

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,896.03** |
|---|---|---|---|

**Driftwood Autobody, LLC**
**362 West 800 S**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,613.83** |
|---|---|---|---|

**Dynamond Building Maintenance**
**909 West 500 North**
**Unit E**
**Lindon, UT 84042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services or supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57.44** |
|---|---|---|---|

**EarthLimos.com**
**2901 S Highland Drive, Unit 6G**
**Las Vegas, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services or supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$199.90** |
|---|---|---|---|

**ECRM**
**MB: Press Camp ATTN:  Tracey**
**27070 Miles Road**
**Solon, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services or supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

**Eide Bailly, LLC**
**PO Box 2545**
**Fargo, ND 58108-2545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Professional fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,753.69** |
|---|---|---|---|

**Enterprise Rent A Car**
**Po Box 402383**
**Atlanta, Ga 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services or supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,350.00** |
|---|---|---|---|

**Euro Treasures Properties II, LLC**
**470 W 600 S**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Lease payments for lot behind 470 W 600 S, Salt Lake City, UT 84101__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$912.39** |
|---|---|---|---|

**Event Promotion Supply**
**4690 Joliet Street**
**Denver,, CO 80239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$534.25** |
|---|---|---|---|

**Express Auto Glass, Inc**
**PO BOX 637**
**West Jordan, UT 84084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$546.00** |
|---|---|---|---|

**Extra Space Storagae**
**2795 East Cottonwood Parkway**
**Suite 400**
**Salt Lake City, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$149.28** |
|---|---|---|---|

**Fast Lane Luxury Travel**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.95** |
|---|---|---|---|

**FasTrak**
**PO BOX 26925**
**San Francisco, CA 94126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,051.10** |
|---|---|---|---|

**Federal Express**
**Po Box 7221**
**Pasadena, CA 91109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$841.80** |
|---|---|---|---|

**FirePro, LLC**
**PO BOX 620876**
**Las Vegas, NV 89162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All Resort Group, Inc. | Case number (if known) | 17-23687 |
|---|---|---|---|
| | Name | | |

---

**3.99**

**Nonpriority creditor's name and mailing address**

**First Bankcard**
**Po Box 2818**
**Omaha, NE 68103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$325.64**

---

**3.100**

**Nonpriority creditor's name and mailing address**

**First Call**
**PO BOX 9464**
**Springfield, MO 65801-9464**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,263.79**

---

**3.101**

**Nonpriority creditor's name and mailing address**

**First Midwest Equipment Finance Co**
**80 Gordon Street**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,026.80**

---

**3.102**

**Nonpriority creditor's name and mailing address**

**FIRSTMED**
**441 South Redwood Road**
**Salt Lake City, UT 84104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$39.00**

---

**3.103**

**Nonpriority creditor's name and mailing address**

**FIRSTMED INDUSTRIAL CLINIC**
**PO BOX 307**
**Bountiful, UT 84011-0307**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$15.60**

---

**3.104**

**Nonpriority creditor's name and mailing address**

**Fleet Pride, Inc**
**PO BOX 847118**
**Dallas, TX 75284-7118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$780.91**

---

**3.105**

**Nonpriority creditor's name and mailing address**

**Frank Suitter Law Office**
**PO Box 4282**
**Salt Lake City, UT 84110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Board of Directors' fee**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,000.00**

---

Debtor    **All Resort Group, Inc.**

Case number *(if known)*    **17-23687**

Name

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $525.39 |
|---|---|---|---|

**Freedom Truck & Trailer Parts, Inc**
**1153 South 3600 West**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,062.50 |
|---|---|---|---|

**Gabriella Hunter**
**1035 South 1100 East**
**Salt Lake City, UT 84105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,400.00 |
|---|---|---|---|

**Gayos Antonia**
**8851 Moonebeam Avenue**
**Panorama City, CA 91402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,140.00 |
|---|---|---|---|

**Global Telematic Solutions, LLC**
**151 W Galvani Dr Ste 150**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GM Financial**
**PO Box 183593**
**Arlington, TX 76096**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Vehicle lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,266.78 |
|---|---|---|---|

**Go To Citrix CC**
**Po Box 50264**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,400.00 |
|---|---|---|---|

**Gold Coast Tours**
**105 Gemini Ave**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Subcharter fees**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **All Resort Group, Inc.** | | Case number (if known) | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$194,500.00** |
|---|---|---|---|

**Gordon Cummins**
**6300 N Sagewood Dr Ste 127**
**Park City, UT 84098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,887.50** |
|---|---|---|---|

**Gordon Law Group P.C.**
**345 W 600 S Ste 108**
**Heber City, UT 84032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Professional fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38.50** |
|---|---|---|---|

**Grand Love Shack - John D Love**
**615 Woodside Ave**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$230.00** |
|---|---|---|---|

**Granquist, James**
**7559 Lincoln**
**MIDVALE, UT 84047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,676.66** |
|---|---|---|---|

**Griffco Partners**
**2800 S 400 W**
**South Salt Lake, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00** |
|---|---|---|---|

**Hailesen Ray**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,541.00** |
|---|---|---|---|

**Handi Van**
**111 E Broadway Ste 250**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Subcharter fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

**3.120** Nonpriority creditor's name and mailing address

**Hartford Fire Insurance Company**
**PO Box 731178**
**Dallas, TX 75373-1178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance premiums for Property Flood Insurance for leased business premises at 549 W 500 S, Salt Lake City, UT**

Is the claim subject to offset? ■ No ☐ Yes

**$1,536.00**

---

**3.121** Nonpriority creditor's name and mailing address

**HealthEZ**
**7201 W 78th St**
**Bloomington, MN 55439**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance premiums**

Is the claim subject to offset? ■ No ☐ Yes

**$126,511.83**

---

**3.122** Nonpriority creditor's name and mailing address

**Hightech Signs**
**1201 South Redwood Road**
**Salt Lake City, UT 84104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$878.73**

---

**3.123** Nonpriority creditor's name and mailing address

**Hinckley's, Inc., dba Hincklease**
**Attn: Brian Baker**
**2305 S Presidents Dr Ste F**
**West Valley City, UT 84120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease payments**

Is the claim subject to offset? ■ No ☐ Yes

**$5,374.53**

---

**3.124** Nonpriority creditor's name and mailing address

**Hinckley's, Inc., dba Hincklease**
**Attn: Brian Baker**
**2305 S Presidents Dr Ste F**
**West Valley City, UT 84120**

Date(s) debt was incurred _

Last 4 digits of account number  **3740**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease payments**

Is the claim subject to offset? ■ No ☐ Yes

**$15,658.16**

---

**3.125** Nonpriority creditor's name and mailing address

**Hinckley's, Inc., dba Hincklease**
**Attn: Brian Baker**
**2305 S Presidents Dr Ste F**
**West Valley City, UT 84120**

Date(s) debt was incurred  **#4859**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease payments**

Is the claim subject to offset? ■ No ☐ Yes

**$155,118.83**

---

**3.126** Nonpriority creditor's name and mailing address

**Hose & Rubber Supply, Inc**
**Po Box 158**
**Randolph, UT 84064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$413.53**

---

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$531.22** |
|---|---|---|---|

**Hotel Park City**
2001 Park Ave
Park City, Ut 84060

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,538.80** |
|---|---|---|---|

**Humana, Inc.**
PO Box 533
Carol Stream, IL 60132-0533

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,300.00** |
|---|---|---|---|

**Imagicom Corp.**
PO BOX 1724
Layton, UT 84041

Date(s) debt was incurred  **2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software support**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.74** |
|---|---|---|---|

**Industrial Supply**
Po Box 30600
Salt Lake City, UT 84130

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,430.44** |
|---|---|---|---|

**Integra Telecom - 620687**
PO BOX 2966
Milwaukee, WI 53201-2966

Date(s) debt was incurred _

Last 4 digits of account number  **E406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$612.15** |
|---|---|---|---|

**Integrity Fire Protection**
PO BOX 743
Midvale, UT 84047

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$349.39** |
|---|---|---|---|

**Intermountain Electric**
1125 South 300 West
Salt Lake City, Ut 84101

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$415.00** |
|---|---|---|---|

**International Motor Coach Group**
**8695 College Blvd**
**Overland Park, KS 66210**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,115.36** |
|---|---|---|---|

**IPFS Corporation**
**24722 Network Pl**
**Chicago, IL 60673**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance premiums**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,000.00** |
|---|---|---|---|

**Jaqualin Friend Peterson**
**675 E 2100 S**
**Salt Lake City, UT 84106**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,950.00** |
|---|---|---|---|

**Jerry Fox**
**5225 Camila Drive**
**Charlotte, NC 28226**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$348.82** |
|---|---|---|---|

**Jerry Seiner**
**730 West 21st South**
**Salt lake City, UT 84119**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,938.66** |
|---|---|---|---|

**Jiffy Lube**
**P. O. Box 620130**
**Middleton, WI 53562**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,611.25** |
|---|---|---|---|

**JourneyTEAM**
**859 W South Joradan Parkway**
**Suite 100**
**South Jordan, UT 84095**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00**

**JSD 14-704**
**2160 W 10400 S**
**South Jordan, UT 84095**

Date(s) debt was incurred __4/23/17__

Last 4 digits of account number __1634__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Refund/discount for service failure__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,918.62**

**Kaity Quinley**
**2323 S 270 E**
**Heber City, UT 84032**

Date(s) debt was incurred __2016 - 2/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unreimbursed expenses__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,966.08**

**KeepItSafe, Inc - LiveVault**
**PO BOX 101748**
**Pasadena, CA 91189**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services or supplies__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,360.00**

**Kemp Enterprises**
**325 E 1875 S**
**Springville, UT 84663**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services or supplies__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,376.14**

**Kimball Arts Center CC**
**1401 Kearns Blvd**
**Park City, UT 84060**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services or supplies__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,402.63**

**Kimball Midwest, Inc**
**Dept L-2780**
**Columbus, OH 43260-2780**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services or supplies__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00**

**KPCW**
**Po Box 1372**
**Park City, UT 84060**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services or supplies__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Kristin Spear Soiree Productions**
**8178 Gorgoza Pines Rd**
**Suite E**
**Park City, UT 84098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,250.00** |
|---|---|---|---|

**Lamar Companies**
**PO Box 96030**
**Baton Rouge, LA 70896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,578.87** |
|---|---|---|---|

**Landstar Ranger, Inc**
**1935 E Vine St**
**Murry, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$782.01** |
|---|---|---|---|

**Larry H Miller Ford 6557**
**1340 South 500 West**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,627.33** |
|---|---|---|---|

**Les Olson Company**
**Po Box 65598**
**Salt Lake City, Ut 84165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80.40** |
|---|---|---|---|

**Lespri - Club Lespri**
**1765 Sidewinder DR**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,159.57** |
|---|---|---|---|

**Lewis Peak Communications, INC**
**39 E 480 N**
**Coalville, UT 84017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **All Resort Group, Inc.** | | Case number (if known) | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,165.00** |
|---|---|---|---|
| | **Liberty Detail** | ☐ Contingent | |
| | **4001 Penwood Ave #31** | ☐ Unliquidated | |
| | **Las Vegas, NV 89102** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Services or supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$198.00** |
|---|---|---|---|
| | **Limo Anywhere** | ☐ Contingent | |
| | **1212 Corporate Dr** | ☐ Unliquidated | |
| | **Suite 380** | ☐ Disputed | |
| | **Irving, TX 75038** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Services or supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99.00** |
|---|---|---|---|
| | **Limos.com CC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Services or supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,814.29** |
|---|---|---|---|
| | **Lincoln Automotive Financial Services** | ☐ Contingent | |
| | **Po Box 54200** | ☐ Unliquidated | |
| | **Omaha, NE 68154** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Services or supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146.00** |
|---|---|---|---|
| | **Lodges at Deer Valley** | ☐ Contingent | |
| | **2900 Deer Valley Dr E** | ☐ Unliquidated | |
| | **Park City, UT 84060** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Services or supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|
| | **Lone Peak Valuation Group** | ☐ Contingent | |
| | **36 S State St Ste 500** | ☐ Unliquidated | |
| | **Salt Lake City, UT 84111** | ☐ Disputed | |
| | Date(s) debt was incurred __2/2017__ | Basis for the claim: __Valuation services__ | |
| | Last 4 digits of account number __2684__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,483.16** |
|---|---|---|---|
| | **Lucky Limousine** | ☐ Contingent | |
| | **4195 W Diablo Dr** | ☐ Unliquidated | |
| | **Las Vegas, NV 89118** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Subcharter fees__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **All Resort Group, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | **17-23687** |

---

**3.162** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46.36**

**Luxury Park City Rentals**
**Po Box 904**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.96**

**Marriott Summit Watch**
**780 Main St**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,073.50**

**Martin Garage Doors of Nevada, LLC**
**6667 Schuster Street**
**Las Vegas,, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.00**

**Martinez, Cesar**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107.95**

**Master Muffler&Brake**
**690 South Main Street**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$190.11**

**McCandless Intl Trucks**
**3780 Losee Rd**
**North Las Vegas, NV 89030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,322.48**

**MCI Fleet Parts - KY**
**Lockbox 774764**
**4764 Solutions Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Parts**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | | Case number *(if known)* | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

---

**3.169** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,429.41**

**Merchants Automotice Group, Inc.**
12478 Hooksett Rd
Hooksett, NH 03106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,228.63**

**Mike Verna**
2794 Sapphire Desert Dr
Henderson, NV 89052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/25/17 - 4/26/17**

**Basis for the claim:**  **Unreimbursed expenses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$685.72**

**Mike Wilhelm**
PO box 4092
Park City, UT 84060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/3/17 - 4/29/17**

**Basis for the claim:**  **Unreimbursed expenses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97.80**

**Mogul Ski World**
Level 1, 464 High Street
Prahran, Vic, 3181 Australia

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/15/17**

**Basis for the claim:**  **Refund for overpayment**

Last 4 digits of account number  **4373**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,122.90**

**Momar, Inc**
1830 Ellsworth Industrial Dr NW
Atlanta, GA 30318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,645.00**

**Mountain Express Magazine, LLC (P)**
1910 Prospector Ave
#200
Park City, UT 84060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$131.10**

**Mountain Vacation Management -Hilary Car**
PO Box 2624
Park City, UT 84060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All Resort Group, Inc. | Case number (if known) | 17-23687 |
|---|---|---|---|
| | Name | | |

**3.176** Nonpriority creditor's name and mailing address

**Mountain West Communications**
123 W 1St St
Casper, Wy 82601

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$85.43**

---

**3.177** Nonpriority creditor's name and mailing address

**MSEC**
Po Box 539
Dener, Co 80201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$260.00**

---

**3.178** Nonpriority creditor's name and mailing address

**MSHA**
Po Box 790390
St Louis, MO 63179

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.179** Nonpriority creditor's name and mailing address

**Myers Tire Supply**
Po Box 100169
Pasadena, CA 91189

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,968.22**

---

**3.180** Nonpriority creditor's name and mailing address

**NAPA Auto Parts**
File 56893
Los Angeles, CA 90074

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$358.03**

---

**3.181** Nonpriority creditor's name and mailing address

**National Interstate Insurance/Philadelph**
c/o TransCap Insurance Agency, LLC
6260 McLeod Dr
Las Vegas, NV 89120

Date(s) debt was incurred  **4/19/17**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance premiums for non-TRAX leases**

Is the claim subject to offset? ■ No  ☐ Yes

**$61,959.00**

---

**3.182** Nonpriority creditor's name and mailing address

**New Life, LLC**
610 Thimble Shoals Blvd
#404
Newport News, VA 23606

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,409.20**

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

---

**3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.40**

**NewPark Hotel**
**1476 Newpark Boulevard**
**Park City, UT 84098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,388.43**

**Niederhouser Davis, LLC**
**1741 Sidewinder Dr Ste 200**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$324.29**

**NVENergy #12292708**
**Po Box 10100**
**Reno, NV 89520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **N403**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$658.16**

**NVEnergy #12292922**
**Po Box 10100**
**Reno, NV 89520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **N402**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$84.92**

**Obregon Simon**
**1135 Nocturne Dr**
**Salt Lake City, UT 84116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,129.19**

**Office Furniture Exchange**
**257 West 500 South**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$259.75**

**OI Miner Partners, LLC (P)**
**P.O. Box 683010**
**PARK CITY, UT 84068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | | Case number (if known) | **17-23687** |
|---|---|---|---|---|

Name

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,227.94 |
|---|---|---|---|

**Oreilly Auto Parts - SLC**
**Po Box 9464**
**Springfiled, MO 65801**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Services or supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,260.18 |
|---|---|---|---|

**Pacific Office Automation**
**14747 NW Greenbrier Pkwy**
**Beaverton, OR 97006**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Services or supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Park City Area Lodging**
**P.O. Box 4256**
**Park City, UT 84060**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Services or supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,085.00 |
|---|---|---|---|

**Park City Chamber**
**P.O. Box 1630**
**Park City, UT 84060**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Services or supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.20 |
|---|---|---|---|

**Park City Hostel - Utah Adventure Concie**
**1781 Sidewinder Dr**
**Park City, UT 84060**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Services or supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,245.52 |
|---|---|---|---|

**Park City Investors**
**6440 S Wasatch Blvd #100**
**Salt Lake City, UT 84121**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Lease payments for office space at Park Meadows__
__Plaza, 1500 Kearns Blvd Stes F-100, F-200, and F-300__

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.50 |
|---|---|---|---|

**Park City Peaks Hotel - David Bekstrand**
**Po Box 1778**
**Park City, UT 84060**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Services or supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| Debtor | **All Resort Group, Inc.** | | Case number (if known) | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $352.80 |
|---|---|---|---|

**Park Record**
P.O. Box 3688
Park City, UT 84060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.28 |
|---|---|---|---|

**PC Printink**
1733 Sidewinder Dr
#A
Park City, UT 84060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,971.25 |
|---|---|---|---|

**Philadelphia Indemnity Insurance Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance premiums**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,235.70 |
|---|---|---|---|

**PMA Insurance Group**
PO Box 3031
Blue Bell, PA 19422

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance premiums**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $384.23 |
|---|---|---|---|

**Praxair Distribution, Inc**
Po Box 120812
Dept 0812
Dallas, Tx 75312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.50 |
|---|---|---|---|

**Premier Property Services**
6300 N Sagewood Dr
H-107
Park City, UT 84098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.98 |
|---|---|---|---|

**Presidential Limousine**
2000 S Industrial Rd
Las Vegas, NV 89102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | All Resort Group, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* | **17-23687** |

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**Private Ops**
5693 S Redwood Rd #13
Taylorsville, UT 84123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,807.50** |
|---|---|---|---|

**Progressive Reporting Agency, LLC (S)**
7304 South 300 West
Ste 201
Midvale, UT 84047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$282.51** |
|---|---|---|---|

**Pure Water Partners**
Dept CH 19648
Paiantine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,009.55** |
|---|---|---|---|

**Quality Towing, Inc**
P. O. Box 365079
LAS VEGAS, NV 89036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$868.82** |
|---|---|---|---|

**Questar Gas ACH 8048310000**
Po Box 45841
Salt Lake City, UT 84139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities**

Last 4 digits of account number  **S403**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,220.84** |
|---|---|---|---|

**Ray Fasteners, Inc**
734 W 1355 S
SALT LAKE CITY, UT 84104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,413.00** |
|---|---|---|---|

**Ray Quinney & Nebeker PC**
36 State St
Ste 1400
SALT LAKE CITY, UT 84111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,750.94** |
|---|---|---|---|

**REDLEE/SCS INC.**
**515 E 100 S**
**Ste 130**
**Salt Lake City, UT 84105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,080.48** |
|---|---|---|---|

**REVCO Leasing, LLC (P)**
**Po Box 65598**
**Salt Lake City, UT 84165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,165.42** |
|---|---|---|---|

**Rhinehart Oil Co, Inc.**
**P. O. Box 418**
**AMERICAN FORK, UT 84003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$220,000.00** |
|---|---|---|---|

**Richard Bizzaro**
**20700 Northridge Rd**
**Northridge, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,498.46** |
|---|---|---|---|

**River City Petroleum**
**3775 N Freeway**
**STE 101**
**Sacramento, CA 95834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
|---|---|---|---|

**Road Rebel Entertainment Tours**
**2141 5th Avae**
**SAN DIEGO, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Robbi Gouveia**
**6650 W Warm Springs Rd #2057**
**Las Vegas, NV 89115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/20/17**

**Basis for the claim:  Unreimbursed expenses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

**3.218** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$55,000.00**

**Robin Salazar**
**7251 Zana Ln**
**Magna, UT 84044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Settlement of lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,877.25**

**Rocky Mountain Care Clinic**
**1775 S 4130 W  #A**
**SALT LAKE CITY, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,017.53**

**Romaine Electric, Inc**
**Po Box 5069**
**Kent, WA 98064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,690.00**

**Ron Turley Associates**
**17473 N 71st Dr #110**
**Glendale, AZ 85308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Professional fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,532.21**

**Royce Industries**
**1355 West 8040 South**
**WEST JORDAN, UT 84088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,293.69**

**Rush Truck Center CC**
**964 South 3800 West**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,749.84**

**Ryan's Express Las Vegas**
**412 E Gowan Rd**
**North Las Vegas, NV 89032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Subcharter fees**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **All Resort Group, Inc.**
Name

Case number (if known)    **17-23687**

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,666.57 |
|---|---|---|---|

**Safety-Kleen Systems, Inc LV**
**Po Box 650509**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $892.50 |
|---|---|---|---|

**Safety-Kleen Systems, Inc.KUC**
**Po Box 650509**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,327.76 |
|---|---|---|---|

**Safety-Kleen Systems, Inc.SLC**
**Po Box 650509**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Salt Lake Chamber**
**175 E 400 S**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $199.00 |
|---|---|---|---|

**Salt Lake City Corporation**
**Po Box 30881**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,273.70 |
|---|---|---|---|

**Salt Lake City Corporation**
**Po Box 30881**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2017 - 4/2017**

Basis for the claim:  **Automated Vehicle Indentification fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $329.00 |
|---|---|---|---|

**Salt Lake City Department of Airports**
**Po Box 145550**
**Salt Lake City, UT 84114-5550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All Resort Group, Inc. | Case number (if known) | 17-23687 |
|---|---|---|---|
| | Name | | |

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**Saucon Technologies, Inc.**
**2455 Baglyos Circle**
**Bethlehem, PA 18020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services or supplies__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,364.84 |
|---|---|---|---|

**Scheaffer Manufacturing Company**
**102 Barton St**
**Saint Louis, MO 63104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services or supplies__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $685.77 |
|---|---|---|---|

**Serv A Cup**
**P. O. Box 521006**
**Salt Lake City, UT 84152-1006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services or supplies__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.32 |
|---|---|---|---|

**Shannon Freeman**
**6315 W Kapford Dr**
**West Valley City, UT 84128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/22/17 - 4/24/17__

Last 4 digits of account number _

Basis for the claim:  __Unreimbursed expenses__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,926.38 |
|---|---|---|---|

**Silver State Truck & Trailer**
**3701 Freightliner Dr**
**North Las Vegas, NV 89081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services or supplies__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,604.24 |
|---|---|---|---|

**Sinclair Fleet Track**
**Po Box 6293**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services or supplies__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $838.36 |
|---|---|---|---|

**Skaggs**
**Po Box 150242**
**Ogden, Ut 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services or supplies__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | All Resort Group, Inc. | | Case number (if known) | 17-23687 |
|---|---|---|---|---|
| | Name | | | |

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $412.50 |
|---|---|---|---|

**Skyline Boys Lacrosse**
**3084 Blaebell Dr**
**Salt Lake City, UT 84124**

Date(s) debt was incurred __4/19/17__

Last 4 digits of account number __1473__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Refund for no service__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,923.79 |
|---|---|---|---|

**SLC  Depart of Airports-341303, Corp**
**Po Box 145550**
**Salt Lake City, Ut 84114**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services or supplies__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,974.61 |
|---|---|---|---|

**SLC DEPT 378901**
**Po Box 145550**
**Salt Lake City, Ut 84114**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.00 |
|---|---|---|---|

**SLC Dept of Airports 12825 Security Thre**
**Po Box 145550**
**Salt Lake City, Ut 84114**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $952.90 |
|---|---|---|---|

**SLC Dept of Airports 341399 Telephone, C**
**Po Box 145550**
**Salt Lake City, Ut 84114**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,974.61 |
|---|---|---|---|

**SLC Dept. 378901**
**PO Box 145550**
**Salt Lake City, UT 84114**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services or supplies__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,258.73 |
|---|---|---|---|

**SLC Dept. of Airports (Booth)**
**PO Box 145550**
**Salt Lake City, UT 84114-5550**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lease of booths at SLC International Airport__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,923.79**

**SLC Dept. of Airports-341303, Corp**
**PO Box 145550**
**Salt Lake City, UT 84114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,710.00**

**Smarte Carte Inc**
**4455 White Bear Parkway**
**St Paul, MN 55110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,691.09**

**Smith Coaches**
**PO Box 951**
**Price, UT 84501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Subcharter fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35.55**

**Smith Power Products, Inc.**
**Po Box 27527**
**Salt Lake City, UT 84127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.250** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Smith's**
**1550 S Redwood Rd**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.251** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,856.77**

**Snow Christensen & Martineau**
**10 Exchange Pl**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Professional fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,705.00**

**Snowcreek Medical Center**
**1600 Snow Creek Dr**
**Park City, Ut 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All Resort Group, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* | **17-23687** |

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$342.86** |
|---|---|---|---|

**South Fork Hardware**
**1727 Sidewinder Dr**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,563.86** |
|---|---|---|---|

**Spader Business Management**
**2101 W 41st St**
**#49**
**SIOUX Falls, SD 57101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$770.89** |
|---|---|---|---|

**Sparkletts & Sierra Springs**
**Po Box 660579**
**Dallas, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Spencer Lauber**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Reimbursement for damage to personal vehicle by Debtor's vehicle**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** |
|---|---|---|---|

**Sprint**
**Po Box 629023**
**El Dorado Hills, CA 95762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **I401**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92.87** |
|---|---|---|---|

**SPRINTER**
**2255 S 5370 W**
**West Valley City, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,900.91** |
|---|---|---|---|

**Squire Higher Perspective**
**1329 800 E**
**Orem, UT 84097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | All Resort Group, Inc. | | Case number (if known) | 17-23687 |
|---|---|---|---|---|
| | Name | | | |

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.90 |
|---|---|---|---|

**St. Regis -  COMM**
**2300 Deer Valley Dr E**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,016.40 |
|---|---|---|---|

**Staples Advantage**
**Po Box 83689**
**Dept LA**
**Chicago, IL 60696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.00 |
|---|---|---|---|

**State Auto Insurance Companies**
**PO Box 182738**
**Columbus, OH 43218-2735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Insurance premiums**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Stewart Transportation Solutions**
**2814 Columbine Pl**
**Nashville, TN 37204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Subcharter fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.38 |
|---|---|---|---|

**Storage on Wheels**
**5085 Cecile Avenue**
**Las Vegas, NV 89115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,980.15 |
|---|---|---|---|

**SWEETOURS Corp**
**6363 S Pecos, Ste 106**
**Las Vegas, NV 89120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,494.77 |
|---|---|---|---|

**Techna-Glass**
**460 W 9000 S**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,500.00**

**The Safety Consortium**
**400 Lawndale Dr**
**Salt Lake City, Ut 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

**The Yarrow-Nicole Sharp**
**1800 Park Ave**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,751.17**

**Thomas Petroleum, LLC**
**PO Box 677289**
**Hicksville, OH 43526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Fuel**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.50**

**Thought Lab**
**56 East Broadway, Suite 200**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,970.00**

**Tour Coach Charter & Tours**
**PO Box 911416**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Subcharter fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.272** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$303.73**

**Traction  Heavy Duty Parts**
**PO Box 749986**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,543.53**

**Transamerica Life**
**PO Box 30266**
**LOS ANGELES, CA 90074-9986**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00** |
|---|---|---|---|

**Translite Enterprises, Inc**
**107 Trumbull Street K Building**
**Las Vegas, NV 89120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,110.00** |
|---|---|---|---|

**Transportation Safety Systems**
**225 S Tower Ave**
**Centrallia, WA 98531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.90** |
|---|---|---|---|

**Travel Experts**
**212 Sawmill Rd**
**Elizabeth, NJ 07206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.92** |
|---|---|---|---|

**Treasure Mountain Inn**
**PO Box 1570**
**Heber, UT 84032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,013.36** |
|---|---|---|---|

**Treasures & Trends**
**1240 East 1950 North**
**Richfield, OH 44286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,279.31** |
|---|---|---|---|

**Trop Stop Gas & Car Wash**
**4885 W Tropicana Ave**
**PASADENA, CA 91109-7167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,242.32** |
|---|---|---|---|

**U.S. Data Trust**
**PO Box 842605**
**Boston, MA 02284-2650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **S402**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor | **All Resort Group, Inc.** |
| | Name |

Case number (if known)    **17-23687**

---

**3.281**  Nonpriority creditor's name and mailing address
**UCS Wireless**
**8755 S. 300 W.**
**BOSTON, MA 02284-2605**

Date(s) debt was incurred  _
Last 4 digits of account number  **W401**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset?  ■ No  ☐ Yes

**$20,928.82**

---

**3.282**  Nonpriority creditor's name and mailing address
**United Site Services**
**PO Box 53267**
**Alexandria, VA 22314**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset?  ■ No  ☐ Yes

**$777.85**

---

**3.283**  Nonpriority creditor's name and mailing address
**Utah Broadband**
**461 Parkland Drive**
**SALT LAKE CITY, UT 84114-4840**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,039.00**

---

**3.284**  Nonpriority creditor's name and mailing address
**Utah Dept. of Workforce Svcs**
**Unemployment Collections Unit**
**PO Box 45288**
**Salt Lake City, UT 84145-0288**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

**$70,306.63**

---

**3.285**  Nonpriority creditor's name and mailing address
**Utah Media Group # 4001330532**
**4770 S 5600 W**
**West Valley City, UT 84210**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,506.11**

---

**3.286**  Nonpriority creditor's name and mailing address
**Utah Safety Council**
**1574 W 1700 S #2**
**Salt Lake City, UT 84101-3502**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,075.00**

---

**3.287**  Nonpriority creditor's name and mailing address
**Utah Tourism Industry Association**
**175 South West Temple, Ste 140**
**Salt Lake City, UT 84115**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset?  ■ No  ☐ Yes

**$500.00**

---

| Debtor | All Resort Group, Inc. | Case number (if known) | 17-23687 |
|---|---|---|---|
| | Name | | |

---

**3.288**

**Nonpriority creditor's name and mailing address**
**Utah Trailways, Inc.**
**3091 S main St**
**Salt Lake City, UT 84130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcharter fees**

Is the claim subject to offset? ■ No ☐ Yes

**$199.65**

---

**3.289**

**Nonpriority creditor's name and mailing address**
**Utah.com**
**55 N 300 W Ste 400**
**Salt Lake City, UT 84115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$423.00**

---

**3.290**

**Nonpriority creditor's name and mailing address**
**Utah.com-DDM**
**55 N 300 W**
**Ste 400**
**SALT LAKE CITY, UT 84101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$298.00**

---

**3.291**

**Nonpriority creditor's name and mailing address**
**Ute Cab Company, Inc**
**738 South 400 West**
**Salt Lake City, UT 84101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$122.54**

---

**3.292**

**Nonpriority creditor's name and mailing address**
**Verizon Wireless ACH**
**ACH**
**Las Vegas, NV 89178**

Date(s) debt was incurred _

Last 4 digits of account number  **I401**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.293**

**Nonpriority creditor's name and mailing address**
**Visit Salt Lake**
**90 South West Temple**
**Murray, UT 84107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$3,635.00**

---

**3.294**

**Nonpriority creditor's name and mailing address**
**Vista Transportation Safety Consulting**
**89 Pondview LN**
**Bristiol, CT 06010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

Debtor   **All Resort Group, Inc.**

Name

Case number (if known)   **17-23687**

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,819.97 |
|---|---|---|---|

**W.W. Williams Company, LLC**
**Po Box 772022**
**Detroit, MI 48277-2022**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.80 |
|---|---|---|---|

**Waldorf-Astoria Park City -Christy Bambe**
**2100 W Frostwood Blvd**
**Detroit, MI 48277-2022**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,479.21 |
|---|---|---|---|

**Warner Truck Center**
**2240 S 5370 W**
**Salt Lake City, UT 84110-1391**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,155.00 |
|---|---|---|---|

**Wasatch-IP, A Professional Corp.**
**2825 E Cottonwood Pkwy Ste 500**
**Salt Lake City, UT**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,481.72 |
|---|---|---|---|

**Water Specialties, Inc.**
**4118 S 500 W**
**Park City, UT 84060**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $824.50 |
|---|---|---|---|

**Wave Publishing Company Inc.**
**165 S 100 W**
**MURRAY, UT 84123**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,209.50 |
|---|---|---|---|

**Westech Equipment**
**PO Box 57307**
**Salt Lake City, UT 84104**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | All Resort Group, Inc. | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143.64** |
|---|---|---|---|

**Western Refining Wholesale**
PO Box 749400
SALT LAKE CITY, UT 84157-0307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services or supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.84** |
|---|---|---|---|

**Westgate Resort and Spa- Kevin Raggio**
4000 Canyons Resort Dr
Park City, UT 84098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services or supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,513.81** |
|---|---|---|---|

**Whitney Advertising & Design Inc.**
6410 N. Business Park Loop Rd., Suite H

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services or supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,382.78** |
|---|---|---|---|

**Workers' Compensation Fund**
PO Box 26488
Salt Lake City, UT 84111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Insurance premiums__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**WorkforceQA**
1430 South Main Street
Las Vegas, NV 89117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services or supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|---|---|---|---|

**Workman Nydegger Property Attorneys PC**
1000 E Eagle Gate Tower
60 E South Temple
Salt Lake City, UT 84115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Professional fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$220.30** |
|---|---|---|---|

**Zermatt**
784 Resort Dr
Midway, UT 84049

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services or supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **All Resort Group, Inc.** | | Case number (if known) | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **243,903.51** |
| **5b. Total claims from Part 2** | 5b. + | $ | **2,391,702.19** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **2,635,605.70** |

**Fill in this information to identify the case:**

Debtor name   **All Resort Group, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   **17-23687**

■ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **GoToAssist and GoToMeeting services** |
|     State the term remaining    **?** | **Citrix** **?** |
|     List the contract number of any government contract | |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **Master Receivables Purchase Agreement between All Resort Coach, Inc. dba lewis Stages for purchase of accounts receivable from Rio Tinto Kennecott Copper** |
|     State the term remaining | **Cancellation by either party upon 30-days' notice** |
|     List the contract number of any government contract | **Deutsche Bank AG New York Branch 60 Wall St 15th Fl New York, NY 10005** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | **See attached "SCHEDULE G - EMPLOYMENT AGREEMENTS" page \*** |
|     State the term remaining | |
|     List the contract number of any government contract | **EMPLOYMENT AGREEMENTS** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest | **Internet services** |
|     State the term remaining    **12/31/18** | **GoDaddy ?** |
|     List the contract number of any | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **All Resort Group, Inc.** | | | Case number *(if known)* | **17-23687** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **See attached "SCHEDULE G - INSURANCE CONTRACTS" page \*** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **INSURANCE CONTRACTS** |

| | | | |
|---|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Online software** | |
| | State the term remaining | **?** | |
| | List the contract number of any government contract | | **Microsoft Office 365 ?** |

| | | | |
|---|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **See attached "SCHEDULE G - LAND and BUILDING LEASES" page \*** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **REAL ESTATE LEASES** |

| | | | |
|---|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Software backup system** | |
| | State the term remaining | **?** | |
| | List the contract number of any government contract | | **VaultLogix ?** |

| | | | |
|---|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **See attached "SCHEDULE G - VEHICLE LEASES" page \*** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **VEHICLE LEASES** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **All Resort Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **17-23687**

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **All Resort Coach, Inc.** | | **Wells Fargo** | ■ D  **2.66** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **All Resort Group, Inc.** | | **Wells Fargo** | ■ D  **2.66** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Gordon Cummins** | **6300 N Sagewood Dr Ste 127 Park City, UT 84098** | **Signature Financial - BCA** | ■ D  **2.57** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 **Gordon Cummins** | **6300 N Sagewood Dr Ste 127 Park City, UT 84098** | **Wells Fargo** | ■ D  **2.66** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 **Gordon Cummins** | **6300 N Sagewood Dr Ste 127 Park City, UT 84098** | **Wells Fargo Equipment Finance** | ■ D  **2.67** <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **All Resort Group, Inc.** | | Case number *(if known)* | **17-23687** |
|---|---|---|---|---|

---

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.6 | **Gordon Cummins** | 6300 N Sagewood Dr Ste 127 Park City, UT 84098 | **First Source Bank** | ▮ D  __2.29__  ☐ E/F  _____  ☐ G  _____ |
|---|---|---|---|---|
| 2.7 | **Gordon Cummins** | 6300 N Sagewood Dr Ste 127 Park City, UT 84098 | **People's Capital Leasing Corp.** | ▮ D  __2.41__  ☐ E/F  _____  ☐ G  _____ |
| 2.8 | **Lewis Carriages, Inc.** | | **Wells Fargo** | ▮ D  __2.66__  ☐ E/F  _____  ☐ G  _____ |
| 2.9 | **Lewis Carriages, Inc.** | | **Wells Fargo Equipment Finance** | ▮ D  __2.67__  ☐ E/F  _____  ☐ G  _____ |
| 2.10 | **Park City Transportation, Inc.** | | **Wells Fargo** | ▮ D  __2.66__  ☐ E/F  _____  ☐ G  _____ |
| 2.11 | **Resort Express, Inc.** | | **Wells Fargo** | ▮ D  __2.66__  ☐ E/F  _____  ☐ G  _____ |
| 2.12 | **Resort Express, Inc.** | | **Wells Fargo Equipment Finance** | ▮ D  __2.67__  ☐ E/F  _____  ☐ G  _____ |
| 2.13 | **Resort Express, Inc.** | | **First Source Bank** | ▮ D  __2.29__  ☐ E/F  _____  ☐ G  _____ |

---

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.14 | **Richard Bizzaro** | **20700 Northridge Rd**<br>**Northridge, CA 91311** | **Signature Financial -**<br>**BCA** | ■ D __2.57__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Richard Bizzaro** | **20700 Northridge Rd**<br>**Northridge, CA 91311** | **Wells Fargo** | ■ D __2.66__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Richard Bizzaro** | **20700 Northridge Rd**<br>**Northridge, CA 91311** | **Wells Fargo**<br>**Equipment Finance** | ■ D __2.67__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **Richard Bizzaro** | **20700 Northridge Rd**<br>**Northridge, CA 91311** | **First Source Bank** | ■ D __2.29__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | **Richard Bizzaro** | **20700 Northridge Rd**<br>**Northridge, CA 91311** | **People's Capital**<br>**Leasing Corp.** | ■ D __2.41__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **All Resort Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **17-23687**

■ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ☐ Operating a business<br>■ Other  **Business operations** | **$11,764,741.52** |
   | **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other  **Business operations** | **$33,748,097.18** |
   | **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other  **Business operations** | **$34,565,670.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **All Resort Group, Inc.**                                     Case number (if known)   **17-23687**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **See attached  SCHEDULE "SOFA NO. 3"** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **See attached SCHEDULE "SOFA NO. 4" for details** | | $0.00 | |

5.  **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **See attached SCHEDULE "SOFA NO. 7" (to be supplied)** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **All Resort Group, Inc.**                    Case number *(if known)*    **17-23687**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **TO BE SUPPLIED** | | | **Unknown** |

---

**Part 6:**    **Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | | **$55,000.00 retainer paid 4/20/17; $26,240.00 applied to pre-petition services (4/4/17 - 4/26/17) on 4/27/17.** | |
| **Anna W. Drake, P.C.**<br>**PO Box 581126**<br>**Salt Lake City, UT 84158-1126** | **$53,283.00 legal services**<br>**$1,717.00 filing fee** | | **$55,000.00** |
| Email or website address<br>**annadrake@att.net** | | | |
| Who made the payment, if not debtor? | | | |

---

Debtor    **All Resort Group, Inc.**                                    Case number *(if known)*  **17-23687**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **GlassRatner Advisory & Capital Group LLC 35 E 100 S Ste 1609 Salt Lake City, UT 84111** | | **Retainer paid 4/24/17; retainer applied pre-petition on 4/28/17** | **$26,000.00** |
| | **Email or website address mthatcher@glassratner.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Destination Services Company PO Box 3660 Avon, CO 81620** | **DVIP, Inc., a wholly-owned subsidiary of All Resort Group, Inc., transferred all of its furniture, fixtures and equipment used in the DVIP business, the contents of two (2) storage units, all domain names owned or licensed to DVIP, certain contracts, and intangibles** | **6/15/17 (+ deferred revenue by 6/30/16)** | **$1,200,000.00** |
| | **Relationship to debtor None** | | | |
| 13.2. | **TO BE SUPPLIED** | | | **Unknown** |
| | **Relationship to debtor** | | | |

**Part 7:**    **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

Debtor    **All Resort Group, Inc.**                                        Case number (if known)  **17-23687**

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **470 W 600 S** **Salt Lake City, UT 84101** | **Limo yard (2010 - present)** |
| 14.2. | **534 S 500 W** **Salt Lake City, UT 84111** | **2011 - present** |
| 14.3. | **549 W 500 S** **Salt Lake City, UT 84101** | **2006 - present** |
| 14.4. | **1251 Kearns Blvd** **Park City, UT 84060** | **parking lot (unknown)** |
| 14.5. | **1500 Kearns Blvd** **Park City, UT 84060** | **2012 - present** |
| 14.6. | **2880 N Nellis Blvd** **Las Vegas, NV 89105** | **LV Limo (2012 - 2017)** |
| 14.7. | **4740 S Valley View Blvd** **Las Vegas, NV 89103** | **2016 - present** |
| 14.8. | **5428 W Leo Park Rd** **West Jordan, UT 84088** | **parking 2013 - 2017** |
| 14.9. | **5663 Oslo Ln** **Park City, UT 84098** | **2016 - present** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■  No. Go to Part 9.
    ☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐  No.
    ■  Yes. State the nature of the information collected and retained.

    **Customers' credit card information is kept in the specific customer file in a filing cabinet in the accounting office in Park City.**

    Does the debtor have a privacy policy about that information?
    ■ No
    ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐  No. Go to Part 10.
    ■  Yes. Does the debtor serve as plan administrator?

Debtor    **All Resort Group, Inc.**                                      Case number *(if known)*  **17-23687**

■ No Go to Part 10.
☐ Yes. Fill in below:

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Space Place Storage, fka Jordanelle Storage 4520 N Old Hwy 40 Heber City, UT 84032** | **Andrea Hansen** | **Financial information** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Employees and mechanics** | **Offices** | **Employees may have personal property at their locations. Mechanics may have personal tools.** | **$0.00** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **All Resort Group, Inc.**                                Case number *(if known)* **17-23687**

owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| 25.1.  **All Resort Coach, Inc.**<br>PO Box 681780<br>Park City, UT 84068 | **Transportation** | EIN:  **20-4202240**<br>From-To  **1/2006 - present (merged 4/27/17)** |
| 25.2.  **ARG Vehicle Service Center, LLC dba**<br>**LV Service Center**<br>PO Box 681780<br>Park City, UT 84068 | **Vehicle service** | EIN:  **None issued**<br>From-To  **2/2017 - present (merged 4/27/17)** |
| 25.3.  **DVIP, Inc.**<br>PO Box 681780<br>Park City, UT 84068 | **Transportation** | EIN:  **27-1449152**<br>From-To  **11/2009 - 6/1/15** |
| 25.4.  **Lewis Carriages, Inc.**<br>PO Box 681780<br>Park City, UT 84068 | **Transportation** | EIN:  **47-2779161**<br>From-To  **2015 - present** |

---

Debtor    **All Resort Group, Inc.**

Case number *(if known)*    **17-23687**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.5.    **Park City Transportation, Inc.**<br>PO Box 681780<br>Park City, UT 84068 | **Transportation** | **EIN:**    **26-4679128**<br><br>**From-To**    **5/2009 - present (merged 4/27/17)** |
| 25.6.    **Premier Transportation, Inc.**<br>PO Box 681780<br>Park City, UT 84068 | **Transportation** | **EIN:**    **42-1717242**<br><br>**From-To**    **10/2006 - present (merged 4/27/17)** |
| 25.7.    **Resort Express, Inc.**<br>PO Box 681780<br>Park City, UT 84068 | **Transportation** | **EIN:**    **87-0480238**<br><br>**From-To**    **11/1990 - present (merged 4/27/17)** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Brandon Fife**<br>988 S 100 W<br>Heber City, UT 84032 | **9/12 - 6/15** |
| 26a.2.    **Andrea Hansen**<br>852 Somerset Dr<br>North Salt Lake, UT 84054 | **10/16 - present** |
| 26a.3.    **Sharyle Lyons**<br>PO Box 3122<br>Salt Lake City, UT 84110 | **9/09 - 3/16** |
| 26a.4.    **Ryan Naegle**<br>681 Northridge Dr<br>Bountiful, UT 84010 | **6/15 - 4/16** |
| 26a.5.    **Jeff Pannabacker**<br>1718 E Viewside Cr<br>Hideout, UT 84036 | **5/16 - 10/16** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Neiderhauser & Davis, LLC**<br>PO Box 680460<br>Park City, UT 84068-0460 | **Yearly review 2012 - 2015** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.    **Debtor** | |

Debtor    **All Resort Group, Inc.**                                    Case number *(if known)* **17-23687**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gordon Cummins** | **6300 N Sagewood Dr Ste 127 Park City, UT 84098** | **Board of Directors Common stock** | **31.3%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Estate of Wendy Bizzaro** | **c/o Richard Bizzaro 20700 Northridge Rd Northridge, CA 91311** | **Shareholder** | **32.5%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Richard Bizzaro** | **20700 Northridge Rd Northridge, CA 91311** | **Board of Directors Common stock** | **32.2%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **J.L. Killingsworth** | **5663 Oslo Ln Park City, UT 84098** | **President Common stock** | **2.0%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Donnie Novell** | **PO Box 680061 Park City, UT 84069** | **Common stock (former 20% owner of Park City Transportation, Inc. prior to merger)** | **2.0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **All Resort Group, Inc.**                                    Case number *(if known)*  **17-23687**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **See attached  SCHEDULE "SOFA  NO. 4"** | | | |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **All Resort Group, LLC** | **EIN:    27-4435207** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 21, 2017**

**/s/ J.L. Killingsworth**                                    **J.L. Killingsworth**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

**PAYMENTS TO CREDITORS WITHIN 90 DAYS PRE-PETITION**

| CREDITOR | | AMOUNT | PURPOSE |
|---|---|---|---|
| **Access Business** | | **710,875.42** | |
| | 2/17/2017 | 65,965.02 | Factor Repayment |
| | 2/21/2017 | 929.75 | Factor Repayment |
| | 2/22/2017 | 20,323.73 | Factor Repayment |
| | 2/27/2017 | 47,238.55 | Factor Repayment |
| | 3/6/2017 | 71,815.00 | Factor Repayment |
| | 3/7/2017 | 85,200.74 | Factor Repayment |
| | 3/9/2017 | 102,713.97 | Factor Repayment |
| | 3/13/2017 | 52,252.48 | Factor Repayment |
| | 3/29/2017 | 101,531.13 | Factor Repayment |
| | 4/6/2017 | 55,823.97 | Factor Repayment |
| | 4/21/2017 | 28,921.00 | Factor Repayment |
| | 4/24/2017 | 71,595.66 | Factor Repayment |
| | 4/27/2017 | 5,161.76 | Factor Repayment |
| | 4/28/2017 | 1,402.66 | Factor Repayment |
| | | | |
| **ABC Companies** | | **39,668.94** | |
| 2/10/17 Ck#0090 | | 7,597.24 | Parts |
| 2/17/17 CK#0126 | | 5,888.43 | Parts |
| 2/22/17 CK#0147 | | 1,002.08 | Parts |
| 2/24/17 CK#0150 | | 5,013.28 | Parts |
| 3/2/17 Ck#0181 | | 5,000.00 | Parts |
| 3/9/17 CK#0231 | | 5,283.93 | Parts |
| 3/17/2017 Ck#0271 | | 4,993.16 | Parts |
| 3/24/17 CK#0314 | | 4,890.82 | Parts |
| | | | |
| **ADP** | | **40,883.97** | **Don't pay ADP through AP** |
| | | | |
| **AMAZON.COM DBT CRD** | | **12,850.00** | **Employee Referals** |
| | 1/23/2017 | 3,000.00 | Employee Referals |
| | 3/7/2017 | 2,950.00 | Employee Referals |
| | 3/20/2017 | 3,000.00 | Employee Referals |
| | 3/20/2017 | 2,850.00 | Employee Referals |
| | 4/12/2017 | 1,050.00 | Employee Referals |
| | | | |
| **AMERICAN EXPRESS  AXP DISCNT** | | **26,618.75** | **Credit Card Charg** |
| | | | |
| **Any Hour Service** | | **9,454.00** | |
| | 2/7/2017 | 9,454.00 | Building Repairs |
| | | | |
| **Apparatus Equipment** | | **12,324.63** | |

**SOFA NO. 3**

**PAYMENTS TO CREDITORS WITHIN 90 DAYS PRE-PETITION**

| CREDITOR | | AMOUNT | PURPOSE |
|---|---|---|---|
| | 2/27/2017 | 1,515.62 | Parts |
| | 2/28/2017 | 10,000.00 | Parts |
| | 3/2/2017 | 850.00 | Parts |
| **Assurant Insurance** | | **26,901.48** | |
| | 2/7/2017 | 26,901.48 | Insurance |
| **Barron Wilson** | | **28,461.26** | |
| | 2/8/2017 | 13,500.00 | Rents |
| | 2/14/2017 | 1,461.26 | Rents |
| | 3/9/2017 | 13,500.00 | Rents |
| **BMO HARRIS BANK** | | **15,172.20** | |
| | 4/7/2017 | 5,057.40 | Vehicle Payment |
| | 3/7/2017 | 5,057.40 | Vehicle Payment |
| | 2/7/2017 | 5,057.40 | Vehicle Payment |
| **BOA Bankcard** | | **92,360.30** | |
| | 2/6/2017 | 48,830.38 | Credit Card payment |
| | 2/21/2017 | 40,745.42 | Credit Card payment |
| | 3/6/2017 | 2,784.50 | Credit Card payment |
| **BOA LEASING** | | **41,542.29** | **Don't have lease in GP** |
| **Burt Brothers** | | **11,509.13** | |
| | 3/2/2017 | 3,881.92 | Parts & repairs |
| | 3/1/2017 | 1,308.42 | Parts & repairs |
| | 2/28/2017 | 2,688.48 | Parts & repairs |
| | 2/24/2017 | 2,811.11 | Parts & repairs |
| | 2/17/2017 | 1,025.48 | Parts & repairs |
| **Central Parking** | | **8,472.00** | |
| | 1/18/2017 | 2,904.00 | airport parking |
| | 3/17/2017 | 3,696.00 | airport parking |
| | 3/24/2017 | 1,872.00 | airport parking |
| **Cody Bradley** | | | |
| | 1/27/2017 | 7,225.10 | |
| **Commercial Portfolio Advisors** | | **14,987.50** | consulting |

**PAYMENTS TO CREDITORS WITHIN 90 DAYS PRE-PETITION**

| CREDITOR | | AMOUNT | PURPOSE |
|---|---|---|---|
| **Commercial Advisors** | | **7,600.00** | consulting |
| **CTS** | | **71,031.66** | |
| **Cummins Rocky Mtn** | | **28,100.51** | |
| | 2/24/2017 | 7,159.52 | parts |
| | 3/2/2017 | 7,593.79 | parts |
| | 3/9/2017 | 4,033.41 | parts |
| | 3/17/2017 | 9,313.79 | parts |
| **CV Prop Co** | | **11,884.20** | |
| | 3/7/2017 | 11,884.20 | rent |
| **D Warring** | | **22,972.16** | |
| | 2/10/2017 | 1,462.45 | Reimbursement |
| | 2/22/2017 | 900.00 | Reimbursement |
| | 2/23/2017 | 6,610.71 | Reimbursement |
| | 3/24/2017 | 4,153.92 | Reimbursement |
| | 4/4/2017 | 1,248.48 | Reimbursement |
| | 4/17/2017 | 5,725.35 | Reimbursement |
| | 5/2/2017 | 2,871.25 | Reimbursement |
| **Daimler Truck Finance** | | **76,944.90** | **Lease payments** |
| **Driftwood Autobody** | | **21,047.85** | |
| | 2/9/2017 | 7,374.80 | bodywork |
| | 3/9/2017 | 6,888.28 | bodywork |
| | 3/17/2017 | 6,784.77 | bodywork |
| **Enterprise Rental** | | **8,500.00** | |
| | 3/17/2017 | 500.00 | car rentals |
| | 3/17/2017 | 4,000.00 | car rentals |
| | 3/24/2017 | 4,000.00 | car rentals |
| **Fall Line Capital** | | **10,349.98** | |
| | 3/15/2017 | 10,349.98 | |
| **Goodway Group** | | **18,600.00** | |
| | 2/17/2017 | 18,600.00 | Lawyer |

**SOFA NO. 3**

**PAYMENTS TO CREDITORS WITHIN 90 DAYS PRE-PETITION**

| CREDITOR | | AMOUNT | PURPOSE |
|---|---|---|---|
| **HealthEZ** | | **362,892.36** | |
| | 2/6/2017 | 127,000.00 | Insurance |
| | 3/1/2017 | 123,361.11 | Insurance |
| | 4/4/2017 | 112,531.25 | Insurance |
| **Hinklease** | | **95,178.76** | |
| | 2/27/2017 | 95,178.76 | leases |
| **Humana** | | **44,338.17** | |
| | 4/6/2017 | 18,663.50 | Insurance |
| | 2/7/2017 | 25,674.67 | Insurance |
| **Imagicom** | | **17,925.00** | |
| | 2/21/2017 | 5,000.00 | computer programer |
| | 3/2/2017 | 5,000.00 | computer programer |
| | 3/13/2017 | 5,000.00 | computer programer |
| | 3/15/2017 | 2,925.00 | computer programer |
| **INDEED DBT CRD** | | **11,919.28** | |
| | 2/10/2017 | 402.64 | job ads |
| | 2/13/2017 | 504.32 | job ads |
| | 2/16/2017 | 505.93 | job ads |
| | 2/21/2017 | 505.36 | job ads |
| | 2/21/2017 | 502.61 | job ads |
| | 2/22/2017 | 500.13 | job ads |
| | 3/1/2017 | 500.34 | job ads |
| | 3/2/2017 | 114.99 | job ads |
| | 2/23/2017 | 508.29 | job ads |
| | 2/27/2017 | 502.42 | job ads |
| | 2/27/2017 | 501.36 | job ads |
| | 3/10/2017 | 507.96 | job ads |
| | 3/15/2017 | 505.72 | job ads |
| | 3/15/2017 | 534.83 | job ads |
| | 3/16/2017 | 500.71 | job ads |
| | 3/20/2017 | 505.47 | job ads |
| | 3/20/2017 | 503.94 | job ads |
| | 3/23/2017 | 514.64 | job ads |
| | 3/24/2017 | 514.55 | job ads |
| | 3/27/2017 | 510.22 | job ads |

**SOFA NO. 3**

**PAYMENTS TO CREDITORS WITHIN 90 DAYS PRE-PETITION**

| CREDITOR | | AMOUNT | PURPOSE |
|---|---|---|---|
| | 3/27/2017 | 507.84 | job ads |
| | 3/28/2017 | 512.51 | job ads |
| | 4/5/2017 | 6.34 | job ads |
| | 4/5/2017 | 510.58 | job ads |
| | 4/20/2017 | 501.27 | job ads |
| | 5/1/2017 | 234.31 | job ads |
| **Industrial Supply** | | **28,437.33** | |
| | 2/10/2017 | 7,556.26 | safety equipment |
| | 2/17/2017 | 5,846.83 | safety equipment |
| | 2/24/2017 | 4,976.73 | safety equipment |
| | 3/2/2017 | 5,032.38 | safety equipment |
| | 3/9/2017 | 2,642.83 | safety equipment |
| | 3/17/2017 | 2,382.30 | safety equipment |
| **IPFS Corp** | | **29,095.57** | |
| | 2/3/2017 | 9,681.65 | insurance |
| | 3/21/2017 | 9,220.62 | insurance |
| | 4/14/2017 | 10,193.30 | insurance |
| **Jaffe Amex** | | **14,500.00** | |
| | 2/17/2017 | 7,000.00 | lawsuit payment |
| | 3/23/2017 | 7,500.00 | lawsuit payment |
| **Jaqualin Friend Peterson** | | **11,000.00** | |
| | 3/13/2017 | 11,000.00 | lawsuit payment |
| **JRW Services** | | **7,245.00** | |
| | 3/6/2017 | 7,245.00 | |
| **KEY EQUIPMENT FI  LEASE** | | **37,326.93** | **Lease payments** |
| **L Croutcher** | | **7,940.57** | |
| | 2/10/2017 | 1,189.57 | Reimbursement |
| | 2/15/2017 | 476.12 | Reimbursement |
| | 2/22/2017 | 1,225.29 | Reimbursement |
| | 2/27/2017 | 105.99 | Reimbursement |
| | 2/28/2017 | 43.24 | Reimbursement |
| | 3/3/2017 | 410.92 | Reimbursement |
| | 3/23/2017 | 1,080.99 | Reimbursement |

**SOFA NO. 3**

**PAYMENTS TO CREDITORS WITHIN 90 DAYS PRE-PETITION**

| CREDITOR | | AMOUNT | PURPOSE |
|---|---|---|---|
| | 4/17/2017 | 2,349.55 | Reimbursement |
| | 4/28/2017 | 1,058.90 | Reimbursement |
| **Les Olson** | | **8,820.11** | |
| | 3/17/2017 | 5,029.17 | printers |
| | 3/24/2017 | 3,790.94 | printers |
| **Liberty Detail** | | **15,750.00** | |
| | 3/2/2017 | 7,020.00 | Car Washing |
| | 3/22/2017 | 8,730.00 | Car Washing |
| **M Wilhelm** | | **9,499.19** | |
| | 2/10/2017 | 5,043.24 | Reimbursements |
| | 3/24/2017 | 3,622.51 | Reimbursements |
| | 4/17/2017 | 833.44 | Reimbursements |
| **Marcus Bundrant** | | **6,523.44** | |
| | 1/27/2017 | 6,523.44 | |
| **Marriott Mountainside** | | **14,602.50** | |
| | 3/23/2017 | 14,602.50 | Commissions |
| **MCI Fleet Parts** | | **28,753.69** | |
| | 2/17/2017 | 4,764.32 | parts |
| | 3/9/2017 | 4,478.34 | parts |
| | 3/17/2017 | 9,561.94 | parts |
| | 3/24/2017 | 4,853.31 | parts |
| | 4/6/2017 | 5,095.78 | parts |
| **National Interstate** | | **273,327.39** | |
| | 1/31/2017 | 92,400.80 | Insurance |
| | 3/21/2017 | 60,438.22 | Insurance |
| | 4/17/2017 | 120,488.37 | Insurance |
| **Niederhouser Davis** | | **10,000.00** | |
| | 3/1/2017 | 10,000.00 | 2015 tax prep |
| **Park City Investors** | | **34,868.28** | |
| | 2/8/2017 | 11,622.76 | rent |
| | 2/22/2017 | 11,622.76 | rent |

**SOFA NO. 3**

5/19/2017 @ 8:14 PM

**PAYMENTS TO CREDITORS WITHIN 90 DAYS PRE-PETITION**

| CREDITOR | | AMOUNT | PURPOSE |
|---|---|---|---|
| | 3/22/2017 | 11,622.76 | rent |
| **PEOPLES CAP&LEAS** | | **111,417.20** | **Leases** |
| **PNC** | **LEASE PMT** | **14,952.00** | **Leases** |
| **Progressive Reporting Agency** | | **6,868.53** | |
| | 2/27/2017 | 217.33 | Titles and Taxes |
| | 3/2/2017 | 724.20 | Titles and Taxes |
| | 42804 | 169.50 | Titles and Taxes |
| | 4/12/2017 | 5,757.50 | Titles and Taxes |
| **Purcell Tire** | | **25,459.91** | |
| | 2/20/2017 | 4,466.41 | tires |
| | 2/24/2017 | 3,753.37 | tires |
| | 3/2/2017 | 4,691.72 | tires |
| | 3/9/2017 | 4,462.58 | tires |
| | 3/13/2017 | 4,691.72 | tires |
| | 3/24/2017 | 2,211.04 | tires |
| | 4/5/2017 | 1,104.24 | tires |
| **Questar Gas Co.** | | **9,744.52** | |
| | 2/17/2017 | 1,203.72 | Gas |
| | 3/17/2017 | 840.96 | Gas |
| | 4/14/2017 | 461.93 | Gas |
| | 2/2/2017 | 2,647.84 | Gas |
| | 3/3/2017 | 2,580.21 | Gas |
| | 4/3/2017 | 2,009.86 | Gas |
| **Red Canyon Transit** | | **7,684.00** | |
| | 2/2/2017 | 7,684.00 | Subcharter |
| **River City Petro** | | **100,019.43** | |
| | 1/30/2017 | 7,776.29 | Fuel |
| | 2/6/2017 | 9,050.60 | Fuel |
| | 2/14/2017 | 8,187.86 | Fuel |
| | 2/21/2017 | 8,389.59 | Fuel |
| | 2/27/2017 | 9,760.91 | Fuel |
| | 2/27/2017 | 263.96 | Fuel |
| | 3/6/2017 | 11,714.65 | Fuel |

**SOFA NO. 3**

**PAYMENTS TO CREDITORS WITHIN 90 DAYS PRE-PETITION**

| CREDITOR | | AMOUNT | PURPOSE |
|---|---|---|---|
| | 3/13/2017 | 4,430.33 | Fuel |
| | 3/20/2017 | 10,470.27 | Fuel |
| | 3/27/2017 | 3,600.60 | Fuel |
| | 3/6/2017 | 271.73 | Fuel |
| | 3/13/2017 | 276.41 | Fuel |
| | 4/3/2017 | 8,573.87 | Fuel |
| | 4/10/2017 | 6,477.97 | Fuel |
| | 4/17/2017 | 6,618.67 | Fuel |
| | 4/24/2017 | 4,155.72 | Fuel |
| **Rocky Mt Care Clinic** | | **21,094.00** | |
| | 3/17/2017 | 4,979.00 | Employee Testing |
| | 3/9/2017 | 5,878.00 | Employee Testing |
| | 2/9/2017 | 10,237.00 | Employee Testing |
| **Ryans Express** | | **9,785.00** | |
| | 3/24/2017 | 9,785.00 | Subcharter |
| **Safety Kleen** | | **19,540.27** | |
| | 2/10/2017 | 1,544.65 | vehicle fluid disposal |
| | 3/1/2017 | 4,188.83 | vehicle fluid disposal |
| | 3/9/2017 | 2,028.32 | vehicle fluid disposal |
| | 3/14/2017 | 1,890.83 | vehicle fluid disposal |
| | 3/22/2017 | 9,887.64 | vehicle fluid disposal |
| **Salt Lake Airport** | | **43,174.43** | |
| | 3/2/2017 | 9,995.06 | rents |
| | 2/16/2017 | 35,004.87 | AVI charges |
| **Saucon Technologies** | | **11,300.80** | |
| | 3/17/2017 | 1,893.40 | Vehicle Tracking |
| | 3/9/2017 | 3,687.40 | Vehicle Tracking |
| | 3/2/2017 | 5,720.00 | Vehicle Tracking |
| **Select Comfort** | | **9,135.00** | |
| | 3/2/2017 | 3,000.00 | Building repairs |
| | 3/9/2017 | 3,000.00 | Building repairs |
| | 3/24/2017 | 3,135.00 | Building repairs |

**SOFA NO. 3**

**PAYMENTS TO CREDITORS WITHIN 90 DAYS PRE-PETITION**

| CREDITOR | | AMOUNT | PURPOSE |
|---|---|---|---|
| **SIGNATURE FIN    PAYMENT** | | **57,365.85** | leases |
| | | | |
| **Smith Power Products** | | **10,058.29** | |
| | 2/10/2017 | 6,198.49 | parts |
| | 2/28/2017 | 3,859.80 | parts |
| | | | |
| **Smiths Coaches** | | **13,065.00** | |
| | 2/10/2017 | 5,715.00 | subcharter |
| | 2/17/2017 | 7,350.00 | subcharter |
| | | | |
| **Snow, Christensen, Martineau** | | **15,405.00** | |
| | 3/1/2017 | 10,000.00 | Legal |
| | 3/1/2017 | 5,405.00 | Legal |
| | | | |
| **SPRINT** | | **7,839.24** | |
| | 2/14/2017 | 2,613.08 | cellular phones |
| | 3/15/2017 | 2,613.08 | cellular phones |
| | 4/12/2017 | 2,613.08 | cellular phones |
| | | | |
| **Starline Coaches** | | **20,692.85** | |
| | 2/17/2017 | 5,000.00 | subcharter |
| | 2/24/2017 | 5,000.00 | subcharter |
| | 3/2/2017 | 10,692.85 | subcharter |
| | | | |
| **SUNTRUST BANK    LEASE PMT** | | **52,281.39** | leases |
| | | | |
| **TCF** | | **23,879.06** | leases |
| | | | |
| **Techna Glass** | | **16,638.70** | |
| | 2/10/2017 | 4,554.81 | windshields |
| | 2/14/2017 | 2,298.98 | windshields |
| | 2/17/2017 | 2,510.91 | windshields |
| | 2/24/2017 | 2,244.41 | windshields |
| | 2/27/2017 | 1,417.12 | windshields |
| | 3/8/2017 | 1,956.64 | windshields |
| | 3/21/2017 | 1,655.83 | windshields |
| | | | |
| **Teton Stage Lines** | | **20,331.96** | |
| | 2/9/2017 | 10,144.21 | Subcharter |
| | 2/24/2017 | 4,896.25 | Subcharter |
| | 3/10/2017 | 5,291.50 | Subcharter |

**SOFA NO. 3**

**PAYMENTS TO CREDITORS WITHIN 90 DAYS PRE-PETITION**

| CREDITOR | | AMOUNT | PURPOSE |
|----------|---|--------|---------|
| **THOMAS COLLECT** | | **286,451.51** | |
| | 2/9/2017 | 62,288.96 | fuel |
| | 2/15/2017 | 762.44 | fuel |
| | 2/22/2017 | 67,044.39 | fuel |
| | 2/24/2017 | 13,598.27 | fuel |
| | 3/2/2017 | 10,485.20 | fuel |
| | 3/15/2017 | 4,813.18 | fuel |
| | 3/15/2017 | 51,641.30 | fuel |
| | 3/15/2017 | 6,708.86 | fuel |
| | 3/22/2017 | 1,940.37 | fuel |
| | 4/5/2017 | 55,723.17 | fuel |
| | 4/5/2017 | 6,060.49 | fuel |
| | 4/5/2017 | 5,384.86 | fuel |
| **TNT Auctions** | | **24,449.96** | **Vehicle purchase** |
| **Transamerica Ins** | | **7,185.74** | |
| | 2/6/2017 | 2,568.04 | insurance |
| | 3/24/2017 | 1,847.08 | insurance |
| | 4/12/2017 | 2,770.62 | insurance |
| **US Dept of Transportation** | | **24,180.00** | |
| | 2/17/2017 | 24,180.00 | DOT fine |
| **US Fire** | | **129,345.77** | |
| | 2/23/2017 | 23,411.35 | insurance |
| | 3/10/2017 | 1,581.00 | insurance |
| | 3/23/2017 | 32,000.00 | insurance |
| | 3/23/2017 | 43,113.62 | insurance |
| | 4/17/2017 | 29,239.80 | insurance |
| **Ut Dept of Workforce Svc** | | **6,850.25** | |
| | 3/15/2017 | 6,850.25 | Unemployment tax |
| **UT DMV** | | **2,808.50** | |
| | 5/1/2017 | 2,808.50 | Vehicle Regisration |
| **Utah State Tax Commission** | | **32,722.76** | |
| | 3/28/2017 | 32,722.76 | vehicle registration |

**SOFA NO. 3**

**PAYMENTS TO CREDITORS WITHIN 90 DAYS PRE-PETITION**

| CREDITOR | | AMOUNT | PURPOSE |
|---|---|---|---|
| **WCF OF UTAH** | | **165,937.40** | |
| | 4/6/2017 | 76,540.74 | insurance |
| | 4/26/2017 | 56,146.12 | insurance |
| | 4/27/2017 | 33,250.54 | insurance |
| **WEBSTER CAP FIN** | | **16,265.10** | **leases** |
| **WELLS FARGO** | **LOAN/LEASE** | **171,378.03** | **leases** |
| **WEX INC** | **FLEET** | **73,226.37** | |
| | 2/2/2017 | 22,140.18 | fuel |
| | 2/7/2017 | 2,194.71 | fuel |
| | 2/13/2017 | 7,870.74 | fuel |
| | 2/22/2017 | 4,031.08 | fuel |
| | 3/2/2017 | 9,361.95 | fuel |
| | 3/7/2017 | 1,582.06 | fuel |
| | 3/13/2017 | 5,524.57 | fuel |
| | 3/21/2017 | 5,892.96 | fuel |
| | 4/4/2017 | 5,800.65 | fuel |
| | 4/6/2017 | 2,277.45 | fuel |
| | 4/11/2017 | 5,409.53 | fuel |
| | 4/21/2017 | 7,194.71 | fuel |

**SOFA NO. 3**

## PAYMENTS TO INSIDERS 365 DAYS PRE-FILING
## SALARIES
## (TOTALS)

| Employee Name | Years | Quarters | Pay Date | Data | |
|---|---|---|---|---|---|
| | | | | Sum of Gross Pay | Sum of E_BON - Bonus |
| Bizzaro, Richard | 2016 | | | 390555.9 | 0 |
| | 2017 | | | 206066.72 | 0 |
| Budisin, Ana | 2017 | | | 3461.53 | 0 |
| Cummins, Gordon | 2016 | | | 138461.4 | 0 |
| | 2017 | | | 73076.86 | 0 |
| Cummins, Laurie | 2016 | | | 17356.32 | 0 |
| | 2017 | | | 9642.4 | 0 |
| Killingsworth, Larry | 2017 | | | 7115.38 | 0 |
| Lahaye, Gordon | 2016 | | | 8853.9 | 0 |
| | 2017 | | | 93.78 | 0 |
| Quinley, Kaitlin | 2016 | | | 32846.23 | 0 |
| | 2017 | | | 41384.67 | 500 |
| Grand Total | | | | 928915.09 | 500 |

## PAYMENTS TO INSIDERS
## SALARIES
## (BY YEAR)

| Employee Name | Years | Quarters | Pay Date | Data Sum of Gross Pay | Sum of E_BON - Bonus |
|---|---|---|---|---|---|
| Bizzaro, Richard | 2016 | Qtr2 | Apr | 21697.55 | 0 |
| | | | May | 43395.1 | 0 |
| | | | Jun | 43395.1 | 0 |
| | | Qtr3 | Jul | 43395.1 | 0 |
| | | | Aug | 43395.1 | 0 |
| | | | Sep | 65092.65 | 0 |
| | | Qtr4 | Oct | 43395.1 | 0 |
| | | | Nov | 43395.1 | 0 |
| | | | Dec | 43395.1 | 0 |
| | 2017 | Qtr1 | Jan | 43335.1 | 0 |
| | | | Feb | 43395.1 | 0 |
| | | | Mar | 65092.65 | 0 |
| | | Qtr2 | Apr | 21697.55 | 0 |
| | | | May | 32546.32 | 0 |
| Budisin, Ana | 2017 | Qtr2 | May | 3461.53 | 0 |
| Cummins, Gordon | 2016 | Qtr2 | Apr | 7692.3 | 0 |
| | | | May | 15384.6 | 0 |
| | | | Jun | 15384.6 | 0 |
| | | Qtr3 | Jul | 15384.6 | 0 |
| | | | Aug | 15384.6 | 0 |
| | | | Sep | 23076.9 | 0 |
| | | Qtr4 | Oct | 15384.6 | 0 |
| | | | Nov | 15384.6 | 0 |
| | | | Dec | 15384.6 | 0 |
| | 2017 | Qtr1 | Jan | 15384.6 | 0 |
| | | | Feb | 15384.6 | 0 |
| | | | Mar | 23076.9 | 0 |
| | | Qtr2 | Apr | 7692.3 | 0 |
| | | | May | 11538.46 | 0 |
| Cummins, Laurie | 2016 | Qtr2 | Apr | 964.24 | 0 |
| | | | May | 1928.48 | 0 |
| | | | Jun | 1928.48 | 0 |
| | | Qtr3 | Jul | 1928.48 | 0 |
| | | | Aug | 1928.48 | 0 |
| | | | Sep | 2892.72 | 0 |
| | | Qtr4 | Oct | 1928.48 | 0 |
| | | | Nov | 1928.48 | 0 |
| | | | Dec | 1928.48 | 0 |
| | 2017 | Qtr1 | Jan | 1928.48 | 0 |
| | | | Feb | 1928.48 | 0 |
| | | | Mar | 2892.72 | 0 |
| | | Qtr2 | Apr | 1928.48 | 0 |
| | | | May | 964.24 | 0 |
| Killingsworth, Larry | 2017 | Qtr2 | May | 7115.38 | 0 |
| Lahaye, Gordon | 2016 | Qtr2 | Apr | 299.35 | 0 |
| | | | May | 272.64 | 0 |
| | | | Jun | 1572.11 | 0 |
| | | Qtr3 | Jul | 1542.61 | 0 |
| | | | Aug | 2011.6 | 0 |
| | | | Sep | 2306.46 | 0 |
| | | Qtr4 | Oct | 849.13 | 0 |
| | 2017 | Qtr1 | Jan | 93.78 | 0 |
| Quinley, Kaitlin | 2016 | Qtr3 | Sep | 10915.41 | 0 |
| | | Qtr4 | Oct | 7276.94 | 0 |
| | | | Nov | 7376.94 | 0 |
| | | | Dec | 7276.94 | 0 |
| | 2017 | Qtr1 | Jan | 7276.94 | 0 |
| | | | Feb | 7276.94 | 0 |
| | | | Mar | 12984.63 | 500 |
| | | Qtr2 | Apr | 8846.16 | 0 |
| | | | May | 5000 | 0 |
| Grand Total | | | | 928915.09 | 500 |

# PAYMENTS TO INSIDERS
## SALARIES
## (DETAILS)

| Employee Name | Pay Date | Gross Pay | Regular Earning | OT Earnings | Net Pay | E_BON - Bonus |
|---|---|---|---|---|---|---|
| Bizzaro, Richard | 04/28/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 05/12/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 05/26/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 06/09/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 06/23/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 07/07/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 07/21/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 08/04/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 08/18/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 09/01/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 09/15/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 09/29/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 10/13/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 10/27/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 11/10/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 11/23/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 12/08/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 12/22/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 01/05/2017 | 21,637.55 | 21,637.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 01/19/2017 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 02/02/2017 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 02/16/2017 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 03/02/2017 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 03/16/2017 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 03/30/2017 | 21,697.55 | 21,697.55 | 0.00 | 14,992.66 | 0.00 |
| Bizzaro, Richard | 04/13/2017 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 05/11/2017 | 16,273.16 | 16,273.16 | 0.00 | 11,790.19 | 0.00 |
| Bizzaro, Richard | 05/11/2017 | 16,273.16 | 16,273.16 | 0.00 | 0.00 | 0.00 |
| Budisin, Ana | 05/11/2017 | 3,461.53 | 3,461.53 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 04/28/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 05/12/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 05/26/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 06/09/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 06/23/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 07/07/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 07/21/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 08/04/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 08/18/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 09/01/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 09/15/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 09/29/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 10/13/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 10/27/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 11/10/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 11/23/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 12/08/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 12/22/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 01/05/2017 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 01/19/2017 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 02/02/2017 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 02/16/2017 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 03/02/2017 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |

## PAYMENTS TO INSIDERS
## SALARIES
## (DETAILS)

| | | | | | | |
|---|---|---|---|---|---|---|
| Cummins, Gordon | 03/16/2017 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 03/30/2017 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 04/13/2017 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 05/11/2017 | 5,769.23 | 5,769.23 | 0.00 | 4,202.78 | 0.00 |
| Cummins, Gordon | 05/11/2017 | 5,769.23 | 5,769.23 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 04/28/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 05/12/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 05/26/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 06/09/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 06/23/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 07/07/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 07/21/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 08/04/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 08/18/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 09/01/2016 | 0.00 | 0.00 | 0.00 | 148.80 | 0.00 |
| Cummins, Laurie | 09/01/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 09/15/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 09/29/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 10/13/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 10/27/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 11/10/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 11/23/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 12/08/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 12/22/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 01/05/2017 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 01/19/2017 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 02/02/2017 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 02/16/2017 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 03/02/2017 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 03/16/2017 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 03/30/2017 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 04/13/2017 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 04/27/2017 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 05/11/2017 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Killingsworth, Larry | 05/11/2017 | 7,115.38 | 7,115.38 | 0.00 | 0.00 | 0.00 |
| Lahaye, Gordon | 04/28/2016 | 299.35 | 161.60 | 0.00 | 0.00 | 0.00 |
| Lahaye, Gordon | 05/12/2016 | 272.64 | 101.84 | 0.00 | 0.00 | 0.00 |
| Lahaye, Gordon | 06/09/2016 | 244.53 | 135.44 | 0.00 | 0.00 | 0.00 |
| Lahaye, Gordon | 06/23/2016 | 1,327.58 | 501.04 | 123.24 | 0.00 | 0.00 |
| Lahaye, Gordon | 07/07/2016 | 615.40 | 315.20 | 0.00 | 0.00 | 0.00 |
| Lahaye, Gordon | 07/21/2016 | 885.21 | 427.20 | 11.04 | 0.00 | 0.00 |
| Lahaye, Gordon | 07/21/2016 | 42.00 | 42.00 | 0.00 | 0.00 | 0.00 |
| Lahaye, Gordon | 08/04/2016 | 1,108.75 | 629.20 | 35.40 | 0.00 | 0.00 |
| Lahaye, Gordon | 08/18/2016 | 857.35 | 459.84 | 0.00 | 0.00 | 0.00 |
| Lahaye, Gordon | 08/18/2016 | 45.50 | 45.50 | 0.00 | 0.00 | 0.00 |
| Lahaye, Gordon | 09/01/2016 | 658.89 | 391.04 | 0.00 | 0.00 | 0.00 |
| Lahaye, Gordon | 09/15/2016 | 541.66 | 334.56 | 0.00 | 0.00 | 0.00 |
| Lahaye, Gordon | 09/29/2016 | 1,105.91 | 628.16 | 10.56 | 0.00 | 0.00 |
| Lahaye, Gordon | 10/13/2016 | 849.13 | 467.84 | 44.04 | 0.00 | 0.00 |
| Lahaye, Gordon | 01/19/2017 | 93.78 | 73.78 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 09/01/2016 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 09/15/2016 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 09/29/2016 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |

## PAYMENTS TO INSIDERS
## SALARIES
## (DETAILS)

| | | | | | | |
|---|---|---|---|---|---|---|
| Quinley, Kaitlin | 10/13/2016 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 10/27/2016 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 11/10/2016 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 11/23/2016 | 3,738.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 12/08/2016 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 12/22/2016 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 01/05/2017 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 01/19/2017 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 02/02/2017 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 02/16/2017 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 03/02/2017 | 4,138.47 | 3,638.47 | 0.00 | 0.00 | 500.00 |
| Quinley, Kaitlin | 03/16/2017 | 4,423.08 | 4,423.08 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 03/30/2017 | 4,423.08 | 4,423.08 | 0.00 | 2,931.35 | 0.00 |
| Quinley, Kaitlin | 04/13/2017 | 4,423.08 | 4,423.08 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 04/27/2017 | 4,423.08 | 4,423.08 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 05/11/2017 | 5,000.00 | 5,000.00 | 0.00 | 0.00 | 0.00 |

**PAYMENTS TO INSIDERS**
**RICHARD BIZZARO**

| Vendor ID | Recipient | Type | Date | Document | Amount | Purpose |
|---|---|---|---|---|---|---|
| BIZZ101 | Bizzaro, Richard | Payment | 5/9/2016 | ACH | 2,400.00 | Unknown |
| BIZZ101 | Bizzaro, Richard | Payment | 5/10/2016 | 00000000000C | 1,095.11 | reimbursment |
| BIZZ101 | Bizzaro, Richard | Payment | 5/11/2016 | ACH | 6,000.00 | Dividend |
| RICH201 | Richard Bizzaro | Payment | 5/11/2016 | 00000000000C | 6,000.00 | Dividend |
| BIZZ101 | Bizzaro, Richard | Payment | 5/19/2016 | ACH | 2,400.00 | Unknown |
| BIZZ101 | Bizzaro, Richard | Payment | 5/26/2016 | ACH | 19,000.00 | Dividend |
| TEMPARC000118 | Bizzaro, Richard | Payment | 6/2/2016 | ACH | 2,400.00 | Unknown |
| TEMPARC000118 | Bizzaro, Richard | Payment | 6/23/2016 | ACH | 2,400.00 | Unknown |
| BIZZ101 | Bizzaro, Richard | Payment | 7/1/2016 | ACH | 149,940.00 | Sale of DVIP |
| TEMPARC000118 | Bizzaro, Richard | Payment | 7/8/2016 | 00000000000C | 2,400.00 | Unknown |
| BIZZ101 | Bizzaro, Richard | Payment | 8/29/2016 | 00000000000C | 304.70 | reimbursment |
| TEMPARC000118 | Bizzaro, Richard | Payment | 11/2/2016 | 00000000000C | 85.61 | reimbursment |
| TEMPARC000118 | Bizzaro, Richard | Payment | 12/21/2016 | 210006731 | 5,000.00 | loan repayment |
| BIZZ401 | Bizzaro Richard | Payment | 3/20/2017 | 00000000000C | 2,500.00 | loan repayment |
|  | Bizzaro, Richard | Payment | 4/14/2017 |  | 15,000.00 | loan repayment |
|  |  |  |  |  | **216,925.42** |  |

| Car for Richard | $1,265.67 | 9 payments made |  |  | 11,391.03 |  |
|  |  |  |  | **TOTAL** | **228,316.45** |  |

# PAYMENTS TO INSIDERS
# fbo RICHARD BIZZARO

**Payments made On behalf of Richard Bizzaro for caregivers from April 2016 to April 2017**

| Recipient | Document | Date | Document No. | Amount |
|-----------|----------|------|--------------|--------|
| Laszlo Bihari | Payment | 4/8/2016 | 00000000000020815 | 999.22 |
| Laszlo Bihari | Payment | 4/13/2016 | ACH | 952.63 |
| Laszlo Bihari | Payment | 4/20/2016 | ACH | 725.00 |
| Laszlo Bihari | Payment | 4/26/2016 | ACH | 867.35 |
| Laszlo Bihari | Payment | 5/4/2016 | ACH | 450.00 |
| Laszlo Bihari | Payment | 5/10/2016 | ACH | 782.02 |
| Laszlo Bihari | Payment | 5/17/2016 | ACH | 867.50 |
| Laszlo Bihari | Payment | 5/26/2016 | ACH | 893.75 |
| Laszlo Bihari | Payment | 6/1/2016 | 00000000000021843 | 464.92 |
| Laszlo Bihari | Payment | 6/7/2016 | ACH | 852.26 |
| Laszlo Bihari | Payment | 6/14/2016 | 00000000000021990 | 950.98 |
| Laszlo Bihari | Payment | 6/21/2016 | 00000000000022051 | 888.56 |
| Laszlo Bihari | Payment | 6/29/2016 | 00000000000022136 | 906.70 |
| Laszlo Bihari | Payment | 7/6/2016 | 00000000000022208 | 961.99 |
| Laszlo Bihari | Payment | 7/19/2016 | 00000000000022347 | 919.55 |
| Laszlo Bihari | Payment | 7/26/2016 | ACH | 954.70 |
| Laszlo Bihari | Payment | 8/2/2016 | 00000000000022507 | 856.32 |
| Laszlo Bihari | Payment | 8/11/2016 | 00000000000022628 | 966.73 |
| Laszlo Bihari | Payment | 8/17/2016 | CASH | 1,155.25 |
| Laszlo Bihari | Payment | 8/25/2016 | 00000000000022970 | 880.00 |
| Laszlo Bihari | Payment | 8/30/2016 | 00000000000023037 | 912.52 |
| Laszlo Bihari | Payment | 9/7/2016 | ACH | 1,273.95 |
| Laszlo Bihari | Payment | 9/14/2016 | ACH | 981.47 |
| Laszlo Bihari | Payment | 9/20/2016 | 00000000000023248 | 1,318.07 |
| Laszlo Bihari | Payment | 9/27/2016 | ACH | 985.44 |
| Laszlo Bihari | Payment | 10/5/2016 | CASH | 900.00 |
| Laszlo Bihari | Payment | 10/12/2016 | ACH | 1,019.68 |
| Laszlo Bihari | Payment | 10/18/2016 | ACH | 762.50 |
| Laszlo Bihari | Payment | 10/25/2016 | ACH | 933.98 |
| Laszlo Bihari | Payment | 11/2/2016 | 00000000000023782 | 1,125.00 |
| Laszlo Bihari | Payment | 11/9/2016 | 00000000000023846 | 1,378.16 |
| Laszlo Bihari | Payment | 11/15/2016 | 00000000000023943 | 1,800.00 |
| Laszlo Bihari | Payment | 11/23/2016 | 00000000000024039 | 1,069.51 |
| Laszlo Bihari | Payment | 11/29/2016 | 00000000000024079 | 900.00 |
| Laszlo Bihari | Payment | 12/6/2016 | 00000000000024141 | 1,430.00 |
| Laszlo Bihari | Payment | 12/13/2016 | 00000000000024203 | 1,247.17 |
| Laszlo Bihari | Payment | 12/20/2016 | 00000000000024257 | 1,350.00 |

## PAYMENTS TO INSIDERS
## fbo RICHARD BIZZARO

| Recipient | Document | Date | Document No. | Amount |
|-----------|----------|------|--------------|--------|
| Laszlo Bihari | Payment | 12/28/2016 | 00000000000024327 | 1,060.86 |
| Laszlo Bihari | Payment | 1/5/2017 | 0000000000000466 | 923.55 |
| Laszlo Bihari | Payment | 1/11/2017 | 0000000000000496 | 1,393.01 |
| Laszlo Bihari | Payment | 1/18/2017 | 0000000000000504 | 900.00 |
| Laszlo Bihari | Payment | 1/24/2017 | 0000000000000540 | 1,083.13 |
| Laszlo Bihari | Payment | 1/31/2017 | 0000000000000559 | 927.18 |
| Laszlo Bihari | Payment | 2/8/2017 | 0000000000000593 | 1,340.00 |
| Laszlo Bihari | Payment | 2/15/2017 | 0000000000000619 | 1,006.10 |
| Laszlo Bihari | Payment | 2/22/2017 | 0000000000000647 | 1,085.06 |
| Laszlo Bihari | Payment | 2/28/2017 | 0000000000000764 | 1,191.90 |
| Laszlo Bihari | Payment | 3/7/2017 | 0000000000000985 | 1,403.94 |
| Laszlo Bihari | Payment | 3/15/2017 | 0000000000001012 | 932.84 |
| Laszlo Bihari | Payment | 3/22/2017 | 0000000000001036 | 900.00 |
| Laszlo Bihari | Payment | 3/28/2017 | 0000000000001073 | 1,069.64 |
| Laszlo Bihari | Payment | 4/4/2017 | 0000000000001123 | 1,790.00 |
| Laszlo Bihari | Payment | 4/17/2017 | 0000000000001211 | 1,702.88 |
| Laszlo Bihari | Payment | 4/18/2017 | 0000000000001241 | 909.98 |
| Laszlo Bihari | Payment | 4/28/2017 | 0000000000001318 | 1,008.00 |
| | | | **Total:** | **57,310.95** |

*NOTE:  All Payments are for caregiver services and any reimbursement of minimal expenses*

# PAYMENTS TO INSIDERS
## fbo RICHARD BIZZARO

**Payments made on behalf of Richard Bizzaro for caregivers from April 2016 to April 2017**

| Recipient | Date | Document No. | Amount |
|---|---|---|---|
| Gayos, Antonia | 6/22/2016 | ACH | 2,400.00 |
| Gayos, Antonia | 6/28/2016 | 00000000000022230 | 4,800.00 |
| Gayos, Antonia | 7/12/2016 | 00000000000022270 | 2,400.00 |
| Gayos, Antonia | 7/26/2016 | 00000000000022416 | 2,400.00 |
| Gayos, Antonia | 8/12/2016 | 00000000000022756 | 2,400.00 |
| Gayos, Antonia | 8/26/2016 | 00000000000023011 | 2,400.00 |
| Gayos, Antonia | 9/13/2016 | 00000000000023396 | 2,400.00 |
| Gayos, Antonia | 9/23/2016 | 00000000000023282 | 4,800.00 |
| Gayos, Antonia | 10/21/2016 | 00000000000023558 | 2,400.00 |
| Gayos, Antonia | 11/3/2016 | 00000000000023786 | 2,400.00 |
| Gayos, Antonia | 11/15/2016 | 00000000000023940 | 2,400.00 |
| Gayos, Antonia | 11/29/2016 | 00000000000024080 | 2,400.00 |
| Gayos, Antonia | 12/13/2016 | 00000000000024227 | 2,400.00 |
| Gayos, Antonia | 12/27/2016 | 00000000000024319 | 2,400.00 |
| Gayos, Antonia | 1/11/2017 | 0000000000000958 | 2,400.00 |
| Gayos, Antonia | 1/24/2017 | 0000000000001155 | 2,400.00 |
| Gayos, Antonia | 2/9/2017 | 0000000000000966 | 2,400.00 |
| Gayos, Antonia | 2/22/2017 | 0000000000001157 | 2,400.00 |
| Gayos, Antonia | 3/13/2017 | 0000000000001001 | 2,400.00 |
| Gayos, Antonia | 3/23/2017 | 0000000000001043 | 2,400.00 |
| Gayos, Antonia | 4/4/2017 | 0000000000001125 | 2,400.00 |
| Gayos, Antonia | 4/24/2017 | 00000000000001284 | 2,400.00 |
| | | **Total Payments:** | **57,600.00** |

## PAYMENTS TO INSIDERS
## RICHARD BIZZARO, JR.
**Payments made in behalf of Richard Bizzaro for Ricky's Bizzaro's rent from April 2016 to April 2017**

| Recipient | Date | Purpose | Amount |
|---|---|---|---|
| Bizzaro Rick Jr | 11/1/2016 | Pc Rent 2016 | 1,250.00 |
| Bizzaro Rick Jr | 1/1/2017 | Jan Rent | 1,250.00 |
| Frankie Lynn Ford Revocable Trust | 2/3/2017 | Feb Rent | 1,250.00 |
| Frankie Lynn Ford Revocable Trust | 3/1/2017 | March Rent | 1,250.00 |
| Frankie Lynn Ford Revocable Trust | 4/1/2017 | April Rent | 1,250.00 |
| | | **Total:** | **6,250.00** |

*NOTE:  Rent paid to use apartment for visits to SL*

## PAYMENTS TO INSIDERS
## GORDON CUMMINS

| Recipient | Type | Date | Amount | Purpose |
|-----------|------|------|--------|---------|
| Cummins, Gordo | Payment | 1/31/2017 | 5,000.00 | |
| Cummins, Gordo | Payment | 1/21/2017 | 2,224.50 | |
| Cummins, Gordo | Payment | 10/3/2016 | 35,945.88 | |
| Cummins, Gordo | Invoice | 9/1/2016 | 543.31 | Reimbursment |
| Cummins, Gordo | Invoice | 9/1/2016 | 543.31 | Reimbursment |
| Cummins, Gordo | Invoice | 6/30/2016 | 100,060.00 | Sale of DVIP |
| Cummins, Gordo | Payment | 7/8/2016 | 1,200.00 | |
| Cummins, Gordo | Invoice | 6/29/2016 | 1,200.00 | |
| Cummins, Gordo | Invoice | 6/16/2016 | 1,200.00 | |
| Cummins, Gordo | Invoice | 6/1/2016 | 1,200.00 | |
| Cummins, Gordo | Invoice | 5/19/2016 | 1,200.00 | |
| Cummins, Gordo | Invoice | 5/5/2016 | 1,200.00 | |
| Cummins, Gordo | Invoice | 4/22/2016 | 1,200.00 | |
| Cummins, Gordo | Invoice | 4/8/2016 | 1,200.00 | |
| | | **TOTAL** | **153,917.00** | |

## PAYMENTS TO INSIDERS
## J.L. "LARRY" KILLINGSWORTH

| Recipient | Type | Date | Purpose | Amount |
|---|---|---|---|---|
| Kima Consulting LLC | Invoice | 4/17/2017 | CONSULTING 4/17.1 | 8,815.73 |
| Kima Consulting LLC | Invoice | 4/3/2017 | CONSULTING 4/17 | 8,815.73 |
| Kima Consulting LLC | Invoice | 3/20/2017 | CONSULTING 3/20 | 8,815.73 |
| Kima Consulting LLC | Invoice | 3/6/2017 | CONSULTING 25 | 8,815.73 |
| Kima Consulting LLC | Invoice | 2/20/2017 | CONSULTING 2/20/17 | 8,815.73 |
| Kima Consulting LLC | Invoice | 2/1/2017 | CONSULTING 01/30 | 8,815.73 |
| Killingsworth Larry Reimbursements | Invoice | 2/1/2017 | ANY HOUR SERVICE REIMB | 6,723.00 |
| Kima Consulting LLC | Invoice | 1/23/2017 | CONSULTING 01/16 | 8,815.73 |
| Kima Consulting LLC | Invoice | 1/9/2017 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 1/9/2017 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 12/26/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 12/12/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 11/28/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 11/14/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 10/31/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 10/17/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 10/3/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 9/19/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 9/19/2016 | DUMMY INV. 2 | 8,815.73 |
| Kima Consulting LLC | Invoice | 9/5/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 9/5/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 9/5/2016 | DUMMY INV. 1 | 8,815.73 |
| Kima Consulting LLC | Invoice | 8/22/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 8/8/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 7/25/2016 | CONSULTING 2016. | 8,815.73 |
| Kima Consulting LLC | Invoice | 7/11/2016 | CONSULTING 2016. | 8,815.73 |
| Kima Consulting LLC | Invoice | 6/27/2016 | CONSULTING 2016. | 8,815.73 |
| Kima Consulting LLC | Invoice | 6/13/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 6/1/2016 | LK EXPENSES 02/2016 | 5,211.47 |
| Kima Consulting LLC | Invoice | 5/30/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 5/26/2016 | ANA REIMB | 1,923.08 |
| Kima Consulting LLC | Invoice | 5/16/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 5/10/2016 | LK EXP REIMB 05/2016 | 108.96 |
| Kima Consulting LLC | Invoice | 5/2/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 5/2/2016 | EXP ADVANCE - MOVE TO PARK CITY | 10,000.00 |
| Kima Consulting LLC | Invoice | 5/1/2016 | EXP REIMB 01/2016.1 | 5,098.15 |
| Kima Consulting LLC | Invoice | 4/19/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 4/5/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 4/4/2016 | 2015 BONUS.1 | 15,000.00 |
| Kima Consulting LLC | Invoice | 4/1/2016 | COSTCO FOOD | 106.83 |
| | | | **TOTAL** | **326,274.85** |

## PAYMENTS TO INSIDERS
## ANA BUDISIN

All Resort Group, Inc
Case Number:  17-23687
History of Income

| Vendor Name | Document Type | Document Date | Document Amount | |
|---|---|---|---|---|
| Budisin, Ana | Payment | 4/4/2017 | $ 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 3/22/2017 | $ 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 3/7/2017 | $ 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 2/22/2017 | $ 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 2/9/2017 | $ 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 1/24/2017 | $ 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 1/11/2017 | $ 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 1/11/2017 | $ 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 1/3/2017 | $ 4,220.43 | Reimbursment |
| Budisin, Ana | Payment | 12/27/2016 | $ 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 12/13/2016 | $ 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 11/29/2016 | $ 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 11/15/2016 | $ 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 11/1/2016 | $ 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 10/18/2016 | $ 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 10/10/2016 | $ 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 9/30/2016 | $ 7,911.50 | Consulting Fees |
| Budisin, Ana | Payment | 9/27/2016 | $ 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 9/6/2016 | $ 3,846.16 | Consulting Fees |
| Budisin, Ana | Payment | 8/9/2016 | $ 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 7/27/2016 | $ 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 7/15/2016 | $ 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 6/28/2016 | $ 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 6/16/2016 | $ 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 6/1/2016 | $ 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 5/19/2016 | $ 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 5/3/2016 | $ 4,807.70 | Consulting Fees |
| | | | $ 65,016.63 | |

# PAYMENTS TO INSIDERS
# GORDON LA HAYE

| Recipient | Method | Date | Amount | Purpose |
|---|---|---|---|---|
| Commercial Portfolio Advisors | Payment | 4/5/2017 | $ 5,200.00 | Consulting Fees |
| Commercial Portfolio Advisors | Payment | 3/22/2017 | $ 1,200.00 | Consulting Fees |
| Commercial Portfolio Advisors | Payment | 3/6/2017 | $ 1,200.00 | Consulting Fees |
| Commercial Portfolio Advisors | Payment | 2/24/2017 | $ 5,000.00 | Consulting Fees |
| Commercial Portfolio Advisors | Payment | 2/21/2017 | $ 1,200.00 | Consulting Fees |
| Commercial Portfolio Advisors | Payment | 2/14/2017 | $ 1,200.00 | Consulting Fees |
| Commercial Portfolio Advisors | Payment | 2/2/2017 | $ 3,806.25 | Consulting Fees |
| Commercial Portfolio Advisors | Payment | 1/26/2017 | $ 4,781.25 | Consulting Fees |
| Commercial Portfolio Advisors | Payment | 1/11/2017 | $ 6,168.75 | Consulting Fees |
| Commercial Portfolio Advisors | Payment | 12/19/2016 | $ 6,300.00 | Consulting Fees |
| Commercial Portfolio Advisors | Payment | 11/15/2016 | $ 6,562.50 | Consulting Fees |
| Commercial Portfolio Advisors | Payment | 11/1/2016 | $ 4,725.00 | Consulting Fees |
| LaHaye, Gordon | Payment | 9/19/2016 | $ 10.00 | reimbursments |
| LaHaye, Gordon | Payment | 9/7/2016 | $ 18.00 | reimbursments |
| LaHaye, Gordon | Payment | 8/2/2016 | $ 8.00 | reimbursments |
| LaHaye, Gordon | Payment | 3/8/2016 | $ 139.13 | reimbursments |
| | | | $ 47,518.88 | |

## PAYMENTS TO INSIDERS
## DONNIE NOVELLE

| Vendor Name | Document Type | Document Date | Document Numb | Document Amount | |
|---|---|---|---|---|---|
| Novelle, Donnie | Payment | 3/17/2017 | 100000291 | $ 750.00 | Reimbursment |
| Novelle, Donnie | Payment | 11/9/2016 | ACH | $ 250.00 | Reimbursment |
| | | | | $ 1,000.00 | |

# PAYMENTS TO INSIDERS
## KAITY QUINLEY

| Recipient | Type | Date | Amount | Purpose |
|---|---|---|---|---|
| Quinley, Kaity | Payment | 3/7/2017 | $ 10,000.00 | Reimbursment |
| Quinley, Kaity | Payment | 1/17/2017 | $ 5,000.00 | Reimbursment |
| Quinley, Kaity | Payment | 12/7/2016 | $ 10,000.00 | Reimbursment |
| Quinley, Kaity | Payment | 9/23/2016 | $ 10,000.00 | Reimbursment |
| Quinley, Kaity | Payment | 9/13/2016 | $ 21.65 | Reimbursment |
| Quinley, Kaity | Payment | 9/13/2016 | $ 7.00 | Reimbursment |
| Quinley, Kaity | Payment | 9/13/2016 | $ 13.93 | Reimbursment |
| Quinley, Kaity | Payment | 9/13/2016 | $ 50.00 | Reimbursment |
| Quinley, Kaity | Payment | 9/13/2016 | $ 55.70 | Reimbursment |
| Quinley, Kaity | Payment | 8/11/2016 | $ 620.00 | Reimbursment |
| Quinley, Kaity | Payment | 5/13/2016 | $ 9,996.62 | Reimbursment |
| Quinley, Kaity | Payment | 4/18/2016 | $ 10,000.00 | Reimbursment |
| | | | $ 55,764.90 | |

## PAYMENTS TO INSIDERS
## FRANK SUITTER

| Vendor Name | Type | Date | Amount | Purpose |
|---|---|---|---|---|
| Frank Suitter Law Office, PLLC | Invoice | 4/3/2017 | $ 5,000.00 | Board Fees |
| Frank Suitter Law Office, PLLC | Invoice | 3/1/2017 | $ 5,000.00 | Board Fees |
| Frank Suitter Law Office, PLLC | Invoice | 2/1/2017 | $ 5,000.00 | Board Fees |
| Frank Suitter Law Office, PLLC | Invoice | 1/3/2017 | $ 5,000.00 | Board Fees |
| Frank Suitter Law Office, PLLC | Invoice | 12/1/2016 | $ 5,000.00 | Board Fees |
| Frank Suitter Law Office, PLLC | Invoice | 11/4/2016 | $ 5,000.00 | Board Fees |
| Frank Suitter Law Office, PLLC | Invoice | 10/3/2016 | $ 5,000.00 | Board Fees |
| Frank Suitter Law Office, PLLC | Invoice | 9/1/2016 | $ 5,000.00 | Board Fees |
| Frank Suitter Law Office, PLLC | Invoice | 8/1/2016 | $ 5,000.00 | Board Fees |
| Frank Suitter Law Office, PLLC | Invoice | 7/1/2016 | $ 5,000.00 | Board Fees |
| Frank Suitter Law Office, PLLC | Invoice | 6/1/2016 | $ 5,000.00 | Board Fees |
| Frank Suitter Law Office, PLLC | Invoice | 5/1/2016 | $ 5,000.00 | Board Fees |
| Frank Suitter Law Office, PLLC | Invoice | 4/1/2016 | $ 5,000.00 | Board Fees |
| | | | $ 65,000.00 | |