# United States Bankruptcy Court
## District of Utah

| In re | **All Resort Group, Inc.** | | Case No. | **17-23687** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **11** |

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedules A/B, D, E, F, G, H
Statement of Financial Affairs**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: __**June 19, 2017**__

**/s/ Anna W. Drake**
**Anna W. Drake A0909**
Attorney for Debtor(s)
**Anna W. Drake, P.C.
PO Box 581126
Salt Lake City, UT 84158-1126
385.258.7025 Fax:801.363.3614
annadrake@att.net**

**Fill in this information to identify the case:**

Debtor name   **All Resort Group, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   **17-23687**

■ Check if this is an
amended filing

SECOND AMENDED

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **Second Amended Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 19, 2017**   X */s/ J.L. Killingsworth*
   Signature of individual signing on behalf of debtor

   **J.L. Killingsworth**
   Printed name

   **President**
   Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **All Resort Group, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF UTAH

Case number (if known)  **17-23687**

■ Check if this is an
amended filing

SECOND AMENDED

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................    $     **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.............................................................    $     **13,865,463.63**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..............................................................    $     **13,865,463.63**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $     **7,642,212.88**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................    $     **247,428.51**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$     **2,949,331.21**

4.  **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b        $     **10,838,972.60**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **All Resort Group, Inc.**

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number (if known) **17-23687**

☐ Check if this is an amended filing

SECOND AMENDED

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Mountain West Bank | Checking (All Resort Coach, Inc., dba Lewis States) | 4130 | $31,512.00 |
| 3.2. | Mountain West Bank | Checking (Resort Express, Inc., dba All Resort Express) | 4092 | $9,165.00 |
| 3.3. | Mountain West Bank | Checking (Lewis Carriages, Inc. ARLV) | 4629 | $2,037.00 |
| 3.4. | Mountain West Bank | Checking (Park City Transportation, Inc.) | 4114 | $14,794.00 |
| 3.5. | Mountain West Bank | Checking (Resort Express, Inc., dba PC Car Rental) | 4203 | $167.00 |
| 3.6. | Mountain West Bank | Checking (Premier Transportation, Inc.) | 0925 | $361.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | | Case number *(If known)* **17-23687** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.7. | **Nevada State Bank** | **Checking (All Resort Coach, Inc.)** | **1065** | **$770.00** |
| 3.8. | **Bank of America** | **Checking (All Resort Coach, Inc., dba Lewis Stages)** | **3272** | **$127.02** |
| 3.9. | **Wells Fargo Bank** | **Checking (All Resort Express and Car Rental)** | **6841** | **$700.00** |
| 3.10. | **Bank of America** | **Checking (Lewis Carriage, Inc., dba All Resort Las Vegas)** | **3285** | **$6,106.49** |

**4.**     **Other cash equivalents** *(Identify all)*

**5.**     **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$65,739.51** |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

**7.**     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Deposit with Hincklease pursuant to Control Agreement** | **$150,000.00** |
| 7.2. | **E.W. Hunt:  Security deposit for 5663 Oslo Lane, park City, UT 84098** | **$3,500.00** |
| 7.3. | **CV PropCo, LLC:  Security deposit for 4740 S Valley View Blvd (Arena Conference Center), Las Vegas, NV** | **$13,728.30** |
| 7.4. | **Donna and Karl Larsen:  Security deposit for 5428 W Leo Park Rd, West Jordan, UT 84088** | **$5,000.00** |
| 7.5. | **Deposit with Salt Lake City Corporation, c/o Airport Contracts & Proc. Mgr., for (2) airport booths at SLC International Airport (Premier Transportation)** | **$8,175.00** |
| 7.6. | **Deposit with Salt Lake City Corporation, c/o Airport Contracts & Proc. Mgr., for (2) airport booths at SLC International Airport (PC Transportation)** | **$9,175.00** |
| 7.7. | **Deposit with Salt Lake City Corporation, c/o Airport Contracts & Proc. Mgr., for (2) airport booths at SLC International Airport (Resort Express)** | **$10,825.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                 Best Case Bankruptcy

Debtor   **All Resort Group, Inc.**
Name

Case number *(If known)* **17-23687**

---

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.   **Total of Part 2.**

     Add lines 7 through 8. Copy the total to line 81.

     | $200,403.30 |

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**   see attached Schedule 11

         11a. 90 days old or less:         1,192,177.02        -              0.00      = ....        $1,192,177.02
                                            face amount                 doubtful or uncollectible accounts

         11b. Over 90 days old:              214,654.65        -          32,000.00    =....           $182,654.65
                                            face amount                 doubtful or uncollectible accounts

12.      **Total of Part 3.**

         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.         | $1,374,831.67 |

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.   **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity:   % of ownership | | |
| **Lewis Carriages, Inc., a Nevada corporation: (8) vehicles have been incorporated into Debtor (need Bills of Sale) and Debtor has been paying corresponding vehicle payments; Asset Purchase Agreement with Abraham Limo Services, Inc., for purchase of CPCN 1125 issued to Lewis Carriages, Inc., by the Nevada Transportation Authority and phone numbers, website, and customer lists ($200,000.00 purchase price / balance of** | | |
| 15.1.  **$130,000 owed on petition date)**       100   %     | N/A | $130,000.00 |

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
      Describe:

---

| Debtor | **All Resort Group, Inc.** | Case number *(If known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

**17.** **Total of Part 4.** | | | **$130,000.00**
Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** **Parts inventory** | **Nov. 2015** | **$477,778.00** | **Reserve 50%** | **$238,889.00** |

**23.** **Total of Part 5.** | | | **$238,889.00**
Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **See attached SCHEDULE "OFFICE EQUIPMENT, FURNISHINGS, FIXTURES & SUPPLIES, AND MACHINERY"** | **$135,052.94** | **Replacement** | **$59,215.50** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | Case number *(If known)* **17-23687** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 40. | **Office fixtures** **See attached SCHEDULE "OFFICE EQUIPMENT, FURNISHINGS, FIXTURES & SUPPLIES, AND MACHINERY"** | $0.00 | $0.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **See attached SCHEDULE "OFFICE EQUIPMENT, FURNISHINGS, FIXTURES & SUPPLIES, AND MACHINERY"** | $483,664.00   Replacement | $169,633.32 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |
| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | $228,848.82 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **See attached "VEHICLE FLEET LIST" "VEHICLES - NO DEBT" (pages 1 & 2)** | $0.00 | Comparable sale | $1,571,621.00 |
| 47.2. **See attached "VEHICLE FLEET LIST" "VEHICLES - LOANS" (pages 3 & 4) (NOTE that not all vehicles on list have value listed)** | $0.00 | Comparable sale | $491,616.00 |
| 47.3. **See attached "VEHICLE FLEET LIST" "VEHICLES - BUSES / MINI COACHES / TRAC LEASES (pages 5 & 6)** | $0.00 | Comparable sale | $8,867,333.35 |
| 47.4. **See attached "MASTER VEHICLE FLEET LIST BY LENDER" pages 1 through 6 [totals are included on individual fleet lists and Schedule G vehicle lists]** | $0.00 | N/A | $0.00 |

| Debtor | **All Resort Group, Inc.** | Case number *(If known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**See attached SCHEDULE "OFFICE EQUIPMENT, FURNISHINGS, FIXTURES & SUPPLIES, AND MACHINERY"**  |  **$95,295.00**  |  **Replacement**  |  **$31,452.23**

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.  |  **$10,962,022.58**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>**Customer and affiliate lists (protected)** | **Unknown** | **N/A** | **Unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.  |  **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 6 |
|---|---|---|

| Debtor | **All Resort Group, Inc.** | Case number *(If known)* **17-23687** |
|---|---|---|
| | Name | |

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| | **NOL carryover available to 2016**    Tax year **2011, 2013** | **$291,880.00** |
| 73. | **Interests in insurance policies or annuities** | |
| | **Workers Compensation Fund** | **$24,524.75** |
| | **TRAX Insurance, Ltd.** **Equity balance @ 1/31/17** | **$348,324.00** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | **$664,728.75** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | Case number *(If known)* **17-23687** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $65,739.51 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $200,403.30 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,374,831.67 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $130,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $238,889.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $228,848.82 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,962,022.58 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $664,728.75 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,865,463.63 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,865,463.63 |

## ACCOUNTS RECEIVABLE

| Division | Inv Amount | Current | 0-30 | 31-60 | 61-90 | 91-120+ |
|---|---|---|---|---|---|---|
| ARE | 1,823.98 | | 1,823.98 | | | |
| ARE | 22,200.21 | 22,200.21 | | | | |
| ARE | 50.00 | | 50.00 | | | |
| ARE | 139.00 | 139.00 | | | | |
| ARE | 61.40 | | | 61.40 | | |
| ARE | 31,738.46 | 31,738.46 | | | | |
| ARE | 176.95 | 176.95 | | | | |
| ARE | 59,521.43 | 59,521.43 | | | | |
| ARE | 66,650.16 | 66,650.16 | | | | |
| ARE | 36.00 | | | 36.00 | | |
| ARE | 383.51 | | | | | 383.51 |
| ARE | 319.00 | | | 319.00 | | |
| ARE | 68.25 | 68.25 | | | | |
| ARE | 11,342.00 | 11,342.00 | | | | |
| ARE | 1,321.00 | 1,321.00 | | | | |
| ARE | 1,125.42 | 1,125.42 | | | | |
| ARE | 989.65 | 989.65 | | | | |
| ARE | 280.45 | | 280.45 | | | |
| ARE | 2,465.88 | 2,465.88 | | | | |
| ARE | 758.40 | 758.40 | | | | |
| ARE | 3,063.25 | | 3,063.25 | | | |
| ARE | 109.60 | 109.60 | | | | |
| ARE | 79.20 | | | | | 79.20 |
| ARE | 477.00 | | 477.00 | | | |
| ARE | 38,077.11 | | | 38,077.11 | | |
| ARE | 2,755.20 | | | | 2,755.20 | |
| ARE | 5,663.80 | | | | 5,663.80 | |
| ARE | 50.50 | | | 50.50 | | |
| ARE | 70.20 | | 70.20 | | | |
| ARE | 70.20 | 70.20 | | | | |
| ARE | 613.60 | | | | 613.60 | |
| ARE | 1,180.40 | | | 1,180.40 | | |
| ARE | 4,920.00 | 4,920.00 | | | | |
| ARE | 344.90 | | 344.90 | | | |
| ARE | 299.59 | 299.59 | | | | |
| ARE | 637.45 | 637.45 | | | | |
| ARE | 650.60 | 650.60 | | | | |
| ARE | 1,006.50 | | | | | 1,006.50 |
| ARE | 91.50 | 91.50 | | | | |
| ARE | 20,047.50 | | 20,047.50 | | | |
| ARE | 250.00 | 250.00 | | | | |
| ARE | 32,088.50 | 32,088.50 | | | | |
| ARE | 1,262.90 | 1,262.90 | | | | |
| ARE | 7,875.45 | 7,875.45 | | | | |

**SCHEDULE 11**

## ACCOUNTS RECEIVABLE

| Division | Inv Amount | Current | 0-30 | 31-60 | 61-90 | 91-120+ |
|----------|-----------|---------|------|-------|-------|---------|
| ARE | 18,390.50 | | 18,390.50 | | | |
| ARE | 1,500.80 | | 1,500.80 | | | |
| ARE | 116.60 | | | 116.60 | | |
| ARE | 85.20 | | 85.20 | | | |
| ARE | 335.60 | 335.60 | | | | |
| ARE | 202.20 | | | 202.20 | | |
| ARE | 289.40 | | | 289.40 | | |
| ARE | 70.20 | | | 70.20 | | |
| ARE | 109.60 | | | 109.60 | | |
| ARE | 341.20 | 341.20 | | | | |
| ARE | 13,117.00 | | | 13,117.00 | | |
| ARE | 4,937.00 | | | 4,937.00 | | |
| ARE | 1,762.83 | | | 1,762.83 | | |
| ARE | 20,789.40 | | 20,789.40 | | | |
| ARE | 7,987.80 | | 7,987.80 | | | |
| ARE | 13,845.40 | | 13,845.40 | | | |
| ARE | 641.80 | | | 641.80 | | |
| ARE | 823.40 | | 823.40 | | | |
| ARE | 210.60 | | 210.60 | | | |
| ARE | 54.80 | | | 54.80 | | |
| ARE | 94.20 | | | 94.20 | | |
| ARE | 152.20 | | | 152.20 | | |
| ARE | 137.20 | | 137.20 | | | |
| ARE | 440.00 | | | 440.00 | | |
| ARE | 440.00 | | 440.00 | | | |
| ARE | 3,795.50 | | | 3,795.50 | | |
| ARE | 588.00 | 588.00 | | | | |
| ARE | 194.80 | | | 194.80 | | |
| ARE | 4,354.61 | | | 4,354.61 | | |
| ARE | 4,728.93 | 4,728.93 | | | | |
| ARE | 241.40 | | | 241.40 | | |
| ARE | 200.00 | 200.00 | | | | |
| ARE | 126.12 | | 126.12 | | | |
| ARE | 262.50 | 262.50 | | | | |
| ARE | 31.40 | | | 31.40 | | |
| ARE | 172.20 | | | | | 172.20 |
| ARE | 384.50 | | | | | 384.50 |
| ARE | 76.90 | | | | | 76.90 |
| ARE | 76.90 | | | | | 76.90 |
| ARE | 1,772.88 | | | | | 1,772.88 |
| ARE | 62.80 | 62.80 | | | | |
| ARE | 7,727.31 | | | | | 7,727.31 |
| ARE | 186.40 | | | | | 186.40 |
| ARE | 409.80 | | | 409.80 | | |

**SCHEDULE 11**

## ACCOUNTS RECEIVABLE

| Division | Inv Amount | Current | 0-30 | 31-60 | 61-90 | 91-120+ |
|---|---|---|---|---|---|---|
| ARE | 258.60 | | 258.60 | | | |
| ARE | 191.60 | | | | 191.60 | |
| ARE | 520.60 | | | 520.60 | | |
| ARE | 8,252.12 | | 8,252.12 | | | |
| ARE | 295.00 | | 295.00 | | | |
| ARE | 421.00 | 421.00 | | | | |
| ARE | 6,458.84 | 6,458.84 | | | | |
| ARE | 5,373.50 | | | 5,373.50 | | |
| ARE | 44.70 | | | | | 44.70 |
| ARE | 44.70 | | | | | 44.70 |
| ARE | 35.96 | | | | 35.96 | |
| ARE | 80.66 | | | 80.66 | | |
| ARE | 158.44 | 158.44 | | | | |
| ARE | 68,867.47 | | | 68,867.47 | | |
| ARE | 145.00 | | | 145.00 | | |
| ARE | 1,045.00 | 1,045.00 | | | | |
| ARE | 85.60 | | | | | 85.60 |
| ARE | 775.40 | | | | | 775.40 |
| ARE | 1,366.16 | | | | | 1,366.16 |
| ARE | 62.80 | | | | | 62.80 |
| ARE | 311.60 | | | | 311.60 | |
| ARE | 70.20 | | | 70.20 | | |
| ARE | 1,028.40 | | | 1,028.40 | | |
| ARE | 1,857.40 | | 1,857.40 | | | |
| ARE | 4,401.40 | 4,401.40 | | | | |
| ARE | 13,733.80 | 13,733.80 | | | | |
| ARE | 12,604.40 | 12,604.40 | | | | |
| ARE | 7,149.20 | 7,149.20 | | | | |
| ARE | 2,768.40 | 2,768.40 | | | | |
| ARE | 40.60 | | | 40.60 | | |
| ARE | 160.00 | | | | | 160.00 |
| ARE | 1,332.80 | | | | | 1,332.80 |
| ARE | 46.60 | | | 46.60 | | |
| ARE | 4,943.25 | 4,943.25 | | | | |
| ARE | 878.80 | 878.80 | | | | |
| ARE | 126.00 | | | | | 126.00 |
| ARE | 82.00 | | | | | 82.00 |
| ARE | 52.00 | | | | 52.00 | |
| ARE | 182.40 | 182.40 | | | | |
| ARE | 137.20 | | | | 137.20 | |
| ARE | 31.40 | | | 31.40 | | |
| ARE | 248.96 | | 248.96 | | | |
| ARE | 615.80 | | 615.80 | | | |
| ARE | 626.40 | 626.40 | | | | |

**SCHEDULE 11**

## ACCOUNTS RECEIVABLE

| Division | Inv Amount | Current | 0-30 | 31-60 | 61-90 | 91-120+ |
|---|---|---|---|---|---|---|
| ARE | 192.00 | 192.00 | | | | |
| **Subtotal** | **584,459.64** | **308,834.96** | **102,021.58** | **146,944.18** | **9,760.96** | **16,897.96** |
| | 583,508.14 | 308,834.96 | 102,021.58 | 146,944.18 | 9,760.96 | 15,946.46 |

| Division | Inv Amount | Current | 0-30 | 31-60 | 61-90 | 91-120+ |
|---|---|---|---|---|---|---|
| PCT | 6,172.00 | | 6,172.00 | | | |
| PCT | 45.60 | | 45.60 | | | |
| PCT | 351.00 | | 351.00 | | | |
| PCT | 230.00 | | | | 230.00 | |
| PCT | 230.00 | | | 230.00 | | |
| PCT | 7,424.60 | | 7,424.60 | | | |
| PCT | 2,081.60 | | 2,081.60 | | | |
| PCT | 1,742.20 | 1,742.20 | | | | |
| PCT | 1,190.00 | | | | | 1,190.00 |
| PCT | 252.00 | | 252.00 | | | |
| PCT | 4,487.28 | | | 4,487.28 | | |
| PCT | 5,707.75 | | 5,707.75 | | | |
| PCT | 5,409.00 | 5,409.00 | | | | |
| PCT | 3,957.50 | 3,957.50 | | | | |
| PCT | 250.20 | | | | 250.20 | |
| PCT | 706.80 | | 706.80 | | | |
| PCT | 1,065.60 | 1,065.60 | | | | |
| PCT | 2,414.92 | 2,414.92 | | | | |
| PCT | 586.00 | | 586.00 | | | |
| PCT | 31.40 | 31.40 | | | | |
| PCT | 387.20 | | | | 387.20 | |
| PCT | 327.20 | | | | 327.20 | |
| PCT | 407.00 | | | 407.00 | | |
| PCT | 566.40 | | 566.40 | | | |
| PCT | 109.60 | | 109.60 | | | |
| PCT | 617.40 | 617.40 | | | | |
| PCT | 10,802.37 | | 10,802.37 | | | |
| PCT | 300.09 | 300.09 | | | | |
| PCT | 470.00 | | | | 470.00 | |
| PCT | 767.00 | 767.00 | | | | |
| PCT | 1,237.80 | 1,237.80 | | | | |
| PCT | 1,896.35 | | | | | 1,896.35 |
| PCT | 169.23 | | | 169.23 | | |
| PCT | 535.43 | | | 535.43 | | |
| PCT | 557.30 | | 557.30 | | | |
| PCT | 47,976.25 | 47,976.25 | | | | |
| PCT | 60,445.74 | 60,445.74 | | | | |
| PCT | 652.10 | | | | | 652.10 |

**SCHEDULE 11**

## ACCOUNTS RECEIVABLE

| Division | Inv Amount | Current | 0-30 | 31-60 | 61-90 | 91-120+ |
|---|---|---|---|---|---|---|
| PCT | 2,167.73 | | 2,167.73 | | | |
| PCT | 4,238.66 | 4,238.66 | | | | |
| PCT | 2,227.56 | 2,227.56 | | | | |
| PCT | 4,249.49 | 4,249.49 | | | | |
| PCT | 40.00 | 40.00 | | | | |
| PCT | 555.80 | 555.80 | | | | |
| PCT | 66.00 | | | | 66.00 | |
| PCT | 54.80 | | 54.80 | | | |
| PCT | 136.00 | 136.00 | | | | |
| PCT | 14,779.60 | | 14,779.60 | | | |
| PCT | 10,987.84 | 10,987.84 | | | | |
| PCT | 9,158.40 | 9,158.40 | | | | |
| PCT | 6,780.80 | | 6,780.80 | | | |
| PCT | 8,009.60 | 8,009.60 | | | | |
| PCT | 10,378.60 | 10,378.60 | | | | |
| PCT | 103.20 | | | | 103.20 | |
| PCT | 379.22 | 379.22 | | | | |
| PCT | 404.40 | | 404.40 | | | |
| PCT | 3,955.00 | | | 3,955.00 | | |
| PCT | 4,305.00 | | | 4,305.00 | | |
| PCT | 45.00 | | 45.00 | | | |
| PCT | 595.00 | | 595.00 | | | |
| PCT | 700.00 | | 700.00 | | | |
| PCT | 490.00 | | 490.00 | | | |
| PCT | 1,785.00 | | 1,785.00 | | | |
| PCT | 980.00 | | 980.00 | | | |
| PCT | 280.00 | | 280.00 | | | |
| PCT | 62.80 | | | | | 62.80 |
| PCT | 191.00 | | | | | 191.00 |
| PCT | 226.00 | | | | | 226.00 |
| PCT | 157.00 | | | | | 157.00 |
| PCT | 117.60 | | | | | 117.60 |
| PCT | 31.40 | | | | | 31.40 |
| PCT | 468.20 | | | | | 468.20 |
| PCT | 297.60 | | | | 297.60 | |
| PCT | 1,944.60 | | | | 1,944.60 | |
| PCT | 8,102.20 | | 8,102.20 | | | |
| PCT | 5,250.40 | 5,250.40 | | | | |
| PCT | 8,150.20 | | | | | 8,150.20 |
| PCT | 153.20 | | | | | 153.20 |
| **Subtotal** | **285,693.31** | **181,576.47** | **72,527.55** | **14,088.94** | **4,076.00** | **13,424.35** |
| | 285,564.81 | 181,576.47 | 72,527.55 | 14,088.94 | 4,076.00 | 13,295.85 |
| **TOTAL** | **870,152.95** | **490,411.43** | **174,549.13** | **161,033.12** | **13,836.96** | **29,370.81** |

**SCHEDULE 11**

## ACCOUNTS RECEIVABLE

| Division | Inv Amount | Current | 0-30 | 31-60 | 61-90 | 91-120+ |
|----------|-----------|---------|------|-------|-------|---------|
| Division | Inv Amount | Current | 31-60 | 61-90 | 91+ | |
| Coach | 5,083 | 5,083 | 0 | 0 | 0 | |
| Coach | 50 | 50 | 0 | 0 | 0 | |
| Coach | 1,500 | 900 | 0 | 600 | 0 | |
| Coach | 5,651 | 0 | 0 | 0 | 5,651 | |
| Coach | 1,000 | 1,000 | 0 | 0 | 0 | |
| Coach | 11,032 | 10,273 | 0 | 760 | 0 | |
| Coach | 19,904 | 16,618 | 5,459 | 0 | (2,173) | |
| Coach | 949 | 949 | 0 | 0 | 0 | |
| Coach | 1,350 | 690 | 660 | 0 | 0 | |
| Coach | 270 | 270 | 0 | 0 | 0 | |
| Coach | 7,206 | 0 | 0 | 0 | 7,206 | |
| Coach | 1,555 | 1,555 | 0 | 0 | 0 | |
| Coach | 19,549 | 19,549 | 0 | 0 | 0 | |
| Coach | 665 | 0 | 0 | 0 | 665 | |
| Coach | 300 | 300 | 0 | 0 | 0 | |
| Coach | 28,438 | 13,392 | 15,046 | 0 | 0 | |
| Coach | 45 | 45 | 0 | 0 | 0 | |
| Coach | 260 | 260 | 0 | 0 | 0 | |
| Coach | 750 | 750 | 0 | 0 | 0 | |
| Coach | 3,512 | 0 | 3,512 | 0 | 0 | |
| Coach | 5,736 | 5,736 | 0 | 0 | 0 | |
| Coach | 2,355 | 0 | 2,355 | 0 | 0 | |
| Coach | 540 | 540 | 0 | 0 | 0 | |
| Coach | 7 | 7 | 0 | 0 | 0 | |
| Coach | 7,348 | 7,348 | 0 | 0 | 0 | |
| Coach | 7,520 | 7,520 | 0 | 0 | 0 | |
| Coach | 2,000 | 0 | 0 | 2,000 | 0 | |
| Coach | 4,050 | 4,050 | 0 | 0 | 0 | |
| Coach | 3,988 | 0 | 3,988 | 0 | 0 | |
| Coach | 21,871 | 0 | 18,450 | 0 | 0 | |
| Coach | 726 | 0 | 0 | 0 | 726 | |
| Coach | 1,800 | 0 | 0 | 1,800 | 0 | |
| Coach | 14,249 | 0 | 0 | 0 | 14,249 | |
| Coach | 9,000 | 9,000 | 0 | 0 | 0 | |
| Coach | 75 | 75 | 0 | 0 | 0 | |
| Coach | 13,128 | 13,128 | 0 | 0 | 0 | |
| Coach | 2,460 | 2,460 | 0 | 0 | 0 | |
| Coach | 854 | 854 | 0 | 0 | 0 | |
| Coach | 588 | 588 | 0 | 0 | 0 | |
| Coach | 1,833 | 1,833 | 0 | 0 | 0 | |
| Coach | 577 | 577 | 0 | 0 | 0 | |
| Coach | 8,109 | 0 | 5,700 | 2,409 | 0 | |
| Coach | 46,487 | 1,950 | 0 | 0 | 44,537 | |

## ACCOUNTS RECEIVABLE

| Division | Inv Amount | Current | 0-30 | 31-60 | 61-90 | 91-120+ |
|---|---|---|---|---|---|---|
| Coach | 1,600 | 1,600 | 0 | 0 | 0 | |
| Coach | 3,051 | 3,051 | 0 | 0 | 0 | |
| Coach | 200 | 200 | 0 | 0 | 0 | |
| Coach | 113 | 0 | 113 | 0 | 0 | |
| Coach | 781 | 0 | 781 | 0 | 0 | |
| Coach | 10,768 | 6,312 | 0 | 0 | 0 | |
| Coach | 7,417 | 6,273 | 1,144 | 0 | 0 | |
| Coach | 370 | 0 | 370 | 0 | 0 | |
| Coach | 36,469 | 37,353 | 0 | 0 | 0 | |
| Coach | 2,094 | 1,187 | 0 | 0 | 2,849 | |
| Coach | 24 | 24 | 0 | 0 | 0 | |
| Coach | 7,418 | 8,944 | 0 | 0 | 0 | |
| Coach | 2,211 | 0 | 0 | 2,211 | 0 | |
| Coach | 1,723 | 1,086 | 0 | 0 | 637 | |
| Coach | 3,828 | 2,019 | 1,973 | 0 | (58) | |
| Coach | 2,588 | 0 | 0 | 2,588 | 0 | |
| Coach | 7,214 | 7,214 | 0 | 0 | 0 | |
| Coach | 1,022 | 0 | 0 | 0 | 1,022 | |
| Coach | 336 | 0 | 0 | 0 | 336 | |
| Coach | 9,838 | 9,838 | 0 | 0 | 0 | |
| Coach | 5,658 | 5,658 | 0 | 0 | 0 | |
| Coach | 6,780 | 6,780 | 0 | 0 | 0 | |
| Coach | 3,391 | 3,391 | 0 | 0 | 0 | |
| Coach | 6,000 | 6,000 | 0 | 0 | 0 | |
| Coach | 56,343 | 0 | 0 | 0 | 56,343 | |
| Coach | 188 | 188 | 0 | 0 | 0 | |
| Coach | 1,931 | 0 | 0 | 1,931 | 0 | |
| Coach | 4,602 | 0 | 0 | 0 | 4,602 | |
| Coach | 1,268 | 1,268 | 0 | 0 | 0 | |
| Coach | 815 | 0 | 815 | 0 | 0 | |
| Coach | 475 | 475 | 0 | 0 | 0 | |
| Coach | 773 | 0 | 773 | 0 | 0 | |
| Coach | 649 | 0 | 649 | 0 | 0 | |
| Coach | 680 | 680 | 0 | 0 | 0 | |
| Coach | 10,450 | 0 | 10,450 | 0 | 0 | |
| Coach | 2,583 | 2,735 | 0 | 0 | 0 | |
| Coach | 461 | 0 | 0 | 0 | 461 | |
| Coach | 361 | 361 | 0 | 0 | 0 | |
| Coach | 2,123 | 2,123 | 0 | 0 | 0 | |
| Coach | 866 | 866 | 0 | 0 | 866 | |
| Coach | 1,645 | 1,645 | 0 | 0 | 0 | |
| Coach | 279 | 279 | 0 | 0 | 0 | |
| Coach | 962 | 0 | 962 | 0 | 0 | |
| Coach | 10,722 | 12,216 | 0 | 0 | 0 | |

**SCHEDULE 11**

## ACCOUNTS RECEIVABLE

| Division | Inv Amount | Current | 0-30 | 31-60 | 61-90 | 91-120+ |
|---|---|---|---|---|---|---|
| Coach | 926 | 953 | 0 | 0 | 0 | |
| Coach | 3,567 | 3,425 | 0 | 0 | 142 | |
| Coach | 1,384 | 0 | 0 | 0 | 1,384 | |
| Coach | 3,261 | 3,261 | 0 | 0 | 0 | |
| Coach | 9,705 | 0 | 9,147 | 1,601 | 0 | |
| Coach | 2,400 | 2,400 | 0 | 0 | 0 | |
| Coach-Total | 504,679 | 267,150 | 82,347 | 15,899 | 139,447 | |
| **Grand Total - AR** | **$1,374,831.67** | **$757,561.11** | **$256,896.50** | **$176,932.13** | **$153,283.84** | **$29,370.81** |

**TOTAL LESS THAN 90 DAYS**            1,192,177.02

**SCHEDULE 11**            6/19/2017 @ 7:10 PM

## SCHEDULE B
## PERSONAL PROPERTY

| ARC Description | Last 5 VIN | Asset No. | NP# | Date Acquired | Balance 12/31/2015 | FMV |
|---|---|---|---|---|---|---|
| **Shop Equipment** | | | | | | |
| Fuel Pumps | | 6 | | 10/01/06 | 18,278 | 4,569.50 |
| Saftey Nets | | 17 | | 12/01/06 | 3,646 | 911.50 |
| Fuel Pumps | | 18 | | 02/01/07 | 4,946 | 1,236.50 |
| Fuel Pumps | | 20 | | 04/01/07 | 3,592 | 898.00 |
| Bus Lift | | | | 02/29/12 | 39,500 | 15,800.00 |
| Bus Cleaner | | | | 05/30/14 | 8,500 | 4,250.00 |
| A/C Compressor | | | | 08/27/15 | 1,401 | 700.53 |
| **Total Shop Equipment** | | | | | **79,863** | **28,366.03** |
| | | | | | | |
| **Furniture & Fixtures, Ops** | | | | | | |
| Furniture & Fixtures - Dispatch | | 19 | | 03/01/07 | 3,300 | 990.00 |
| Furniture & Fixtures - Dispatch | | | | 05/31/13 | 11,288 | 6,772.71 |
| Furniture & Fixtures - Dispatch | | | | 09/30/13 | 1,491 | 894.34 |
| Total Furniture & Fixtures - Ops | | | | | 16,078 | 8,657.05 |
| | | | | | | |
| **Furniture & Fixtures, G&A** | | | | | | |
| Furniture | | 4 | | 07/01/06 | 16,427 | 3,285.40 |
| Furniture | | 5 | | 08/01/06 | 533 | 106.60 |
| Furniture  (Sales Dept.) | | 24 | | 04/03/08 | 2,833 | 708.25 |
| Furniture | | | | 03/31/13 | 1,117 | 558.29 |
| Furniture | | | | 08/31/13 | 11,380 | 5,689.77 |
| Total Furniture & Fixtures - G&A | | | | | 32,289 | 10,348.31 |

**SCHEDULE B**
**PERSONAL PROPERTY**

| Description | VIN | No. | NP# | Acquired | 12/31/2015 | |
|---|---|---|---|---|---|---|
| **Computers & Software** | | | | | | |
| Computers | | 7 | | 04/01/06 | 2,123 | 25.00 |
| Computers | | 8 | | 07/01/06 | 653 | 25.00 |
| Computers | | 9 | | 08/01/06 | 415 | 25.00 |
| Computers | | 10 | | 07/31/06 | 1,311 | 25.00 |
| Computers | | 11 | | 09/01/06 | 6,618 | 25.00 |
| Computers | | 12 | | 02/01/06 | 600 | 25.00 |
| Computers | | 13 | | 02/01/06 | 3,000 | 25.00 |
| Computers | | 14 | | 02/01/06 | 3,000 | 25.00 |
| Computers | | 15 | | 03/01/06 | 2,000 | 25.00 |
| Computers | | 16 | | 04/01/06 | 9,232 | 25.00 |
| Computers | | 22 | | 10/01/07 | 5,480 | 25.00 |
| Computers | | 23 | | 04/01/08 | 11,270 | 100.00 |
| Saucom | | 24 | | 03/10/14 | 30,725 | 15,362.50 |
| | | 25 | | 06/01/14 | 19,810 | 9,905.00 |
| Saucon GPS onboard computer drive and display kit (Lewis SLC) | | | | 06/09/15 | 1,950 | 1,462.50 |
| Saucon GPS onboard computer drive and display kit (Lewis LV | | | | 06/09/15 | 1,950 | 1,462.50 |
| | | | | | | - |
| Total Computers & Software | | | | | 100,137 | 28,567.50 |
| | | | | | | |
| **Office Equipment** | | | | | | |
| Telephone System | | 3 | | 06/01/06 | 9,098 | 3,639.22 |
| **Total Office Equipment** | | | | | **9,098** | **51,212.08** |

## SCHEDULE B
## PERSONAL PROPERTY

| Description | VIN | No. | NP# | Acquired | 12/31/2015 | |
|---|---|---|---|---|---|---|
| REI | Last 5 | Asset | | Date | Balance | |
| Description | VIN | No. | NP # | Acquired | 1/1/2016 | |
| **Shop Equipment** | | | | | | |
| Tool Chest 04 | | 63 | | 7/1/2004 | 831.00 | 166.20 |
| Equipment 1 | | 73 | | 7/1/2005 | 2,010.00 | 402.00 |
| Equipment 2 | | 74 | | 7/1/2005 | 11,225.00 | 2,245.00 |
| Vending Machines | | 88 | | 7/1/2005 | 1,365.00 | 273.00 |
| | | | | | | |
| **Total Shop Equipment** | | | | | **15,431.00** | **3,086.20** |
| | | | | | | |
| | | | | | | |
| **Furniture & Fixtures, G&A** | | | | | | |
| AMX New Furniture | | 44 | | 7/1/2005 | 2,939.00 | 440.85 |
| Furniture & Fixtures 1 | | 45 | | 7/1/2005 | 7,245.00 | 1,086.75 |
| Furniture & Fixtures 2 | | 46 | | 7/1/2005 | 2,267.00 | 340.05 |
| Furniture & Fixtures 3 | | 47 | | 7/1/2005 | 13,902.00 | 3,475.50 |
| Furniture & Fixtures 4 | | 48 | | 7/1/2005 | 680.00 | 102.00 |
| Furniture & Fixtures 5 | | 49 | | 7/1/2005 | 521.00 | 78.15 |
| Furniture & Fixtures 6 | | 50 | | 7/1/2005 | 1,760.00 | 264.00 |
| Furniture | | 120 | | 7/1/2012 | 36,384.00 | 21,830.40 |
| Furniture | | | | 07/01/12 | 20,223.42 | 12,134.05 |
| Furniture | | | | 3/31/2013 | 764.00 | 458.40 |
| | | | | | | |
| Total Furniture & Fixtures - G&A | | | | | 86,685.42 | 40,210.15 |
| | | | | | | |
| | | | | | | |
| **Computers & Software** | | | | | | |
| Dell Server 1 | | 53 | | 7/1/2004 | 4,171.00 | 834.20 |
| Dell Server 2 | | 54 | | 7/1/2004 | 2,456.00 | 491.20 |
| Flat Screens 2004 | | 56 | | 7/1/2004 | 2,226.00 | 445.20 |
| Laptop 2004 | | 57 | | 7/1/2004 | 2,445.00 | 489.00 |
| Laptop 04 | | 58 | | 7/1/2004 | 2,200.00 | 440.00 |
| PDA | | 60 | | 7/1/2004 | 333.00 | 66.60 |
| Princeton Monitor | | 62 | | 7/1/2004 | 898.00 | 179.60 |
| Computer '05 | | 64 | | 7/1/2005 | 722.00 | 144.40 |
| Dell 17 inch Monitor | | 65 | | 7/1/2005 | 718.00 | 143.60 |
| Dell 17 inch Monitor (2) | | 66 | | 7/1/2005 | 1,048.00 | 209.60 |
| Hudson System | | 68 | | 7/1/2005 | 3,090.00 | 618.00 |
| Laptop 2005 #1 | | 69 | | 7/1/2005 | 938.00 | 187.60 |
| Laptop 2005 #2 | | 70 | | 7/1/2005 | 1,083.00 | 216.60 |
| AMX Software Purchase | | 89 | | 7/1/2005 | 2,405.00 | 481.00 |
| Computer | | 90 | | 7/1/2005 | 985.00 | 197.00 |
| Computer Equipment 1 | | 91 | | 7/1/2005 | 26,763.00 | 5,352.60 |

**SCHEDULE B**
**PERSONAL PROPERTY**

| Description | VIN | No. | NP# | Acquired | 12/31/2015 | |
|---|---|---|---|---|---|---|
| Computer Equipment 2 | | 92 | | 7/1/2005 | 26,869.00 | 5,373.80 |
| Computer Equipment 3 | | 93 | | 7/1/2005 | 2,342.00 | 468.40 |
| Computer Equipment 4 | | 94 | | 7/1/2005 | 5,699.00 | 1,139.80 |
| Computer Equipment 5 | | 95 | | 7/1/2005 | 2,000.00 | 400.00 |
| Computer Equipment 6 | | 96 | | 7/1/2005 | 10,000.00 | 2,000.00 |
| Computer Equipment 7 | | 97 | | 7/1/2005 | 1,256.00 | 251.20 |
| Computer Equipment 8 | | 98 | | 7/1/2005 | 6,829.00 | 1,365.80 |
| Computer Equipment 9 | | 99 | | 7/1/2005 | 1,000.00 | 200.00 |
| Computer Equipment 10 | | 100 | | 7/1/2005 | 1,000.00 | 200.00 |
| Computer Equipment 11 | | 101 | | 7/1/2005 | 2,063.00 | 412.60 |
| Computer Hardware | | 102 | | 7/1/2005 | 2,987.00 | 597.40 |
| Computer Hardware 02 | | 103 | | 7/1/2005 | 8,125.00 | 1,625.00 |
| Laptop | | 104 | | 7/1/2005 | 2,000.00 | 400.00 |
| Laptop - Mike Par | | 105 | | 7/1/2005 | 2,000.00 | 400.00 |
| Printer/Fax | | 106 | | 7/1/2005 | 3,200.00 | 640.00 |
| Computers | | 4 | | 7/1/2006 | 4,283.09 | 1,070.77 |
| Computer | | 14 | | 7/1/2008 | 3,931.01 | 1,100.68 |
| Computer | | 15 | | 7/1/2008 | 3,931.01 | 1,100.68 |
| Computer | | 16 | | 7/1/2008 | 3,198.27 | 895.52 |
| Great Plains Accounting Software | | 26 | | 12/1/2011 | 51,204.00 | 20,481.60 |
| Computers | | 121 | | 7/1/2012 | 8,511.97 | 3,404.79 |
| Software | | | | 07/01/12 | 6,164.52 | 2,465.81 |
| Total Computers & Software | | | | | 211,074.87 | 56,490.05 |

**Office Equipment**

| | | | | | | |
|---|---|---|---|---|---|---|
| Furniture 18 | | 43 | | 7/1/2005 | 1,500.00 | 300.00 |
| New Office Equipment | | 51 | | 7/1/2005 | 3,000.00 | 600.00 |
| Compressor | | 52 | | 7/1/2004 | 2,065.00 | 413.00 |
| Dell Ultra Sharp/Axiom | | 55 | | 7/1/2004 | 1,205.00 | 241.00 |
| Lift Equipment | | 59 | | 7/1/2004 | 4,785.00 | 957.00 |
| Powerwasher 2004 | | 61 | | 7/1/2004 | 4,658.00 | 931.60 |
| File Server 2005 | | 67 | | 7/1/2005 | 1,358.00 | 271.60 |
| Polycom 2200-16200-001 | | 71 | | 7/1/2005 | 530.00 | 106.00 |
| Comp Signs RA | | 72 | | 7/1/2005 | 7,571.00 | 1,514.20 |
| Office Equipment 10 | | 75 | | 7/1/2005 | 7,400.00 | 1,480.00 |
| Office Equipment 11 | | 76 | | 7/1/2005 | 8,873.00 | 1,774.60 |
| Office Equipment 12 | | 77 | | 7/1/2005 | 1,000.00 | 200.00 |
| Office Equipment 4 | | 78 | | 7/1/2005 | 2,838.00 | 567.60 |
| Office Equipment 5 | | 79 | | 7/1/2005 | 17,500.00 | 3,500.00 |

**SCHEDULE B**
**PERSONAL PROPERTY**

| Description | VIN | No. | NP# | Acquired | 12/31/2015 | |
|---|---|---|---|---|---|---|
| Office Equipment 6 | | 80 | | 7/1/2005 | 20,751.00 | 4,150.20 |
| Office Equipment 7 | | 81 | | 7/1/2005 | 8,931.00 | 1,786.20 |
| Office Equipment 8 | | 82 | | 7/1/2005 | 1,250.00 | 250.00 |
| Office Equipment 9 | | 83 | | 7/1/2005 | 851.00 | 170.20 |
| Radios | | 84 | | 7/1/2005 | 45,133.00 | 9,026.60 |
| Rocky Mountain Telephone | | 85 | | 7/1/2005 | 2,509.00 | 501.80 |
| Telephone Equipment 13 | | 86 | | 7/1/2005 | 1,492.00 | 298.40 |
| Telephone Equipment 13 | | 87 | | 7/1/2005 | 3,573.00 | 714.60 |
| New Office Equipment | | 5 | | 7/1/2006 | 7,652.00 | 1,530.40 |
| Office Desks New Life | | 18 | | 7/1/2009 | 6,928.97 | 2,078.69 |
| **Total Office Equipment** | | | | | **163,353.97** | **33,363.69** |

| | | |
|---|---|---|
| **Total Office Furniture** | 135,052.94 | 59,215.50 |
| **Total Office Fixtures** | included | included |
| **Total Office Equipment & Computers** | 483,664 | 169,633.32 |
| **Total Machinery & Equipment** | 95,294 | 31,452.23 |
| **TOTAL** | **714,010.90** | **260,301.05** |

**MASTER VEHICLE FLEET LIST BY LENDER**

| Year | Model | Vehicle # | VIN | Finance Company | Lease or Loan | Lease or Loan Number | Monthly Rate | Amount Owed | FMV | What? |
|------|-------|-----------|-----|-----------------|---------------|----------------------|--------------|-------------|-----|-------|
| 2011 | Chevrolet Suburban 2500 | 11SU1 | 1GNSKJE31BR300809 | Ally | Loan | 024-9197-26062 | 648.62 | 4,483.06 | 19,501.00 | Keep |
| 2012 | Kia Sorento Sport Utility 4D | CO23 KIA | 5XYKUD29DG332751 | Ally | Loan | 024-9188-71549 | 572.23 | 1,715.91 | 5,198.00 | Keep |
| 213 | Cadillac SRX | SRX | 3GYFNJE30DS568231 | Ally | Loan | 024-9201-58736 | 801.00 | 7,918.64 | 12,940.00 | Keep |
| 2013 | Chevrolet Suburban 2500 LT Sport Utility 4D | 13SU1 | 1GNSKJE7XDR213013 | Ally | Loan | 024-9193-40732 | 819.04 | 6,462.06 | 8,378.00 | Return |
| 2013 | Chevrolet Suburban 2500 LT Sport Utility 4D | 13SU2 | 1GNSKJE70DR212906 | Ally | Loan | 024-9201-36375 | 819.04 | 6,460.60 | 8,378.00 | Return |
| 2013 | Chevrolet Suburban 2500 LT Sport Utility 4D | 13SU3 | 1GNSKJE74DR212892 | Ally | Loan | 024-9198-34297 | 819.04 | 6,460.60 | 7,945.00 | Return |
| 2013 | Chevrolet Suburban 2500 LT Sport Utility 4D | 13SU4 | 1GNSKJE76DR212876 | Ally | Loan | 024-9191-38286 | 819.04 | 6,711.89 | 8,883.00 | Return |
| 2013 | Chevrolet Suburban 2500 LT Sport Utility 4D | 13SU5 | 1GNSKJE79DR212760 | Ally | Loan | 024-9191-39592 | 819.04 | 6,460.60 | 8,883.00 | Return |
| 2013 | Chevrolet Suburban 2500 LT Sport Utility 4D | 13SU6 | 1GNSKJE75DR212707 | Ally | Loan | 024-9198-34280 | 819.04 | 6,460.71 | 9,162.00 | Return |
| 2014 | Kia Sorento EX Sport Utility 4D | KIA | 5XYKUDA74EG447822 | Ally | Loan | 611-9210-16865 | 429.72 | 11,830.43 | 13,187.00 | Return |
| 2014 | Chevrolet Traverse LT Sport Utility 4D | CHEVROLET | 1GNKVHKD9EJ282897 | Ally | Loan | 024-9220-34387 | 751.87 | 17,144.69 | 12,534.00 | Return |
| 2015 | Ford Transit 350 HD Van Extended Length w/Dual Sliding Side Doors w/10360-lb GVWR Van 4D | 108 | 1FBVU4XG2FKA14018 | Ally | Loan | 024-9227-25931 | 742.51 | 21,345.00 | 14,901.00 | Return |
| 2013 | J4500 | 511 | 2MG3JMBA1DW066535 | Bank of America | Loan | 2581900-702 | 6,812.92 | 235,373.00 | 341,300.00 | Keep |
| 2013 | TX45 | 512 | YE2TC1AB7D2044409 | Bank of America | Loan | 2581900-701 | 7,034.51 | 237,716.00 | 343,000.00 | Keep |
| 2008 | J4500 | 508 | 2M93JMHA38W064578 | BMO Harris | Loan | 5903804001 | 5,057.40 | 10,087.55 | 208,300.00 | Keep |
| 2008 | Thomas Built Bus SAF-T-Liner HDX | | 1T7YU2F2381290075 | Daimler-Mercedes Benz Financial Services | Loan | 100-0237795-001 | 1,417.30 | 17,834.67 | unknown | Return |
| 2008 | Thomas Built Bus SAF-T-Liner HDX | | 1T7YU2F2581290076 | Daimler-Mercedes Benz Financial Services | Loan | 100-0237795-001 | 1,417.30 | 17,834.67 | unknown | Return |
| 2008 | Thomas Built Bus SAF-T-Liner HDX | | 1T7YU2F2781290077 | Daimler-Mercedes Benz Financial Services | Loan | 100-0237795-001 | 1,417.30 | 17,834.67 | unknown | Return |
| 2008 | Thomas Built Bus SAF-T-Liner HDX | | 1T7YU2F2981290078 | Daimler-Mercedes Benz Financial Services | Loan | 100-0237795-001 | 1,417.30 | 17,834.67 | unknown | Return |
| 2008 | Thomas Built Bus SAF-T-Liner HDX | | 1T7YU2F2081290079 | Daimler-Mercedes Benz Financial Services | Loan | 100-0237795-001 | 1,417.30 | 17,834.67 | unknown | Return |
| 2014 | Thomas Built Bus HDX | | 1T7YU2F28E1167528 | Daimler-Mercedes Benz Financial Services | Loan | 100-0242792-001 | 3,712.46 | 58,439.46 | unknown | Return |
| 2014 | Thomas Built Bus HDX | | 1T7YU2F26E1167530 | Daimler-Mercedes Benz Financial Services | Loan | 100-0242792-001 | 3,712.46 | 58,439.46 | unknown | Return |
| 2014 | Thomas Built Bus HDX | | 1T7YU2F28E1167531 | Daimler-Mercedes Benz Financial Services | Loan | 100-0242792-001 | 3,712.46 | 58,439.46 | unknown | Return |
| 2014 | Thomas Built Bus HDX | | 1T7YU2F2XE1167529 | Daimler-Mercedes Benz Financial Services | Loan | 100-0242792-001 | 3,712.46 | 58,439.46 | unknown | Return |
| 2014 | Thomas Built Bus HDX | | 1T7YU2F2XE1167532 | Daimler-Mercedes Benz Financial Services | Loan | 100-0242792-001 | 3,712.46 | 58,439.46 | unknown | Return |
| 2016 | International Ameritrans M2 | | 1FVACWDT1GHHN8113 | First Midwest Equipment Finance Company | Loan | Agreement No.: 67894-001 | 3,026.80 | 185,451.00 | 84,800.00 | Keep |

**MASTER VEHICLE FLEET LIST BY LENDER**

| Year | Model | Vehicle # | VIN | Finance Company | Lease or Loan | Lease or Loan Number | Monthly Rate | Amount Owed | FMV | What? |
|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | International Odyssey | | 1FVACWDT2GHHA5691 | First Source Bank | Lease | Application No.: 4124291 | 3,369.45 | 207,276.00 | 84,800.00 | Keep |
| 2015 | Dodge Durango SXT Sport Utility 4D | 15DU1 | 1C4RDJDG1FC245275 | Hincklease | Lease | 4859-01012 | 521.00 | 32,638.80 | 14,442.00 | Keep |
| 2013 | Ford E350 SD XLT 15 PS | 13V51 | 1FBSS3BL0DDA91043 | Hincklease | Lease | 4859-00692 | 597.17 | 13,809.31 | 8,483.00 | Keep |
| 2013 | Ford E350 SD XLT 15 PS | 13V50 | 1FBSS3BL9DDA91042 | Hincklease | Lease | 4859-00696 | 597.17 | 13,762.76 | 15,411.00 | Keep |
| 2013 | Ford E350 SD XLT 15 PS | 13V49 | 1FBSS3BL4DDA91045 | Hincklease | Lease | 4859-00693 | 597.17 | 13,762.77 | 7,671.00 | Keep |
| 2015 | CHEVROLET EXPRESS 3500 VAN | 15V04 | 1GAZG1FG2F1128359 | Hincklease | Lease | 4859-00741 | 621.00 | 31,501.01 | 11,853.00 | Keep |
| 2015 | CHEVROLET EXPRESS 3500 VAN | 15V07 | 1GAZG1FGXF1126410 | Hincklease | Lease | 4859-00723 | 621.00 | 31,501.01 | 12,859.00 | Keep |
| 2015 | CHEVROLET EXPRESS 3500 VAN | 15V20 | 1GAZG1FG9F1137673 | Hincklease | Lease | 4859-00782 | 621.00 | 31,501.01 | 10,566.00 | Keep |
| 2015 | CHEVROLET EXPRESS 3500 VAN | 15V40 | 1GAZGAFG0F1137674 | Hincklease | Lease | 4859-00805 | 621.00 | 31,501.01 | 9,861.00 | Keep |
| 2016 | Ford Transit Connect Passenger XLT Van 4D | 16LV5 | 1FBZX2YG3GKA26692 | Hincklease | Lease | 4859-01056 | 630.00 | 37,273.33 | 16,382.00 | Keep |
| 2014 | Ford Transit Connect Passenger XLT Van 4D | 15V63 | 1FBZX2ZM8FKA20552 | Hincklease | Lease | 4859-00978 | 630.93 | 20,816.19 | 16,382.00 | Keep |
| 2015 | FORD TRANSIT WAGON | 15V51 | 1FBZX2ZM6FKA20470 | Hincklease | Lease | 4859-00982 | 630.93 | 20,816.19 | 13,637.00 | Keep |
| 2015 | FORD TRANSIT WAGON | 15V52 | 1FBZX2ZM9FKA63183 | Hincklease | Lease | 4859-00977 | 630.93 | 20,816.19 | 13,924.00 | Keep |
| 2015 | FORD TRANSIT WAGON | 15V53 | 1FBZX2ZM7FKA17514 | Hincklease | Lease | 4859-00976 | 630.93 | 20,816.19 | 13,172.00 | Keep |
| 2015 | FORD TRANSIT WAGON | 15V55 | 1FBZX2ZM7FKA63196 | Hincklease | Lease | 4859-00980 | 630.93 | 20,816.19 | 12,707.00 | Keep |
| 2015 | FORD T350XLT 12 PASS TRANSIT WAGON | 15V56 | 1FBZX2ZM8FKA92156 | Hincklease | Lease | 4859-00990 | 630.93 | 20,816.19 | 12,627.00 | Keep |
| 2015 | FORD T350XLT 12 PASS TRANSIT WAGON | 15V57 | 1FBZX2ZM4FKA75984 | Hincklease | Lease | 4859-00989 | 630.93 | 20,816.19 | 12,171.00 | Keep |
| 2015 | FORD T350XLT 12 PASS TRANSIT WAGON | 15V60 | 1FBZX2ZM5FKA88128 | Hincklease | Lease | 4859-00991 | 630.93 | 20,816.19 | 11,500.00 | Keep |
| 2015 | FORD TRANSIT E3550 SD XLT | 710/15V61 | 1FBZX2ZM9FKA38994 | Hincklease | Lease | 4859-00979 | 630.93 | 20,816.19 | 11,674.00 | Keep |
| 2015 | FORD TRANSIT 350 WAGON | 712/15V64 | 1FBZX2ZM1FKA39041 | Hincklease | Lease | 4859-00981 | 630.93 | 20,816.19 | 13,338.00 | Keep |
| 2016 | Dodge Durango SXT Sport Utility 4D | 15DU2 | 1C4RDJDG8GC442171 | Hincklease | Lease | 4859-01054 | 668.00 | 34,303.30 | 14,442.00 | Keep |
| 2016 | FORD T350XLT 15 PASS - TRANSIT WAGON | 16LV1 | 1FBZX2YG3GKA26689 | Hincklease | Lease | 4859-00992 | 688.96 | 24,828.92 | 21,725.00 | Keep |
| 2016 | FORD T350XLT 15 PASS - TRANSIT WAGON | 16LV2 | 1FBZX2YGXGKA26690 | Hincklease | Lease | 4859-00999 | 688.96 | 25,007.13 | 15,608.00 | Keep |
| 2016 | FORD T350XLT 15 PASS - TRANSIT WAGON | 16LV3 | 1FBZX2YG1GKA26691 | Hincklease | Lease | 4859-01000 | 688.96 | 25,007.13 | 17,079.00 | Keep |
| 2017 | Ford Transit 350 Van Extended Length High Roof w/Sliding Side Door w/LWB Van 3D | 129 | 1FBVU4XG0HKA25747 | Hincklease - Ford Repurchase | Lease | 4859-01014 | 750.00 | 42,134.40 | 24,343.00 | Keep |
| 2015 | FORD EXPEDITION | 15EX3 | 1FMJK1JT9FEF26812 | Hincklease | Lease | 4859-01053 | 807.00 | 34,219.29 | 29,459.00 | Keep |
| 2015 | Chevrolet Suburban LT | 15SU5 | 1GNSKJKC9FR512383 | Hincklease | Lease | 4859-00753 | 841.00 | 50,170.51 | 24,792.00 | Keep |
| 2015 | FORD EXPEDITION | 15EX1 | 1FMJK1JT6FEF43681 | Hincklease | Lease | 4859-01050 | 876.00 | 36,711.09 | 32,076.00 | Keep |
| 2015 | FORD EXPEDITION | 15EX2 | 1FMJK1JT6FEF43714 | Hincklease | Lease | 4859-01049 | 876.00 | 36,711.09 | 31,993.00 | Keep |
| 2015 | FORD EXPEDITION | 15EX4 | 1FMJK1JT6FEF50842 | Hincklease | Lease | 4859-01051 | 876.00 | 36,711.09 | 30,888.00 | Keep |
| 2016 | Chevrolet Suburban 3500HD (Hinklease shows Suburban LT) | 16SU40 | 1GNSKHKC7GR354216 | Hincklease | Lease | 4859-00996 | 890.35 | 54,775.04 | 46,061.00 | Keep |
| 2016 | Chevrolet Suburban 3500HD (Hinklease shows Suburban LT) | 16SU41 | 1GNSKHKC3GR353967 | Hincklease | Lease | 4859-00997 | 890.35 | 54,775.04 | 47,752.00 | Keep |
| 2016 | Chevrolet Suburban 3500HD (Hinklease shows Suburban LT) | 16SU42 | 1GNSKHKC4GR353539 | Hincklease | Lease | 4859-00998 | 890.35 | 54,775.04 | 47,752.00 | Keep |
| 2016 | Chevrolet Suburban 3500HD (Hinklease shows Suburban LT) | 16SU43 | 1GNSKHKC3GR350678 | Hincklease | Lease | 4859-00994 | 890.35 | 54,775.04 | 47,752.00 | Keep |
| 2016 | Chevrolet Suburban 3500HD (Hinklease shows Suburban LT) | 16SU44 | 1GNSKHKC8GR350658 | Hincklease | Lease | 4859-00993 | 890.35 | 54,775.04 | 51,682.00 | Keep |

**MASTER VEHICLE FLEET LIST BY LENDER**

| Year | Model | Vehicle # | VIN | Finance Company | Lease or Loan | Lease or Loan Number | Monthly Rate | Amount Owed | FMV | What? |
|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | Chevrolet Suburban 3500HD (Hinklease shows Suburban LT) | 16SU45 | 1GNSKHKC9GR349762 | Hincklease | Lease | 4859-00995 | 890.35 | 54,775.04 | 51,234.00 | Keep |
| 2016 | CADILLAC XTS | 16XT1 | 2G61U5S33G9138549 | Hincklease | Lease | 3740-00971 | 1,108.00 | 36,424.86 | 20,913.00 | Keep |
| 2016 | CADILLAC XTS | 16XT2 | 2G61U5S34G9139399 | Hincklease | Lease | 3740-00972 | 1,108.00 | 36,424.86 | 21,854.00 | Keep |
| 2015 | Chevrolet Suburban LT | 15SU1 | 1GNSKJKC6FR690042 | Hincklease | Lease | 4859-01001 | 1,176.00 | 48,639.80 | 32,908.00 | Keep |
| 2015 | Chevrolet Suburban LT | 15SU2 | 1GNSKJKC4FR692033 | Hincklease | Lease | 4859-01005 | 1,176.00 | 48,639.80 | 30,347.00 | Keep |
| 2015 | Chevrolet Suburban LT | 15SU3 | 1GNSKJKC2FR689194 | Hincklease | Lease | 4859-01006 | 1,176.00 | 48,639.80 | 30,547.00 | Keep |
| 2015 | Chevrolet Suburban LT | 15SU4 | 1GNSKJKC4FR666872 | Hincklease | Lease | 4859-01003 | 1,176.00 | 48,639.80 | 31,637.00 | Keep |
| 2015 | Chevrolet Suburban LT | 15SU6 | 1GNSKJKC8FR685229 | Hincklease | Lease | 4859-01004 | 1,176.00 | 48,639.80 | 28,364.00 | Keep |
| 2015 | Chevrolet Suburban LT | 15SU7 | 1GNSKJKC3FR670007 | Hincklease | Lease | 4859-01002 | 1,176.00 | 48,639.80 | 29,549.00 | Keep |
| 2015 | Chevrolet Suburban LT | 15SU8 | 1GNSKJKCXFR513171 | Hincklease | Lease | 4859-01052 | 1,176.00 | 41,357.29 | 29,947.00 | Keep |
| 2015 | Ram 1500 Big Horn | 74 | 1C6RR7GT8FS625210 | Hincklease | Lease | 4859-00984 | 639.00 | 22,926.33 | 19,348.00 | Keep |
| 2016 | Mercedes-Benz Sprinter 2500 Passenger High Roof w/170" WB Van 3D | 125 | WDZFE7CD5GP203096 | Hincklease | Lease | 4859-00950 | 1,217.10 | 53,654.74 | 32,942.00 | Keep |
| 2015 | Cadillac Escalade ESV | 15C01 | 1GYS4SKJ6FR527599 | Hincklease | Lease | 3740-1 | 1,237.00 | 77,644.97 | 39,797.00 | Keep |
| 2015 | Cadillac Escalade ESV | 15C02 | 1GYS4SKJ2FR528622 | Hincklease | Lease | 3740-3 | 1,237.00 | 77,644.97 | 38,843.00 | Keep |
| 2012 | FORD E3550 SD XLT | 707/12V52 | 1FBNE3BL6CDA45722 | Hincklease | Lease | 4859-00833 | 442.00 | 11,966.93 | 9,733.00 | Keep |
| 2013 | FORD E3550 SD XLT | 708/13V54 | 1FBNE3BL2DDA35240 | Hincklease | Lease | 4859-00831 | 497.00 | 12,955.13 | 10,350.00 | Keep |
| 2013 | FORD E3550 SD XLT | 709/13V53 | 1FBNE3BLXDDA35244 | Hincklease | Lease | 4859-00832 | 497.00 | 12,955.13 | 10,752.00 | Keep |
| 2015 | FORD TRANSIT 350 WAGON | 711/15V62 | 1FBZX2ZM9FKA38798 | Hincklease | Lease | 4859-00988 | 631.00 | 20,816.19 | 13,338.00 | Keep |
| 2016 | Ford Transit 350 HD Van Extended Length SRW High Roof w/Sliding Side Door Van 3D | 112 | 1FBZX2XG8FKA38580 | Hincklease | Lease | 4859-01055 | 732.00 | 32,618.34 | 23,491.00 | Keep |
| 2016 | Chevrolet Suburban 3500HD (Hinklease shows Suburban LT) | 16SU1 | 1GNSKHKC2GR195749 | Hincklease | Lease | 4859-00973 | 1,395.00 | 46,609.56 | 53,306.00 | Keep |
| 2012 | RAM 1500 | | 1C6RD7GT5CS188504 | Hincklease | Lease | 4859-01011 | 466.75 | 20,291.29 | 15,769.00 | Keep |
| 2013 | E350 Van | 14V43 | 1FBSS3BL7DDA91041 | Hincklease | Lease | 4859-00695 | 597.17 | 13,762.77 | 4,649.00 | Keep |
| 2013 | E350 Van | 14V45 | 1FBSS3BL8DDA91050 | Hincklease | Lease | 4859-00694 | 597.17 | 13,762.77 | 4,649.00 | Keep |
| 2013 | E350 Van | 14V90 | 1FBSS3BL6DDA91046 | Hincklease | Lease | 121-2 | 597.17 | 13,762.77 | 4,649.00 | Keep |
| 2014 | Ram 1500 Tradesman | 71 | 1C6RR7GT8ES478661 | Hincklease | Lease | 4859-00974 | 595.42 | 20,368.34 | 17,462.00 | Return |
| 2014 | Ram 1500 Tradesman | 72 | 1C6RR7GT6ES478674 | Hincklease | Lease | 4859-00975 | 595.42 | 20,368.34 | 17,462.00 | Return |
| 2015 | Ram 1500 Big Horn | 73 | 1C6RR7GT6FS515112 | Hincklease | Lease | 4859-00983 | 639.00 | 22,926.33 | 17,462.00 | Return |
| 2016 | LINCOLN MKT | 16MK1 | 2LMHJ5NKXGBL00936 | Hincklease | Lease | 4859-00986 | 1,181.00 | 37,258.67 | 20,595.00 | Return |
| 2016 | LINCOLN MKT | 16MK2 | 2LMHJ5NK1GBL00937 | Hincklease | Lease | 4859-00985 | 1,181.00 | 37,258.67 | 20,595.00 | Return |
| 2012 | Chevrolet Van | 12V09 | 1FAZG1FGXC1121090 | Hincklease | Lease | 4859-00451 | | $7,473.98 | 7,896.00 | Return |
| 2013 | E350 Van | 14V91 | 1FBSS3BLXDDA91048 | Hincklease | Lease | 121-3 | 597.17 | 13,762.77 | 4,649.00 | Return |
| 2013 | E350 Van | 14V92 | 1FBSS3BL5DDA91037 | Hincklease | Lease | 121-4 | 597.17 | 13,762.77 | 4,649.00 | Return |
| 2016 | Ford Transit 350 Wagon XLT Extended Length w/High Roof w/Sliding Side Door Van 3D | 123 | 1FBVU4XGXGKB33047 | Hincklease - Ford Repurchase | Lease | 4859-01010 | | 39,409.83 | 28,104.00 | Returned 06/07 |
| 2016 | Ford Transit 350 Wagon XLT Extended Length w/High Roof w/Sliding Side Door Van 3D | 120 | 1FBVU4XG7GKB22474 | Hincklease - Ford Repurchase | Lease | 4859-01008 | 751.23 | 37,684.18 | 27,743.00 | Returned 06/07 |
| 2016 | Ford Transit 350 Wagon XLT Extended Length w/High Roof w/Sliding Side Door Van 3D | 121 | 1FBVU4XG9GKB22475 | Hincklease - Ford Repurchase | Lease | 4859-01007 | 751.23 | 37,684.18 | 27,889.00 | Returned 06/07 |
| 2016 | Ford Transit 350 Wagon XLT Extended Length w/High Roof w/Sliding Side Door Van 3D | 122 | 1FBVU4XG1GKB33048 | Hincklease - Ford Repurchase | Lease | 4859-01009 | 756.51 | 39,091.20 | 28,174.00 | Returned 06/07 |

**MASTER VEHICLE FLEET LIST BY LENDER**

| Year | Model | Vehicle # | VIN | Finance Company | Lease or Loan | Lease or Loan Number | Monthly Rate | Amount Owed | FMV | What? |
|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | Cadillac CT6 3.0 Twin Turbo Luxury Sedan 4D | RBB CT6 | 1G6KK5R66GU154855 | Jerry Seiner Chevrolet Inc. / GM Financial | Loan | 211000108609 | 1,265.67 | 59,000.00 | 35,510.00 | Keep |
| | | | | | | | | | | |
| 2017 | J4500 | 526 | 2MG3JMBA1HW067920 | Key Equipment Finance | Loan | 1800112346 | 6,054.42 | 487,350.00 | 512,000.00 | Keep |
| 2017 | J4500 | 527 | 2MG3JMBA7HW067923 | Key Equipment Finance | Loan | 1800112346 | 6,054.42 | 487,350.00 | 512,000.00 | Keep |
| | | | | | | | | | | |
| 2014 | Land Rover Range Rover Sport | LAND ROVER | SALWR2TF1EA377832 | Land Rover c/o Chase Auto Finance | Lease | | 1,578.87 | | 39,200.00 | Keep |
| | | | | | | | | | | |
| 2009 | J4500 | 500 | 2MG3JMHA09W065357 | Peoples Capitol | Loan | 2366-201 | 4,762.77 | 60,630.00 | 235,600.00 | Keep |
| 2011 | T2145 | 506 | YE2TC19B0B2044754 | Peoples Capitol | Lease | 2366-002 | 5,760.00 | 69,120.00 | 307,200.00 | Keep |
| 2011 | T2145 | 507 | YE2TC19B6B2044757 | Peoples Capitol | Lease | 2366-003 | 5,760.00 | 74,880.00 | 307,200.00 | Keep |
| 2015 | J4500 | 515 | 2MG3JMBA0FW067243 | Peoples Capitol | Loan | 2356-002 | 5,559.25 | 429,924.00 | 385,200.00 | Keep |
| 2015 | J4500 | 516 | 2MG3JMBA8FW067250 | Peoples Capitol | Loan | 2356-003 | 5,559.25 | 429,925.00 | 385,200.00 | Keep |
| 2015 | J4500 | 517 | 2MG3JMBA4FW067293 | Peoples Capitol | Loan | 2356-004 | 5,584.00 | 448,186.00 | 385,200.00 | Keep |
| 2006 | J4500 | 472 | 2M93JMDA46W063524 | Peoples Capitol | | cross-collateralized | - | - | 165,300.00 | Keep |
| | | | | | | | | | | |
| 2000 | 30' Gillig Phantom Transit Bus | 265 | 15GCA181XY1110378 | Signature Financial | Loan | 103870-0378 | 1,463.12 | | unknown | Return |
| 2000 | 30' Gillig Phantom Transit Bus | 266 | 15GCA1811Y1110379 | Signature Financial | Loan | 103870-0379 | 1,695.23 | | unknown | Return |
| 2000 | 30' Gillig Phantom Transit Bus | 267 | 15GCA1818Y1110380 | Signature Financial | Loan | 103870-0380 | 1,695.23 | | unknown | Return |
| 2000 | 30' Gillig Phantom Transit Bus | 269 | 15GCA1814Y1110375 | Signature Financial | Loan | 103870-0375 | 1,463.12 | | unknown | Return |
| 2000 | 30' Gillig Phantom Transit Bus | 276 | 15GCA1816Y1110376 | Signature Financial | Loan | 103870-0376 | 1,463.12 | Balance of all 12 vehicles: $225,110.46 | unknown | Return |
| 2000 | 40' Gillig Phantom Transit Bus | 268 | 15GCD211XY1110167 | Signature Financial | Loan | 103870-0167 | 1,463.12 | | unknown | Return |
| 2000 | 30' Gillig Phantom Transit Bus | 272 | 15GCA1819Y1110377 | Signature Financial | Loan | 103870-0377 | 1,463.12 | | unknown | Return |
| 2000 | 40' Gillig Phantom Transit Bus | 274 | 15GCD2111Y1110168 | Signature Financial | Loan | 103870-0168 | 1,463.12 | | unknown | Return |
| 2002 | 30' Eldorado EX Rider Transit Bus | 270 | 1N9TDAC892C084166 | Signature Financial | Loan | 103870-4166 | 551.26 | | unknown | Return |
| 2002 | 30' Eldorado EX Rider Transit Bus | 271 | 1N9TDAC852C084164 | Signature Financial | Loan | 103870-4164 | 1,463.12 | | unknown | Return |
| 2002 | 30' Eldorado EX Rider Transit Bus | 275 | 1N9TDAC842C084169 | Signature Financial | Loan | 103870-4169 | 551.26 | | unknown | Return |
| 2002 | 30' Eldorado EX Rider Transit Bus | 273 | 1N9TDAC822C084171 | Signature Financial | Loan | 103870-4171 | 219.67 | | unknown | Return |
| 2015 | BCA45 | 518 | 4B9000JCXFZ489004 | Signature Financial | Loan | 109753-002 | 5,079.38 | 323,960.51 | 357,600.00 | Return |
| | | | | | | | | | | |
| 2014 | TX45 | 513 | YE2YC11BXE2041110 | Sun Trust | Loan | 443-7009108-002 | 7,052.68 | 310,317.70 | 439,000.00 | Keep |
| 2014 | TX45 | 514 | YE2YC11B3E2041112 | Sun Trust | Loan | 443-7009108-002 | 7,052.68 | 310,317.70 | 439,000.00 | Keep |
| 2014 | GCA Freightliner | 928 | 4UZACRDTXECFL9511 | Sun Trust | Loan | 443-7009108-001 | 3,321.78 | 43,210.12 | 71,900.00 | Return |
| | | | | | | | | | | |
| 2015 | Dodge RAM Ameritrans | | 3C7WRMDL7DG598913 | TCF | Lease | Master Lease Number: 0504558M Equipment Sched No. :003-0504558-100 | 2,077.95 | 99,133.00 | 90,093.20 | Keep |
| 2016 | Dodge RAM Ameritrans | | 3C7WRMDL8DG598919 | TCF | Lease | Master Lease Number: 0504558M Equipment Sched No. :003-0504558-100 | 2,063.80 | 129,114.00 | 121,940.15 | Keep |
| 2017 | TURTLE TOP | 130 | 1FDWE3FSXGDC19181 | TCF | Lease | Master Lease Number: 0504558M Equipment Sched No. :003-0504558-100 | 1,352.87 | 97,406.64 | 105,000.00 | Keep |

**MASTER VEHICLE FLEET LIST BY LENDER**

| Year | Model | Vehicle # | VIN | Finance Company | Lease or Loan | Lease or Loan Number | Monthly Rate | Amount Owed | FMV | What? |
|------|-------|-----------|-----|-----------------|---------------|----------------------|--------------|-------------|-----|-------|
| 2017 | TURTLE TOP | 131 | 1FDWE3FS8GDC36206 | TCF | Lease | Master Lease Number: 0504558M Equipment Sched No. :003-0504558-100 | 1,352.87 | 97,406.64 | 105,000.00 | Keep |
| 2015 | BCA45 | 524 | 4B9000JCLPZ4B9005 | Webster Capital | Loan | 71387-001 | 5,421.70 | 367,000.00 | 357,000.00 | Return |
| 2010 | J4500 | 502 | 2MG3JMEA8AW065552 | Wells Fargo | Lease | 001-0196265-103 | 5,045.00 | 55,470.50 | 259,800.00 | Keep |
| 2010 | J4500 | 504 | 2MG3JMEAXAW065553 | Wells Fargo | Lease | 001-0196265-104 | 5,047.00 | 55,474.50 | 259,800.00 | Keep |
| 2011 | J4500 | 505 | 2MG3JMHA1BW065910 | Wells Fargo | Lease | 001-0196265-106 | 5,700.00 | 120,797.00 | 299,300.00 | Keep |
| 2016 | Cadillac Escalade ESV | 16C01 | 1GYS4HKJ6GR363338 | Wells Fargo | Lease | | 1,596.67 | | 45,216.00 | Keep |
| 2016 | Cadillac Escalade ESV | 16C02 | 1GYS4HKJ5GR363363 | Wells Fargo | Lease | | 1,596.67 | Balance all 6 vehicles: $344,880 | 45,750.00 | Keep |
| 2016 | Cadillac Escalade ESV | 16C03 | 1GYS4HKJ8GR363373 | Wells Fargo | Lease | | 1,596.67 | | 45,750.00 | Keep |
| 2016 | Cadillac Escalade ESV | 16C04 | 1GYS4HKJ5GR364769 | Wells Fargo | Lease | | 1,596.67 | | 46,149.00 | Keep |
| 2016 | Cadillac Escalade ESV | 16C05 | 1GYS4HKJ8GR364912 | Wells Fargo | Lease | | 1,596.67 | | 45,617.00 | Keep |
| 2016 | Cadillac Escalade ESV | 16C06 | 1GYS4HKJ1GR364753 | Wells Fargo | Lease | | 1,596.67 | | 49,011.00 | Keep |
| 2008 | J4500 | 510 | 2M93JMHA7BW064468 | Wells Fargo | Loan | 001-0196265-700 | 5,045.00 | 5,019.20 | 208,300.00 | Keep |
| 2011 | J4500 | 519 | 2MG3JMHA0BW065901 | Wells Fargo | Loan | 001-0196265-703 | 5,136.00 | 253,750.34 | 299,300.00 | Keep |
| 2011 | J4500 | 520 | 2MG3JMHA6BW065899 | Wells Fargo | Loan | 001-0196265-703 | 5,136.00 | 253,750.34 | 299,300.00 | Keep |
| 2011 | J4500 | 521 | 2MG3JMHA2BW065950 | Wells Fargo | Loan | 001-0196265-704 | 5,136.00 | 257,878.91 | 299,300.00 | Keep |
| 2011 | J4500 | 522 | 2MG3JMHA4BW065951 | Wells Fargo | Loan | 001-0196265-704 | 5,136.00 | 257,878.91 | 299,300.00 | Keep |
| 2011 | J4500 | 523 | 2MG3JMHA9BW065900 | Wells Fargo | Loan | 001-0196265-705 | 5,136.00 | 261,991.41 | 299,300.00 | Keep |
| 2015 | Chevrolet Suburban LT | 15SU9 | 1GNSKJKC5FR530332 | Wells Fargo | Loan | 200-0453572-700 | 1,279.67 | 25,946.59 | 33,102.00 | Keep |
| 2015 | Chevrolet Suburban LT | 15SU10 | 1GNSKJKCXFR506446 | Wells Fargo | Loan | 200-0453572-700 | 1,279.67 | 25,946.59 | 33,777.00 | Keep |
| 2015 | Chevrolet Suburban LT | 15SU11 | 1GNSKJKC5FR527253 | Wells Fargo | Loan | 200-0453572-700 | 1,279.67 | 25,946.59 | 35,008.00 | Keep |
| 2015 | Ford Transit 350 HD Van Extended Length w/Dual Sliding Side Doors w/10360-lb GVWR Van 4D | 109 | 1FBVU4XG6FKA38578 | Wells Fargo | Loan | 10342232-700 | 907.10 | 20,130.64 | 21,416.00 | Keep |
| 2014 | GCA Freightliner | 929 | 4UZACRDT1ECFL9509 | Wells Fargo | Loan | 001-0196265-701 | 3,309.00 | 51,783.32 | 111,900.00 | Keep |
| 2014 | MERCEDES Meridain Sprinter Shuttle Busses | 930 | WD3PF4CBXE5874085 | Wells Fargo | Loan | 001-0196265-702 | 1,847.50 | 34,056.24 | 25,567.00 | Keep |
| 2013 | Ford/Federal Coach Spirit Shuttle Bus | 931 | 1FDXE4FS0DDA36152 | Wells Fargo | Loan | 001-0196265-702 | 1,847.50 | 34,056.24 | 32,000.00 | Return |
| 2014 | FORD E3550 SD XLT | 701 | 1FMNE3BLXEDA61609 | Wells Fargo | Loan | 001-0460535-700 | 746.67 | 18,650.08 | 5,597.00 | Return |
| 2014 | FORD E3550 SD XLT | 702 | 1FMNE3BL5EDA61601 | Wells Fargo | Loan | 001-0460535-700 | 746.67 | 18,650.08 | 5,339.00 | Return |
| 2014 | FORD E3550 SD XLT | 703 | 1FMNE3BL3EDA61614 | Wells Fargo | Loan | 001-0460535-700 | 746.67 | 18,650.08 | 5,339.00 | Return |
| 2014 | FORD E3550 SD XLT | 704 | 1FMNE3BL6EDA61610 | Wells Fargo | Loan | 001-0460535-700 | 746.67 | 18,650.08 | 5,092.00 | Return |
| 2014 | FORD E3550 SD XLT | 705 | 1FMNE3BL1EDA61613 | Wells Fargo | Loan | 001-0460535-700 | 746.67 | 18,650.08 | 5,868.00 | Return |
| 2014 | FORD E3550 SD XLT | 706 | 1FMNE3BL7EDA61602 | Wells Fargo | Loan | 001-0460535-700 | 746.67 | 18,650.08 | 6,211.00 | Return |
| 1999 | Ford F350 Truck | 44 | 1FTSF31F9XEA64532 | Paid Off | | | | 0.00 | | Keep |
| 2003 | Econoline E350 Super Duty | 913 | 1FBSS31S53HA45434 | Paid Off | | | | 0.00 | | Keep |
| 2003 | E4500 | 338 | 2M93JMPA23W062282 | Paid Off | | | | 0.00 | 100,100.00 | Keep |
| 2006 | J4500 | 476 | 2M93JMDA46W063619 | Paid Off | | | | 0.00 | 165,300.00 | Keep |
| 2006 | Krystal Ford | 925 | 1FDXE45P56DA40424 | Paid Off | | | | 0.00 | | Keep |
| 2007 | J4500 | 460 | 2M93JMDA17W064373 | Paid Off | | | | 0.00 | 187,100.00 | Keep |
| 2007 | Krystal International | 924 | 1HVBTAANX7H358972 | Paid Off | | | | 0.00 | | Keep |
| 2007 | J4500 | 462 | 2M93JMDA37W064374 | Paid Off - was TCF | | | | 0.00 | 187,100.00 | Keep |
| 2008 | Chrysler Aspen | Aspen | 1A8HW58N68F119901 | Paid Off | | | | 0.00 | 4,778.00 | Keep |

**MASTER VEHICLE FLEET LIST BY LENDER**

| Year | Model | Vehicle # | VIN | Finance Company | Lease or Loan | Lease or Loan Number | Monthly Rate | Amount Owed | FMV | What? |
|------|-------|-----------|-----|-----------------|---------------|----------------------|--------------|-------------|-----|-------|
| 2009 | Cadillac Escalade Hybrid Sport Utility 4D | CO1 CADDILLAC | 1GYFK43529R135826 | Paid Off | | | | 0.00 | 9,406.00 | Keep |
| 2009 | J4500 | 468 | 2MG3JMEA49W065379 | Paid Off | | | | 0.00 | 235,600.00 | Keep |
| 2010 | Cadillac Escalade Hybrid Sport Utility 4D | CO4 CADILLAC | 1GYUKEEJXAR122334 | Paid Off | | | | 0.00 | 11,438.00 | Keep |
| 2010 | Glaval Ford | 927 | 1FDFE4FS5ADA12789 | Paid Off | | | | 0.00 | | Keep |
| 2011 | Ford Flex SE Sport Utility 4D | CO20 FORD | 2FMHK6DT6BBD20844 | Paid Off | | | | 0.00 | 4,791.00 | Keep |
| 2011 | GCA Freightliner | 926 | 4UZACPCT3BCAZ8443 | Paid Off | | | | 0.00 | | Keep |
| 2012 | TURTLE TOP | 106 | 1FDWE3FSOBDA73560 | Paid Off | | | | 0.00 | | Keep |
| 2012 | TURTLE TOP | 107 | 1FDWE3FSOBDA73561 | Paid Off | | | | 0.00 | | Keep |
| 2013 | LINCOLN  MKT | 13MK1 | 2LMHJ5NKODBL59120 | Paid Off | | 48787350 | | 0.00 | 4,203.00 | Keep |
| 2013 | LINCOLN  MKT | 13MK2 | 2LMHJ5NKODBL59121 | Paid Off | | 48787328 | | 0.00 | 4,203.00 | Keep |
| 2016 | FORD TRANSIT WAGON | 16V04 | 1FBZX2YG6GKA22085 | Paid Off | | | | 0.00 | 20,541.00 | Keep |
| 2003 | Econoline E350 Super Duty | 914 | 1FBSS31S13HA45429 | Paid Off | | | | 0.00 | | Sell |
| 1997 | Ford F150 Super Cab | | 1FTEX08L0VKC70177 | Paid Off | | | | 0.00 | 780.00 | Sell |
| 1997 | EL DORADO | 222 | 1N9TDAC60VC084267 | Paid Off | | | | 0.00 | | Sell |
| 1998 | El Dorado Transmark | 198 | 1N9TDHC88WC084231 | Paid Off | | | | 0.00 | | Sell |
| 1998 | El Dorado Transmark | | 1N9TDHC87WC084138 | Paid Off | | | | 0.00 | | Sell |
| 1999 | E4500 | 432 | 1M8TRMPA0XP060808 | Paid Off | | | | 0.00 | 47,500.00 | Sell |
| 1999 | Bluebird LTC40 | | 1BABBC9A6XF088506 | Paid Off | | | | 0.00 | | Sell |
| 1999 | Thomas 1999 Skyline Corporation Trailer | | SFD182AL6XGW14413 - check this VIN: not valid | Paid Off | | | | 0.00 | | Sell |
| 1999 | Bluebird LTC40 | | 1BAGBCSA2XF088504 | Paid Off | | | | 0.00 | | Sell |
| 2000 | E4500 | 320 | 1M8TRMPA9YP060985 | Paid Off | | | | 0.00 | 57,000.00 | Sell |
| 2000 | E4500 | 326 | 1M8TRMPA4YP060974 | Paid Off | | | | 0.00 | 57,000.00 | Sell |
| 2000 | E4500 | 328 | 1M8TRMPA0YP061023 | Paid Off | | | | 0.00 | 57,000.00 | Sell |
| 2000 | E4500 | 330 | 1M8TRMPA9YP061053 | Paid Off | | | | 0.00 | 91,800.00 | Sell |
| 2000 | C2145 | 700 | YE2CC13B4Y2045035 | Paid Off | | | | 0.00 | 74,100.00 | Sell |
| 2001 | Ford F250 SRW | | 1FTNW21FO1EA32454 | Paid Off | | | | 0.00 | | Sell |
| 2001 | H3-41 | 440 | 2PCH33419110141925 | Paid Off | | | | 0.00 | 43,800.00 | Sell |
| 2001 | C2145 | 604 | YE2CC23B912045303 | Paid Off | | | | 0.00 | 98,200.00 | Sell |
| 2002 | C2145 | 704 | YE2CC23B122045345 | Paid Off | | | | 0.00 | 93,400.00 | Sell |
| 2003 | Mitsubishi FE649 (Box Truck) | | JW6BBF1H53L003053 | Paid Off | | | | 0.00 | | Sell |
| 2003 | Bluebird LTC40 | | 1BABJBXA73F214825 | Paid Off | | | | 0.00 | | Sell |
| 2005 | Ford F250 Super Duty Regular Cab | Shop Truck | 85349 | Paid Off | | | | 0.00 | 890.00 | Sell |
| 2007 | Krystal International | 923 | 1HVBTAAN67H426295 | Paid Off | | | | 0.00 | | Sell |
| 2010 | Chevrolet Suburban 2500 LT Sport Utility 4D | 10SU1 | 1GNUKJE38AR111047 | Paid Off | | | | 0.00 | 7,467.00 | Sell |
| 2011 | Ford E350 SD XLT 15 PS | 11V77 | 1FBSS3BL7BDA33976 | Paid Off | | | | 0.00 | 8,124.00 | Sell |
| 2001 | Gillig - Low Floor | 1102 | 15GGB221711072148 | Paid Off | | | | 0.00 | | TBD |
| 2001 | Gillig - Low Floor | 1103 | 15GGB221911072149 | Paid Off | | | | 0.00 | | TBD |
| 2001 | Gillig - Low Floor | 1101 | 15GGB221511072147 | Paid Off | | | | 0.00 | | TBD |
| | Ram Truck | 67 | | Paid Off | | | | 0.00 | | waiting on insurance |

**VEHICLE FLEET LIST**

| Year | Model | VIN | Finance Company | Lease/Loan No. | Monthly Rate | Amount Owed | FMV |
|------|-------|-----|-----------------|----------------|--------------|-------------|-----|
| 2016 | FORD TRANSIT WAGON | 1FBZX2YG6GKA22085 | Paid Off | | | $ - | $ 20,541.00 |
| 2013 | LINCOLN  MKT | 2LMHJ5NKODBL59120 | Paid Off | | | $ - | $ 4,203.00 |
| 2013 | LINCOLN  MKT | 2LMHJ5NKODBL59121 | Paid Off | | | $ - | $ 4,203.00 |
| 2012 | TURTLE TOP | 1FDWE3FSOBDA73560 | Paid Off | | | $ - | |
| 2012 | TURTLE TOP | 1FDWE3FSOBDA73561 | Paid Off | | | $ - | |
| 2011 | Ford E350 SD XLT 15 PS | 1FBSS3BL7BDA33976 | Paid Off | | | $ - | $ 8,124.00 |
| 2011 | Ford Flex SE Sport Utility 4D | 2FMHK6DT6BBD20844 | Paid Off | | | $ - | $ 4,791.00 |
| 2011 | GCA Freightliner | 4UZACPCT3BCAZ8443 | Paid Off | | | $ - | |
| 2010 | Cadillac Escalade Hybrid Sport Utility 4D | 1GYUKEEJXAR122334 | Paid Off | | | $ - | $ 11,438.00 |
| 2010 | Chevrolet Suburban 2500 LT Sport Utility 4D | 1GNUKJE38AR111047 | Paid Off | | | $ - | $ 7,467.00 |
| 2010 | Glaval Ford | 1FDFE4FS5ADA12789 | Paid Off | | | $ - | |
| 2009 | Cadillac Escalade Hybrid Sport Utility 4D | 1GYFK43529R135826 | Paid Off | | | $ - | $ 9,406.00 |
| 2009 | J4500 | 2MG3JMEA49W065379 | Paid Off | | | $ - | $ 235,600.00 |
| 2008 | Chrysler Aspen | 1A8HW58N68F119901 | Paid Off | | | $ - | $ 4,778.00 |
| 2007 | J4500 | 2M93JMDA17W064373 | Paid Off | | | $ - | $ 187,100.00 |
| 2007 | J4500 | 2M93JMDA37W064374 | Paid Off | | | $ - | $ 187,100.00 |
| 2007 | Krystal International | 1HVBTAANX7H358972 | Paid Off | | | $ - | |
| 2007 | Krystal International | 1HVBTAAN67H426295 | Paid Off | | | $ - | |
| 2006 | J4500 | 2M93JMDA46W063619 | Paid Off | | | $ - | $ 165,300.00 |
| 2006 | Krystal Ford | 1FDXE45P56DA40424 | Paid Off | | | $ - | |
| 2005 | Ford F250 Super Duty Regular Cab | 85349 | Paid Off | | | $ - | $ 890.00 |
| 2003 | Bluebird LTC40 | 1BABJBXA73F214825 | Paid Off | | | $ - | |
| 2003 | E4500 | 2M93JMPA23W062282 | Paid Off | | | $ - | $ 100,100.00 |
| 2003 | Econoline  E350  Super Duty | 1FBSS31S53HA45434 | Paid Off | | | $ - | |
| 2003 | Econoline E350 Super Duty | 1FBSS31S13HA45429 | Paid Off | | | $ - | |
| 2003 | Mitsubishi FE649 (Box Truck) | JW6BBF1H53L003053 | Paid Off | | | $ - | |
| 2002 | C2145 | YE2CC23B122045345 | Paid Off | | | $ - | $ 93,400.00 |
| 2001 | C2145 | YE2CC23B912045303 | Paid Off | | | $ - | $ 98,200.00 |
| 2001 | Ford F250 SRW | 1FTNW21FO1EA32454 | Paid Off | | | $ - | |
| 2001 | Gillig - Low Floor | 15GGB221711072148 | Paid Off | | | $ - | |
| 2001 | Gillig - Low Floor | 15GGB221911072149 | Paid Off | | | $ - | |
| 2001 | Gillig - Low Floor | 15GGB221511072147 | Paid Off | | | $ - | |
| 2001 | H3-41 | 2PCH33419110141925 | Paid Off | | | | $ 43,800.00 |
| 2000 | C2145 | YE2CC13B4Y2045035 | Paid Off | | | $ - | $ 74,100.00 |
| 2000 | E4500 | 1M8TRMPA9YP060985 | Paid Off | | | $ - | $ 57,000.00 |
| 2000 | E4500 | 1M8TRMPA4YP060974 | Paid Off | | | $ - | $ 57,000.00 |
| 2000 | E4500 | 1M8TRMPA0YP061023 | Paid Off | | | $ - | $ 57,000.00 |
| 2000 | E4500 | 1M8TRMPA9YP061053 | Paid Off | | | $ - | $ 91,800.00 |
| 1999 | Bluebird LTC40 | 1BABBC9A6XF088506 | Paid Off | | | | |

**VEHICLE FLEET LIST**

| Year | Model | VIN | Finance Company | Lease/Loan No. | Monthly Rate | Amount Owed | FMV |
|------|-------|-----|-----------------|----------------|--------------|-------------|-----|
| 1999 | Bluebird LTC40 | 1BAGBCSA2XF088504 | Paid Off | | | | |
| 1999 | E4500 | 1M8TRMPA0XP060808 | Paid Off | | | | $ 47,500.00 |
| 1999 | Ford F350 Truck | 1FTSF31F9XEA64532 | Paid Off | | | $ - | |
| 1999 | Thomas 1999 Skyline Corporation Trailer | SFD182AL6XGW14413 | Paid Off | | | | |
| 1998 | El Dorado Transmark | 1N9TDHC88WC084231 | Paid Off | | | $ - | |
| 1998 | El Dorado Transmark | 1N9TDHC87WC084138 | Paid Off | | | $ - | |
| 1997 | EL DORADO | 1N9TDAC60VC084267 | Paid Off | | | $ - | |
| 1997 | Ford F150 Super Cab | 1FTEX08L0VKC70177 | Paid Off | | | $ - | $ 780.00 |
| | Ram Truck | | Paid Off | | | $ - | |
| **TOTAL:** | | | | | | $ - | $ 1,571,621.00 |

**VEHICLE FLEET LIST**

| Model | VIN | Finance Company | Loan No. | Monthly Rate | Amount Owed | FMV |
|---|---|---|---|---|---|---|
| Ford Transit 350 HD Van Extended Length w/Dual Sliding Side Doors w/10360-lb GVWR Van 4D | 1FBVU4XG2FKA14018 | Ally | 024-9227-25931 | $ 742.51 | $ 21,345.00 | $ 14,901.00 |
| Chevrolet Traverse LT Sport Utility 4D | 1GNKVHKD9EJ282897 | Ally | 024-9220-34387 | $ 751.87 | $ 17,144.69 | $ 12,534.00 |
| Kia Sorento EX Sport Utility 4D | 5XYKUDA74EG447822 | Ally | 611-9210-16865 | $ 429.72 | $ 11,830.43 | $ 13,187.00 |
| Cadillac SRX | 3GYFNJE30DS568231 | Ally | 024-9201-58736 | $ 801.00 | $ 7,918.64 | $ 12,940.00 |
| Chevrolet Suburban 2500 LT Sport Utility 4D | 1GNSKJE7XDR213013 | Ally | 024-9193-40732 | $ 819.04 | $ 6,462.06 | $ 8,378.00 |
| Chevrolet Suburban 2500 LT Sport Utility 4D | 1GNSKJE70DR212906 | Ally | 024-9201-36375 | $ 819.04 | $ 6,460.60 | $ 8,378.00 |
| Chevrolet Suburban 2500 LT Sport Utility 4D | 1GNSKJE74DR212892 | Ally | 024-9198-34297 | $ 819.04 | $ 6,460.60 | $ 7,945.00 |
| Chevrolet Suburban 2500 LT Sport Utility 4D | 1GNSKJE76DR212876 | Ally | 024-9191-38286 | $ 819.04 | $ 6,711.89 | $ 8,883.00 |
| Chevrolet Suburban 2500 LT Sport Utility 4D | 1GNSKJE79DR212760 | Ally | 024-9191-39592 | $ 819.04 | $ 6,460.60 | $ 8,883.00 |
| Chevrolet Suburban 2500 LT Sport Utility 4D | 1GNSKJE75DR212707 | Ally | 024-9198-34280 | $ 819.04 | $ 6,460.71 | $ 9,162.00 |
| Kia Sorento Sport Utility 4D | 5XYKUD29DG332751 | Ally | 024-9188-71549 | $ 572.23 | $ 1,715.91 | $ 5,198.00 |
| Chevrolet Suburban 2500 | 1GNSKJE31BR300809 | Ally | 024-9197-26062 | $ 648.62 | $ 4,483.06 | $ 19,501.00 |
| Thomas Built Bus HDX | 1T7YU2F28E1167528 | Daimler-Mercedes Benz Financial Services | 100-0242792-001 | $ 3,712.46 | $ 58,439.46 | |
| Thomas Built Bus HDX | 1T7YU2F26E1167530 | Daimler-Mercedes Benz Financial Services | 100-0242792-001 | $ 3,712.46 | $ 58,439.46 | |
| Thomas Built Bus HDX | 1T7YU2F28E1167531 | Daimler-Mercedes Benz Financial Services | 100-0242792-001 | $ 3,712.46 | $ 58,439.46 | |
| Thomas Built Bus HDX | 1T7YU2F2XE1167529 | Daimler-Mercedes Benz Financial Services | 100-0242792-001 | $ 3,712.46 | $ 58,439.46 | |
| Thomas Built Bus HDX | 1T7YU2F2XE1167532 | Daimler-Mercedes Benz Financial Services | 100-0242792-001 | $ 3,712.46 | $ 58,439.46 | |
| Thomas Built Bus SAF-T-Liner HDX | 1T7YU2F2381290075 | Daimler-Mercedes Benz Financial Services | 100-0237795-001 | $ 1,417.30 | $ 17,834.67 | |
| Thomas Built Bus SAF-T-Liner HDX | 1T7YU2F2581290076 | Daimler-Mercedes Benz Financial Services | 100-0237795-001 | $ 1,417.30 | $ 17,834.67 | |
| Thomas Built Bus SAF-T-Liner HDX | 1T7YU2F2781290077 | Daimler-Mercedes Benz Financial Services | 100-0237795-001 | $ 1,417.30 | $ 17,834.67 | |
| Thomas Built Bus SAF-T-Liner HDX | 1T7YU2F2981290078 | Daimler-Mercedes Benz Financial Services | 100-0237795-001 | $ 1,417.30 | $ 17,834.67 | |
| Thomas Built Bus SAF-T-Liner HDX | 1T7YU2F2081290079 | Daimler-Mercedes Benz Financial Services | 100-0237795-001 | $ 1,417.30 | $ 17,834.67 | |

**VEHICLE FLEET LIST**

| Model | VIN | Finance Company | Loan No. | Monthly Rate | Amount Owed | FMV |
|---|---|---|---|---|---|---|
| Cadillac CT6 3.0 Twin Turbo Luxury Sedan 4D | 1G6KK5R66GU154855 | Jerry Seiner Chevrolet Inc. / GM Financial | 211000108609 | $ 1,265.67 | $ 59,000.00 | $ 35,510.00 |
| 30' Eldorado EX Rider Transit Bus | 1N9TDAC892C084166 | Signature Financial | 103870-4166 | $ 551.26 | | |
| 30' Eldorado EX Rider Transit Bus | 1N9TDAC852C084164 | Signature Financial | 103870-4164 | $ 1,463.12 | | |
| 30' Eldorado EX Rider Transit Bus | 1N9TDAC842C084169 | Signature Financial | 103870-4169 | $ 551.26 | | |
| 30' Eldorado EX Rider Transit Bus | 1N9TDAC822C084171 | Signature Financial | 103870-4171 | $ 219.67 | | |
| 30' Gillig Phantom Transit Bus | 15GCA181XY1110378 | Signature Financial | 103870-0378 | $ 1,463.12 | | |
| 30' Gillig Phantom Transit Bus | 15GCA1811Y1110379 | Signature Financial | 103870-0379 | $ 1,695.23 | | |
| 30' Gillig Phantom Transit Bus | 15GCA1818Y1110380 | Signature Financial | 103870-0380 | $ 1,695.23 | | |
| 30' Gillig Phantom Transit Bus | 15GCA1814Y1110375 | Signature Financial | 103870-0375 | $ 1,463.12 | | |
| 30' Gillig Phantom Transit Bus | 15GCA1816Y1110376 | Signature Financial | 103870-0376 | $ 1,463.12 | | |
| 30' Gillig Phantom Transit Bus | 15GCA1818Y1110377 | Signature Financial | 103870-0377 | $ 1,463.12 | | |
| 40' Gillig Phantom Transit Bus | 15GCD211XY1110167 | Signature Financial | 103870-0167 | $ 1,463.12 | | |
| 40' Gillig Phantom Transit Bus | 15GCD2111XY1110168 | Signature Financial | 103870-0168 | $ 1,463.12 | $ 225,110.46 | |
| Chevrolet Suburban LT | 1GNSKJKC5FR530332 | Wells Fargo | 200-0453572-700 | $ 1,279.67 | $ 25,946.59 | $ 33,102.00 |
| Chevrolet Suburban LT | 1GNSKJKCXFR506446 | Wells Fargo | 200-0453572-700 | $ 1,279.67 | $ 25,946.59 | $ 33,777.00 |
| Chevrolet Suburban LT | 1GNSKJKC5FR527253 | Wells Fargo | 200-0453572-700 | $ 1,279.67 | $ 25,946.59 | $ 35,008.00 |
| Ford Transit 350 HD Van Extended Length w/Dual Sliding Side Doors w/10360-lb GVWR Van 4D | 1FBVU4XG6FKA38578 | Wells Fargo | 10342232-700 | $ 907.10 | $ 20,130.64 | $ 21,416.00 |
| FORD E3550 SD XLT | 1FMNE3BLXEDA61609 | Wells Fargo | 001-0460535-700 | $ 746.67 | $ 18,650.08 | $ 5,597.00 |
| FORD E3550 SD XLT | 1FMNE3BL5EDA61601 | Wells Fargo | 001-0460535-700 | $ 746.67 | $ 18,650.08 | $ 5,339.00 |
| FORD E3550 SD XLT | 1FMNE3BL3EDA61614 | Wells Fargo | 001-0460535-700 | $ 746.67 | $ 18,650.08 | $ 5,339.00 |
| FORD E3550 SD XLT | 1FMNE3BL6EDA61610 | Wells Fargo | 001-0460535-700 | $ 746.67 | $ 18,650.08 | $ 5,092.00 |
| FORD E3550 SD XLT | 1FMNE3BL1EDA61613 | Wells Fargo | 001-0460535-700 | $ 746.67 | $ 18,650.08 | $ 5,868.00 |
| FORD E3550 SD XLT | 1FMNE3BL7EDA61602 | Wells Fargo | 001-0460535-700 | $ 746.67 | $ 18,650.08 | $ 6,211.00 |
| GCA Freightliner | 4UZACRDT1ECFL9509 | Wells Fargo | 001-0196265-701 | $ 3,309.00 | $ 51,783.32 | $ 111,900.00 |
| MERCEDES Meridain Sprinter Shuttle Busses | WD3PF4CBXE5874085 | Wells Fargo | 001-0196265-702 | $ 1,847.50 | $ 34,056.24 | $ 25,567.00 |
| Ford/Federal Coach Spirit Shuttle Bus | 1FDXE4FS0DDA36152 | Wells Fargo | 001-0196265-702 | $ 1,847.50 | $ 34,056.24 | $ 32,000.00 |
| | | | | $ 66,959.28 | $ 1,098,701.95 | $ 491,616.00 |

**VEHICLE FLEET LIST**

| Year | Model | VIN | Finance Company | Lease/Loan No. | Monthly Rate | Amount Owed | FMV |
|------|-------|-----|-----------------|----------------|--------------|-------------|-----|
| 2013 | J4500 | 2MG3JMBA1DW066535 | Bank of America | 2581900-702 | $ 6,812.92 | $ 235,373.00 | $ 341,300.00 |
| 2013 | TX45 | YE2TC1AB7D2044409 | Bank of America | 2581900-701 | $ 7,034.51 | $ 237,716.00 | $ 343,000.00 |
| 2008 | J4500 | 2M93JMHA38W064578 | BMO Harris | 5903804001 | $ 5,057.40 | $ 10,087.55 | $ 208,300.00 |
| 2016 | International Ameritrans M2 | 1FVACWDT1GHHN8113 | First Midwest Equipment Finance Company | Agreement No.: 67894-001 | $ 3,026.80 | $ 185,451.00 | $ 84,800.00 |
| 2016 | International Odyssey | 1FVACWDT2GHHA5691 | First Source Bank | Application No.: 4124291 | $ 3,369.45 | $ 207,276.00 | $ 84,800.00 |
| 2017 | J4500 | 2MG3JMBA1HW067920 | Key Equipment Finance | 1800112346 | $ 6,054.42 | $ 487,350.00 | $ 512,000.00 |
| 2017 | J4500 | 2MG3JMBA7HW067923 | Key Equipment Finance | 1800112346 | $ 6,054.42 | $ 487,350.00 | $ 512,000.00 |
| 2015 | J4500 | 2MG3JMBA0FW067243 | Peoples Capitol | 2356-002 | $ 5,559.25 | $ 429,924.00 | $ 385,200.00 |
| 2015 | J4500 | 2MG3JMBA8FW067250 | Peoples Capitol | 2356-003 | $ 5,559.25 | $ 429,925.00 | $ 385,200.00 |
| 2015 | J4500 | 2MG3JMBA4FW067293 | Peoples Capitol | 2356-004 | $ 5,584.00 | $ 448,186.00 | $ 385,200.00 |
| 2011 | T2145 | YE2TC19B0B2044754 | Peoples Capitol | 2366-002 | $ 5,760.00 | $ 69,120.00 | $ 307,200.00 |
| 2011 | T2145 | YE2TC19B6B2044757 | Peoples Capitol | 2366-003 | $ 5,760.00 | $ 74,880.00 | $ 307,200.00 |
| 2009 | J4500 | 2MG3JMHA09W065357 | Peoples Capitol | 2366-001 | $ 4,762.77 | $ 60,630.00 | $ 235,600.00 |
| 2006 | J4500 | 2M93JMDA46W063524 | Peoples Capitol | cross-collateralized | $ - | $ - | $ 165,300.00 |
| 2015 | BCA45 | 4B9000JCXFZ489004 | Signature Financial | 109753-002 | $ 5,079.38 | $ 323,960.51 | $ 357,600.00 |
| 2014 | GCA Freightliner | 4UZACRDTXECFL9511 | Sun Trust | 443-7009108-001 | $ 3,321.78 | $ 43,210.12 | $ 71,900.00 |
| 2014 | TX45 | YE2YC11BXE2041110 | Sun Trust | 443-7009108-002 | $ 7,052.68 | $ 310,317.70 | $ 439,000.00 |
| 2014 | TX45 | YE2YC11B3E2041112 | Sun Trust | 443-7009108-002 | $ 7,052.68 | $ 310,317.70 | $ 439,000.00 |
| 2017 | TURTLE TOP | 1FDWE3FSXGDC19181 | TCF | Master Lease Number: 0504558M Equipment Sched No. :003-0504558-100 | $ 1,352.87 | $ 97,406.64 | $ 105,000.00 |
| 2017 | TURTLE TOP | 1FDWE3FS8GDC36206 | TCF | Master Lease Number: 0504558M Equipment Sched No. :003-0504558-100 | $ 1,352.87 | $ 97,406.64 | $ 105,000.00 |
| 2016 | Dodge RAM Ameritrans | 3C7WRMDL8DG598919 | TCF | Master Lease Number: 0504558M Equipment Sched No. :003-0504558-100 | $ 2,063.80 | $ 129,114.00 | $ 121,940.15 |

**VEHICLE FLEET LIST**

| Year | Model | VIN | Finance Company | Lease/Loan No. | Monthly Rate | Amount Owed | FMV |
|------|-------|-----|-----------------|----------------|-------------|-------------|-----|
| 2015 | Dodge RAM Ameritrans | 3C7WRMDL7DG598913 | TCF | Master Lease Number: 0504558M Equipment Sched No. :003-0504558-100 | $ 2,077.95 | $ 99,133.00 | $ 90,093.20 |
| 2015 | BCA45 | 4B9000JCLPZ4B9005 | Webster Capital | | $ 5,421.70 | $ 367,000.00 | $ 357,000.00 |
| 2011 | J4500 | 2MG3JMHA1BW065910 | Wells Fargo | 001-0196265-106 | $ 5,700.00 | $ 120,797.00 | $ 299,300.00 |
| 2011 | J4500 | 2MG3JMHA0BW065901 | Wells Fargo | 001-0196265-703 | $ 5,136.00 | $ 253,750.34 | $ 299,300.00 |
| 2011 | J4500 | 2MG3JMHA6BW065899 | Wells Fargo | 001-0196265-703 | $ 5,136.00 | $ 253,750.34 | $ 299,300.00 |
| 2011 | J4500 | 2MG3JMHA2BW065950 | Wells Fargo | 001-0196265-704 | $ 5,136.00 | $ 257,878.91 | $ 299,300.00 |
| 2011 | J4500 | 2MG3JMHA4BW065951 | Wells Fargo | 001-0196265-704 | $ 5,136.00 | $ 257,878.91 | $ 299,300.00 |
| 2011 | J4500 | 2MG3JMHA9BW065900 | Wells Fargo | 001-0196265-705 | $ 5,136.00 | $ 261,991.41 | $ 299,300.00 |
| 2010 | J4500 | 2MG3JMEA8AW065552 | Wells Fargo | 001-0196265-103 | $ 5,045.00 | $ 55,470.50 | $ 259,800.00 |
| 2010 | J4500 | 2MG3JMEAXAW065553 | Wells Fargo | 001-0196265-104 | $ 5,047.00 | $ 55,474.50 | $ 259,800.00 |
| 2008 | J4500 | 2M93JMHA78W064468 | Wells Fargo | 001-0196265-700 | $ 5,045.00 | $ 5,019.20 | $ 208,300.00 |
| **TOTAL:** | | | | | **$ 151,687.88** | **$ 6,663,145.95** | **$ 8,867,333.35** |

**VEHICLE FLEET LIST**

| Year | Model | VIN | Finance Company | Lease No. | Monthly Rate | Amount Owed | FMV |
|------|-------|-----|-----------------|-----------|-------------|-------------|-----|
| 2017 | Ford Transit 350 Van Extended Length High Roof w/Sliding Side Door w/LWB Van 3D | 1FBVU4XG0HKA25747 | Hincklease | 4859-01014 | $ 750.00 | $ 42,134.40 | $ 24,343.00 |
| 2016 | Dodge Durango SXT Sport Utility 4D | 1C4RDJDG8GC442171 | Hincklease | 4859-01054 | $ 668.00 | $ 34,303.30 | $ 14,442.00 |
| 2016 | Ford Transit Connect Passenger XLT Van 4D | 1FBZX2YG3GKA26692 | Hincklease | 4859-01056 | $ 630.00 | $ 37,273.33 | $ 16,382.00 |
| 2016 | CADILLAC XTS | 2G61U5S33G9138549 | Hincklease | 3740-00971 | $ 1,108.00 | $ 36,424.86 | $ 20,913.00 |
| 2016 | CADILLAC XTS | 2G61U5S34G9139399 | Hincklease | 3740-00972 | $ 1,108.00 | $ 36,424.86 | $ 21,854.00 |
| 2016 | Chevrolet Suburban 3500HD (Hinklease shows Suburban LT) | 1GNSKHKC7GR354216 | Hincklease | 4859-00996 | $ 890.35 | $ 54,775.04 | $ 46,061.00 |
| 2016 | Chevrolet Suburban 3500HD (Hinklease shows Suburban LT) | 1GNSKHKC3GR353967 | Hincklease | 4859-00997 | $ 890.35 | $ 54,775.04 | $ 47,752.00 |
| 2016 | Chevrolet Suburban 3500HD (Hinklease shows Suburban LT) | 1GNSKHKC4GR353539 | Hincklease | 4859-00998 | $ 890.35 | $ 54,775.04 | $ 47,752.00 |
| 2016 | Chevrolet Suburban 3500HD (Hinklease shows Suburban LT) | 1GNSKHKC3GR350678 | Hincklease | 4859-00994 | $ 890.35 | $ 54,775.04 | $ 47,752.00 |
| 2016 | Chevrolet Suburban 3500HD (Hinklease shows Suburban LT) | 1GNSKHKC8GR350658 | Hincklease | 4859-00993 | $ 890.35 | $ 54,775.04 | $ 51,682.00 |
| 2016 | Chevrolet Suburban 3500HD (Hinklease shows Suburban LT) | 1GNSKHKC9GR349762 | Hincklease | 4859-00995 | $ 890.35 | $ 54,775.04 | $ 51,234.00 |
| 2016 | Chevrolet Suburban 3500HD (Hinklease shows Suburban LT) | 1GNSKHKC2GR195749 | Hincklease | 4859-00973 | $ 1,395.00 | $ 46,609.56 | $ 53,306.00 |
| 2016 | FORD T350XLT 15 PASS - TRANSIT WAGON | 1FBZX2YG3GKA26689 | Hincklease | 4859-00992 | $ 688.96 | $ 24,828.92 | $ 21,725.00 |
| 2016 | FORD T350XLT 15 PASS - TRANSIT WAGON | 1FBZX2YGXGKA26690 | Hincklease | 4859-00999 | $ 688.96 | $ 25,007.13 | $ 15,608.00 |
| 2016 | FORD T350XLT 15 PASS - TRANSIT WAGON | 1FBZX2YG1GKA26691 | Hincklease | 4859-01000 | $ 688.96 | $ 25,007.13 | $ 17,079.00 |
| 2016 | Ford Transit 350 HD Van Extended Length SRW High Roof w/Sliding Side Door Van 3D | 1FBZX2XG8FKA38580 | Hincklease | 4859-01055 | $ 732.00 | $ 32,618.34 | $ 23,491.00 |
| 2016 | Ford Transit 350 Wagon XLT Extended Length w/High Roof w/Sliding Side Door Van 3D | 1FBVU4XGXGKB33047 | Hincklease | 4859-01010 | | $ 39,409.83 | $ 28,104.00 |
| 2016 | Ford Transit 350 Wagon XLT Extended Length w/High Roof w/Sliding Side Door Van 3D | 1FBVU4XG7GKB22474 | Hincklease | 4859-01008 | $ 751.23 | $ 37,684.18 | $ 27,743.00 |
| 2016 | Ford Transit 350 Wagon XLT Extended Length w/High Roof w/Sliding Side Door Van 3D | 1FBVU4XG9GKB22475 | Hincklease | 4859-01007 | $ 751.23 | $ 37,684.18 | $ 27,889.00 |
| 2016 | Ford Transit 350 Wagon XLT Extended Length w/High Roof w/Sliding Side Door Van 3D | 1FBVU4XG1GKB33048 | Hincklease | 4859-01009 | $ 756.51 | $ 39,091.20 | $ 28,174.00 |
| 2016 | LINCOLN  MKT | 2LMHJ5NKXGBL00936 | Hincklease | 4859-00986 | $ 1,181.00 | $ 37,258.67 | $ 20,595.00 |
| 2016 | LINCOLN  MKT | 2LMHJ5NK1GBL00937 | Hincklease | 4859-00985 | $ 1,181.00 | $ 37,258.67 | $ 20,595.00 |
| 2016 | Mercedes-Benz Sprinter 2500 Passenger High Roof w/170" WB Van 3D | WDZFE7CD5GP203096 | Hincklease | 4859-00950 | $ 1,217.10 | $ 53,654.74 | $ 32,942.00 |

**VEHICLE FLEET LIST**

| Year | Model | VIN | Finance Company | Lease No. | Monthly Rate | Amount Owed | FMV |
|------|-------|-----|-----------------|-----------|--------------|-------------|-----|
| 2015 | Dodge Durango SXT Sport Utility 4D | 1C4RDJDG1FC245275 | Hincklease | 4859-01012 | $ 521.00 | $ 32,638.80 | $ 14,442.00 |
| 2015 | Cadillac Escalade ESV | 1GYS4SKJ6FR527599 | Hincklease | 3740-1 | $ 1,237.00 | $ 77,644.97 | $ 39,797.00 |
| 2015 | Cadillac Escalade ESV | 1GYS4SKJ2FR528622 | Hincklease | 3740-3 | $ 1,237.00 | $ 77,644.97 | $ 38,843.00 |
| 2015 | CHEVROLET EXPRESS 3500 VAN | 1GAZG1FG2F1128359 | Hincklease | 4859-00741 | $ 621.00 | $ 31,501.01 | $ 11,853.00 |
| 2015 | CHEVROLET EXPRESS 3500 VAN | 1GAZG1FGXF1126410 | Hincklease | 4859-00723 | $ 621.00 | $ 31,501.01 | $ 12,859.00 |
| 2015 | CHEVROLET EXPRESS 3500 VAN | 1GAZG1FG9F1137673 | Hincklease | 4859-00782 | $ 621.00 | $ 31,501.01 | $ 10,566.00 |
| 2015 | CHEVROLET EXPRESS 3500 VAN | 1GAZGAFG0F1137674 | Hincklease | 4859-00805 | $ 621.00 | $ 31,501.01 | $ 9,861.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKC9FR512383 | Hincklease | 4859-00753 | $ 841.00 | $ 50,170.51 | $ 24,792.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKC6FR690042 | Hincklease | 4859-01001 | $ 1,176.00 | $ 48,639.80 | $ 32,908.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKC4FR692033 | Hincklease | 4859-01005 | $ 1,176.00 | $ 48,639.80 | $ 30,347.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKC2FR689194 | Hincklease | 4859-01006 | $ 1,176.00 | $ 48,639.80 | $ 30,547.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKC4FR666872 | Hincklease | 4859-01003 | $ 1,176.00 | $ 48,639.80 | $ 31,637.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKC8FR685229 | Hincklease | 4859-01004 | $ 1,176.00 | $ 48,639.80 | $ 28,364.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKC3FR670007 | Hincklease | 4859-01002 | $ 1,176.00 | $ 48,639.80 | $ 29,549.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKCXFR513171 | Hincklease | 4859-01052 | $ 1,176.00 | $ 41,357.29 | $ 29,947.00 |
| 2015 | FORD EXPEDITION | 1FMJK1JT9FEF26812 | Hincklease | 4859-01053 | $ 807.00 | $ 34,219.29 | $ 29,459.00 |
| 2015 | FORD EXPEDITION | 1FMJK1JT6FEF43681 | Hincklease | 4859-01050 | $ 876.00 | $ 36,711.09 | $ 32,076.00 |
| 2015 | FORD EXPEDITION | 1FMJK1JT6FEF43714 | Hincklease | 4859-01049 | $ 876.00 | $ 36,711.09 | $ 31,993.00 |
| 2015 | FORD EXPEDITION | 1FMJK1JT6FEF50842 | Hincklease | 4859-01051 | $ 876.00 | $ 36,711.09 | $ 30,888.00 |
| 2015 | FORD T350XLT 12 PASS TRANSIT WAGON | 1FBZX2ZM8FKA92156 | Hincklease | 4859-00990 | $ 630.93 | $ 20,816.19 | $ 12,627.00 |
| 2015 | FORD T350XLT 12 PASS TRANSIT WAGON | 1FBZX2ZM4FKA75984 | Hincklease | 4859-00989 | $ 630.93 | $ 20,816.19 | $ 12,171.00 |
| 2015 | FORD T350XLT 12 PASS TRANSIT WAGON | 1FBZX2ZM5FKA88128 | Hincklease | 4859-00991 | $ 630.93 | $ 20,816.19 | $ 11,500.00 |
| 2015 | FORD TRANSIT 350 WAGON | 1FBZX2ZM1FKA39041 | Hincklease | 4859-00981 | $ 630.93 | $ 20,816.19 | $ 13,338.00 |
| 2015 | FORD TRANSIT 350 WAGON | 1FBZX2ZM9FKA38798 | Hincklease | 4859-00988 | $ 631.00 | $ 20,816.19 | $ 13,338.00 |
| 2015 | FORD TRANSIT E3550 SD XLT | 1FBZX2ZM9FKA38994 | Hincklease | 4859-00979 | $ 630.93 | $ 20,816.19 | $ 11,674.00 |
| 2015 | FORD TRANSIT WAGON | 1FBZX2ZM6FKA20470 | Hincklease | 4859-00982 | $ 630.93 | $ 20,816.19 | $ 13,637.00 |
| 2015 | FORD TRANSIT WAGON | 1FBZX2ZM9FKA63183 | Hincklease | 4859-00977 | $ 630.93 | $ 20,816.19 | $ 13,924.00 |
| 2015 | FORD TRANSIT WAGON | 1FBZX2ZM7FKA17514 | Hincklease | 4859-00976 | $ 630.93 | $ 20,816.19 | $ 13,172.00 |
| 2015 | FORD TRANSIT WAGON | 1FBZX2ZM7FKA63196 | Hincklease | 4859-00980 | $ 630.93 | $ 20,816.19 | $ 12,707.00 |
| 2015 | Ram 1500 Big Horn | 1C6RR7GT8FS625210 | Hincklease | 4859-00984 | $ 639.00 | $ 22,926.33 | $ 19,348.00 |
| 2015 | Ram 1500 Big Horn | 1C6RR7GT6FS515112 | Hincklease | 4859-00983 | $ 639.00 | $ 22,926.33 | $ 17,462.00 |
| 2014 | Ford Transit Connect Passenger XLT Van 4D | 1FBZX2ZM8FKA20552 | Hincklease | 4859-00978 | $ 630.93 | $ 20,816.19 | $ 16,382.00 |
| 2014 | Ram 1500 Tradesman | 1C6RR7GT8ES478661 | Hincklease | 4859-00974 | $ 595.42 | $ 20,368.34 | $ 17,462.00 |
| 2014 | Ram 1500 Tradesman | 1C6RR7GT6ES478674 | Hincklease | 4859-00975 | $ 595.42 | $ 20,368.34 | $ 17,462.00 |
| 2013 | E350 Van | 1FBSS3BL7DDA91041 | Hincklease | 4859-00695 | $ 597.17 | $ 13,762.77 | $ 4,649.00 |
| 2013 | E350 Van | 1FBSS3BL8DDA91050 | Hincklease | 4859-00694 | $ 597.17 | $ 13,762.77 | $ 4,649.00 |
| 2013 | E350 Van | 1FBSS3BL6DDA91046 | Hincklease | 121-2 | $ 597.17 | $ 13,762.77 | $ 4,649.00 |
| 2013 | E350 Van | 1FBSS3BLXDDA91048 | Hincklease | 121-3 | $ 597.17 | $ 13,762.77 | $ 4,649.00 |
| 2013 | E350 Van | 1FBSS3BL5DDA91037 | Hincklease | 121-4 | $ 597.17 | $ 13,762.77 | $ 4,649.00 |
| 2013 | Ford E350 SD XLT 15 PS | 1FBSS3BL0DDA91043 | Hincklease | 4859-00692 | $ 597.17 | $ 13,809.31 | $ 8,483.00 |

**VEHICLES - LEASES**

**VEHICLE FLEET LIST**

| Year | Model | VIN | Finance Company | Lease No. | Monthly Rate | Amount Owed | FMV |
|------|-------|-----|-----------------|-----------|-------------|-------------|-----|
| 2013 | Ford E350 SD XLT 15 PS | 1FBSS3BL9DDA91042 | Hincklease | 4859-00696 | $  597.17 | $  13,762.76 | $  15,411.00 |
| 2013 | Ford E350 SD XLT 15 PS | 1FBSS3BL4DDA91045 | Hincklease | 4859-00693 | $  597.17 | $  13,762.77 | $  7,671.00 |
| 2013 | FORD E3550 SD XLT | 1FBNE3BL2DDA35240 | Hincklease | 4859-00831 | $  497.00 | $  12,955.13 | $  10,350.00 |
| 2013 | FORD E3550 SD XLT | 1FBNE3BLXDDA35244 | Hincklease | 4859-00832 | $  497.00 | $  12,955.13 | $  10,752.00 |
| 2012 | Chevrolet Van | C1121090 | Hincklease | 4859-00451 | | $  7,473.98 | $  7,896.00 |
| 2012 | FORD E3550 SD XLT | 1FBNE3BL6CDA45722 | Hincklease | 4859-00833 | $  442.00 | $  11,966.93 | $  9,733.00 |
| 2012 | RAM 1500 | 1C6RD7GT5CS188504 | Hincklease | 4859-01011 | $  466.75 | $  20,291.29 | $  15,769.00 |
| 2014 | Land Rover Range Rover Sport | SALWR2TF1EA377832 | Land Rover c/o Chase Auto Finance | | $  1,578.87 | | $  39,200.00 |
| 2016 | Cadillac Escalade ESV | 1GYS4HKJ6GR363338 | Wells Fargo | | $  1,596.67 | | $  45,216.00 |
| 2016 | Cadillac Escalade ESV | 1GYS4HKJ5GR363363 | Wells Fargo | | $  1,596.67 | | $  45,750.00 |
| 2016 | Cadillac Escalade ESV | 1GYS4HKJ8GR363373 | Wells Fargo | | $  1,596.67 | | $  45,750.00 |
| 2016 | Cadillac Escalade ESV | 1GYS4HKJ5GR364769 | Wells Fargo | | $  1,596.67 | | $  46,149.00 |
| 2016 | Cadillac Escalade ESV | 1GYS4HKJ6GR364912 | Wells Fargo | | $  1,596.67 | | $  45,617.00 |
| 2016 | Cadillac Escalade ESV | 1GYS4HKJ1GR364753 | Wells Fargo | | $  1,596.67 | $  344,880.00 | $  49,011.00 |
| **TOTAL:** | | | | | **$  64,873.17** | **$  2,629,214.06** | **$  1,850,353.00** |

**Fill in this information to identify the case:**

Debtor name    **All Resort Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **17-23687**

☐ Check if this is an
amended filing

Official Form 206D

SECOND AMENDED

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Access Business Finance**<br>Creditor's Name<br><br>**14205 SE 36th St Ste 350**<br>**Bellevue, WA 98006**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**11/7/16**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**All assets other than rolling stock (titled vehicles)**<br><br><br>Describe the lien<br>**UCC-1**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $747,765.17 | $1,192,177.02 |
| 2.2 | **Ally**<br>Creditor's Name<br><br>**PO Box 380901**<br>**Minneapolis, MN 55438**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**4/11/14**<br>**Last 4 digits of account number**<br>**4387**<br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**2014 Chevrolet Traverse, VIN**<br>**1GNKVHKD9E3282897**<br><br><br>Describe the lien<br>**Note & Security Agreement w/ Title**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | | $17,144.69 | $12,534.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | Case number (if know) | **17-23687** |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally** | Describe debtor's property that is subject to a lien | $7,918.64 | $12,940.00 |
|---|---|---|---|---|
| | Creditor's Name | **2013 Cadillac SRX, VIN 3GYFNJE30DS568231** | | |

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**Describe the lien**
**Note & Security Agreement w/ Title**
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/29/13**
**Last 4 digits of account number**
**8736**
**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ally** | Describe debtor's property that is subject to a lien | $11,830.43 | $13,187.00 |
|---|---|---|---|---|
| | Creditor's Name | **2014 Kia Sorento, VIN 5XYKUDA74EG447822** | | |

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**Describe the lien**
**Note & Security Agreement w/ Title**
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/19/13**
**Last 4 digits of account number**
**6865**
**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ally** | Describe debtor's property that is subject to a lien | $6,462.06 | $8,378.00 |
|---|---|---|---|---|
| | Creditor's Name | **2013 SUBURBAN, VIN 1GNSKJE7XDR213013** | | |

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**Describe the lien**
**Note & Security Agreement w/ Title**
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

---

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0732**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.6 | **Ally** | Describe debtor's property that is subject to a lien | $6,460.60 | $8,378.00 |
|---|---|---|---|---|
| | Creditor's Name | **2013 SUBURBAN, VIN 1GNSKJE70DR212906** | | |

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**Describe the lien**
**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6375**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.7 | **Ally** | Describe debtor's property that is subject to a lien | $6,460.60 | $7,945.00 |
|---|---|---|---|---|
| | Creditor's Name | **2013 SUBURBAN, VIN 1GNSKJE74DR212892** | | |

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**Describe the lien**
**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4297**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.8 | **Ally** | Describe debtor's property that is subject to a lien | $6,711.89 | $8,883.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | All Resort Group, Inc. | | |
|--------|------------------------|--|--|
| | Name | Case number *(if know)* | **17-23687** |

Creditor's Name

**2013 SUBURBAN, VIN 1GNSKJE76DR212876**

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**Describe the lien**
**Note & Security Agreement w/ Title**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8286**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Ally** | Describe debtor's property that is subject to a lien | $6,460.60 | $8,883.00 |
|-----|----------|------------------------------------------------------|-----------|-----------|

Creditor's Name

**2013 SUBURBAN, VIN 1GNSKJE79DR212760**

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**Describe the lien**
**Note & Security Agreement w/ Title**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9592**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Ally** | Describe debtor's property that is subject to a lien | $6,460.71 | $9,162.00 |
|------|----------|------------------------------------------------------|-----------|-----------|

Creditor's Name

**2013 SUBURBAN, VIN 1GNSKJE75DR212707**

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**Describe the lien**
**Note & Security Agreement w/ Title**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4280**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | All Resort Group, Inc. | | Case number (if know) | 17-23687 |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.1 1** | **Ally** | Describe debtor's property that is subject to a lien | $21,345.00 | $14,901.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5931**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2015 FORD TRANSIT (Hightop ), VIN**
**1FBVU4XG2FKA14018**

**Describe the lien**
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.1 2** | **Ally** | Describe debtor's property that is subject to a lien | $4,483.06 | $19,501.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6062**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2011 Suburban, VIN 1GNSKJE31BR300809**

**Describe the lien**
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.1 3** | **Ally** | Describe debtor's property that is subject to a lien | $1,715.91 | $5,198.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**2012 SORENTO, VIN 5XYKUD29DG332751**

**Describe the lien**
**Note & Security Agreement w/ Title**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | All Resort Group, Inc. | Case number (if know) | 17-23687 |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1549**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 4**

**Bank of America**
Creditor's Name

**60 E South Temple**
**Salt Lake City, UT 84111**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/31/13**
**Last 4 digits of account number**
**0702**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2013 MCI Model J4500, VIN 2MG3JMBA1DW066535 [Bus No. 511]**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$235,373.00   $341,300.00

---

**2.1 5**

**Bank of America**
Creditor's Name

**PO Box 405874**
**Atlanta, GA 30384-5874**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0701**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2013 Van Hool Coach TX45, VIN YE2TC1AB7D2044409 [Bus No. 512]**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$237,716.00   $343,000.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | All Resort Group, Inc. | Case number (if know) | 17-23687 |
|---|---|---|---|
| | Name | | |

---

**2.1 6**

**Bank of the West**
Creditor's Name

**295 Bush St**
**San Francisco, CA 94104**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**DELETE**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $0.00

---

**2.1 7**

**BMO Harris Bank NA**
Creditor's Name

**PO Box 71951**
**Chicago, IL 60694-1951**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/17/11**
**Last 4 digits of account number**
**4001**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2008 MCI Coach Model J4500,**
**VIN#2M93JMHA38W064578**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,087.55          $208,300.00

---

**2.1 8**

**Daimler-Mercedes Benz**
**Financial Svcs.**
Creditor's Name
**PO Box 5261**
**Carol Stream, IL**
**60197-5261**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien
**2014 Thomas Built Bus HDX, VIN**
**1T7YU2F28E1167528**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No

$58,439.46          Unknown

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | All Resort Group, Inc. | Case number (if know) | 17-23687 |
|---|---|---|---|

Name

---

Last 4 digits of account number
**2001**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.19 | **Daimler-Mercedes Benz Financial Svcs.** | | | |
|---|---|---|---|---|

Creditor's Name

**PO Box 5261
Carol Stream, IL
60197-5261**

Creditor's mailing address

Describe debtor's property that is subject to a lien     $58,439.46     Unknown
**2014 Thomas Built Bus HDX, VIN 1T7YU2F26E1167530**

Describe the lien
**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**2001**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | **Daimler-Mercedes Benz Financial Svcs.** | | | |
|---|---|---|---|---|

Creditor's Name

**PO Box 5261
Carol Stream, IL
60197-5261**

Creditor's mailing address

Describe debtor's property that is subject to a lien     $58,439.46     Unknown
**2014 Thomas Built Bus HDX, VIN 1T7YU2F28E1167531**

Describe the lien
**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**2001**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.21 | **Daimler-Mercedes Benz Financial Svcs.** | | | |
|---|---|---|---|---|

Describe debtor's property that is subject to a lien     $58,439.46     Unknown

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | All Resort Group, Inc. | Case number (if know) | 17-23687 |
|---|---|---|---|
| | Name | | |

Creditor's Name

**PO Box 5261**
**Carol Stream, IL**
**60197-5261**

Creditor's mailing address

**2014 Thomas Built Bus HDX, VIN**
**1T7YU2F2F2XE167532**

Describe the lien

**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2001**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Daimler-Mercedes Benz Financial Svcs.** | Describe debtor's property that is subject to a lien | $58,439.46 | Unknown |
|---|---|---|---|---|

Creditor's Name

**PO Box 5261**
**Carol Stream, IL**
**60197-5261**

Creditor's mailing address

**2014 Thomas Built Bus HDX, VIN**
**1T7YU2F2FXE1167529**

Describe the lien

**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2001**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **Daimler-Mercedes Benz Financial Svcs.** | Describe debtor's property that is subject to a lien | $17,834.67 | Unknown |
|---|---|---|---|---|

Creditor's Name

**PO Box 5261**
**Carol Stream, IL**
**60197-5261**

Creditor's mailing address

**2008 Thomas Built Bus HDX, VIN**
**1T7YU2F2381290075**

Describe the lien

**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | All Resort Group, Inc. | Case number *(if know)* | 17-23687 |
|---|---|---|---|
| | Name | | |

**5001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Daimler-Mercedes Benz Financial Svcs.** | | |
|---|---|---|---|

Creditor's Name

**PO Box 5261**
**Carol Stream, IL**
**60197-5261**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2008 Thomas Built Bus HDX, VIN**
**1T7YU2F2581290076**

**Describe the lien**
**Note & Security Agreement w/ Title**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$17,834.67    Unknown

---

| 2.2 5 | **Daimler-Mercedes Benz Financial Svcs.** | | |
|---|---|---|---|

Creditor's Name

**PO Box 5261**
**Carol Stream, IL**
**60197-5261**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2008 Thomas Built Bus HDX, VIN**
**1T7YU2F2781290077**

**Describe the lien**
**Note & Security Agreement w/ Title**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$17,834.67    Unknown

---

| 2.2 6 | **Daimler-Mercedes Benz Financial Svcs.** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**

$17,834.67    Unknown

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

Creditor's Name
**PO Box 5261
Carol Stream, IL
60197-5261**

Creditor's mailing address

**2008 Thomas Built Bus HDX, VIN
1T7YU2F29381290078**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**5001**
Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Daimler-Mercedes Benz Financial Svcs.** | Describe debtor's property that is subject to a lien | **$17,834.67** | **Unknown** |
|---|---|---|---|---|

Creditor's Name
**PO Box 5261
Carol Stream, IL
60197-5261**

Creditor's mailing address

**2008 Thomas Built Bus HDX, VIN
1T7YU2F2081290079**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**5001**
Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **First Midwest Equipment Finance Company** | Describe debtor's property that is subject to a lien | **$185,451.00** | **$84,800.00** |
|---|---|---|---|---|

Creditor's Name
**80 N Gordon
Elk Grove Village, IL 60007**

Creditor's mailing address

**2016 Freightliner Ameritrans M2, VIN
1FVACWDT1GHHN8113**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**3/1/17**
Last 4 digits of account number
**4001**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 11 of 29

| Debtor | **All Resort Group, Inc.** | Case number (if know) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.29**

**GM Financial/Jerry Seiner**
Creditor's Name

**PO Box 183593**
**Arlington, TX 76096-3834**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/15/16**

**Last 4 digits of account number**
**8609**

**Describe debtor's property that is subject to a lien**
**2016 Cadillac CT6, VIN 1G6KK5R66GU154855**

**Describe the lien**
**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$59,000.00**    **$35,510.00**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.30**

**Key Equipment Finance**
Creditor's Name

**11030 Circle Point Rd Ste 200**
**Broomfield, CO 80020**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2346**

**Describe debtor's property that is subject to a lien**
**2017 J4500, VIN 2MG3JMBA1HW067920 and 2017 J4500, VIN 2MG3JMBA7HW067923**

**Describe the lien**
**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$974,700.00**    **$1,024,000.00**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.31**

**Lincoln Motor Company**
Creditor's Name

**PO Box 6248**
**Dearborn, MI 48126**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**PAID IN FULL:**
**2013 Lincoln MKT, VIN 2LMHJ5NKODBL59121**

**Describe the lien**

**$0.00**    **$0.00**

---

| Debtor | **All Resort Group, Inc.** | Case number (if know) | **17-23687** |
|---|---|---|---|
| | Name | | |

**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7328**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 2 | **Lincoln/Ford Credit** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 6248**
**Dearborn, MI 48126**

Creditor's mailing address

**PAID IN FULL:**
**2013 Lincoln MKT, VIN**
**2LMHJ5NKODBL59120**

**Describe the lien**
**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7350**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 3 | **People's Capital Leasing Corp.** | Describe debtor's property that is subject to a lien | $429,925.00 | $385,200.00 |
|---|---|---|---|---|

Creditor's Name

**255 Bank St 4th Fl**
**Waterbury, CT 06702-2213**

Creditor's mailing address

**2015 MCI  Intercity Coach model J4500, VINs**
**2MG3JMBA8FW067250**

**Describe the lien**
**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/6/15**

**Last 4 digits of account number**
**2356,h003**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

25

| Debtor | **All Resort Group, Inc.** | Case number (if know) | **17-23687** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | **People's Capital Leasing Corp.** | Describe debtor's property that is subject to a lien | $429,924.00 | $385,200.00 |
|---|---|---|---|---|

Creditor's Name

**255 Bank St 4th Fl**
**Waterbury, CT 06702-2213**

Creditor's mailing address

**New 2015 MCI Model J4500 56 passenger Motor Coach, VIN 2MG3JMBA0FW067243 [83 x $5,559.25, $96,369.25 payoff]**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**5/26/15**
Last 4 digits of account number
**2356,h002**
Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | **People's Capital Leasing Corp.** | Describe debtor's property that is subject to a lien | $448,186.00 | $385,200.00 |
|---|---|---|---|---|

Creditor's Name

**255 Bank St 4th Fl**
**Waterbury, CT 06702-2213**

Creditor's mailing address

**New 2015 MCI Model J4500 56 Passenger Motor Coach, VIN 2MG3JMBA4FW067293 [83 x $5,584.00, payoff $96,394.00]**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**7/30/15**
Last 4 digits of account number
**2356,h004**
Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **People's Capital Leasing Corp.** | Describe debtor's property that is subject to a lien | $60,630.00 | $235,600.00 |
|---|---|---|---|---|

Creditor's Name

**255 Bank St 4th Fl**
**Waterbury, CT 06702-2213**

Creditor's mailing address

**2009 J4500, VIN 2MG3JMHA09W065357**

Describe the lien
**Note & Security Agreement w/ Title**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 14 of 29

| Debtor | All Resort Group, Inc. | Case number (if know) | 17-23687 |
|---|---|---|---|
| | Name | | |

---

| Creditor's email address, if known | Is the creditor an insider or related party? |
|---|---|
| | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **6201** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.37 | **PNC** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **DELETE** | | |
| | **Attn: Service/Set Up Processing** | | | |
| | **995 Dalton Ave** | | | |
| | **Cincinnati, OH 45203** | | | |
| | Creditor's mailing address | Describe the lien | | |

| Creditor's email address, if known | Is the creditor an insider or related party? |
|---|---|
| | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Unknown** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.38 | **Salt Lake County Treasurer** | Describe debtor's property that is subject to a lien | $54,564.05 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Property taxes for 549 W 500 S, SLC, UT 84101 (property held by Barron Wilson, LLC, but taxes to be paid per lease)** | | |
| | **2001 S State St N1200** | | | |
| | **Po Box 144575** | | | |
| | **Salt Lake City, UT 84114** | | | |
| | Creditor's mailing address | Describe the lien | | |

| Creditor's email address, if known | Is the creditor an insider or related party? |
|---|---|
| | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | Case number (if know) | **17-23687** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 9 | **Sentry West, inc.** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**940 Boston Turnpike
Shrewsbury, MA 01545**

Creditor's mailing address

**DELETE**

Describe the lien
**Unknown**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 0 | **Signature Financial** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**10545 Willows Rd NE Ste
120
Richmond, WA 98052**

Creditor's mailing address

**2002 30' Eldorado EX Rider Transit bus, VIN
1N9%DAC892C084166**

Describe the lien
**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**4166**

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 1 | **Signature Financial** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**10545 Willows Rd NE Ste
120
Richmond, WA 98052**

Creditor's mailing address

**2002 30' Eldorado EX Rider Transit Bus, VIN
1N9TDAC852C084164**

Describe the lien
**Note & Security Agreement w/ Title**

---

| Debtor | **All Resort Group, Inc.** | Case number (if know) | **17-23687** |
|---|---|---|---|
| | Name | | |

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4164**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 2 | **Signature Financial** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**10545 Willows Rd NE Ste 120**
**Richmond, WA 98052**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4169**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2002 30' Eldorado EX Rider Transit Bus, VIN 1N9TDAC842C08416**

**Describe the lien**

**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 3 | **Signature Financial** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**10545 Willows Rd NE Ste 120**
**Richmond, WA 98052**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4171**

**Do multiple creditors have an interest in the same property?**

**2002 30' Eldorado EX Rider Transit Bus, VIN 1N9TDAC822C084171**

**Describe the lien**

**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **All Resort Group, Inc.** | Case number (if know) | **17-23687** |
|---|---|---|---|
| | Name | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.4 4 | **Signature Financial** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**10545 Willows Rd NE Ste 120**
**Richmond, WA 98052**

Creditor's mailing address

**2000 30' Gillig Phantom Transit Bus, VIN 15GCA181XY1110378**

**Describe the lien**
**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0378**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 5 | **Signature Financial** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**10545 Willows Rd NE Ste 120**
**Richmond, WA 98052**

Creditor's mailing address

**2000 30' Gillig Phantom Transit Bus, VIN 15GCA1881Y1110379**

**Describe the lien**
**Note & Security Agreement w/ Title**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0379**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 6 | **Signature Financial** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**10545 Willows Rd NE Ste 120**
**Richmond, WA 98052**

Creditor's mailing address

**2000 30' Gillig Phantom Transit Bus, VIN 15GCA1818Y1110380**

**Describe the lien**
**Note & Security Agreement w/ Title**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | All Resort Group, Inc. | Case number (if know) | 17-23687 |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**
**0380**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.4 7 | **Signature Financial** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**10545 Willows Rd NE Ste 120**
**Richmond, WA 98052**

Creditor's mailing address

**2000 30' Gillig Phantom Transit Bus, VIN 15GCA1814Y1110375**

Describe the lien

**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0375**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.4 8 | **Signature Financial** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**10545 Willows Rd NE Ste 120**
**Richmond, WA 98052**

Creditor's mailing address

**2000 30' Gillig Phantom Transit Bus, VIN 15GCA18186Y1110376**

Describe the lien

**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0376**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | All Resort Group, Inc. | Case number (if know) | 17-23687 |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 9 | | | |
|---|---|---|---|

**Signature Financial**
Creditor's Name

**10545 Willows Rd NE Ste 120**
**Richmond, WA 98052**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0377**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2000 30' Gillig Phantom Transit Bus, VIN 15GCA1818Y1110377**

**Describe the lien**
**Note & Security Agreement w/ Title**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

---

| 2.5 0 | | | |
|---|---|---|---|

**Signature Financial**
Creditor's Name

**10545 Willows Rd NE Ste 120**
**Richmond, WA 98052**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0167**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2000 40' Gillig Phantom Transit Bus, VIN 15GCD211XY1110167**

**Describe the lien**
**Note & Security Agreement w/ Title**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

---

| 2.5 1 | | | |
|---|---|---|---|

**Signature Financial**
Creditor's Name

**10545 Willows Rd NE Ste 120**
**Richmond, WA 98052**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2000 40' Gillig Phantom Transit Bus, VIN 15GCD2111Y1110168**

**Describe the lien**
**Note & Security Agreement w/ Title**

Unknown    Unknown

---

Debtor     **All Resort Group, Inc.**
_____
Name

Case number (if know)     **17-23687**

---

| | |
|---|---|
| Creditor's email address, if known | Is the creditor an insider or related party? |
| | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **0168** | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5<br>2 | **Signature Financial - BCA** | Describe debtor's property that is subject to a lien | $323,960.51 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **2015 Coach BCA Model BCA45, VIN 4B9000JCXFZ489004 [Bus No. 518]** | | |
| | **10545 Willows Rd NE Ste 120**<br>**Richmond, WA 98052** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Note & Security Agreement w/ Title** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | **unknown** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **3002** | **As of the petition filing date, the claim is:** | | |
| | **Do multiple creditors have an interest in the same property?** | Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.5<br>3 | **Sun Trust** | Describe debtor's property that is subject to a lien | $620,635.00 | $978,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2014 VanHool Coach Model TX45, VIN YE2YC11BXE2041110 [Bus No. 513] and 2014 VanHool Coach Model TX45, VIN YE2YC11B3E2041112 [bus No. 514]** | | |
| | **140 Main St**<br>**Oxford, NC 27565** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Note & Security Agreement w/ Title** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **12/17/13** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **8002** | **As of the petition filing date, the claim is:** | | |
| | **Do multiple creditors have an interest in the same property?** | Check all that apply | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | | Case number *(if know)* | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.54**

| **Sun Trust** | Describe debtor's property that is subject to a lien | $43,210.12 | $71,900.00 |
|---|---|---|---|
| Creditor's Name | **2011 GCA Freightliner, VIN 4UZACPT3BCAZ8443** | | |

**140 Main St**
**Oxford, NC 27565**

Creditor's mailing address

Describe the lien
**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8001**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.55**

| **TCF** | Describe debtor's property that is subject to a lien | $253,750.34 | $299,300.00 |
|---|---|---|---|
| Creditor's Name | **2011 J4500, VIN 2MG3JMHA0BW065901** | | |

**11100 Wayzata Blvd Ste
801**
**Minnetonka, MN 55305**

Creditor's mailing address

Describe the lien
**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**???????????????**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.56**

| **Webster Capital** | Describe debtor's property that is subject to a lien | $367,000.00 | $357,000.00 |
|---|---|---|---|
| Creditor's Name | **2015 BCA45, VIN 4B9000JCLPZ4B9005** | | |

**344 Main St**
**Kensington, CT 06037**

Creditor's mailing address

Describe the lien
**Note & Security Agreement w/ Title**

---

| Debtor | **All Resort Group, Inc.** | Case number (if know) | **17-23687** |
| --- | --- | --- | --- |
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**8/30/16**

**Last 4 digits of account number**
**7001**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 7 | **Wells Fargo** | Describe debtor's property that is subject to a lien | $257,878.91 | $299,300.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**1400 Kearns Blvd Ste 100**
**Park City, UT 84060**

**2011 MCI J4500 VIN 2MG3JMHA2BW065951**

Creditor's mailing address

Describe the lien
**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**4/28/16**

**Last 4 digits of account number**
**5704**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 8 | **Wells Fargo** | Describe debtor's property that is subject to a lien | $111,900.48 | $33,446.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**733 Marquette Ave**
**N9306-070, Ste 700, FL107**
**Minneapolis, MN 55402**

**(6) 2014 Ford E350 Super Shuttle Vans, VINs -61609, -61601, -61614, -61610, -61613, & -61602 (See VEHICLE FLEET LIST (p.5) for individual debts and values)**

Creditor's mailing address

Describe the lien
**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**4/15/15**

**Last 4 digits of account number**
**5700**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **All Resort Group, Inc.** | Case number (if know) | **17-23687** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 9 | **Wells Fargo Equipment Finance** | | $25,946.59 | $33,777.00 |
|---|---|---|---|---|

Creditor's Name

**733 Marquette Ave N9306-070, Ste 700, FL107 Minneapolis, MN 55402**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**3/11/15 (by Lewis Carriages, Inc.)**
Last 4 digits of account number
**2700**
Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Equitable interest in 2015 Chevrolet Suburban LT, VIN 1GNSKJKCXFR506446**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 0 | **Wells Fargo Equipment Finance** | | $20,130.64 | $21,416.00 |
|---|---|---|---|---|

Creditor's Name

**733 Marquette Ave N9306-070, Ste 700, FL107 Minneapolis, MN 55402**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/18/15**
Last 4 digits of account number
**0PCT**
Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2015 Ford Transit Connect Van, VIN 1FBVU4XG6FKA38578**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 1 | **Wells Fargo Equipment Finance** | | $55,474.50 | $259,800.00 |
|---|---|---|---|---|

Creditor's Name

**733 Marquette Ave N9306-070, Ste 700, FL107 Minneapolis, MN 55402**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2010 MCI J4500, VIN 2MG3JMEAXAW065553**

Describe the lien

---

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 24 of 29

| Debtor | All Resort Group, Inc. | Case number (if know) | 17-23687 |
|---|---|---|---|
| | Name | | |

Note & Security Agreement w/ Title (TRAC)

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**6/7/10**

**Last 4 digits of account number**
**5104**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 2 | **Wells Fargo Equipment Finance** | Describe debtor's property that is subject to a lien | $253,750.34 | $299,300.00 |
|---|---|---|---|---|

Creditor's Name

**733 Marquette Ave
N9306-070, Ste 700, FL107
Minneapolis, MN 55402**

Creditor's mailing address

**2011 J4500, VIN 2MG3JMHA6BW065899**

**Describe the lien**

Note & Security Agreement w/ Title

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5703**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 3 | **Wells Fargo Equipment Finance** | Describe debtor's property that is subject to a lien | $257,878.91 | $299,300.00 |
|---|---|---|---|---|

Creditor's Name

**733 Marquette Ave
N9306-070, Ste 700, FL107
Minneapolis, MN 55402**

Creditor's mailing address

**2011 J4500, VIN 2MG3JMHA2BW065950**

**Describe the lien**

Note & Security Agreement w/ Title

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5704**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 25 of 29

| Debtor | **All Resort Group, Inc.** | Case number (if know) | **17-23687** |
|---|---|---|---|
| | Name | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 4 | **Wells Fargo Equipment Finance** | | |
|---|---|---|---|

Creditor's Name

**733 Marquette Ave
N9306-070, Ste 700, FL107
Minneapolis, MN 55402**

Creditor's mailing address

Describe debtor's property that is subject to a lien    $261,991.41    $299,300.00
**2011 J4500, VIN 2MG3JMHA9BW065900**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
5705**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 5 | **Wells Fargo Equipment Finance** | | |
|---|---|---|---|

Creditor's Name

**733 Marquette Ave
N9306-070, Ste 700, FL107
Minneapolis, MN 55402**

Creditor's mailing address

Describe debtor's property that is subject to a lien    $5,019.20    $208,300.00
**2008 J4500, 2M93JMHA78W064468**

Describe the lien
**Note & Security Agreement w/ Title**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
5700**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 6 | **Wells Fargo Equipment Finance** | | |
|---|---|---|---|

Creditor's Name

**733 Marquette Ave
N9306-070, Ste 700, FL107
Minneapolis, MN 55402**

Creditor's mailing address

Describe debtor's property that is subject to a lien    $25,946.59    $33,102.00
**Equitable interest in 2015 Chevrolet
Suburban LT, VIN 1GNSKJKC5FR530332**

Describe the lien
**Note & Security Agreement w/ Title**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 26 of 29

| Debtor | All Resort Group, Inc. | Case number (if know) | 17-23687 |
|---|---|---|---|
| | Name | | |

---

Creditor's email address, if known

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/11/15 (by Lewis Carriages, Inc.)**

**Last 4 digits of account number**
**2700**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 7 | **Wells Fargo Equipment Finance** | | |
|---|---|---|---|
| | Creditor's Name | | |

**733 Marquette Ave**
**N9306-070, Ste 700, FL107**
**Minneapolis, MN 55402**
Creditor's mailing address

Describe debtor's property that is subject to a lien

**Equitable interest in 2015 Chevrolet Suburban LT, VIN 1GNSKJKC5FRS27253**

$25,946.59          $35,008.00

Describe the lien

**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**3/11/15 (by Lewis Carriages, Inc.)**

**Last 4 digits of account number**
**2700**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 8 | **Wells Fargo Equipment Finance** | | |
|---|---|---|---|
| | Creditor's Name | | |

**733 Marquette Ave**
**N9306-070, Ste 700, FL107**
**Minneapolis, MN 55402**
Creditor's mailing address

Describe debtor's property that is subject to a lien

**2013 Ford/Federal Coach Spirit Shuttle Bus, VIN 1FKXE4FS0DDA36152**

$34,056.24          $32,000.00

Describe the lien

**Note & Security Agreement w/ Title**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5702**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | All Resort Group, Inc. | Case number (if know) | 17-23687 |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.69 | **Wells Fargo Equipment Finance** | | |
|---|---|---|---|

Creditor's Name

**733 Marquette Ave N9306-070, Ste 700, FL107 Minneapolis, MN 55402**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2014 GCA Freightliner, VIN 4UZACRDT1ECFL9509**

$51,783.32    $111,900.00

**Describe the lien**
**Note & Security Agreement w/ Title**
**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5701**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.70 | **Wells Fargo Equipment Finance** | | |
|---|---|---|---|

Creditor's Name

**733 Marquette Ave N9306-070, Ste 700, FL107 Minneapolis, MN 55402**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2014 Mercedes Meridian Sprinter, VIN WD3PF4CBXE5874085**

$34,056.24    $25,567.00

**Describe the lien**
**Note & Security Agreement w/ Title**
**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5702**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.71 | **Wells Fargo Equipment Finance** | | |
|---|---|---|---|

Creditor's Name

**733 Marquette Ave N9306-070, Ste 700, FL107 Minneapolis, MN 55402**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2011 J4500, VIN 2MG3JMHA0BW065901**

$253,750.34    $299,300.00

**Describe the lien**
**Note & Security Agreement w/ Title**

---

| Debtor | **All Resort Group, Inc.** | Case number (if know) | **17-23687** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5703**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

3.     Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $7,642,212.88

**Part 2:**     List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Evan S. Goldstein**<br>**Updike, Kelly & Spellacy, P.C.**<br>**100 Pearl St 17th Fl**<br>**Hartford, CT 06123** | Line _2.33_ | |
| **Mitchell D. Cohen**<br>**VedderPrice**<br>**1633 Broadway 31st Fl**<br>**New York, NY 10019** | Line _2.52_ | |
| **Wells Fargo**<br>**Wells Fargo Bank**<br>**Mac X2505-033  POB 10438**<br>**Des Moines, IA 50306** | Line _2.57_ | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**VEHICLE FLEET LIST**

| Model | VIN | Finance Company | Loan No. | Monthly Rate | Amount Owed | FMV |
|---|---|---|---|---|---|---|
| Ford Transit 350 HD Van Extended Length w/Dual Sliding Side Doors w/10360-lb GVWR Van 4D | 1FBVU4XG2FKA14018 | Ally | 024-9227-25931 | $   742.51 | $   21,345.00 | $   14,901.00 |
| Chevrolet Traverse LT Sport Utility 4D | 1GNKVHKD9EJ282897 | Ally | 024-9220-34387 | $   751.87 | $   17,144.69 | $   12,534.00 |
| Kia Sorento EX Sport Utility 4D | 5XYKUDA74EG447822 | Ally | 611-9210-16865 | $   429.72 | $   11,830.43 | $   13,187.00 |
| Cadillac SRX | 3GYFNJE30DS568231 | Ally | 024-9201-58736 | $   801.00 | $   7,918.64 | $   12,940.00 |
| Chevrolet Suburban 2500 LT Sport Utility 4D | 1GNSKJE7XDR213013 | Ally | 024-9193-40732 | $   819.04 | $   6,462.06 | $   8,378.00 |
| Chevrolet Suburban 2500 LT Sport Utility 4D | 1GNSKJE70DR212906 | Ally | 024-9201-36375 | $   819.04 | $   6,460.60 | $   8,378.00 |
| Chevrolet Suburban 2500 LT Sport Utility 4D | 1GNSKJE74DR212892 | Ally | 024-9198-34297 | $   819.04 | $   6,460.60 | $   7,945.00 |
| Chevrolet Suburban 2500 LT Sport Utility 4D | 1GNSKJE76DR212876 | Ally | 024-9191-38286 | $   819.04 | $   6,711.89 | $   8,883.00 |
| Chevrolet Suburban 2500 LT Sport Utility 4D | 1GNSKJE79DR212760 | Ally | 024-9191-39592 | $   819.04 | $   6,460.60 | $   8,883.00 |
| Chevrolet Suburban 2500 LT Sport Utility 4D | 1GNSKJE75DR212707 | Ally | 024-9198-34280 | $   819.04 | $   6,460.71 | $   9,162.00 |
| Kia Sorento Sport Utility 4D | 5XYKUD29DG332751 | Ally | 024-9188-71549 | $   572.23 | $   1,715.91 | $   5,198.00 |
| Chevrolet Suburban 2500 | 1GNSKJE31BR300809 | Ally | 024-9197-26062 | $   648.62 | $   4,483.06 | $   19,501.00 |
| Thomas Built Bus HDX | 1T7YU2F28E1167528 | Daimler-Mercedes Benz Financial Services | 100-0242792-001 | $   3,712.46 | $   58,439.46 | |
| Thomas Built Bus HDX | 1T7YU2F26E1167530 | Daimler-Mercedes Benz Financial Services | 100-0242792-001 | $   3,712.46 | $   58,439.46 | |
| Thomas Built Bus HDX | 1T7YU2F28E1167531 | Daimler-Mercedes Benz Financial Services | 100-0242792-001 | $   3,712.46 | $   58,439.46 | |
| Thomas Built Bus HDX | 1T7YU2F2XE1167529 | Daimler-Mercedes Benz Financial Services | 100-0242792-001 | $   3,712.46 | $   58,439.46 | |
| Thomas Built Bus HDX | 1T7YU2F2XE1167532 | Daimler-Mercedes Benz Financial Services | 100-0242792-001 | $   3,712.46 | $   58,439.46 | |
| Thomas Built Bus SAF-T-Liner HDX | 1T7YU2F2381290075 | Daimler-Mercedes Benz Financial Services | 100-0237795-001 | $   1,417.30 | $   17,834.67 | |
| Thomas Built Bus SAF-T-Liner HDX | 1T7YU2F2581290076 | Daimler-Mercedes Benz Financial Services | 100-0237795-001 | $   1,417.30 | $   17,834.67 | |
| Thomas Built Bus SAF-T-Liner HDX | 1T7YU2F2781290077 | Daimler-Mercedes Benz Financial Services | 100-0237795-001 | $   1,417.30 | $   17,834.67 | |
| Thomas Built Bus SAF-T-Liner HDX | 1T7YU2F2981290078 | Daimler-Mercedes Benz Financial Services | 100-0237795-001 | $   1,417.30 | $   17,834.67 | |
| Thomas Built Bus SAF-T-Liner HDX | 1T7YU2F2081290079 | Daimler-Mercedes Benz Financial Services | 100-0237795-001 | $   1,417.30 | $   17,834.67 | |

**VEHICLE FLEET LIST**

| Model | VIN | Finance Company | Loan No. | Monthly Rate | Amount Owed | FMV |
|---|---|---|---|---|---|---|
| Cadillac CT6 3.0 Twin Turbo Luxury Sedan 4D | 1G6KK5R66GU154855 | Jerry Seiner Chevrolet Inc. / GM Financial | 211000108609 | $ 1,265.67 | $ 59,000.00 | $ 35,510.00 |
| 30' Eldorado EX Rider Transit Bus | 1N9TDAC892C084166 | Signature Financial | 103870-4166 | $ 551.26 | | |
| 30' Eldorado EX Rider Transit Bus | 1N9TDAC852C084164 | Signature Financial | 103870-4164 | $ 1,463.12 | | |
| 30' Eldorado EX Rider Transit Bus | 1N9TDAC842C084169 | Signature Financial | 103870-4169 | $ 551.26 | | |
| 30' Eldorado EX Rider Transit Bus | 1N9TDAC822C084171 | Signature Financial | 103870-4171 | $ 219.67 | | |
| 30' Gillig Phantom Transit Bus | 15GCA181XY1110378 | Signature Financial | 103870-0378 | $ 1,463.12 | | |
| 30' Gillig Phantom Transit Bus | 15GCA1811Y1110379 | Signature Financial | 103870-0379 | $ 1,695.23 | | |
| 30' Gillig Phantom Transit Bus | 15GCA1818Y1110380 | Signature Financial | 103870-0380 | $ 1,695.23 | | |
| 30' Gillig Phantom Transit Bus | 15GCA1814Y1110375 | Signature Financial | 103870-0375 | $ 1,463.12 | | |
| 30' Gillig Phantom Transit Bus | 15GCA1816Y1110376 | Signature Financial | 103870-0376 | $ 1,463.12 | | |
| 30' Gillig Phantom Transit Bus | 15GCA1818Y1110377 | Signature Financial | 103870-0377 | $ 1,463.12 | | |
| 40' Gillig Phantom Transit Bus | 15GCD211XY1110167 | Signature Financial | 103870-0167 | $ 1,463.12 | | |
| 40' Gillig Phantom Transit Bus | 15GCD2111XY1110168 | Signature Financial | 103870-0168 | $ 1,463.12 | $ 225,110.46 | |
| Chevrolet Suburban LT | 1GNSKJKC5FR530332 | Wells Fargo | 200-0453572-700 | $ 1,279.67 | $ 25,946.59 | $ 33,102.00 |
| Chevrolet Suburban LT | 1GNSKJKCXFR506446 | Wells Fargo | 200-0453572-700 | $ 1,279.67 | $ 25,946.59 | $ 33,777.00 |
| Chevrolet Suburban LT | 1GNSKJKC5FR527253 | Wells Fargo | 200-0453572-700 | $ 1,279.67 | $ 25,946.59 | $ 35,008.00 |
| Ford Transit 350 HD Van Extended Length w/Dual Sliding Side Doors w/10360-lb GVWR Van 4D | 1FBVU4XG6FKA38578 | Wells Fargo | 10342232-700 | $ 907.10 | $ 20,130.64 | $ 21,416.00 |
| FORD E3550 SD XLT | 1FMNE3BLXEDA61609 | Wells Fargo | 001-0460535-700 | $ 746.67 | $ 18,650.08 | $ 5,597.00 |
| FORD E3550 SD XLT | 1FMNE3BL5EDA61601 | Wells Fargo | 001-0460535-700 | $ 746.67 | $ 18,650.08 | $ 5,339.00 |
| FORD E3550 SD XLT | 1FMNE3BL3EDA61614 | Wells Fargo | 001-0460535-700 | $ 746.67 | $ 18,650.08 | $ 5,339.00 |
| FORD E3550 SD XLT | 1FMNE3BL6EDA61610 | Wells Fargo | 001-0460535-700 | $ 746.67 | $ 18,650.08 | $ 5,092.00 |
| FORD E3550 SD XLT | 1FMNE3BL1EDA61613 | Wells Fargo | 001-0460535-700 | $ 746.67 | $ 18,650.08 | $ 5,868.00 |
| FORD E3550 SD XLT | 1FMNE3BL7EDA61602 | Wells Fargo | 001-0460535-700 | $ 746.67 | $ 18,650.08 | $ 6,211.00 |
| GCA Freightliner | 4UZACRDT1ECFL9509 | Wells Fargo | 001-0196265-701 | $ 3,309.00 | $ 51,783.32 | $ 111,900.00 |
| MERCEDES Meridain Sprinter Shuttle Busses | WD3PF4CBXE5874085 | Wells Fargo | 001-0196265-702 | $ 1,847.50 | $ 34,056.24 | $ 25,567.00 |
| Ford/Federal Coach Spirit Shuttle Bus | 1FDXE4FS0DDA36152 | Wells Fargo | 001-0196265-702 | $ 1,847.50 | $ 34,056.24 | $ 32,000.00 |
| | | | | $ 66,959.28 | $ 1,098,701.95 | $ 491,616.00 |

**VEHICLE FLEET LIST**

| Year | Model | VIN | Finance Company | Lease/Loan No. | Monthly Rate | Amount Owed | FMV |
|------|-------|-----|-----------------|----------------|--------------|-------------|-----|
| 2013 | J4500 | 2MG3JMBA1DW066535 | Bank of America | 2581900-702 | $ 6,812.92 | $ 235,373.00 | $ 341,300.00 |
| 2013 | TX45 | YE2TC1AB7D2044409 | Bank of America | 2581900-701 | $ 7,034.51 | $ 237,716.00 | $ 343,000.00 |
| 2008 | J4500 | 2M93JMHA38W064578 | BMO Harris | 5903804001 | $ 5,057.40 | $ 10,087.55 | $ 208,300.00 |
| 2016 | International Ameritrans M2 | 1FVACWDT1GHHN8113 | First Midwest Equipment Finance Company | Agreement No.: 67894-001 | $ 3,026.80 | $ 185,451.00 | $ 84,800.00 |
| 2016 | International Odyssey | 1FVACWDT2GHHA5691 | First Source Bank | Application No.: 4124291 | $ 3,369.45 | $ 207,276.00 | $ 84,800.00 |
| 2017 | J4500 | 2MG3JMBA1HW067920 | Key Equipment Finance | 1800112346 | $ 6,054.42 | $ 487,350.00 | $ 512,000.00 |
| 2017 | J4500 | 2MG3JMBA7HW067923 | Key Equipment Finance | 1800112346 | $ 6,054.42 | $ 487,350.00 | $ 512,000.00 |
| 2015 | J4500 | 2MG3JMBA0FW067243 | Peoples Capitol | 2356-002 | $ 5,559.25 | $ 429,924.00 | $ 385,200.00 |
| 2015 | J4500 | 2MG3JMBA8FW067250 | Peoples Capitol | 2356-003 | $ 5,559.25 | $ 429,925.00 | $ 385,200.00 |
| 2015 | J4500 | 2MG3JMBA4FW067293 | Peoples Capitol | 2356-004 | $ 5,584.00 | $ 448,186.00 | $ 385,200.00 |
| 2011 | T2145 | YE2TC19B0B2044754 | Peoples Capitol | 2366-002 | $ 5,760.00 | $ 69,120.00 | $ 307,200.00 |
| 2011 | T2145 | YE2TC19B6B2044757 | Peoples Capitol | 2366-003 | $ 5,760.00 | $ 74,880.00 | $ 307,200.00 |
| 2009 | J4500 | 2MG3JMHA09W065357 | Peoples Capitol | 2366-001 | $ 4,762.77 | $ 60,630.00 | $ 235,600.00 |
| 2006 | J4500 | 2M93JMDA46W063524 | Peoples Capitol | cross-collateralized | $ - | $ - | $ 165,300.00 |
| 2015 | BCA45 | 4B9000JCXFZ489004 | Signature Financial | 109753-002 | $ 5,079.38 | $ 323,960.51 | $ 357,600.00 |
| 2014 | GCA Freightliner | 4UZACRDTXECFL9511 | Sun Trust | 443-7009108-001 | $ 3,321.78 | $ 43,210.12 | $ 71,900.00 |
| 2014 | TX45 | YE2YC11BXE2041110 | Sun Trust | 443-7009108-002 | $ 7,052.68 | $ 310,317.70 | $ 439,000.00 |
| 2014 | TX45 | YE2YC11B3E2041112 | Sun Trust | 443-7009108-002 | $ 7,052.68 | $ 310,317.70 | $ 439,000.00 |
| 2017 | TURTLE TOP | 1FDWE3FSXGDC19181 | TCF | Master Lease Number: 0504558M Equipment Sched No. :003-0504558-100 | $ 1,352.87 | $ 97,406.64 | $ 105,000.00 |
| 2017 | TURTLE TOP | 1FDWE3FS8GDC36206 | TCF | Master Lease Number: 0504558M Equipment Sched No. :003-0504558-100 | $ 1,352.87 | $ 97,406.64 | $ 105,000.00 |
| 2016 | Dodge RAM Ameritrans | 3C7WRMDL8DG598919 | TCF | Master Lease Number: 0504558M Equipment Sched No. :003-0504558-100 | $ 2,063.80 | $ 129,114.00 | $ 121,940.15 |

**VEHICLE FLEET LIST**

| Year | Model | VIN | Finance Company | Lease/Loan No. | Monthly Rate | Amount Owed | FMV |
|------|-------|-----|-----------------|----------------|--------------|-------------|-----|
| 2015 | Dodge RAM Ameritrans | 3C7WRMDL7DG598913 | TCF | Master Lease Number: 0504558M Equipment Sched No. :003-0504558-100 | $ 2,077.95 | $ 99,133.00 | $ 90,093.20 |
| 2015 | BCA45 | 4B9000JCLPZ4B9005 | Webster Capital | | $ 5,421.70 | $ 367,000.00 | $ 357,000.00 |
| 2011 | J4500 | 2MG3JMHA1BW065910 | Wells Fargo | 001-0196265-106 | $ 5,700.00 | $ 120,797.00 | $ 299,300.00 |
| 2011 | J4500 | 2MG3JMHA0BW065901 | Wells Fargo | 001-0196265-703 | $ 5,136.00 | $ 253,750.34 | $ 299,300.00 |
| 2011 | J4500 | 2MG3JMHA6BW065899 | Wells Fargo | 001-0196265-703 | $ 5,136.00 | $ 253,750.34 | $ 299,300.00 |
| 2011 | J4500 | 2MG3JMHA2BW065950 | Wells Fargo | 001-0196265-704 | $ 5,136.00 | $ 257,878.91 | $ 299,300.00 |
| 2011 | J4500 | 2MG3JMHA4BW065951 | Wells Fargo | 001-0196265-704 | $ 5,136.00 | $ 257,878.91 | $ 299,300.00 |
| 2011 | J4500 | 2MG3JMHA9BW065900 | Wells Fargo | 001-0196265-705 | $ 5,136.00 | $ 261,991.41 | $ 299,300.00 |
| 2010 | J4500 | 2MG3JMEA8AW065552 | Wells Fargo | 001-0196265-103 | $ 5,045.00 | $ 55,470.50 | $ 259,800.00 |
| 2010 | J4500 | 2MG3JMEAXAW065553 | Wells Fargo | 001-0196265-104 | $ 5,047.00 | $ 55,474.50 | $ 259,800.00 |
| 2008 | J4500 | 2M93JMHA78W064468 | Wells Fargo | 001-0196265-700 | $ 5,045.00 | $ 5,019.20 | $ 208,300.00 |
| **TOTAL:** | | | | | **$ 151,687.88** | **$ 6,663,145.95** | **$ 8,867,333.35** |

**Fill in this information to identify the case:**

Debtor name __**All Resort Group, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF UTAH__

Case number (if known) __**17-23687**__

■ Check if this is an
amended filing

## Official Form 206E/F
### Schedule E/F: Creditors Who Have Unsecured Claims

SECOND AMENDED

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Alpine Ski Properties**<br>**875 Ironhorse Ste D**<br>**PO Box 684289**<br>**Park City, UT 84068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$23.40** | **$23.40** |
| | Date or dates debt was incurred<br>**1/21/17** | Basis for the claim:<br>**Commissions** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Altitude Home Concierge**<br>**1776 Park Ave #4-241**<br>**Park City, UT 84060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,697.67** | **$0.00** |
| | Date or dates debt was incurred<br>**12/27/16 - 1/5/17** | Basis for the claim:<br>**Commissions** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$23.85** | **$23.85** |
|---|---|---|---|---|
| | **Betsey Sancetta**<br>**2 Ward Ave**<br>**Wyckoff, NJ 07481** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2/23/17** | Basis for the claim:<br>**Commissions** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,525.00** | **Unknown** |
|---|---|---|---|---|
| | **Brian Parkinson**<br>**1534 N 300 W**<br>**Clearfield, UT 84015** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**02/20/16 - 10/29/16** | Basis for the claim:<br>**Underpayment of wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$48.80** | **$48.80** |
|---|---|---|---|---|
| | **Chateau Apres Lodge**<br>**1299 Norfolk**<br>**Park City, UT 84060** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/13/17 - 2/3/17** | Basis for the claim:<br>**Commissions** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$80.40** | **$0.00** |
|---|---|---|---|---|
| | **Club Lespri**<br>**1765 Sidewinder Dr**<br>**Park City, UT 84060** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**12/23/16 - 2/20/17** | Basis for the claim:<br>**Commissions** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$23.50** | **$23.50** |
|---|---|---|---|---|

**David Bekstrand**
**2121 Park Ave**
**PO Box 1778**
**Park City, UT 84060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/16/17 - 2/20/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$28.62** | **$28.62** |
|---|---|---|---|---|

**DeRose Enterprises**
**2549 E Kensignton Ave**
**Salt Lake City, UT 84108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/8/17 - 1/14/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$26.40** | **$26.40** |
|---|---|---|---|---|

**Destination hotels Utah**
**1456 newpark Blvd**
**Park City, UT 84098**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/21/16 - 2/12/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$50.70** | **$50.70** |
|---|---|---|---|---|

**Double C/Sky Ranch**
**6460 N Landmark Dr**
**Park City, UT 84060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/26/16 - 2/2/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **All Resort Group, Inc.** | | Case number (if known) | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.28 | $149.28 |
|---|---|---|---|---|

**Fast lane Luxury Travel**
**3980 Tampa Rd Ste 203**
**Oldsmar, FL 34677**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/16/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.10 | $131.10 |
|---|---|---|---|---|

**Hillary Caravaglia**
**PO Box 2624**
**Park City, UT 84060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/3/17 - 2/25/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Internal Revenue Service**
**Central Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2916**

Basis for the claim:
**Potential 2016 income taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.50 | $38.50 |
|---|---|---|---|---|

**John D. Love**
**615 Woodside Ave**
**Park City, UT 84060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/26/16 - 1/2/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$25.84** | **$25.84** |
|---|---|---|---|---|---|

**Kevin Raggio**
**4000 Canyons Resort Dr**
**Park City, UT 84098**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/18/16 - 1/24/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$39.30** | **$39.30** |
|---|---|---|---|---|---|

**Linda Ryan**
**PO Box 980482**
**Park City, UT 84098**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**1/1/17, 12/28/16**

Basis for the claim:
**Commissions**
**15.90**
**23.40**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$146.00** | **$146.00** |
|---|---|---|---|---|---|

**Lodges at Deer Valley**
**2900 Deer Valley Dr**
**Park City, UT 84060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/7/16 - 2/26/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$46.36** | **$46.36** |
|---|---|---|---|---|---|

**Luxury Park City Rentals**
**PO box 904**
**Park City, UT 84060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/16/16 - 1/14/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **All Resort Group, Inc.** | | Case number (if known) | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.12 | $133.12 |
|---|---|---|---|---|

**Marriott Summitt Watch**
**780 Main St**
**Park City, UT 84060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/16/16 - 1/14/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,407.62 | $10,407.62 |
|---|---|---|---|---|

**Nevada Dept of Taxation**
**2550 Paseo Verde Pkwy #180**
**Henderson, NV 89074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**?**

Basis for the claim:
**?**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.50 | $138.50 |
|---|---|---|---|---|

**Premier Property Services**
**6300 N Sagewood Dr H-107**
**Park City, UT 84098**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/26/17 - 2/10/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54,564.05 | $54,564.05 |
|---|---|---|---|---|

**Salt Lake County Treasurer**
**Attn: Ray Lancaster**
**PO Box 144575**
**Salt Lake City, UT 84114-4575**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **t413**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **All Resort Group, Inc.** | | Case number (if known) | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.90 | $15.90 |
|---|---|---|---|---|

**St. Regis**
**PO Box 4493**
**Park City, UT 84060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/25/17** | **Commissions** |

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152,796.42 | $152,796.42 |
|---|---|---|---|---|

**State of Nevada**
**Attn: Jennifer Rodriguez**
**2550 Paseo Verde Pkwy Ste 180**
**Henderson, NV 89074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2016 - 2017** | **Transport taxes** |

Last 4 digits of account number **2182**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,188.53 | $14,188.53 |
|---|---|---|---|---|

**State of Nevada**
**Attn: Jennifer Rodriguez**
**2550 Paseo Verde Pkwy Ste 180**
**Henderson, NV 89074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017** | **Modified Business Tax** |

Last 4 digits of account number **2182**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**State of Utah - Division of**
**Corporations**
**PO Box 146705**
**Salt Lake City, UT 84114-6705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | All Resort Group, Inc. | Case number (if known) | 17-23687 |
|---|---|---|---|
| | Name | | |

---

**2.27** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00

**State of Utah - Division of Corporations**
**PO Box 146705**
**Salt Lake City, UT 84114-6705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,257.28 | $6,257.28

**State of Wyoming**
**1510 E Pershing Blvd**
**Cheyenne, WY 82002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.90 | $15.90

**Travel Experts**
**212 Sawmill Rd**
**Raleigh, NC 27615**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/10/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.30** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.92 | $12.92

**Treasure Mountain Inn**
**PO box 1570**
**Park City, UT 84060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/9/17 - 2/13/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$32.20** | **$32.20** |
|---|---|---|---|---|

**Utah Adventure Concierge**
**1781 Sidewinder Dr**
**Park City, UT 84060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/4/17 - 2/25/17**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Utah State Tax Commission**
**Attn Bankruptcy Unit**
**210 North 1950 West**
**Salt Lake City, UT 84134**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:
**Potential 2016 income taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,492.25** | **$2,492.25** |
|---|---|---|---|---|

**Utah State Tax Commission - DMV**
**PO Box 30412**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3.80** | **$3.80** |
|---|---|---|---|---|

**Waldorf Astoria**
**2100 Frostwood Ln**
**Park City, UT 84098**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/18/16**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.30 | $220.30 |
|---|---|---|---|---|

**Zermatt**
**784 W Resort Dr**
**Midway, UT 84049**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **12/24/16 - 2/26/17** | **Commissions** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**1251 Kearns LLC**
**PO Box 683010**
**Park City, UT 84068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Lease . . .**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39.30 |
|---|---|---|---|

**909Parkave.com**
**PO Box 980482**
**Park City, UT 84068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,598.26 |
|---|---|---|---|

**ABC Companies - Parts IN**
Po Box 856703
**Minneapolis, MN 55485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,368.85 |
|---|---|---|---|

**Accountemps**
**PO Box 743295**
**Los Angeles, CA 90074-3295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,161.72 |
|---|---|---|---|

**Action Mobile Repair**
**1145 S Richards St**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | All Resort Group, Inc. | | Case number (if known) | 17-23687 |
|---|---|---|---|---|
| | Name | | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $577.71 |
|---|---|---|---|
| | **AIRGAS USA, LLC**<br>**PO BOX 93500**<br>**Long Beach, CA 90809** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services or supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|
| | **Alarmco**<br>**2007 Las Vegas Blvd South**<br>**Las Vegas, NV 89104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Utilities** | |
| | Last 4 digits of account number  **R401** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.72 |
|---|---|---|---|
| | **Alpha Communication Sites, Inc.**<br>**1202 S 300 W**<br>**Salt Lake City, UT 84101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services or supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $655.00 |
|---|---|---|---|
| | **Alpha Environmental Services**<br>**3315 East Russell Road A-4 #210**<br>**Las Vegas, NV 89120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services or supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.40 |
|---|---|---|---|
| | **Alpine Ski Properties**<br>**Po Box 684289**<br>**Park City, UT 84068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services or supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $789.93 |
|---|---|---|---|
| | **Alsco Corp.**<br>**3370 W 1820 S**<br>**SALT LAKE CITY, UT 84104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services or supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,697.67 |
|---|---|---|---|
| | **Altitude Home Concierge**<br>**Attn: Craig Owens**<br>**1776 Park Ave #4-241**<br>**Park City, UT 84060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services or supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$420.00** |
|---|---|---|---|

**Altman Intiative Group, Inc**
**4827 Buck's Bluff Drive**
**North Myrtle Beach, SC 29582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**American Express**
**c/o Jaffe and Asher LLP**
**600 Third Ave**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Settlement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00** |
|---|---|---|---|

**American Limousine**
**PO Box 283**
**Orem, UT 84059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subcharter fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$540.00** |
|---|---|---|---|

**AMS Towing**
**233 Washington Blvd**
**Ogden, UT 84404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,731.71** |
|---|---|---|---|

**Apparatus Equipment & Service, Inc**
**1103 South 700 West**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,349.83** |
|---|---|---|---|

**Aramark Uniform Services - Kennecott**
**PO Box 101242**
**PASADENA, CA 91189-0005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,030.77** |
|---|---|---|---|

**Aramark Uniform Services- SLC**
**PO Box 101242**
**PASADENA, CA 91189-0005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
| --- | --- | --- | --- |
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,222.57** |
|---|---|---|---|
| | **Arkin Winner & Sherrod** | ☐ Contingent | |
| | **1117 S Rancho Dr** | ☐ Unliquidated | |
| | **Las Vegas, NV 89102** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Professional fees** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,197.60** |
|---|---|---|---|
| | **Arrow State Lines, Inc. - Las Vegas** | ☐ Contingent | |
| | **60 Corporate Park Dr** | ☐ Unliquidated | |
| | **Henderson, NV 89074** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Subcharter fees** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,188.88** |
|---|---|---|---|
| | **ASAP Automotive** | ☐ Contingent | |
| | **6990 S. State St** | ☐ Unliquidated | |
| | **Midvale, UT 84047** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Services or supplies** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,985.12** |
|---|---|---|---|
| | **Aspen Mountain Partners, LLC** | ☐ Contingent | |
| | **264 Ranch Rd** | ☐ Unliquidated | |
| | **FARMINGTON, UT 84025** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Services or supplies** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,518.00** |
|---|---|---|---|
| | **Associated Investments LLC** | ☐ Contingent | |
| | **PO Box 478** | ☐ Unliquidated | |
| | **Salt Lake City, UT 84110-0478** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Lease payments for warehouse space at 549 W 500 S, Salt Lake City, UT** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,636.50** |
|---|---|---|---|
| | **Associated Towing LLC** | ☐ Contingent | |
| | **PO Box 9963** | ☐ Unliquidated | |
| | **SALT LAKE CITY, UT 84109** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Services or supplies** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,467.90** |
|---|---|---|---|
| | **Associatinbackgroundchecks.com** | ☐ Contingent | |
| | **1200 NW South Outer Road** | ☐ Unliquidated | |
| | **Blue Springs, MO 64015** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Services or supplies** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **All Resort Group, Inc.** | | Case number (*if known*) | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Assurant Employee Benefits**
**PO Box 807009**
**Kansas City, MO 64184-7009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Life insurance premiums__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,629.12**

**AT&T Mobility ACH**
**MWBGEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  __T401__

Basis for the claim:  __Utilities__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$799.82**

**Auto Owners Insurance**
**15910 Ventura Blvd 6th Fl**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Insurance premium for Lewis Building__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$169.68**

**Automated Business Products Company**
**PO Box 651006**
**Salt Lake City, UT 84165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services or supplies__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,038.74**

**Barron Wilson, LLC**
**1500 kearns Blvd Ste F300**
**PO box 681780**
**Park City, UT 84068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lease payments due for office at 549 W 500 S, Salt Lake City, UT 84101__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,394.88**

**Bell Janitorial Supply**
**4464 West 2100 South, Suite A**
**Salt Lake City, UT 84120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services or supplies__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.71**

**Best Western Landmark -Double Sky J**
**6560 N Landmark Drive**
**PARK CITY, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services or supplies__

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,558.06** |
|---|---|---|---|

**Big O Tires**
**178 E South Temple**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.85** |
|---|---|---|---|

**BKS Travel - Betsey Sancetta**
**2 Ward Avenue**
**Wyckoff, NJ 07481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,498.00** |
|---|---|---|---|

**Blue Bird Auto Rental Systems**
**200 Mineral Springs Drive**
**Dover, NJ 07801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$207.50** |
|---|---|---|---|

**Brent Carson, LLC**
**7935 W Sahara Ave Ste 101**
**Las Vegas, NV 89117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Professional fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,230.34** |
|---|---|---|---|

**Bridgestone Americas**
**PO BOX 70249**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,129.10** |
|---|---|---|---|

**Brownell Travel**
**216 Summit Boulevard, Suite 220**
**Birmingham, AL 35243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Browz, LLC**
**13997 S. Minuteman Dr.**
**Ste. 350**
**DRAPER, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

---

**3.41** | Nonpriority creditor's name and mailing address

**Bruno Group Signature Events**
**8690 S Escalade Cir**
**Salt Lake City, UT 84121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$31,647.80**

---

**3.42** | Nonpriority creditor's name and mailing address

**Burt Brothers**
**737 North 400 West**
**North Salt Lake, UT 84054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,708.26**

---

**3.43** | Nonpriority creditor's name and mailing address

**Bus Stop Service Corp**
**155 W Imperial Ave**
**LAS VEGAS, NV 89102-2537**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$385.00**

---

**3.44** | Nonpriority creditor's name and mailing address

**Cactus & Tropicals**
**2735 South 2000 East**
**Salgt Lake City, UT 84109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$62.00**

---

**3.45** | Nonpriority creditor's name and mailing address

**Canyon Coach LInes**
**3525 W. Hacienda Ave**
**Las Vegas, NV 89118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$14,943.36**

---

**3.46** | Nonpriority creditor's name and mailing address

**Capital Premium**
**Hiscox Insurance Co., Inc. Risk Placemen**
**2178 S 900 E #6**
**Salt Lake City, UT 84106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **D&O insurance premiums**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,600.00**

---

**3.47** | Nonpriority creditor's name and mailing address

**CDW Direct LLC**
**300 N Milwaukee Ave**
**Vernon Hills, IL 60061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,934.84**

---

| Debtor | **All Resort Group, Inc.** | | Case number *(if known)* | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,632.00** |
|---|---|---|---|
| | **Central Parking System**<br>**AMF Box 22010**<br>**Salt Lake City, Ut 84122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Services or supplies** <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|
| | **Centura Bonanza Park LLC**<br>**PO Box 683010**<br>**Park City, UT 84068-3010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Lease payments for . . .** <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$318.83** |
|---|---|---|---|
| | **Century Link 801-328-9105**<br>**PO Box 29040**<br>**Phoenix, AZ 85038-9040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **T404** | Basis for the claim:  **Utilities** <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.80** |
|---|---|---|---|
| | **Chateau Apres Lodge**<br>**1299 Norfolk**<br>**Park City, UT 84060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Services or supplies** <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,923.17** |
|---|---|---|---|
| | **ChemStation of Utah**<br>**4464 West 2100 South, Suite A**<br>**Salt Lake City, UT 84120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Services or supplies** <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,638.82** |
|---|---|---|---|
| | **Christian & Barton LLP**<br>**909 E Main St Ste 1200**<br>**Richmond, VA 23219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Professional fees** <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,339.89** |
|---|---|---|---|
| | **Cintas Corp #59 11342**<br>**PO Box 29059**<br>**Phoenix, AZ 85038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Services or supplies** <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,436.50** |
|---|---|---|---|

**Cintas Corporation # 0199**
Po Box 631025
Cincinnati, OH 45263

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$397.29** |
|---|---|---|---|

**Cintas First Aid & Safety**
PO Box 631025
Cincinnati, OH 45263-1025

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47.42** |
|---|---|---|---|

**City of North Las Vegas ACH**
2250 Las Vegas Blvd N
Suite 250
North Last Vegas, NV 89030

Date(s) debt was incurred _

Last 4 digits of account number  **Y402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,407.50** |
|---|---|---|---|

**Claritysoft, LLC**
PO BOX 43016
Dublin, OH 43016

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,727.10** |
|---|---|---|---|

**Clark County Dept of Aviation**
Finance Division
PO Box 11005
Las Vegas, NV 89111

Date(s) debt was incurred  **2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **AVI airport fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,515.00** |
|---|---|---|---|

**Classic Tours**
972 Dalton Dr
Las Vegas, NV 89119

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcharter fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,445.00** |
|---|---|---|---|

**Columbus Secure Document Solutions**
3495 South West Temple
Salt Lake City, UT 84114

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

**3.62**

**Nonpriority creditor's name and mailing address**
**Comcast**
**P. O. Box 34744**
**SEATTLE, WAA 98124-1744**

Date(s) debt was incurred _

Last 4 digits of account number **C401**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$982.26**

---

**3.63**

**Nonpriority creditor's name and mailing address**
**Comcast 0432095**
**PO BOX 34744**
**Seattle, WA 98124-1744**

Date(s) debt was incurred _

Last 4 digits of account number **C402**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$250.78**

---

**3.64**

**Nonpriority creditor's name and mailing address**
**Comcast 0469212**
**PO BOX 34744**
**SEATTLE, WA 98124-1744**

Date(s) debt was incurred _

Last 4 digits of account number **C403**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$229.18**

---

**3.65**

**Nonpriority creditor's name and mailing address**
**Commercial Portfolio Advisors**
**2027 Baxter Dr**
**Heber City, UT 84032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional fees**

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.66**

**Nonpriority creditor's name and mailing address**
**Cox Business 128800641**
**Po Box 1259**
**Oaks, PA 19456**

Date(s) debt was incurred _

Last 4 digits of account number **X001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,127.81**

---

**3.67**

**Nonpriority creditor's name and mailing address**
**Cox Business 128981001**
**Po Box 1259**
**Oaks, PA 19456**

Date(s) debt was incurred _

Last 4 digits of account number **X403**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$299.90**

---

**3.68**

**Nonpriority creditor's name and mailing address**
**Cox Communication, Inc - 120216201**
**Po Box 1259**
**Oaks, PA 19456**

Date(s) debt was incurred _

Last 4 digits of account number **C401**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,946.24**

---

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$284.30** |
|---|---|---|---|

**Cox Communication, Inc** 092613502
Po Box 1259
Oaks, PA 19456

Date(s) debt was incurred _

Last 4 digits of account number  **C402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$159.80** |
|---|---|---|---|

**Culligan Las Vegas**
45143 North Lamb Blvd
Las Vegas, NV 89115

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,884.20** |
|---|---|---|---|

**CV PropCo, LLC**
4755 Dean Martin Dr
Las Vegas, NV 89103

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease payments for 4740 S Valley View Blvd (Arena Conference Center), Las Vegas, NV**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,267.27** |
|---|---|---|---|

**CWT SatoTravel**
701 Carlson Parkway
Mineetonka, MN 55305

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,660.95** |
|---|---|---|---|

**Dakota Bus Service, Inc.**
PO Box 609

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcharter fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,432.84** |
|---|---|---|---|

**Dale Evans Construction**
150 4800 S
Spearfish, SD 5778/3-0609

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,183.17** |
|---|---|---|---|

**Dana Warring**
9470 Samuel Clemens Ct
Las Vegas, NV 89147

Date(s) debt was incurred  **3/19/17 - 4/28/17**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unreimbursed expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | | Case number *(if known)* | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.36** |
|---|---|---|---|

**Davey Coach Sales**
**7182 Reynolds Drive**
**Sedalia, Co 80135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$260.00** |
|---|---|---|---|

**DB Highrise Services**
**9101 West Sahara Ave**
**Las Vegas, NV 89117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$381.27** |
|---|---|---|---|

**De Lage Financial Services, Inc.**
**PO box 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lease . . .**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Delores Darrow**
**c/o Lowe Law Group**
**6028 S Ridgeline Dr Ste 200**
**Ogden, UT 84405**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0409**

Basis for the claim:  **Litigation (Third-party Complaint) relating to slip-and-fall accident**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.28** |
|---|---|---|---|

**Dennis Brown**
**3859 S Valley View Ste 2-187**
**Las Vegas, NV 89147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/18/17**

Last 4 digits of account number _

Basis for the claim:  **Unreimbursed expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.62** |
|---|---|---|---|

**DeRose Enterprises LC**
**2549 E Kensington Ave**
**Salt Lake City, UT 84108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**DestinationTravel Network**
**7458 N La Cholia Blvd**
**Suite 100**
**Tucson, AZ 85741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00** |
|---|---|---|---|

**Diamond Parking Service**
**Po Box 1391**
**Salt Lake City, UT 84110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$873.03** |
|---|---|---|---|

**Diamond Rental**
**4518 South 500 West**
**Salt Lake City, UT 84123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,030.00** |
|---|---|---|---|

**Distinctive Systems Inc.**
**19531 Lost Creek Drive**
**Estero, FL 33967-5510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,896.03** |
|---|---|---|---|

**Driftwood Autobody, LLC**
**362 West 800 S**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,613.83** |
|---|---|---|---|

**Dynamond Building Maintenance**
**909 West 500 North**
**Unit E**
**Lindon, UT 84042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57.44** |
|---|---|---|---|

**EarthLimos.com**
**2901 S Highland Drive, Unit 6G**
**Las Vegas, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$199.90** |
|---|---|---|---|

**ECRM**
**MB: Press Camp ATTN:  Tracey**
**27070 Miles Road**
**Solon, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00**

**Eide Bailly, LLC**
**PO Box 2545**
**Fargo, ND 58108-2545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Professional fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Empire Pass HOA**
**c/o Plaint, Christensen & Kanell**
**136 E South Temple Ste 1700**
**Salt Lake City, UT 84111**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0409**

Basis for the claim:  **Litigation (Third-party Complaint) relating to slip-and-fall accident**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00**

**Encore Event Management, LLC**
**600 N Lake Shore Dr #2004**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Last 4 digits of account number __

Basis for the claim:  **Refund due for overpayment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,753.69**

**Enterprise Rent A Car**
**Po Box 402383**
**Atlanta, Ga 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,350.00**

**Euro Treasures Properties II, LLC**
**470 W 600 S**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Lease payments for lot behind 470 W 600 S, Salt Lake City, UT 84101**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$912.39**

**Event Promotion Supply**
**4690 Joliet Street**
**Denver,, CO 80239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$534.25**

**Express Auto Glass, Inc**
**PO BOX 637**
**West Jordan, UT 84084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | | Case number (if known) | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $546.00 |
|---|---|---|---|
| | **Extra Space Storagae** | ☐ Contingent | |
| | **2795 East Cottonwood Parkaway** | ☐ Unliquidated | |
| | **Suite 400** | ☐ Disputed | |
| | **Salt Lake City, UT 84121** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Services or supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149.28 |
|---|---|---|---|
| | **Fast Lane Luxury Travel** | ☐ Contingent | |
| | **3980 Tampa Rd Ste 203** | ☐ Unliquidated | |
| | **Oldsmar, FL 34677** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Services or supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.95 |
|---|---|---|---|
| | **FasTrak** | ☐ Contingent | |
| | **PO BOX 26925** | ☐ Unliquidated | |
| | **San Francisco, CA 94126** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Services or supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,051.10 |
|---|---|---|---|
| | **Federal Express** | ☐ Contingent | |
| | **Po Box 7221** | ☐ Unliquidated | |
| | **Pasadena, CA 91109** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Services or supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $841.80 |
|---|---|---|---|
| | **FirePro, LLC** | ☐ Contingent | |
| | **PO BOX 620876** | ☐ Unliquidated | |
| | **Las Vegas, NV 89162** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Services or supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.64 |
|---|---|---|---|
| | **First Bankcard** | ☐ Contingent | |
| | **Po Box 2818** | ☐ Unliquidated | |
| | **Omaha, NE 68103** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Services or supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,263.79 |
|---|---|---|---|
| | **First Call** | ☐ Contingent | |
| | **PO BOX 9464** | ☐ Unliquidated | |
| | **Springfield, MO 65801-9464** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Services or supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **All Resort Group, Inc.** | | Case number (if known) | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,026.80**

**First Midwest Equipment Finance Co**
**80 Gordon Street**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39.00**

**FIRSTMED**
**441 South Redwood Road**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.60**

**FIRSTMED INDUSTRIAL CLINIC**
**PO BOX 307**
**Bountiful, UT 84011-0307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$780.91**

**Fleet Pride, Inc**
**PO BOX 847118**
**Dallas, TX 75284-7118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fleetmatics USA, LLC**
**1100 Winter Street Ste 4600**
**Waltham, MA 02451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Breach of subscription contract**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Frank Suitter Law Office**
**PO Box 4282**
**Salt Lake City, UT 84110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Board of Directors' fee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$525.39**

**Freedom Truck & Trailer Parts, Inc**
**1153 South 3600 West**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

---

**3.111** | Nonpriority creditor's name and mailing address

**Gabriella Hunter**
1035 South 1100 East
Salt Lake City, UT 84105

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                      **$1,062.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address

**Garet Paskett**
c/o Austin B. Egan, Stavros Law P.C.
11693 S 700 E Ste 200
Draper, UT 84020

Date(s) debt was incurred **2017**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                      **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Complaint for retaliation, discrimination, lost wages, and interference in vioation of the Family and Medical leave Act, 29 U.S.C. § 2601, et seq.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address

**Gayos Antonia**
8851 Moonebeam Avenue
Panorama City, CA 91402

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                      **$2,400.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address

**Global Telematic Solutions, LLC**
151 W Galvani Dr Ste 150
Meridian, ID 83642

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                      **$13,140.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address

**GM Financial**
PO Box 183593
Arlington, TX 76096

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vehicle lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address

**Go To Citrix CC**
Po Box 50264
Los Angeles, CA 90074

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                      **$2,266.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address

**Gold Coast Tours**
105 Gemini Ave
Brea, CA 92821

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                      **$7,400.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcharter fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number (*if known*) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$194,500.00** |
|---|---|---|---|

**Gordon Cummins**
**6300 N Sagewood Dr Ste 127**
**Park City, UT 84098**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,887.50** |
|---|---|---|---|

**Gordon Law Group P.C.**
**345 W 600 S Ste 108**
**Heber City, UT 84032**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38.50** |
|---|---|---|---|

**Grand Love Shack - John D Love**
**615 Woodside Ave**
**Park City, UT 84060**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$230.00** |
|---|---|---|---|

**Granquist, James**
**7559 Lincoln**
**MIDVALE, UT 84047**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,676.66** |
|---|---|---|---|

**Griffco Partners**
**2800 S 400 W**
**South Salt Lake, UT 84115**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00** |
|---|---|---|---|

**Hailesen Ray**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,541.00** |
|---|---|---|---|

**Handi Van**
**111 E Broadway Ste 250**
**Salt Lake City, UT 84111**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcharter fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | | Case number (if known) | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,536.00**

**Hartford Fire Insurance Company**
**PO Box 731178**
**Dallas, TX 75373-1178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Insurance premiums for Property Flood Insurance for leased business premises at 549 W 500 S, Salt Lake City, UT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$126,511.83**

**HealthEZ**
**7201 W 78th St**
**Bloomington, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Insurance premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$878.73**

**Hightech Signs**
**1201 South Redwood Road**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,374.53**

**Hinckley's, Inc., dba Hincklease**
**Attn: Brian Baker**
**2305 S Presidents Dr Ste F**
**West Valley City, UT 84120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lease payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,658.16**

**Hinckley's, Inc., dba Hincklease**
**Attn: Brian Baker**
**2305 S Presidents Dr Ste F**
**West Valley City, UT 84120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **3740**

Basis for the claim:  **Lease payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$155,118.83**

**Hinckley's, Inc., dba Hincklease**
**Attn: Brian Baker**
**2305 S Presidents Dr Ste F**
**West Valley City, UT 84120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **#4859**
Last 4 digits of account number _

Basis for the claim:  **Lease payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$413.53**

**Hose & Rubber Supply, Inc**
**Po Box 158**
**Randolph, UT 84064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$531.22** |
|---|---|---|---|

**Hotel Park City**
**2001 Park Ave**
**Park City, Ut 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,538.80** |
|---|---|---|---|

**Humana, Inc.**
**PO Box 533**
**Carol Stream, IL 60132-0533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insurance premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,300.00** |
|---|---|---|---|

**Imagicom Corp.**
**PO BOX 1724**
**Layton, UT 84041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Last 4 digits of account number _

Basis for the claim:  **Software support**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.74** |
|---|---|---|---|

**Industrial Supply**
**Po Box 30600**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,430.44** |
|---|---|---|---|

**Integra Telecom - 620687**
**PO BOX 2966**
**Milwaukee, WI 53201-2966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **E406**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$612.15** |
|---|---|---|---|

**Integrity Fire Protection**
**PO BOX 743**
**Midvale, UT 84047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$349.39** |
|---|---|---|---|

**Intermountain Electric**
**1125 South 300 West**
**Salt Lake City, Ut 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number (*if known*) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$415.00** |
|---|---|---|---|

**International Motor Coach Group**
**12351 W 96th Terrace Ste 101**
**Lenexa, KS 66215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017**

**Last 4 digits of account number**

Basis for the claim:  **Dues**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,115.36** |
|---|---|---|---|

**IPFS Corporation**
**24722 Network Pl**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

Basis for the claim:  **Insurance premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$423,094.00** |
|---|---|---|---|

**James River Insurance Company**
**c/o Clyde Snow & Sessions**
**201 S Main St 13th Fl**
**Salt Lake City, UT 84111-2216**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  2016**

**Last 4 digits of account number  5EJF**

Basis for the claim:  **Breach of contract litigation relating to unpaid insurance premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,000.00** |
|---|---|---|---|

**Jaqualin Friend Peterson**
**675 E 2100 S**
**Salt Lake City, UT 84106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

Basis for the claim:  **Professional fees (settlement agreement)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeffrey Brueningsen, et al.**
**c/o Wrona Gordon & Dubois, PC**
**1745 Sidewinder Dr**
**Park City, UT 84060**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  2012**

**Last 4 digits of account number  43DN**

Basis for the claim:  **Pending class action litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,950.00** |
|---|---|---|---|

**Jerry Fox**
**5225 Camila Drive**
**Charlotte, NC 28226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$348.82** |
|---|---|---|---|

**Jerry Seiner**
**730 West 21st South**
**Salt lake City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | | Case number (*if known*) | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,938.66** |
|---|---|---|---|

**Jiffy Lube**
**P. O. Box 620130**
**Middleton, WI 53562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Services or supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,611.25** |
|---|---|---|---|

**JourneyTEAM**
**859 W South Joradan Parkway**
**Suite 100**
**South Jordan, UT 84095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Services or supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$350.00** |
|---|---|---|---|

**JSD 14-704**
**2160 W 10400 S**
**South Jordan, UT 84095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/23/17__

**Basis for the claim:** __Refund/discount for service failure__

Last 4 digits of account number  __1634__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80,918.62** |
|---|---|---|---|

**Kaity Quinley**
**2323 S 270 E**
**Heber City, UT 84032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2016 - 2/2017__

**Basis for the claim:** __Unreimbursed expenses__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,966.08** |
|---|---|---|---|

**KeepItSafe, Inc - LiveVault**
**PO BOX 101748**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Services or supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,360.00** |
|---|---|---|---|

**Kemp Enterprises**
**325 E 1875 S**
**Springville, UT 84663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Services or supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,376.14** |
|---|---|---|---|

**Kimball Arts Center CC**
**1401 Kearns Blvd**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Services or supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,402.63** |
|---|---|---|---|

**Kimball Midwest, Inc**
**Dept L-2780**
**Columbus, OH 43260-2780**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**KPCW**
**Po Box 1372**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Kristin Spear Soiree Productions**
**8178 Gorgoza Pines Rd**
**Suite E**
**Park City, UT 84098**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,250.00** |
|---|---|---|---|

**Lamar Companies**
**PO Box 96030**
**Baton Rouge, LA 70896**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,578.87** |
|---|---|---|---|

**Landstar Ranger, Inc**
**1935 E Vine St**
**Murry, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$782.01** |
|---|---|---|---|

**Larry H Miller Ford 6557**
**1340 South 500 West**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,627.33** |
|---|---|---|---|

**Les Olson Company**
**Po Box 65598**
**Salt Lake City, Ut 84165**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.40 |
|---|---|---|---|

**Lespri - Club Lespri**
**1765 Sidewinder DR**
**Park City, UT 84060**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,159.57 |
|---|---|---|---|

**Lewis Peak Communications, INC**
**39 E 480 N**
**Coalville, UT 84017**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,165.00 |
|---|---|---|---|

**Liberty Detail**
**4001 Penwood Ave #31**
**Las Vegas, NV 89102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $198.00 |
|---|---|---|---|

**Limo Anywhere**
**1212 Corporate Dr**
**Suite 380**
**Irving, TX 75038**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.00 |
|---|---|---|---|

**Limos.com CC**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,814.29 |
|---|---|---|---|

**Lincoln Automotive Financial Services**
**Po Box 54200**
**Omaha, NE 68154**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.00 |
|---|---|---|---|

**Lodges at Deer Valley**
**2900 Deer Valley Dr E**
**Park City, UT 84060**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Lone Peak Valuation Group**
**36 S State St Ste 500**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/2017__

Last 4 digits of account number __2684__

Basis for the claim:  __Valuation services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,483.16 |
|---|---|---|---|

**Lucky Limousine**
**4195 W Diablo Dr**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Subcharter fees__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.36 |
|---|---|---|---|

**Luxury Park City Rentals**
**Po Box 904**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Services or supplies__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.96 |
|---|---|---|---|

**Marriott Summit Watch**
**780 Main St**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Services or supplies__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,073.50 |
|---|---|---|---|

**Martin Garage Doors of Nevada, LLC**
**6667 Schuster Street**
**Las Vegas,, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Services or supplies__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.00 |
|---|---|---|---|

**Martinez, Cesar**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Services or supplies__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.95 |
|---|---|---|---|

**Master Muffler&Brake**
**690 South Main Street**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Services or supplies__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
|---|---|---|---|
| | Name | | |

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$190.11** |
|---|---|---|---|

**McCandless Intl Trucks**
**3780 Losee Rd**
**North Las Vegas, NV 89030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,322.48** |
|---|---|---|---|

**MCI Fleet Parts - KY**
**Lockbox 774764**
**4764 Solutions Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Parts**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,429.41** |
|---|---|---|---|

**Merchants Automotice Group, Inc.**
**12478 Hooksett Rd**
**Hooksett, NH 03106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,228.63** |
|---|---|---|---|

**Mike Verna**
**2794 Sapphire Desert Dr**
**Henderson, NV 89052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/25/17 - 4/26/17**

**Basis for the claim:**  **Unreimbursed expenses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$685.72** |
|---|---|---|---|

**Mike Wilhelm**
**PO box 4092**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/3/17 - 4/29/17**

**Basis for the claim:**  **Unreimbursed expenses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$97.80** |
|---|---|---|---|

**Mogul Ski World**
**Level 1, 464 High Street**
**Prahran, Vic, 3181 Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/15/17**

**Basis for the claim:**  **Refund for overpayment**

Last 4 digits of account number  **4373**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,122.90** |
|---|---|---|---|

**Momar, Inc**
**1830 Ellsworth Industrial Dr NW**
**Atlanta, GA 30318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | | Case number *(if known)* | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

---

**3.181**  **Nonpriority creditor's name and mailing address**

**Mountain Express Magazine, LLC (P)**
**1910 Prospector Ave**
**#200**
**Park City, UT 84060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$1,645.00**

---

**3.182**  **Nonpriority creditor's name and mailing address**

**Mountain Vacation Management -Hilary Car**
**PO Box 2624**
**Park City, UT 84060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$131.10**

---

**3.183**  **Nonpriority creditor's name and mailing address**

**Mountain West Communications**
**123 W 1St St**
**Casper, Wy 82601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$85.43**

---

**3.184**  **Nonpriority creditor's name and mailing address**

**MSEC**
**Po Box 539**
**Denver, Co 80201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$260.00**

---

**3.185**  **Nonpriority creditor's name and mailing address**

**MSHA**
**Po Box 790390**
**St Louis, MO 63179**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.186**  **Nonpriority creditor's name and mailing address**

**Myers Tire Supply**
**Po Box 100169**
**Pasadena, CA 91189**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$1,968.22**

---

**3.187**  **Nonpriority creditor's name and mailing address**

**NAPA Auto Parts**
**File 56893**
**Los Angeles, CA 90074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$358.03**

---

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,954.99** |
|---|---|---|---|

**National Interstate Insurance Company**
PO Box 549
**Richfield, OH 44286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Duplicate claim payment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00** |
|---|---|---|---|

**National Interstate Insurance/Philadelph**
c/o TransCap Insurance Agency, LLC
**6260 McLeod Dr**
**Las Vegas, NV 89120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/19/17**

Basis for the claim:  **Insurance premiums for TRAX leases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,409.20** |
|---|---|---|---|

**New Life, LLC**
**610 Thimble Shoals Blvd**
**#404**
**Newport News, VA 23606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.40** |
|---|---|---|---|

**NewPark Hotel**
**1476 Newpark Boulevard**
**Park City, UT 84098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,269.58** |
|---|---|---|---|

**Niederhouser Davis, LLC**
**1741 Sidewinder Dr Ste 200**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Noe Beristain-Aquino, et al.**
c/o Ralph E. Porter
**525 S Ninth St**
**Nellis AFB, NV 89191**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Vehicle accident**

Last 4 digits of account number  **828C**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$324.29** |
|---|---|---|---|

**NVENergy #12292708**
Po Box 10100
**Reno, NV 89520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **N403**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | | Case number *(if known)* | **17-23687** |
|---|---|---|---|---|

---

**3.195** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$658.16**

**NVEnergy #12292922**
**Po Box 10100**
**Reno, NV 89520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **N402**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.92**

**Obregon Simon**
**1135 Nocturne Dr**
**Salt Lake City, UT 84116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,129.19**

**Office Furniture Exchange**
**257 West 500 South**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$259.75**

**OI Miner Partners, LLC (P)**
**P.O. Box 683010**
**PARK CITY, UT 84068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,227.94**

**Oreilly Auto Parts - SLC**
**Po Box 9464**
**Springfiled, MO 65801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,260.18**

**Pacific Office Automation**
**14747 NW Greenbrier Pkwy**
**Beaverton, OR 97006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Park City Area Lodging**
**P.O. Box 4256**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All Resort Group, Inc. | Case number (if known) | 17-23687 |
|---|---|---|---|
| | Name | | |

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,085.00 |
|---|---|---|---|

**Park City Chamber**
P.O. Box 1630
Park City, UT 84060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.20 |
|---|---|---|---|

**Park City Hostel - Utah Adventure Concie**
1781 Sidewinder Dr
Park City, UT 84060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,245.52 |
|---|---|---|---|

**Park City Investors**
6440 S Wasatch Blvd #100
Salt Lake City, UT 84121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Lease payments for office space at Park Meadows Plaza, 1500 Kearns Blvd Stes F-100, F-200, and F-300**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Park City Limousines & Utah Transportati**
c/o Steven Rinehart
110 S Regent St Ste 200
Salt Lake City, UT 84111

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Claim for attorneys' fees against Debtor in pending litigation**

Last 4 digits of account number **4PMW**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.50 |
|---|---|---|---|

**Park City Peaks Hotel - David Bekstrand**
Po Box 1778
Park City, UT 84060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $352.80 |
|---|---|---|---|

**Park Record**
P.O. Box 3688
Park City, UT 84060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.28 |
|---|---|---|---|

**PC Printink**
1733 Sidewinder Dr
#A
Park City, UT 84060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |
|---|---|---|---|

Name

---

**3.209** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,971.25**

**Philadelphia Indemnity Insurance Company**
**One Bala Plaza Ste 100**
**Bala Cynwyd, PA 19004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Insurance premiums for small fleet vehicles**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,235.70**

**PMA Insurance Group**
**PO Box 3031**
**Blue Bell, PA 19422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Insurance premiums**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$384.23**

**Praxair Distribution, Inc**
**Po Box 120812**
**Dept 0812**
**Dallas, Tx 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$138.50**

**Premier Property Services**
**6300 N Sagewood Dr**
**H-107**
**Park City, UT 84098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67.98**

**Presidential Limousine**
**2000 S Industrial Rd**
**Las Vegas, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00**

**Private Ops**
**5693 S Redwood Rd #13**
**Taylorsville, UT 84123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,807.50**

**Progressive Reporting Agency, LLC (S)**
**7304 South 300 West**
**Ste 201**
**Midvale, UT 84047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Services or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | | Case number (if known) | **17-23687** |
|---|---|---|---|---|

Name

---

**3.216** | Nonpriority creditor's name and mailing address

**Pure Water Partners**
**Dept CH 19648**
**Paiantine, IL 60055**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$282.51**

---

**3.217** | Nonpriority creditor's name and mailing address

**Quality Towing, Inc**
**P. O. Box 365079**
**LAS VEGAS, NV 89036**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,009.55**

---

**3.218** | Nonpriority creditor's name and mailing address

**Questar Gas ACH 8048310000**
**Po Box 45841**
**Salt Lake City, UT 84139**

Date(s) debt was incurred  _

Last 4 digits of account number  **S403**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$868.82**

---

**3.219** | Nonpriority creditor's name and mailing address

**Ray Fasteners, Inc**
**734 W 1355 S**
**SALT LAKE CITY, UT 84104**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,220.84**

---

**3.220** | Nonpriority creditor's name and mailing address

**Ray Quinney & Nebeker PC**
**36 State St**
**Ste 1400**
**SALT LAKE CITY, UT 84111**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,413.00**

---

**3.221** | Nonpriority creditor's name and mailing address

**REDLEE/SCS INC.**
**515 E 100 S**
**Ste 130**
**Salt Lake City, UT 84105**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,750.94**

---

**3.222** | Nonpriority creditor's name and mailing address

**REVCO Leasing, LLC (P)**
**Po Box 65598**
**Salt Lake City, UT 84165**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,080.48**

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

**3.223** | **Nonpriority creditor's name and mailing address**
**Rhinehart Oil Co, Inc.**
**P. O. Box 418**
**AMERICAN FORK, UT 84003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,165.42**

---

**3.224** | **Nonpriority creditor's name and mailing address**
**Richard Bizzaro**
**20700 Northridge Rd**
**Northridge, CA 91311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$220,000.00**

---

**3.225** | **Nonpriority creditor's name and mailing address**
**River City Petroleum**
**3775 N Freeway**
**STE 101**
**Sacramento, CA 95834**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,498.46**

---

**3.226** | **Nonpriority creditor's name and mailing address**
**Road Rebel Entertainment Tours**
**2141 5th Avae**
**SAN DIEGO, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.227** | **Nonpriority creditor's name and mailing address**
**Robbi Gouveia**
**6650 W Warm Springs Rd #2057**
**Las Vegas, NV 89115**

Date(s) debt was incurred **4/20/17**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unreimbursed expenses**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.228** | **Nonpriority creditor's name and mailing address**
**Robin Salazar**
**7251 Zana Ln**
**Magna, UT 84044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Settlement of lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

**$55,000.00**

---

**3.229** | **Nonpriority creditor's name and mailing address**
**Rocky Mountain Care Clinic**
**1775 S 4130 W #A**
**SALT LAKE CITY, UT 84104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$8,877.25**

---

| Debtor | All Resort Group, Inc. | Case number (if known) | 17-23687 |
|---|---|---|---|

Name

---

**3.230** | **Nonpriority creditor's name and mailing address**

**Romaine Electric, Inc**
**Po Box 5069**
**Kent, WA 98064**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services or supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$1,017.53**

---

**3.231** | **Nonpriority creditor's name and mailing address**

**Ron Turley Associates**
**17473 N 71st Dr #110**
**Glendale, AZ 85308**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Professional fees__

Is the claim subject to offset? ■ No ☐ Yes

**$1,690.00**

---

**3.232** | **Nonpriority creditor's name and mailing address**

**Royce Industries**
**1355 West 8040 South**
**WEST JORDAN, UT 84088**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services or supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$2,532.21**

---

**3.233** | **Nonpriority creditor's name and mailing address**

**Rush Truck Center CC**
**964 South 3800 West**
**Salt Lake City, UT 84104**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services or supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$4,293.69**

---

**3.234** | **Nonpriority creditor's name and mailing address**

**Ryan's Express Las Vegas**
**412 E Gowan Rd**
**North Las Vegas, NV 89032**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Subcharter fees__

Is the claim subject to offset? ■ No ☐ Yes

**$3,749.84**

---

**3.235** | **Nonpriority creditor's name and mailing address**

**Safety-Kleen Systems, Inc LV**
**Po Box 650509**
**Dallas, TX 75265**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services or supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$1,666.57**

---

**3.236** | **Nonpriority creditor's name and mailing address**

**Safety-Kleen Systems, Inc.KUC**
**Po Box 650509**
**Dallas, TX 75265**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services or supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$892.50**

---

| Debtor | **All Resort Group, Inc.** | | Case number (*if known*) | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,327.76 |
|---|---|---|---|
| | **Safety-Kleen Systems, Inc.SLC**<br>**Po Box 650509**<br>**Dallas, TX 75265** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services or supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|
| | **Salt Lake Chamber**<br>**175 E 400 S**<br>**Salt Lake City, UT 84111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services or supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $199.00 |
|---|---|---|---|
| | **Salt Lake City Corporation**<br>**Po Box 30881**<br>**Salt Lake City, UT 84130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services or supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,273.70 |
|---|---|---|---|
| | **Salt Lake City Corporation**<br>**Po Box 30881**<br>**Salt Lake City, UT 84130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2/2017 - 4/2017 | Basis for the claim:  **Automated Vehicle Indentification fees** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $329.00 |
|---|---|---|---|
| | **Salt Lake City Department of Airports**<br>**Po Box 145550**<br>**Salt Lake City, UT 84114-5550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
|---|---|---|---|
| | **Sandra Regina Machado**<br>**2820 S Decatur Blvd Apt 25**<br>**Las Vegas, NV 89102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2/7/17 - 3/28/17 | Basis for the claim:  **Services (claim made through Nevada Labor Commission -- not wages)** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.00 |
|---|---|---|---|
| | **Saucon Technologies, Inc.**<br>**2455 Baglyos Circle**<br>**Bethlehem, PA 18020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services or supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,364.84**

**Scheaffer Manufacturing Company**
**102 Barton St**
**Saint Louis, MO 63104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$685.77**

**Serv A Cup**
**P. O. Box 521006**
**Salt Lake City, UT 84152-1006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$115.32**

**Shannon Freeman**
**6315 W Kapford Dr**
**West Valley City, UT 84128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/22/17 - 4/24/17**
Last 4 digits of account number _

Basis for the claim:  **Unreimbursed expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,926.38**

**Silver State Truck & Trailer**
**3701 Freightliner Dr**
**North Las Vegas, NV 89081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,604.24**

**Sinclair Fleet Track**
**Po Box 6293**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$838.36**

**Skaggs**
**Po Box 150242**
**Ogden, Ut 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.250** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$412.50**

**Skyline Boys Lacrosse**
**3084 Blaebell Dr**
**Salt Lake City, UT 84124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/19/17**
Last 4 digits of account number  **1473**

Basis for the claim:  **Refund for no service**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|

Name

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,923.79** |
|---|---|---|---|

**SLC  Depart of Airports-341303, Corp**
**Po Box 145550**
**Salt Lake City, Ut 84114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,974.61** |
|---|---|---|---|

**SLC DEPT 378901**
**Po Box 145550**
**Salt Lake City, Ut 84114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$162.00** |
|---|---|---|---|

**SLC Dept of Airports 12825 Security Thre**
**Po Box 145550**
**Salt Lake City, Ut 84114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$952.90** |
|---|---|---|---|

**SLC Dept of Airports 341399 Telephone, C**
**Po Box 145550**
**Salt Lake City, Ut 84114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,974.61** |
|---|---|---|---|

**SLC Dept. 378901**
**PO Box 145550**
**Salt Lake City, UT 84114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,258.73** |
|---|---|---|---|

**SLC Dept. of Airports (Booth)**
**PO Box 145550**
**Salt Lake City, UT 84114-5550**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease of booths at SLC International Airport**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,923.79** |
|---|---|---|---|

**SLC Dept. of Airports-341303, Corp**
**PO Box 145550**
**Salt Lake City, UT 84114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,710.00** |
|---|---|---|---|

**Smarte Carte Inc**
**4455 White Bear Parkway**
**St Paul, MN 55110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,691.09** |
|---|---|---|---|

**Smith Coaches**
**PO Box 951**
**Price, UT 84501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Subcharter fees**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35.55** |
|---|---|---|---|

**Smith Power Products, Inc.**
**Po Box 27527**
**Salt Lake City, UT 84127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Smith's**
**1550 S Redwood Rd**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,856.77** |
|---|---|---|---|

**Snow Christensen & Martineau**
**10 Exchange Pl**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Professional fees**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,705.00** |
|---|---|---|---|

**Snowcreek Medical Center**
**1600 Snow Creek Dr**
**Park City, Ut 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$342.86** |
|---|---|---|---|

**South Fork Hardware**
**1727 Sidewinder Dr**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,563.86** |
|---|---|---|---|

**Spader Business Management**
**PO Box 2820**
**Sioux Falls, SD 57101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$770.89** |
|---|---|---|---|

**Sparkletts & Sierra Springs**
**Po Box 660579**
**Dallas, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Spencer Lauber**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Reimbursement for damage to personal vehicle by Debtor's vehicle**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** |
|---|---|---|---|

**Sprint**
**Po Box 629023**
**El Dorado Hills, CA 95762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **I401**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92.87** |
|---|---|---|---|

**SPRINTER**
**2255 S 5370 W**
**West Valley City, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,900.91** |
|---|---|---|---|

**Squire Higher Perspective**
**1329 800 E**
**Orem, UT 84097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.90** |
|---|---|---|---|

**St. Regis -  COMM**
**2300 Deer Valley Dr E**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

**3.272**

**Nonpriority creditor's name and mailing address**

**Staples Advantage**
**Po Box 83689**
**Dept LA**
**Chicago, IL 60696**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services or supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$3,016.40**

---

**3.273**

**Nonpriority creditor's name and mailing address**

**State Auto Insurance Companies**
**PO Box 182738**
**Columbus, OH 43218-2735**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Insurance premiums__

Is the claim subject to offset? ■ No ☐ Yes

**$261.00**

---

**3.274**

**Nonpriority creditor's name and mailing address**

**Stewart Transportation Solutions**
**2814 Columbine Pl**
**Nashville, TN 37204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Subcharter fees__

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.275**

**Nonpriority creditor's name and mailing address**

**Storage on Wheels**
**5085 Cecile Avenue**
**Las Vegas, NV 89115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services or supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$270.38**

---

**3.276**

**Nonpriority creditor's name and mailing address**

**SWEETOURS Corp**
**6363 S Pecos, Ste 106**
**Las Vegas, NV 89120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services or supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$4,980.15**

---

**3.277**

**Nonpriority creditor's name and mailing address**

**Techna-Glass**
**460 W 9000 S**
**Sandy, UT 84070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services or supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$4,494.77**

---

**3.278**

**Nonpriority creditor's name and mailing address**

**The Safety Consortium**
**400 Lawndale Dr**
**Salt Lake City, Ut 84115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services or supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$8,500.00**

---

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**The Yarrow-Nicole Sharp**
**1800 Park Ave**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101,698.68** |
|---|---|---|---|

**Thomas Petroleum, LLC**
**PO Box 677289**
**Hicksville, OH 43526**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Fuel**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.50** |
|---|---|---|---|

**Thought Lab**
**56 East Broadway, Suite 200**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,970.00** |
|---|---|---|---|

**Tour Coach Charter & Tours**
**PO Box 911416**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Subcharter fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$303.73** |
|---|---|---|---|

**Traction  Heavy Duty Parts**
**PO Box 749986**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,543.53** |
|---|---|---|---|

**Transamerica Life**
**PO Box 30266**
**LOS ANGELES, CA 90074-9986**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00** |
|---|---|---|---|

**Translite Enterprises, Inc**
**107 Trumbull Street K Building**
**Las Vegas, NV 89120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

**3.286** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,110.00**

**Transportation Safety Systems**
**225 S Tower Ave**
**Centrallia, WA 98531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.90**

**Travel Experts**
**212 Sawmill Rd**
**Elizabeth, NJ 07206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12.92**

**Treasure Mountain Inn**
**PO Box 1570**
**Heber, UT 84032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,013.36**

**Treasures & Trends**
**1240 East 1950 North**
**Richfield, OH 44286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,279.31**

**Trop Stop Gas & Car Wash**
**4885 W Tropicana Ave**
**PASADENA, CA 91109-7167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.291** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,242.32**

**U.S. Data Trust**
**PO Box 842605**
**Boston, MA 02284-2650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number **S402**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.292** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,928.82**

**UCS Wireless**
**8755 S. 300 W.**
**BOSTON, MA 02284-2605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number **W401**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All Resort Group, Inc.** | | Case number (if known) | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

---

**3.293** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**United Park City Mines**
**c/o Strong & Hanni**
**102 S 200 E Ste 800**
**Salt Lake City, UT 84111**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0409**

Basis for the claim:  **Litigation (Third-party Complaint) relating to slip-and-fall accident**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$777.85**

**United Site Services**
**PO Box 53267**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,039.00**

**Utah Broadband**
**461 Parkland Drive**
**SALT LAKE CITY, UT 84114-4840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,306.63**

**Utah Dept. of Workforce Svcs**
**Unemployment Collections Unit**
**PO Box 45288**
**Salt Lake City, UT 84145-0288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,506.11**

**Utah Media Group # 4001330532**
**4770 S 5600 W**
**West Valley City, UT 84210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,075.00**

**Utah Safety Council**
**1574 W 1700 S #2**
**Salt Lake City, UT 84101-3502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Utah Tourism Industry Association**
**175 South West Temple, Ste 140**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $199.65 |
|---|---|---|---|

**Utah Trailways, Inc.**
**3091 S main St**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subcharter fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $423.00 |
|---|---|---|---|

**Utah.com**
**55 N 300 W Ste 400**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $298.00 |
|---|---|---|---|

**Utah.com-DDM**
**55 N 300 W**
**Ste 400**
**SALT LAKE CITY, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122.54 |
|---|---|---|---|

**Ute Cab Company, Inc**
**738 South 400 West**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Verizon Wireless ACH**
**PO Box 5029**
**Wallingford, CT 06492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **I401**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,265.00 |
|---|---|---|---|

**Viable LLC**
**c/o Wrona DuBois Law Firm**
**1745 Sidewinder Dr**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Judgment for $10,265.00**

Last 4 digits of account number  **0020**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,635.00 |
|---|---|---|---|

**Visit Salt Lake**
**90 South West Temple**
**Murray, UT 84107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | | Case number (if known) | **17-23687** |
|---|---|---|---|---|
| | Name | | | |

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**Vista Transportation Safety Consulting**
89 Pondview LN
Bristiol, CT 06010

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,819.97** |
|---|---|---|---|

**W.W. Williams Company, LLC**
Po Box 772022
Detroit, MI 48277-2022

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.80** |
|---|---|---|---|

**Waldorf-Astoria Park City -Christy Bambe**
2100 W Frostwood Blvd
Detroit, MI 48277-2022

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,479.21** |
|---|---|---|---|

**Warner Truck Center**
2240 S 5370 W
Salt Lake City, UT 84110-1391

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,155.00** |
|---|---|---|---|

**Wasatch-IP, A Professional Corp.**
2825 E Cottonwood Pkwy Ste 500
Salt Lake City, UT

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,481.72** |
|---|---|---|---|

**Water Specialties, Inc.**
4118 S 500 W
Park City, UT 84060

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$824.50** |
|---|---|---|---|

**Wave Publishing Company Inc.**
165 S 100 W
MURRAY, UT 84123

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **All Resort Group, Inc.** | Case number (if known) | **17-23687** |
|---|---|---|---|
| | Name | | |

---

**3.314** Nonpriority creditor's name and mailing address

**Westech Equipment**
**PO Box 57307**
**Salt Lake City, UT 84104**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$1,209.50**

---

**3.315** Nonpriority creditor's name and mailing address

**Western Refining Wholesale**
**PO Box 749400**
**SALT LAKE CITY, UT 84157-0307**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$143.64**

---

**3.316** Nonpriority creditor's name and mailing address

**Westgate Resort and Spa- Kevin Raggio**
**4000 Canyons Resort Dr**
**Park City, UT 84098**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$25.84**

---

**3.317** Nonpriority creditor's name and mailing address

**Whitney Advertising & Design Inc.**
**6410 N. Business Park Loop Rd., Suite H**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$3,513.81**

---

**3.318** Nonpriority creditor's name and mailing address

**Willingham Inc.**
**20008 244th Ave SE**
**Maple Valley, WA 98038**

Date(s) debt was incurred  **3/21/16**
Last 4 digits of account number  **2727**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment**

Is the claim subject to offset? ■ No ☐ Yes

**$1,025.38**

---

**3.319** Nonpriority creditor's name and mailing address

**Workers' Compensation Fund**
**PO Box 26488**
**Salt Lake City, UT 84111**

Date(s) debt was incurred  **3/1/17 - 4/28/17**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance premiums (subject to offset of $24,524.75)**

Is the claim subject to offset? ☐ No ■ Yes

**$95,541.37**

---

**3.320** Nonpriority creditor's name and mailing address

**WorkforceQA**
**1430 South Main Street**
**Las Vegas, NV 89117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

| Debtor | All Resort Group, Inc. | Case number (if known) | 17-23687 |
|---|---|---|---|
| | Name | | |

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Workman Nydegger Property Attorneys PC**
**1000 E Eagle Gate Tower**
**60 E South Temple**
**Salt Lake City, UT 84115**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Professional fees__

Is the claim subject to offset? ■ No ☐ Yes

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.30 |
|---|---|---|---|

**Zermatt**
**784 Resort Dr**
**Midway, UT 84049**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services or supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bridge Americas**<br>**PO Box 140990**<br>**Nashville, TN 37214-0990** | Line **3.38**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Kimberly A Lucas**<br>**Mathis Lucas LLP**<br>**8226 Douglas Ave Ste 450**<br>**Dallas, TX 75225** | Line **3.221**<br><br>☐ Not listed. Explain ____ | **133A** |
| 4.3 | **State of Nevada Labor Commission**<br>**Attn: Malia Ervin**<br>**3300 W Sahara Ave Ste 225**<br>**Las Vegas, NV 89102** | Line **3.242**<br><br>☐ Not listed. Explain ____ | **1862** |
| 4.4 | **US Department of Labor**<br>**Wage and Hour Division**<br>**60 E S Temple Ste 575**<br>**Salt Lake City, UT 84111** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 247,428.51 |
| 5b. Total claims from Part 2 | 5b. + | $ 2,949,331.21 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 3,196,759.72 |

**Fill in this information to identify the case:**

Debtor name   **All Resort Group, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   **17-23687**

■ Check if this is an
amended filing

## Official Form 206G

SECOND AMENDED

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   - ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **GoToAssist and GoToMeeting services** | |
| State the term remaining **?** | **Citrix** |
| List the contract number of any government contract | **851 W Cypress Creek Rd** **Fort Lauderdale, FL 33309** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Master Receivables Purchase Agreement between All Resort Coach, Inc. dba lewis Stages for purchase of accounts receivable from Rio Tinto Kennecott Copper** | |
| State the term remaining **Cancellation by either party upon 30-days' notice** | **Deutsche Bank AG New York Branch** |
| List the contract number of any government contract | **60 Wall St 15th Fl** **New York, NY 10005** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **See attached "SCHEDULE G - EMPLOYMENT AGREEMENTS" page 8** | |
| State the term remaining | |
| List the contract number of any government contract | **EMPLOYMENT AGREEMENTS** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **Subscription services contract dated 9/14/16 (48 months)** | |
| State the term remaining | **Fleetmatics USA, LLC** |
| List the contract number of any | **1100 Winter Street Ste 4600** **Waltham, MA 02451** |

| Debtor 1 | **All Resort Group, Inc.** | | | Case number *(if known)* | **17-23687** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Internet services** | |
|---|---|---|---|
| | State the term remaining | **12/31/18** | |
| | List the contract number of any government contract | | **GoDaddy**<br>**14455 N Hayden Rd Ste 219**<br>**Scottsdale, AZ 85260** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **See attached "SCHEDULE G - INSURANCE CONTRACTS" pages 6 & 7** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **INSURANCE CONTRACTS** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Financing insurance premiums** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **IPFS Corporation / Imperial PFS**<br>**3 Montgomery St Ste 1000**<br>**Jersey City, NJ 07302** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Online software** | |
|---|---|---|---|
| | State the term remaining | **?** | |
| | List the contract number of any government contract | | **Microsoft Office 365**<br>**PO Box 842103**<br>**Dallas, TX 75284** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **See attached "SCHEDULE G - LAND and BUILDING LEASES" pages 1 & 2** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **REAL ESTATE LEASES** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor 1 | **All Resort Group, Inc.** | | | Case number *(if known)* | **17-23687** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Software backup system** | |
|---|---|---|---|
| | State the term remaining | **?** | **VaultLogix** |
| | List the contract number of any government contract | | **?** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **See attached "SCHEDULE G - VEHICLE LEASES" pages 4 & 5, and "VEHICLES - LEASES" pages 8 & 9** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **VEHICLE LEASES** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**SCHEDULE OF BUILDING LEASES**

| Lessor | Lessee | Date | Location | Term/Termination Date | Rent | Notes |
|---|---|---|---|---|---|---|
| Associated Investments, LLC<br>560 S 300 E<br>Salt Lake City, UT 84111 | Resort Express, Inc. | 06/01/11 | 534 S 500 W, SLC, UT (warehouse) | 5/31/2016 | $4,335 to 5/31/16 | Currently at will<br>No option to renew |
| Barron Wilson, LLC<br>5304 Mountain Meadows Dr<br>Park City, UT 84098 | All Resort Coach, Inc. | 04/12/06 | 549 W 500 S, SLC, UT 84101 (Lewis offices) | 4/30/15 + two 3-yr terms | $19,500.00 | |
| CV PropCo, LLC<br>c/o Gatski Commercial Real Estate Services<br>4755 Dean Martin Dr<br>Las Vegas, NV 89103 | All Resort Group, Inc. | 12/01/16 | 4740 S Valley View Blvd (Arena Conference Center), Las Vegas, NV | 12/31/2022 | $11,884.20 | $12,240.73 beg 2/28/18 |
| Euro Treasures Properties II, LLC<br>470 W 600 S<br>Salt Lake City, UT 84060 | Resort Express | 12/14/11 | Lot behind 470 W 600 S, SLC, 84101 | 1 year; 4 extensions | $1,200 +3% annually | Currently at will |
| Donna & Karl Larsen<br>8153 S Adams St<br>Midvale, UT 84047 | All Resort Coach, Inc. | 09/23/13 | 5428 W Leo Park Rd, West Jordan, UT 84088 | 11/30/2017 + (2) 5-year terms | $4,800/mo; $5,040/mo to 11/30/2022; $5,292/mo to 11/30/2027 | |
| Park City Investors Ltd.<br>6440 S Wasatch Blvd #100<br>Salt Lake City, UT 84121 | All Resort Group, Inc. | 10/01/16 | Park Meadows Plaza<br>1500 Kearns Blvd.<br>Suites F-100, 200, 300 | 5 years | $11,622.76/mo until 9/30/17; $11,843.86/mo until 9/30/18; $12,070.78/mo to 9/30/19; $11,729.76/mo to 9/30/20; $11,962.49 to 9/30/21 | |

#Executory Contracts List (non-customers) 06.19.17
Real Estate
1 of 8

SCHEDULE G
LAND and BUILDING LEASES

6/19/2017 @ 8:58 PM

**SCHEDULE OF BUILDING LEASES**

| Lessor | Lessee | Date | Location | Term/Termination Date | Rent | Notes |
|---|---|---|---|---|---|---|
| The Hunt Family Trust dtd. 12/18/1987 7955 Via Capri La Jolla, CA 92037 | James Lawrence "Larry" Killingsworth & Carolyn Killingsworth | 06/06/16 | 5663 Oslo Lane, Park City, UT 84098 (Larry's house) | 6/30/2018 | $3,500/mo | |
| Salt Lake City Corporation c/o Airport Contracts & Proc. Mgr. SLC International Airport PO Box 145550 Salt Lake City, UT 84114-5550 | Premier Transportation | 05/01/16 | (2) Airport booths | 4/30/2019 | $2,725.00/mo | $8,175.00 deposit |
| Salt Lake City Corporation c/o Airport Contracts & Proc. Mgr. SLC International Airport PO Box 145550 Salt Lake City, UT 84114-5550 | PC Transportation | 05/01/16 | (2) Airport booths | 4/30/2019 | $3,058.33/mo | $9,175.00 deposit |
| Salt Lake City Corporation c/o Airport Contracts & Proc. Mgr. SLC International Airport PO Box 145550 Salt Lake City, UT 84114-5550 | Resort Express | 05/01/16 | (2) Airport booths | 4/30/2019 | $3,608.33/mo | $10,825.00 deposit |

#Executory Contracts List (non-customers) 06.19.17
Real Estate
2 of 8

SCHEDULE G
LAND and BUILDING LEASES

6/19/2017 @ 8:58 PM

## VEHICLE LEASES

| Lessor | Lessee | Date | Vehicle | Term/Termination Date |
|---|---|---|---|---|
| 1st Source Bank (A)<br>PO Box 783<br>South Bend, IN 46624 | All Resort Coach, Inc. | 03/01/17 | 2016 International Odyssey, VIN 1FVACWDT2GHHA5691<br>[*also shown on* **"VEHICLE FLEET LIST (VEHICLES - BUSES / MINI COACHES / TRAC LEASES)"** page 5] | |
| Hinckley's, Inc., dba Hincklease<br>Attn: Brian Baker<br>2305 S President's Dr Ste F<br>West Valley City, UT 84120 | | | *See attached* **"VEHICLE FLEET LIST (VEHICLES - LEASES)"** pages 6, 7, 8 & 9 | |
| Land Rover<br>c/o Chase Auto Finance<br>PO Box 78074<br>Phoenix, AZ 85062-8074 | All Resort Express, Inc., and Gordon W. Cummins | 7/14/2014 | 2014 Land Rover Model Range Rover VIN S4LWR2TF1EA377832<br>[*also shown on* **"VEHICLE FLEET LIST (VEHICLES - LEASES)"** page 9] | 6/14/2017 |
| People's Capital and Leasing Corp. | All Resort Coach, Inc. | 6/6/2011 | (1) New 2011 Van Hool Model T2145 57-Passenger Motor Coach, VIN: YE2TC19B6B2044754<br>[*also shown on* **"VEHICLE FLEET LIST (VEHICLES - BUSES / MINI COACHES / TRAC LEASES)"** page 5] | 5/6/2018 |
| People's Capital and Leasing Corp. | All Resort Coach, Inc. | 6/17/2011 | One (1) New 2011 Van Hool Model T2145 57-Passenger Motor Coach, VIN: YE2TC19BOB2044757<br>[*also shown on* **"VEHICLE FLEET LIST (VEHICLES - BUSES / MINI COACHES / TRAC LEASES)"** page 5] | 5/17/2018 |

#Executory Contracts List (non-customers) 06.19.17
Vehicles
3 of 8

SCHEDULE G
VEHICLE LEASES

6/19/2017 @ 8:58 PM

**VEHICLE LEASES**

| Lessor | Lessee | Date | Vehicle | Term/Termination Date |
|---|---|---|---|---|
| TCF<br>11100 Wayzata Blvd Ste 801<br>Minnetonka, MN 55305 | | | 2017 Turtle Top, VIN 1FDWE3FSXGDC19181,<br>2017 Turtle Top, VIN 1FDWE3FS8GDC36206,<br>2015 Dodge Ram Ameritrans, VIN 3C7WRMDL7DG598913,<br>2016 Dodge Ram Ameritrans, VIN 3C7WRMDL8DG598919<br>[*also shown on* **"VEHICLE FLEET LIST (VEHICLES - BUSES / MINI COACHES / TRAC LEASES)"** pages 5 & 6] | |

#Executory Contracts List (non-customers) 06.19.17
Vehicles
4 of 8

SCHEDULE G
VEHICLE LEASES

6/19/2017 @ 8:58 PM

## VEHICLE LEASES

| Lessor | Lessee | Date | Vehicle | Term/Termination Date |
|--------|--------|------|---------|----------------------|
| Wells Fargo Equipment Financing | | | 2010 J4500, VIN 2MG3JMEA8AW065552 | |
| | | | 2010 J4500, VIN 2MG3JMEAXAW065553 | |
| | | | 2011 J4500, VIN 2MG3JMHA1BW065910 | |
| | | | (6) 2016 Cadillac Escalades, VINs1GYS4HKJ6GR363338 | |
| | | | 1GYS4HKJ5GR363363 | |
| | | | 1GYS4HKJ8GR363373 | |
| | | | 1GYS4HKJ5GR364769 | |
| | | | 1GYS4HKJ6GR364912 | |
| | | | 1GYS4HKJ1GR364753 | |
| | | | *See* **"VEHICLE FLEET LIST (VEHICLES - LEASES)"** page 9 | |

#Executory Contracts List (non-customers) 06.19.17
Vehicles
5 of 8

**SCHEDULE G**
**VEHICLE LEASES**

6/19/2017 @ 8:58 PM

**VEHICLE FLEET LIST**

| Year | Model | VIN | Finance Company | Lease No. | Monthly Rate | Amount Owed | FMV |
|------|-------|-----|-----------------|-----------|--------------|-------------|-----|
| 2017 | Ford Transit 350 Van Extended Length High Roof w/Sliding Side Door w/LWB Van 3D | 1FBVU4XG0HKA25747 | Hincklease | 4859-01014 | $ 750.00 | $ 42,134.40 | $ 24,343.00 |
| 2016 | Dodge Durango SXT Sport Utility 4D | 1C4RDJDG8GC442171 | Hincklease | 4859-01054 | $ 668.00 | $ 34,303.30 | $ 14,442.00 |
| 2016 | Ford Transit Connect Passenger XLT Van 4D | 1FBZX2YG3GKA26692 | Hincklease | 4859-01056 | $ 630.00 | $ 37,273.33 | $ 16,382.00 |
| 2016 | CADILLAC XTS | 2G61U5S3G9138549 | Hincklease | 3740-00971 | $ 1,108.00 | $ 36,424.86 | $ 20,913.00 |
| 2016 | CADILLAC XTS | 2G61U5S34G9139399 | Hincklease | 3740-00972 | $ 1,108.00 | $ 36,424.86 | $ 21,854.00 |
| 2016 | Chevrolet Suburban 3500HD (Hinklease shows Suburban LT) | 1GNSKHKC7GR354216 | Hincklease | 4859-00996 | $ 890.35 | $ 54,775.04 | $ 46,061.00 |
| 2016 | Chevrolet Suburban 3500HD (Hinklease shows Suburban LT) | 1GNSKHKC3GR353967 | Hincklease | 4859-00997 | $ 890.35 | $ 54,775.04 | $ 47,752.00 |
| 2016 | Chevrolet Suburban 3500HD (Hinklease shows Suburban LT) | 1GNSKHKC4GR353539 | Hincklease | 4859-00998 | $ 890.35 | $ 54,775.04 | $ 47,752.00 |
| 2016 | Chevrolet Suburban 3500HD (Hinklease shows Suburban LT) | 1GNSKHKC3GR350678 | Hincklease | 4859-00994 | $ 890.35 | $ 54,775.04 | $ 47,752.00 |
| 2016 | Chevrolet Suburban 3500HD (Hinklease shows Suburban LT) | 1GNSKHKC8GR350658 | Hincklease | 4859-00993 | $ 890.35 | $ 54,775.04 | $ 51,682.00 |
| 2016 | Chevrolet Suburban 3500HD (Hinklease shows Suburban LT) | 1GNSKHKC9GR349762 | Hincklease | 4859-00995 | $ 890.35 | $ 54,775.04 | $ 51,234.00 |
| 2016 | Chevrolet Suburban 3500HD (Hinklease shows Suburban LT) | 1GNSKHKC2GR195749 | Hincklease | 4859-00973 | $ 1,395.00 | $ 46,609.56 | $ 53,306.00 |
| 2016 | FORD T350XLT 15 PASS - TRANSIT WAGON | 1FBZX2YG3GKA26689 | Hincklease | 4859-00992 | $ 688.96 | $ 24,828.92 | $ 21,725.00 |
| 2016 | FORD T350XLT 15 PASS - TRANSIT WAGON | 1FBZX2YGXGKA26690 | Hincklease | 4859-00999 | $ 688.96 | $ 25,007.13 | $ 15,608.00 |
| 2016 | FORD T350XLT 15 PASS - TRANSIT WAGON | 1FBZX2YG1GKA26691 | Hincklease | 4859-01000 | $ 688.96 | $ 25,007.13 | $ 17,079.00 |
| 2016 | Ford Transit 350 HD Van Extended Length SRW High Roof w/Sliding Side Door Van 3D | 1FBZX2XG8FKA38580 | Hincklease | 4859-01055 | $ 732.00 | $ 32,618.34 | $ 23,491.00 |
| 2016 | Ford Transit 350 Wagon XLT Extended Length w/High Roof w/Sliding Side Door Van 3D | 1FBVU4XGXGKB33047 | Hincklease | 4859-01010 | | $ 39,409.83 | $ 28,104.00 |
| 2016 | Ford Transit 350 Wagon XLT Extended Length w/High Roof w/Sliding Side Door Van 3D | 1FBVU4XG7GKB22474 | Hincklease | 4859-01008 | $ 751.23 | $ 37,684.18 | $ 27,743.00 |
| 2016 | Ford Transit 350 Wagon XLT Extended Length w/High Roof w/Sliding Side Door Van 3D | 1FBVU4XG9GKB22475 | Hincklease | 4859-01007 | $ 751.23 | $ 37,684.18 | $ 27,889.00 |
| 2016 | Ford Transit 350 Wagon XLT Extended Length w/High Roof w/Sliding Side Door Van 3D | 1FBVU4XG1GKB33048 | Hincklease | 4859-01009 | $ 756.51 | $ 39,091.20 | $ 28,174.00 |
| 2016 | LINCOLN MKT | 2LMHJ5NKXGBL00936 | Hincklease | 4859-00986 | $ 1,181.00 | $ 37,258.67 | $ 20,595.00 |
| 2016 | LINCOLN MKT | 2LMHJ5NK1GBL00937 | Hincklease | 4859-00985 | $ 1,181.00 | $ 37,258.67 | $ 20,595.00 |
| 2016 | Mercedes-Benz Sprinter 2500 Passenger High Roof w/170" WB Van 3D | WDZFE7CD5GP203096 | Hincklease | 4859-00950 | $ 1,217.10 | $ 53,654.74 | $ 32,942.00 |

**VEHICLE FLEET LIST**

| Year | Model | VIN | Finance Company | Lease No. | Monthly Rate | Amount Owed | FMV |
|------|-------|-----|-----------------|-----------|-------------|-------------|-----|
| 2015 | Dodge Durango SXT Sport Utility 4D | 1C4RDJDG1FC245275 | Hincklease | 4859-01012 | $ 521.00 | $ 32,638.80 | $ 14,442.00 |
| 2015 | Cadillac Escalade ESV | 1GYS4SKJ6FR527599 | Hincklease | 3740-1 | $ 1,237.00 | $ 77,644.97 | $ 39,797.00 |
| 2015 | Cadillac Escalade ESV | 1GYS4SKJ2FR528622 | Hincklease | 3740-3 | $ 1,237.00 | $ 77,644.97 | $ 38,843.00 |
| 2015 | CHEVROLET EXPRESS 3500 VAN | 1GAZG1FG2F1128359 | Hincklease | 4859-00741 | $ 621.00 | $ 31,501.01 | $ 11,853.00 |
| 2015 | CHEVROLET EXPRESS 3500 VAN | 1GAZG1FGXF1126410 | Hincklease | 4859-00723 | $ 621.00 | $ 31,501.01 | $ 12,859.00 |
| 2015 | CHEVROLET EXPRESS 3500 VAN | 1GAZG1FG9F1137673 | Hincklease | 4859-00782 | $ 621.00 | $ 31,501.01 | $ 10,566.00 |
| 2015 | CHEVROLET EXPRESS 3500 VAN | 1GAZGAFG0F1137674 | Hincklease | 4859-00805 | $ 621.00 | $ 31,501.01 | $ 9,861.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKC9FR512383 | Hincklease | 4859-00753 | $ 841.00 | $ 50,170.51 | $ 24,792.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKC6FR690042 | Hincklease | 4859-01001 | $ 1,176.00 | $ 48,639.80 | $ 32,908.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKC4FR692033 | Hincklease | 4859-01005 | $ 1,176.00 | $ 48,639.80 | $ 30,347.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKC2FR689194 | Hincklease | 4859-01006 | $ 1,176.00 | $ 48,639.80 | $ 30,547.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKC4FR666872 | Hincklease | 4859-01003 | $ 1,176.00 | $ 48,639.80 | $ 31,637.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKC8FR685229 | Hincklease | 4859-01004 | $ 1,176.00 | $ 48,639.80 | $ 28,364.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKC3FR670007 | Hincklease | 4859-01002 | $ 1,176.00 | $ 48,639.80 | $ 29,549.00 |
| 2015 | Chevrolet Suburban LT | 1GNSKJKCXFR513171 | Hincklease | 4859-01052 | $ 1,176.00 | $ 41,357.29 | $ 29,947.00 |
| 2015 | FORD EXPEDITION | 1FMJK1JT9FEF26812 | Hincklease | 4859-01053 | $ 807.00 | $ 34,219.29 | $ 29,459.00 |
| 2015 | FORD EXPEDITION | 1FMJK1JT6FEF43681 | Hincklease | 4859-01050 | $ 876.00 | $ 36,711.09 | $ 32,076.00 |
| 2015 | FORD EXPEDITION | 1FMJK1JT6FEF43714 | Hincklease | 4859-01049 | $ 876.00 | $ 36,711.09 | $ 31,993.00 |
| 2015 | FORD EXPEDITION | 1FMJK1JT6FEF50842 | Hincklease | 4859-01051 | $ 876.00 | $ 36,711.09 | $ 30,888.00 |
| 2015 | FORD T350XLT 12 PASS TRANSIT WAGON | 1FBZX2ZM8FKA92156 | Hincklease | 4859-00990 | $ 630.93 | $ 20,816.19 | $ 12,627.00 |
| 2015 | FORD T350XLT 12 PASS TRANSIT WAGON | 1FBZX2ZM4FKA75984 | Hincklease | 4859-00989 | $ 630.93 | $ 20,816.19 | $ 12,171.00 |
| 2015 | FORD T350XLT 12 PASS TRANSIT WAGON | 1FBZX2ZM5FKA88128 | Hincklease | 4859-00991 | $ 630.93 | $ 20,816.19 | $ 11,500.00 |
| 2015 | FORD TRANSIT 350 WAGON | 1FBZX2ZM1FKA39041 | Hincklease | 4859-00981 | $ 630.93 | $ 20,816.19 | $ 13,338.00 |
| 2015 | FORD TRANSIT 350 WAGON | 1FBZX2ZM9FKA38798 | Hincklease | 4859-00988 | $ 631.00 | $ 20,816.19 | $ 13,338.00 |
| 2015 | FORD TRANSIT E3550 SD XLT | 1FBZX2ZM9FKA38994 | Hincklease | 4859-00979 | $ 630.93 | $ 20,816.19 | $ 11,674.00 |
| 2015 | FORD TRANSIT WAGON | 1FBZX2ZM6FKA20470 | Hincklease | 4859-00982 | $ 630.93 | $ 20,816.19 | $ 13,637.00 |
| 2015 | FORD TRANSIT WAGON | 1FBZX2ZM9FKA63183 | Hincklease | 4859-00977 | $ 630.93 | $ 20,816.19 | $ 13,924.00 |
| 2015 | FORD TRANSIT WAGON | 1FBZX2ZM7FKA17514 | Hincklease | 4859-00976 | $ 630.93 | $ 20,816.19 | $ 13,172.00 |
| 2015 | FORD TRANSIT WAGON | 1FBZX2ZM7FKA63196 | Hincklease | 4859-00980 | $ 630.93 | $ 20,816.19 | $ 12,707.00 |
| 2015 | Ram 1500 Big Horn | 1C6RR7GT8FS625210 | Hincklease | 4859-00984 | $ 639.00 | $ 22,926.33 | $ 19,348.00 |
| 2015 | Ram 1500 Big Horn | 1C6RR7GT6FS515112 | Hincklease | 4859-00983 | $ 639.00 | $ 22,926.33 | $ 17,462.00 |
| 2014 | Ford Transit Connect Passenger XLT Van 4D | 1FBZX2ZM8FKA20552 | Hincklease | 4859-00978 | $ 630.93 | $ 20,816.19 | $ 16,382.00 |
| 2014 | Ram 1500 Tradesman | 1C6RR7GT8ES478661 | Hincklease | 4859-00974 | $ 595.42 | $ 20,368.34 | $ 17,462.00 |
| 2014 | Ram 1500 Tradesman | 1C6RR7GT6ES478674 | Hincklease | 4859-00975 | $ 595.42 | $ 20,368.34 | $ 17,462.00 |
| 2013 | E350 Van | 1FBSS3BL7DDA91041 | Hincklease | 4859-00695 | $ 597.17 | $ 13,762.77 | $ 4,649.00 |
| 2013 | E350 Van | 1FBSS3BL8DDA91050 | Hincklease | 4859-00694 | $ 597.17 | $ 13,762.77 | $ 4,649.00 |
| 2013 | E350 Van | 1FBSS3BL6DDA91046 | Hincklease | 121-2 | $ 597.17 | $ 13,762.77 | $ 4,649.00 |
| 2013 | E350 Van | 1FBSS3BLXDDA91048 | Hincklease | 121-3 | $ 597.17 | $ 13,762.77 | $ 4,649.00 |
| 2013 | E350 Van | 1FBSS3BL5DDA91037 | Hincklease | 121-4 | $ 597.17 | $ 13,762.77 | $ 4,649.00 |
| 2013 | Ford E350 SD XLT 15 PS | 1FBSS3BL0DDA91043 | Hincklease | 4859-00692 | $ 597.17 | $ 13,809.31 | $ 8,483.00 |

**VEHICLE FLEET LIST**

| Year | Model | VIN | Finance Company | Lease No. | Monthly Rate | Amount Owed | FMV |
|------|-------|-----|-----------------|-----------|--------------|-------------|-----|
| 2013 | Ford E350 SD XLT 15 PS | 1FBSS3BL9DDA91042 | Hincklease | 4859-00696 | $ 597.17 | $ 13,762.76 | $ 15,411.00 |
| 2013 | Ford E350 SD XLT 15 PS | 1FBSS3BL4DDA91045 | Hincklease | 4859-00693 | $ 597.17 | $ 13,762.77 | $ 7,671.00 |
| 2013 | FORD E3550 SD XLT | 1FBNE3BL2DDA35240 | Hincklease | 4859-00831 | $ 497.00 | $ 12,955.13 | $ 10,350.00 |
| 2013 | FORD E3550 SD XLT | 1FBNE3BLXDDA35244 | Hincklease | 4859-00832 | $ 497.00 | $ 12,955.13 | $ 10,752.00 |
| 2012 | Chevrolet Van | C1121090 | Hincklease | 4859-00451 | | $ 7,473.98 | $ 7,896.00 |
| 2012 | FORD E3550 SD XLT | 1FBNE3BL6CDA45722 | Hincklease | 4859-00833 | $ 442.00 | $ 11,966.93 | $ 9,733.00 |
| 2012 | RAM 1500 | 1C6RD7GT5CS188504 | Hincklease | 4859-01011 | $ 466.75 | $ 20,291.29 | $ 15,769.00 |
| 2014 | Land Rover Range Rover Sport | SALWR2TF1EA377832 | Land Rover c/o Chase Auto Finance | | $ 1,578.87 | | $ 39,200.00 |
| 2016 | Cadillac Escalade ESV | 1GYS4HKJ6GR363338 | Wells Fargo | | $ 1,596.67 | | $ 45,216.00 |
| 2016 | Cadillac Escalade ESV | 1GYS4HKJ5GR363363 | Wells Fargo | | $ 1,596.67 | | $ 45,750.00 |
| 2016 | Cadillac Escalade ESV | 1GYS4HKJ8GR363373 | Wells Fargo | | $ 1,596.67 | | $ 45,750.00 |
| 2016 | Cadillac Escalade ESV | 1GYS4HKJ5GR364769 | Wells Fargo | | $ 1,596.67 | | $ 46,149.00 |
| 2016 | Cadillac Escalade ESV | 1GYS4HKJ6GR364912 | Wells Fargo | | $ 1,596.67 | | $ 45,617.00 |
| 2016 | Cadillac Escalade ESV | 1GYS4HKJ1GR364753 | Wells Fargo | | $ 1,596.67 | $ 344,880.00 | $ 49,011.00 |
| TOTAL: | | | | | $ 64,873.17 | $ 2,629,214.06 | $ 1,850,353.00 |

**INSURANCE CONTRACTS**

| Provider | Coverage | Monthly or Annual  Premium |
|---|---|---|
| Auto Owners | Renters' Insurance for Lewis Building | $799.82/yr |
| Philadelphia Indemnity Insurance Company (Coaches) | Business Auto Liability<br>Uninsured Motorists<br>Underinsured Motorists<br>Personal Injury Protection<br>Comprehensive<br>Collision<br>Hired & Non-owned Auto<br>General Liability<br>Business Personal Property<br>Business Income<br>Stock Inventory | $61,595.00/mo |
| Citadel Insurance Services, LC (for benefit of Rio Tinto Kennecott Utah Copper LLC) | Commercial General Liability<br>Automobile Liability | $9,220.00 |
| Hartford Insurance Company of the Midwest | Property Flood Insurance for leased business premises at<br>549 W 500 S, Salt Lake City, UT | $1,536.00 |
| National Interstate Insurance (Philadelphia Indemnity) | Non-TRAX leases | $15,971.25/mo |
| Capital Premium (Hiscox Insurance Co., Inc. Risk Placement Services (Scottsdale)) | Executive coverage | $1,600.00/yr |
| WCF Insurance Workers Compensation Fund (Advantage Workers Compensation Insurance Co.) (Moreton & Company) | Workers' compensation fund | $601,887.61/yr |

#Executory Contracts List (non-customers) 06.19.17

Insurance

6 of 8

SCHEDULE G

INSURANCE CONTRACTS

6/19/2017 @ 8:58 PM

**INSURANCE CONTRACTS**

| Benefit | Provider |
|---|---|
| Health Insurance | Health EZ (through Standard Life and Accident Insurance Company Treaty #SL SLA15680-E and EBU case #049301) |
| Dental Insurance | Humana |
| Vision Insurance | Humana |
| Life Insurance | Humana (company sponsored basic) Assurant/Sun Life (company sponsored AD&D) |
| Pharmacy Benefits | Magellan Rx Management, LLC |
| Long Term/Short Term Disability | Transamerica (driver) Assurant (admin) |
| Supplemental Life Insurance | Assurant/Sun life (vol. life) |

**EMPLOYMENT and CONSULTING AGREEMENTS**

| Entity | Employee or other party to contract | Date | Title | Term/Termination Date | Comments |
|---|---|---|---|---|---|
| All Resort Group, Inc. | Richard & Wendy Bizzaro; Laurie & Gordon Cummins | Jun-15 | Retirement Agreement | 3 years | Only provides provisions for Laurie & Gordon Cummins |
| All Resort Group, Inc. | Ana Busisin | 4/24/2017 | Employment Agreement | 4/23/2020 | Year 1: $90,000 Year 2: $105,000 Year 3: $120,000 |
| All Resort Group, Inc. | Jerry Fox | 2/3/2017 | Consulting Agreement (marketing) | 2/3/2018 | $2,000/month for marketing services |
| All Resort Group, Inc. | Larry Killingsworth | 4/24/2017 | Employment Agreement | 4/23/2020 | Year 1: $185,000 Year 2: $215,000 Year 3: $245,000 |
| All Resort Group, Inc. | Kaity Quinley | 4/24/2017 | Employment Agreement | 4/23/2020 | Year 1: $130,000 Year 2: $145,000 Year 3: $160,000 |

#Executory Contracts List (non-customers) 06.19.17
Employment
8 of 8

SCHEDULE G
EMPLOYMENT AGREEMENTS

6/19/2017 @ 8:58 PM

**Fill in this information to identify the case:**

Debtor name          **All Resort Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **17-23687**

■ Check if this is an
amended filing

Official Form 206H                                    SECOND AMENDED
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **All Resort Coach, Inc.** | | **Wells Fargo** | ■ D __2.58__<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **All Resort Group, Inc.** | | **Wells Fargo** | ■ D __2.58__<br>☐ E/F _____<br>☐ G _____ |
| 2.4  **Gordon Cummins** | **6300 N Sagewood Dr Ste 127 Park City, UT 84098** | **Signature Financial - BCA** | ■ D __2.52__<br>☐ E/F _____<br>☐ G _____ |
| 2.5  **Gordon Cummins** | **6300 N Sagewood Dr Ste 127 Park City, UT 84098** | **Wells Fargo** | ■ D __2.58__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | | Case number *(if known)* | **17-23687** |

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Gordon Cummins** | 6300 N Sagewood Dr Ste 127<br>Park City, UT 84098 | **Wells Fargo Equipment Finance** | ■ D ___2.59___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Gordon Cummins** | 6300 N Sagewood Dr Ste 127<br>Park City, UT 84098 | **1st Source Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Lewis Carriages, Inc.** | | **Wells Fargo** | ■ D ___2.58___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Lewis Carriages, Inc.** | | **Wells Fargo Equipment Finance** | ■ D ___2.59___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Park City Transportation, Inc.** | | **Wells Fargo** | ■ D ___2.58___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Resort Express, Inc.** | | **Wells Fargo** | ■ D ___2.58___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Resort Express, Inc.** | | **Wells Fargo Equipment Finance** | ■ D ___2.59___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Resort Express, Inc.** | | **1st Source Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

---

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* | **17-23687** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Richard Bizzaro** | **20700 Northridge Rd** **Northridge, CA 91311** | **Signature Financial - BCA** | ■ D __2.52__  ☐ E/F _____  ☐ G _____ |
| 2.15 | **Richard Bizzaro** | **20700 Northridge Rd** **Northridge, CA 91311** | **Wells Fargo** | ■ D __2.58__  ☐ E/F _____  ☐ G _____ |
| 2.16 | **Richard Bizzaro** | **20700 Northridge Rd** **Northridge, CA 91311** | **Wells Fargo Equipment Finance** | ■ D __2.59__  ☐ E/F _____  ☐ G _____ |
| 2.17 | **Richard Bizzaro** | **20700 Northridge Rd** **Northridge, CA 91311** | **1st Source Bank** | ☐ D _____  ☐ E/F _____  ☐ G _____ |
| 2.18 | **Richard Bizzaro** | **20700 Northridge Rd** **Northridge, CA 91311** | **Key Equipment Finance** | ■ D __2.30__  ☐ E/F _____  ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **All Resort Group, Inc.**

United States Bankruptcy Court for the:  **DISTRICT OF UTAH**

Case number (if known)  **17-23687**

☐ Check if this is an amended filing

SECOND AMENDED

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ☐ Operating a business<br>■ Other  **Business operations** | **$11,764,741.52** |
   | **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other  **Business operations** | **$33,748,097.18** |
   | **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other  **Business operations** | **$34,565,670.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | **Proceeds from Abraham Limo Services, Inc., for purchase of Lewis Carriages, Inc., permits** | **$70,000.00** |
   | **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | **Additional income from DVIP sale** | **$250,000.00** |
   | **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | **Sale of DVIP** | **$1,200,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* **17-23687** |
|---|---|---|

---

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached  SCHEDULE "SOFA NO. 3"** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See attached SCHEDULE "SOFA NO. 4" for details** | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **See attached SCHEDULE "SOFA NO. 7"** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* **17-23687** |

---

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **TO BE SUPPLIED** | | | **Unknown** |

---

**Part 6:**   **Certain Payments or Transfers**

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | | **$55,000.00 retainer paid 4/20/17; $26,240.00 applied to pre-petition services (4/4/17 - 4/26/17) on 4/27/17.** | |
| **Anna W. Drake, P.C.**<br>**PO Box 581126**<br>**Salt Lake City, UT 84158-1126** | **$53,283.00 legal services**<br>**$1,717.00 filing fee** | | **$55,000.00** |
| Email or website address<br>**annadrake@att.net** | | | |
| Who made the payment, if not debtor? | | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **All Resort Group, Inc.**                                    Case number *(if known)* **17-23687**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **GlassRatner Advisory & Capital Group LLC 35 E 100 S Ste 1609 Salt Lake City, UT 84111** | | **Retainer paid 4/24/17; retainer applied pre-petition on 4/28/17** | **$26,000.00** |
| | **Email or website address mthatcher@glassratner.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | **Abraham Limo Services, Inc. 5525 Cameron St Las Vegas, NV 89103** | **Lewis Carriages, Inc., a wholly-owned subsidiary of the Debtor, sold its CPCN 1125 Permit issued by the nevada Tranportation Authority for the sum of $200,000. All funds received to date have been paid directly to the Debtor. Monthly payments at $10,000/month.** | **10/27/16** | **$200,000.00** |
| | **Relationship to debtor None** | | | |
| 13.2 . | **Destination Services Company PO Box 3660 Avon, CO 81620** | **DVIP, Inc., a wholly-owned subsidiary of All Resort Group, Inc., transferred all of its furniture, fixtures and equipment used in the DVIP business, the contents of two (2) storage units, all domain names owned or licensed to DVIP, certain contracts, and intangibles** | **6/15/15 (+ deferred revenue by 6/30/16)** | **$1,200,000.00** |
| | **Relationship to debtor None** | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor  **All Resort Group, Inc.**                                            Case number *(if known)* **17-23687**

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **470 W 600 S**<br>**Salt Lake City, UT 84101** | **Limo yard (2010 - present)** |
| 14.2. | **534 S 500 W**<br>**Salt Lake City, UT 84111** | **2011 - present** |
| 14.3. | **549 W 500 S**<br>**Salt Lake City, UT 84101** | **2006 - present** |
| 14.4. | **1251 Kearns Blvd**<br>**Park City, UT 84060** | **parking lot (unknown)** |
| 14.5. | **1500 Kearns Blvd**<br>**Park City, UT 84060** | **2012 - present** |
| 14.6. | **2880 N Nellis Blvd**<br>**Las Vegas, NV 89105** | **LV Limo (2012 - 2017)** |
| 14.7. | **4740 S Valley View Blvd**<br>**Las Vegas, NV 89103** | **2016 - present** |
| 14.8. | **5428 W Leo Park Rd**<br>**West Jordan, UT 84088** | **parking 2013 - 2017** |
| 14.9. | **5663 Oslo Ln**<br>**Park City, UT 84098** | **2016 - present** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■  No. Go to Part 9.
    ☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐  No.
    ■  Yes. State the nature of the information collected and retained.

    **Customers' credit card information is kept in the specific customer**
    **file in a filing cabinet in the accounting office in Park City.**

    Does the debtor have a privacy policy about that information?
    ■ No
    ☐ Yes

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* **17-23687** |

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Space Place Storage, fka Jordanelle Storage 4520 N Old Hwy 40 Heber City, UT 84032** | **Andrea Hansen** | **Financial information** | ☐ No ■ Yes |

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Employees and mechanics** | **Offices** | **Employees may have personal property at their locations. Mechanics may have personal tools.** | **$0.00** |

| Debtor | **All Resort Group, Inc.** | Case number *(if known)* **17-23687** |
|---|---|---|

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|---|
| 25.1. | **All Resort Coach, Inc.** **PO Box 681780** **Park City, UT 84068** | **Transportation** | EIN:    **20-4202240** From-To    **1/2006 - present (merged 4/27/17)** |
| 25.2. | **ARG Vehicle Service Center, LLC dba** **LV Service Center** **PO Box 681780** **Park City, UT 84068** | **Vehicle service** | EIN:    **None issued** From-To    **2/2017 - present (merged 4/27/17)** |
| 25.3. | **DVIP, Inc.** **PO Box 681780** **Park City, UT 84068** | **Transportation** | EIN:    **27-1449152** From-To    **11/2009 - 6/1/15** |

Debtor   **All Resort Group, Inc.**

Case number *(if known)* **17-23687**

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.4.   **Lewis Carriages, Inc.**<br>**PO Box 681780**<br>**Park City, UT 84068** | **Transportation** | EIN:   **47-2779161**<br>From-To   **2015 - present** |
| 25.5.   **Park City Transportation, Inc.**<br>**PO Box 681780**<br>**Park City, UT 84068** | **Transportation** | EIN:   **26-4679128**<br>From-To   **5/2009 - present (merged 4/27/17)** |
| 25.6.   **Premier Transportation, Inc.**<br>**PO Box 681780**<br>**Park City, UT 84068** | **Transportation** | EIN:   **42-1717242**<br>From-To   **10/2006 - present (merged 4/27/17)** |
| 25.7.   **Resort Express, Inc.**<br>**PO Box 681780**<br>**Park City, UT 84068** | **Transportation** | EIN:   **87-0480238**<br>From-To   **11/1990 - present (merged 4/27/17)** |
| 25.8.   **All Resort Employment**<br>**Services, LLC**<br>**1500 Kearns Blvd Ste F200**<br>**Park City, UT 84068** | **Never opened or used** | EIN:   **none**<br>From-To   **7/13/15 - 10/26/16 (expired)** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Brandon Fife**<br>**988 S 100 W**<br>**Heber City, UT 84032** | **9/12 - 6/15** |
| 26a.2.   **Andrea Hansen**<br>**852 Somerset Dr**<br>**North Salt Lake, UT 84054** | **10/16 - present** |
| 26a.3.   **Sharyle Lyons**<br>**PO Box 3122**<br>**Salt Lake City, UT 84110** | **9/09 - 3/16** |
| 26a.4.   **Ryan Naegle**<br>**681 Northridge Dr**<br>**Bountiful, UT 84010** | **6/15 - 4/16** |
| 26a.5.   **Jeff Pannabacker**<br>**1718 E Viewside Cr**<br>**Hideout, UT 84036** | **5/16 - 10/16** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor   **All Resort Group, Inc.**                                          Case number *(if known)* **17-23687**

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Neiderhauser & Davis, LLC**<br>PO Box 680460<br>Park City, UT 84068-0460 | **Yearly review 2012 - 2015** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Debtor** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gordon Cummins | 6300 N Sagewood Dr Ste 127<br>Park City, UT 84098 | Board of Directors<br>Common stock | 31.3% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Estate of Wendy Bizzaro | c/o Richard Bizzaro<br>20700 Northridge Rd<br>Northridge, CA 91311 | Shareholder | 32.5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard Bizzaro | 20700 Northridge Rd<br>Northridge, CA 91311 | Board of Directors<br>Common stock | 32.2% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| J.L. Killingsworth | 5663 Oslo Ln<br>Park City, UT 84098 | President<br>Common stock | 2.0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Donnie Novell | PO Box 680061<br>Park City, UT 84069 | Common stock (former 20% owner of Park City Transportation, Inc. prior to merger) | 2.0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

Debtor    **All Resort Group, Inc.**                                   Case number *(if known)*  **17-23687**

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See attached  SCHEDULE "SOFA  NO. 4"** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **All Resort Group, LLC** | **EIN:        27-4435207** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 19, 2017**

**/s/ J.L. Killingsworth**                                    **J.L. Killingsworth**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

**PAYMENTS TO CREDITORS WITHIN 90 DAYS PRE-PETITION**

| CREDITOR | | AMOUNT | PURPOSE |
|---|---|---|---|
| **Access Business** | | **710,875.42** | |
| | 2/17/2017 | 65,965.02 | Factor Repayment |
| | 2/21/2017 | 929.75 | Factor Repayment |
| | 2/22/2017 | 20,323.73 | Factor Repayment |
| | 2/27/2017 | 47,238.55 | Factor Repayment |
| | 3/6/2017 | 71,815.00 | Factor Repayment |
| | 3/7/2017 | 85,200.74 | Factor Repayment |
| | 3/9/2017 | 102,713.97 | Factor Repayment |
| | 3/13/2017 | 52,252.48 | Factor Repayment |
| | 3/29/2017 | 101,531.13 | Factor Repayment |
| | 4/6/2017 | 55,823.97 | Factor Repayment |
| | 4/21/2017 | 28,921.00 | Factor Repayment |
| | 4/24/2017 | 71,595.66 | Factor Repayment |
| | 4/27/2017 | 5,161.76 | Factor Repayment |
| | 4/28/2017 | 1,402.66 | Factor Repayment |
| | | | |
| **ABC Companies** | | **39,668.94** | |
| 2/10/17 Ck#0090 | | 7,597.24 | Parts |
| 2/17/17 CK#0126 | | 5,888.43 | Parts |
| 2/22/17 CK#0147 | | 1,002.08 | Parts |
| 2/24/17 CK#0150 | | 5,013.28 | Parts |
| 3/2/17 Ck#0181 | | 5,000.00 | Parts |
| 3/9/17 CK#0231 | | 5,283.93 | Parts |
| 3/17/2017 Ck#0271 | | 4,993.16 | Parts |
| 3/24/17 CK#0314 | | 4,890.82 | Parts |
| | | | |
| **ADP** | | **40,883.97** | **Don't pay ADP through AP** |
| | | | |
| **AMAZON.COM DBT CRD** | | **12,850.00** | **Employee Referals** |
| | 1/23/2017 | 3,000.00 | Employee Referals |
| | 3/7/2017 | 2,950.00 | Employee Referals |
| | 3/20/2017 | 3,000.00 | Employee Referals |
| | 3/20/2017 | 2,850.00 | Employee Referals |
| | 4/12/2017 | 1,050.00 | Employee Referals |
| | | | |
| **AMERICAN EXPRESS  AXP DISCNT** | | **26,618.75** | **Credit Card Charg** |
| | | | |
| **Any Hour Service** | | **9,454.00** | |
| | 2/7/2017 | 9,454.00 | Building Repairs |
| | | | |
| **Apparatus Equipment** | | **12,324.63** | |

**SOFA NO. 3**

5/19/2017 @ 8:14 PM

## PAYMENTS TO CREDITORS WITHIN 90 DAYS PRE-PETITION

| CREDITOR | | AMOUNT | PURPOSE |
|---|---|---|---|
| | 2/27/2017 | 1,515.62 | Parts |
| | 2/28/2017 | 10,000.00 | Parts |
| | 3/2/2017 | 850.00 | Parts |
| **Assurant Insurance** | | **26,901.48** | |
| | 2/7/2017 | 26,901.48 | Insurance |
| **Barron Wilson** | | **28,461.26** | |
| | 2/8/2017 | 13,500.00 | Rents |
| | 2/14/2017 | 1,461.26 | Rents |
| | 3/9/2017 | 13,500.00 | Rents |
| **BMO HARRIS BANK** | | **15,172.20** | |
| | 4/7/2017 | 5,057.40 | Vehicle Payment |
| | 3/7/2017 | 5,057.40 | Vehicle Payment |
| | 2/7/2017 | 5,057.40 | Vehicle Payment |
| **BOA Bankcard** | | **92,360.30** | |
| | 2/6/2017 | 48,830.38 | Credit Card payment |
| | 2/21/2017 | 40,745.42 | Credit Card payment |
| | 3/6/2017 | 2,784.50 | Credit Card payment |
| **BOA LEASING** | | **41,542.29** | **Don't have lease in GP** |
| **Burt Brothers** | | **11,509.13** | |
| | 3/2/2017 | 3,881.92 | Parts & repairs |
| | 3/1/2017 | 1,308.42 | Parts & repairs |
| | 2/28/2017 | 2,688.48 | Parts & repairs |
| | 2/24/2017 | 2,811.11 | Parts & repairs |
| | 2/17/2017 | 1,025.48 | Parts & repairs |
| **Central Parking** | | **8,472.00** | |
| | 1/18/2017 | 2,904.00 | airport parking |
| | 3/17/2017 | 3,696.00 | airport parking |
| | 3/24/2017 | 1,872.00 | airport parking |
| **Cody Bradley** | | | |
| | 1/27/2017 | 7,225.10 | |
| **Commercial Portfolio Advisors** | | **14,987.50** | **consulting** |

**SOFA NO. 3**

**PAYMENTS TO CREDITORS WITHIN 90 DAYS PRE-PETITION**

| CREDITOR | | AMOUNT | PURPOSE |
|---|---|---|---|
| **Commercial Advisors** | | **7,600.00** | **consulting** |
| **CTS** | | **71,031.66** | |
| **Cummins Rocky Mtn** | | **28,100.51** | |
| | 2/24/2017 | 7,159.52 | parts |
| | 3/2/2017 | 7,593.79 | parts |
| | 3/9/2017 | 4,033.41 | parts |
| | 3/17/2017 | 9,313.79 | parts |
| **CV Prop Co** | | **11,884.20** | |
| | 3/7/2017 | 11,884.20 | rent |
| **D Warring** | | **22,972.16** | |
| | 2/10/2017 | 1,462.45 | Reimbursement |
| | 2/22/2017 | 900.00 | Reimbursement |
| | 2/23/2017 | 6,610.71 | Reimbursement |
| | 3/24/2017 | 4,153.92 | Reimbursement |
| | 4/4/2017 | 1,248.48 | Reimbursement |
| | 4/17/2017 | 5,725.35 | Reimbursement |
| | 5/2/2017 | 2,871.25 | Reimbursement |
| **Daimler Truck Finance** | | **76,944.90** | **Lease payments** |
| **Driftwood Autobody** | | **21,047.85** | |
| | 2/9/2017 | 7,374.80 | bodywork |
| | 3/9/2017 | 6,888.28 | bodywork |
| | 3/17/2017 | 6,784.77 | bodywork |
| **Enterprise Rental** | | **8,500.00** | |
| | 3/17/2017 | 500.00 | car rentals |
| | 3/17/2017 | 4,000.00 | car rentals |
| | 3/24/2017 | 4,000.00 | car rentals |
| **Fall Line Capital** | | **10,349.98** | |
| | 3/15/2017 | 10,349.98 | |
| **Goodway Group** | | **18,600.00** | |
| | 2/17/2017 | 18,600.00 | Lawyer |

**SOFA NO. 3**

**PAYMENTS TO CREDITORS WITHIN 90 DAYS PRE-PETITION**

| CREDITOR | | AMOUNT | PURPOSE |
|---|---|---|---|
| **HealthEZ** | | **362,892.36** | |
| | 2/6/2017 | 127,000.00 | Insurance |
| | 3/1/2017 | 123,361.11 | Insurance |
| | 4/4/2017 | 112,531.25 | Insurance |
| **Hinklease** | | **95,178.76** | |
| | 2/27/2017 | 95,178.76 | leases |
| **Humana** | | **44,338.17** | |
| | 4/6/2017 | 18,663.50 | Insurance |
| | 2/7/2017 | 25,674.67 | Insurance |
| **Imagicom** | | **17,925.00** | |
| | 2/21/2017 | 5,000.00 | computer programer |
| | 3/2/2017 | 5,000.00 | computer programer |
| | 3/13/2017 | 5,000.00 | computer programer |
| | 3/15/2017 | 2,925.00 | computer programer |
| **INDEED DBT CRD** | | **11,919.28** | |
| | 2/10/2017 | 402.64 | job ads |
| | 2/13/2017 | 504.32 | job ads |
| | 2/16/2017 | 505.93 | job ads |
| | 2/21/2017 | 505.36 | job ads |
| | 2/21/2017 | 502.61 | job ads |
| | 2/22/2017 | 500.13 | job ads |
| | 3/1/2017 | 500.34 | job ads |
| | 3/2/2017 | 114.99 | job ads |
| | 2/23/2017 | 508.29 | job ads |
| | 2/27/2017 | 502.42 | job ads |
| | 2/27/2017 | 501.36 | job ads |
| | 3/10/2017 | 507.96 | job ads |
| | 3/15/2017 | 505.72 | job ads |
| | 3/15/2017 | 534.83 | job ads |
| | 3/16/2017 | 500.71 | job ads |
| | 3/20/2017 | 505.47 | job ads |
| | 3/20/2017 | 503.94 | job ads |
| | 3/23/2017 | 514.64 | job ads |
| | 3/24/2017 | 514.55 | job ads |
| | 3/27/2017 | 510.22 | job ads |

**SOFA NO. 3**

5/19/2017 @ 8:14 PM

**PAYMENTS TO CREDITORS WITHIN 90 DAYS PRE-PETITION**

| CREDITOR | | AMOUNT | PURPOSE |
|---|---|---|---|
| | 3/27/2017 | 507.84 | job ads |
| | 3/28/2017 | 512.51 | job ads |
| | 4/5/2017 | 6.34 | job ads |
| | 4/5/2017 | 510.58 | job ads |
| | 4/20/2017 | 501.27 | job ads |
| | 5/1/2017 | 234.31 | job ads |
| **Industrial Supply** | | **28,437.33** | |
| | 2/10/2017 | 7,556.26 | safety equipment |
| | 2/17/2017 | 5,846.83 | safety equipment |
| | 2/24/2017 | 4,976.73 | safety equipment |
| | 3/2/2017 | 5,032.38 | safety equipment |
| | 3/9/2017 | 2,642.83 | safety equipment |
| | 3/17/2017 | 2,382.30 | safety equipment |
| **IPFS Corp** | | **29,095.57** | |
| | 2/3/2017 | 9,681.65 | insurance |
| | 3/21/2017 | 9,220.62 | insurance |
| | 4/14/2017 | 10,193.30 | insurance |
| **Jaffe Amex** | | **14,500.00** | |
| | 2/17/2017 | 7,000.00 | lawsuit payment |
| | 3/23/2017 | 7,500.00 | lawsuit payment |
| **Jaqualin Friend Peterson** | | **11,000.00** | |
| | 3/13/2017 | 11,000.00 | lawsuit payment |
| **JRW Services** | | **7,245.00** | |
| | 3/6/2017 | 7,245.00 | |
| **KEY EQUIPMENT FI  LEASE** | | **37,326.93** | **Lease payments** |
| **L Croutcher** | | **7,940.57** | |
| | 2/10/2017 | 1,189.57 | Reimbursement |
| | 2/15/2017 | 476.12 | Reimbursement |
| | 2/22/2017 | 1,225.29 | Reimbursement |
| | 2/27/2017 | 105.99 | Reimbursement |
| | 2/28/2017 | 43.24 | Reimbursement |
| | 3/3/2017 | 410.92 | Reimbursement |
| | 3/23/2017 | 1,080.99 | Reimbursement |

**SOFA NO. 3**

**PAYMENTS TO CREDITORS WITHIN 90 DAYS PRE-PETITION**

| CREDITOR | | AMOUNT | PURPOSE |
|---|---|---|---|
| | 4/17/2017 | 2,349.55 | Reimbursement |
| | 4/28/2017 | 1,058.90 | Reimbursement |
| **Les Olson** | | **8,820.11** | |
| | 3/17/2017 | 5,029.17 | printers |
| | 3/24/2017 | 3,790.94 | printers |
| **Liberty Detail** | | **15,750.00** | |
| | 3/2/2017 | 7,020.00 | Car Washing |
| | 3/22/2017 | 8,730.00 | Car Washing |
| **M Wilhelm** | | **9,499.19** | |
| | 2/10/2017 | 5,043.24 | Reimbursements |
| | 3/24/2017 | 3,622.51 | Reimbursements |
| | 4/17/2017 | 833.44 | Reimbursements |
| **Marcus Bundrant** | | **6,523.44** | |
| | 1/27/2017 | 6,523.44 | |
| **Marriott Mountainside** | | **14,602.50** | |
| | 3/23/2017 | 14,602.50 | Commissions |
| **MCI Fleet Parts** | | **28,753.69** | |
| | 2/17/2017 | 4,764.32 | parts |
| | 3/9/2017 | 4,478.34 | parts |
| | 3/17/2017 | 9,561.94 | parts |
| | 3/24/2017 | 4,853.31 | parts |
| | 4/6/2017 | 5,095.78 | parts |
| **National Interstate** | | **273,327.39** | |
| | 1/31/2017 | 92,400.80 | Insurance |
| | 3/21/2017 | 60,438.22 | Insurance |
| | 4/17/2017 | 120,488.37 | Insurance |
| **Niederhouser Davis** | | **10,000.00** | |
| | 3/1/2017 | 10,000.00 | 2015 tax prep |
| **Park City Investors** | | **34,868.28** | |
| | 2/8/2017 | 11,622.76 | rent |
| | 2/22/2017 | 11,622.76 | rent |

**PAYMENTS TO CREDITORS WITHIN 90 DAYS PRE-PETITION**

| CREDITOR | | AMOUNT | PURPOSE |
|---|---|---|---|
| | 3/22/2017 | 11,622.76 | rent |
| **PEOPLES CAP&LEAS** | | **111,417.20** | **Leases** |
| **PNC         LEASE PMT** | | **14,952.00** | **Leases** |
| **Progressive Reporting Agency** | | **6,868.53** | |
| | 2/27/2017 | 217.33 | Titles and Taxes |
| | 3/2/2017 | 724.20 | Titles and Taxes |
| | 42804 | 169.50 | Titles and Taxes |
| | 4/12/2017 | 5,757.50 | Titles and Taxes |
| **Purcell Tire** | | **25,459.91** | |
| | 2/20/2017 | 4,466.41 | tires |
| | 2/24/2017 | 3,753.37 | tires |
| | 3/2/2017 | 4,691.72 | tires |
| | 3/9/2017 | 4,462.58 | tires |
| | 3/13/2017 | 4,691.72 | tires |
| | 3/24/2017 | 2,211.04 | tires |
| | 4/5/2017 | 1,104.24 | tires |
| **Questar Gas Co.** | | **9,744.52** | |
| | 2/17/2017 | 1,203.72 | Gas |
| | 3/17/2017 | 840.96 | Gas |
| | 4/14/2017 | 461.93 | Gas |
| | 2/2/2017 | 2,647.84 | Gas |
| | 3/3/2017 | 2,580.21 | Gas |
| | 4/3/2017 | 2,009.86 | Gas |
| **Red Canyon Transit** | | **7,684.00** | |
| | 2/2/2017 | 7,684.00 | Subcharter |
| **River City Petro** | | **100,019.43** | |
| | 1/30/2017 | 7,776.29 | Fuel |
| | 2/6/2017 | 9,050.60 | Fuel |
| | 2/14/2017 | 8,187.86 | Fuel |
| | 2/21/2017 | 8,389.59 | Fuel |
| | 2/27/2017 | 9,760.91 | Fuel |
| | 2/27/2017 | 263.96 | Fuel |
| | 3/6/2017 | 11,714.65 | Fuel |

**SOFA NO. 3**

**PAYMENTS TO CREDITORS WITHIN 90 DAYS PRE-PETITION**

| CREDITOR | | AMOUNT | PURPOSE |
|---|---|---|---|
| | 3/13/2017 | 4,430.33 | Fuel |
| | 3/20/2017 | 10,470.27 | Fuel |
| | 3/27/2017 | 3,600.60 | Fuel |
| | 3/6/2017 | 271.73 | Fuel |
| | 3/13/2017 | 276.41 | Fuel |
| | 4/3/2017 | 8,573.87 | Fuel |
| | 4/10/2017 | 6,477.97 | Fuel |
| | 4/17/2017 | 6,618.67 | Fuel |
| | 4/24/2017 | 4,155.72 | Fuel |
| **Rocky Mt Care Clinic** | | **21,094.00** | |
| | 3/17/2017 | 4,979.00 | Employee Testing |
| | 3/9/2017 | 5,878.00 | Employee Testing |
| | 2/9/2017 | 10,237.00 | Employee Testing |
| **Ryans Express** | | **9,785.00** | |
| | 3/24/2017 | 9,785.00 | Subcharter |
| **Safety Kleen** | | **19,540.27** | |
| | 2/10/2017 | 1,544.65 | vehicle fluid disposal |
| | 3/1/2017 | 4,188.83 | vehicle fluid disposal |
| | 3/9/2017 | 2,028.32 | vehicle fluid disposal |
| | 3/14/2017 | 1,890.83 | vehicle fluid disposal |
| | 3/22/2017 | 9,887.64 | vehicle fluid disposal |
| **Salt Lake Airport** | | **43,174.43** | |
| | 3/2/2017 | 9,995.06 | rents |
| | 2/16/2017 | 35,004.87 | AVI charges |
| **Saucon Technologies** | | **11,300.80** | |
| | 3/17/2017 | 1,893.40 | Vehicle Tracking |
| | 3/9/2017 | 3,687.40 | Vehicle Tracking |
| | 3/2/2017 | 5,720.00 | Vehicle Tracking |
| **Select Comfort** | | **9,135.00** | |
| | 3/2/2017 | 3,000.00 | Building repairs |
| | 3/9/2017 | 3,000.00 | Building repairs |
| | 3/24/2017 | 3,135.00 | Building repairs |

**SOFA NO. 3**

5/19/2017 @ 8:14 PM

**PAYMENTS TO CREDITORS WITHIN 90 DAYS PRE-PETITION**

| CREDITOR | | AMOUNT | PURPOSE |
|---|---|---|---|
| **SIGNATURE FIN      PAYMENT** | | **57,365.85** | leases |
| | | | |
| **Smith Power Products** | | **10,058.29** | |
| | 2/10/2017 | 6,198.49 | parts |
| | 2/28/2017 | 3,859.80 | parts |
| | | | |
| **Smiths Coaches** | | **13,065.00** | |
| | 2/10/2017 | 5,715.00 | subcharter |
| | 2/17/2017 | 7,350.00 | subcharter |
| | | | |
| **Snow, Christensen, Martineau** | | **15,405.00** | |
| | 3/1/2017 | 10,000.00 | Legal |
| | 3/1/2017 | 5,405.00 | Legal |
| | | | |
| **SPRINT** | | **7,839.24** | |
| | 2/14/2017 | 2,613.08 | cellular phones |
| | 3/15/2017 | 2,613.08 | cellular phones |
| | 4/12/2017 | 2,613.08 | cellular phones |
| | | | |
| **Starline Coaches** | | **20,692.85** | |
| | 2/17/2017 | 5,000.00 | subcharter |
| | 2/24/2017 | 5,000.00 | subcharter |
| | 3/2/2017 | 10,692.85 | subcharter |
| | | | |
| **SUNTRUST BANK      LEASE PMT** | | **52,281.39** | leases |
| | | | |
| **TCF** | | **23,879.06** | leases |
| | | | |
| **Techna Glass** | | **16,638.70** | |
| | 2/10/2017 | 4,554.81 | windshields |
| | 2/14/2017 | 2,298.98 | windshields |
| | 2/17/2017 | 2,510.91 | windshields |
| | 2/24/2017 | 2,244.41 | windshields |
| | 2/27/2017 | 1,417.12 | windshields |
| | 3/8/2017 | 1,956.64 | windshields |
| | 3/21/2017 | 1,655.83 | windshields |
| | | | |
| **Teton Stage Lines** | | **20,331.96** | |
| | 2/9/2017 | 10,144.21 | Subcharter |
| | 2/24/2017 | 4,896.25 | Subcharter |
| | 3/10/2017 | 5,291.50 | Subcharter |

**SOFA NO. 3**

**PAYMENTS TO CREDITORS WITHIN 90 DAYS PRE-PETITION**

| CREDITOR | | AMOUNT | PURPOSE |
|---|---|---|---|
| **THOMAS COLLECT** | | **286,451.51** | |
| | 2/9/2017 | 62,288.96 | fuel |
| | 2/15/2017 | 762.44 | fuel |
| | 2/22/2017 | 67,044.39 | fuel |
| | 2/24/2017 | 13,598.27 | fuel |
| | 3/2/2017 | 10,485.20 | fuel |
| | 3/15/2017 | 4,813.18 | fuel |
| | 3/15/2017 | 51,641.30 | fuel |
| | 3/15/2017 | 6,708.86 | fuel |
| | 3/22/2017 | 1,940.37 | fuel |
| | 4/5/2017 | 55,723.17 | fuel |
| | 4/5/2017 | 6,060.49 | fuel |
| | 4/5/2017 | 5,384.86 | fuel |
| **TNT Auctions** | | **24,449.96** | **Vehicle purchase** |
| **Transamerica Ins** | | **7,185.74** | |
| | 2/6/2017 | 2,568.04 | insurance |
| | 3/24/2017 | 1,847.08 | insurance |
| | 4/12/2017 | 2,770.62 | insurance |
| **US Dept of Transportation** | | **24,180.00** | |
| | 2/17/2017 | 24,180.00 | DOT fine |
| **US Fire** | | **129,345.77** | |
| | 2/23/2017 | 23,411.35 | insurance |
| | 3/10/2017 | 1,581.00 | insurance |
| | 3/23/2017 | 32,000.00 | insurance |
| | 3/23/2017 | 43,113.62 | insurance |
| | 4/17/2017 | 29,239.80 | insurance |
| **Ut Dept of Workforce Svc** | | **6,850.25** | |
| | 3/15/2017 | 6,850.25 | Unemployment tax |
| **UT DMV** | | **2,808.50** | |
| | 5/1/2017 | 2,808.50 | Vehicle Regisration |
| **Utah State Tax Commission** | | **32,722.76** | |
| | 3/28/2017 | 32,722.76 | vehicle registration |

**SOFA NO. 3**                      5/19/2017 @ 8:14 PM

**PAYMENTS TO CREDITORS WITHIN 90 DAYS PRE-PETITION**

| CREDITOR | | AMOUNT | PURPOSE |
|---|---|---|---|
| **WCF OF UTAH** | | **165,937.40** | |
| | 4/6/2017 | 76,540.74 | insurance |
| | 4/26/2017 | 56,146.12 | insurance |
| | 4/27/2017 | 33,250.54 | insurance |
| **WEBSTER CAP FIN** | | **16,265.10** | **leases** |
| **WELLS FARGO** | **LOAN/LEASE** | **171,378.03** | **leases** |
| **WEX INC** | **FLEET** | **73,226.37** | |
| | 2/2/2017 | 22,140.18 | fuel |
| | 2/7/2017 | 2,194.71 | fuel |
| | 2/13/2017 | 7,870.74 | fuel |
| | 2/22/2017 | 4,031.08 | fuel |
| | 3/2/2017 | 9,361.95 | fuel |
| | 3/7/2017 | 1,582.06 | fuel |
| | 3/13/2017 | 5,524.57 | fuel |
| | 3/21/2017 | 5,892.96 | fuel |
| | 4/4/2017 | 5,800.65 | fuel |
| | 4/6/2017 | 2,277.45 | fuel |
| | 4/11/2017 | 5,409.53 | fuel |
| | 4/21/2017 | 7,194.71 | fuel |

**PAYMENTS TO INSIDERS**
**RICHARD BIZZARO**

| Vendor ID | Recipient | Type | Date | Document | Amount | Purpose |
|-----------|-----------|------|------|----------|--------|---------|
| BIZZ101 | Bizzaro, Richard | Payment | 5/9/2016 | ACH | 2,400.00 | Dividend |
| BIZZ101 | Bizzaro, Richard | Payment | 5/10/2016 | 00000000000C | 1,095.11 | reimbursment |
| BIZZ101 | Bizzaro, Richard | Payment | 5/11/2016 | ACH | 6,000.00 | Dividend |
| RICH201 | Richard Bizzaro | Payment | 5/11/2016 | 00000000000C | 6,000.00 | Dividend |
| BIZZ101 | Bizzaro, Richard | Payment | 5/19/2016 | ACH | 2,400.00 | Dividend |
| BIZZ101 | Bizzaro, Richard | Payment | 5/26/2016 | ACH | 19,000.00 | Dividend |
| TEMPARC000118 | Bizzaro, Richard | Payment | 6/2/2016 | ACH | 2,400.00 | Dividend |
| TEMPARC000118 | Bizzaro, Richard | Payment | 6/23/2016 | ACH | 2,400.00 | Dividend |
| BIZZ101 | Bizzaro, Richard | Payment | 7/1/2016 | ACH | 149,940.00 | Sale of DVIP |
| TEMPARC000118 | Bizzaro, Richard | Payment | 7/8/2016 | 00000000000C | 2,400.00 | Dividend |
| BIZZ101 | Bizzaro, Richard | Payment | 8/29/2016 | 00000000000C | 304.70 | reimbursment |
| TEMPARC000118 | Bizzaro, Richard | Payment | 11/2/2016 | 00000000000C | 85.61 | reimbursment |
| TEMPARC000118 | Bizzaro, Richard | Payment | 12/21/2016 | 210006731 | 5,000.00 | loan repayment |
| BIZZ401 | Bizzaro Richard | Payment | 3/20/2017 | 00000000000C | 2,500.00 | loan repayment |
| | Bizzaro, Richard | Payment | 4/14/2017 | | 15,000.00 | loan repayment |
| | | | | | 216,925.42 | |

Car for Richard   $1,265.67  9 payments made              11,391.03

                                              **TOTAL**    **228,316.45**

# PAYMENTS TO INSIDERS
# fbo RICHARD BIZZARO

**Payments made on behalf of Richard Bizzaro for caregivers from April 2016 to April 2017**

| Recipient | Document | Date | Document No. | Amount |
|-----------|----------|------|--------------|--------|
| Laszlo Bihari | Payment | 4/8/2016 | 00000000000020815 | 999.22 |
| Laszlo Bihari | Payment | 4/13/2016 | ACH | 952.63 |
| Laszlo Bihari | Payment | 4/20/2016 | ACH | 725.00 |
| Laszlo Bihari | Payment | 4/26/2016 | ACH | 867.35 |
| Laszlo Bihari | Payment | 5/4/2016 | ACH | 450.00 |
| Laszlo Bihari | Payment | 5/10/2016 | ACH | 782.02 |
| Laszlo Bihari | Payment | 5/17/2016 | ACH | 867.50 |
| Laszlo Bihari | Payment | 5/26/2016 | ACH | 893.75 |
| Laszlo Bihari | Payment | 6/1/2016 | 00000000000021843 | 464.92 |
| Laszlo Bihari | Payment | 6/7/2016 | ACH | 852.26 |
| Laszlo Bihari | Payment | 6/14/2016 | 00000000000021990 | 950.98 |
| Laszlo Bihari | Payment | 6/21/2016 | 00000000000022051 | 888.56 |
| Laszlo Bihari | Payment | 6/29/2016 | 00000000000022136 | 906.70 |
| Laszlo Bihari | Payment | 7/6/2016 | 00000000000022208 | 961.99 |
| Laszlo Bihari | Payment | 7/19/2016 | 00000000000022347 | 919.55 |
| Laszlo Bihari | Payment | 7/26/2016 | ACH | 954.70 |
| Laszlo Bihari | Payment | 8/2/2016 | 00000000000022507 | 856.32 |
| Laszlo Bihari | Payment | 8/11/2016 | 00000000000022628 | 966.73 |
| Laszlo Bihari | Payment | 8/17/2016 | CASH | 1,155.25 |
| Laszlo Bihari | Payment | 8/25/2016 | 00000000000022970 | 880.00 |
| Laszlo Bihari | Payment | 8/30/2016 | 00000000000023037 | 912.52 |
| Laszlo Bihari | Payment | 9/7/2016 | ACH | 1,273.95 |
| Laszlo Bihari | Payment | 9/14/2016 | ACH | 981.47 |
| Laszlo Bihari | Payment | 9/20/2016 | 00000000000023248 | 1,318.07 |
| Laszlo Bihari | Payment | 9/27/2016 | ACH | 985.44 |
| Laszlo Bihari | Payment | 10/5/2016 | CASH | 900.00 |
| Laszlo Bihari | Payment | 10/12/2016 | ACH | 1,019.68 |
| Laszlo Bihari | Payment | 10/18/2016 | ACH | 762.50 |
| Laszlo Bihari | Payment | 10/25/2016 | ACH | 933.98 |
| Laszlo Bihari | Payment | 11/2/2016 | 00000000000023782 | 1,125.00 |
| Laszlo Bihari | Payment | 11/9/2016 | 00000000000023846 | 1,378.16 |
| Laszlo Bihari | Payment | 11/15/2016 | 00000000000023943 | 1,800.00 |
| Laszlo Bihari | Payment | 11/23/2016 | 00000000000024039 | 1,069.51 |
| Laszlo Bihari | Payment | 11/29/2016 | 00000000000024079 | 900.00 |
| Laszlo Bihari | Payment | 12/6/2016 | 00000000000024141 | 1,430.00 |
| Laszlo Bihari | Payment | 12/13/2016 | 00000000000024203 | 1,247.17 |
| Laszlo Bihari | Payment | 12/20/2016 | 00000000000024257 | 1,350.00 |

# PAYMENTS TO INSIDERS
## fbo RICHARD BIZZARO

| Recipient | Document | Date | Document No. | Amount |
|---|---|---|---|---|
| Laszlo Bihari | Payment | 12/28/2016 | 00000000000024327 | 1,060.86 |
| Laszlo Bihari | Payment | 1/5/2017 | 0000000000000466 | 923.55 |
| Laszlo Bihari | Payment | 1/11/2017 | 0000000000000496 | 1,393.01 |
| Laszlo Bihari | Payment | 1/18/2017 | 0000000000000504 | 900.00 |
| Laszlo Bihari | Payment | 1/24/2017 | 0000000000000540 | 1,083.13 |
| Laszlo Bihari | Payment | 1/31/2017 | 0000000000000559 | 927.18 |
| Laszlo Bihari | Payment | 2/8/2017 | 0000000000000593 | 1,340.00 |
| Laszlo Bihari | Payment | 2/15/2017 | 0000000000000619 | 1,006.10 |
| Laszlo Bihari | Payment | 2/22/2017 | 0000000000000647 | 1,085.06 |
| Laszlo Bihari | Payment | 2/28/2017 | 0000000000000764 | 1,191.90 |
| Laszlo Bihari | Payment | 3/7/2017 | 0000000000000985 | 1,403.94 |
| Laszlo Bihari | Payment | 3/15/2017 | 0000000000001012 | 932.84 |
| Laszlo Bihari | Payment | 3/22/2017 | 0000000000001036 | 900.00 |
| Laszlo Bihari | Payment | 3/28/2017 | 0000000000001073 | 1,069.64 |
| Laszlo Bihari | Payment | 4/4/2017 | 0000000000001123 | 1,790.00 |
| Laszlo Bihari | Payment | 4/17/2017 | 0000000000001211 | 1,702.88 |
| Laszlo Bihari | Payment | 4/18/2017 | 0000000000001241 | 909.98 |
| Laszlo Bihari | Payment | 4/28/2017 | 0000000000001318 | 1,008.00 |
| | | | **Total:** | **57,310.95** |

*NOTE:  All Payments are for caregiver services and any reimbursement of minimal expenses*

# PAYMENTS TO INSIDERS
## fbo RICHARD BIZZARO

**Payments made on behalf of Richard Bizzaro for caregivers from April 2016 to April 2017**

| Recipient | Date | Document No. | Amount |
|---|---|---|---|
| Gayos, Antonia | 6/22/2016 | ACH | 2,400.00 |
| Gayos, Antonia | 6/28/2016 | 00000000000022230 | 4,800.00 |
| Gayos, Antonia | 7/12/2016 | 00000000000022270 | 2,400.00 |
| Gayos, Antonia | 7/26/2016 | 00000000000022416 | 2,400.00 |
| Gayos, Antonia | 8/12/2016 | 00000000000022756 | 2,400.00 |
| Gayos, Antonia | 8/26/2016 | 00000000000023011 | 2,400.00 |
| Gayos, Antonia | 9/13/2016 | 00000000000023396 | 2,400.00 |
| Gayos, Antonia | 9/23/2016 | 00000000000023282 | 4,800.00 |
| Gayos, Antonia | 10/21/2016 | 00000000000023558 | 2,400.00 |
| Gayos, Antonia | 11/3/2016 | 00000000000023786 | 2,400.00 |
| Gayos, Antonia | 11/15/2016 | 00000000000023940 | 2,400.00 |
| Gayos, Antonia | 11/29/2016 | 00000000000024080 | 2,400.00 |
| Gayos, Antonia | 12/13/2016 | 00000000000024227 | 2,400.00 |
| Gayos, Antonia | 12/27/2016 | 00000000000024319 | 2,400.00 |
| Gayos, Antonia | 1/11/2017 | 0000000000000958 | 2,400.00 |
| Gayos, Antonia | 1/24/2017 | 0000000000001155 | 2,400.00 |
| Gayos, Antonia | 2/9/2017 | 0000000000000966 | 2,400.00 |
| Gayos, Antonia | 2/22/2017 | 0000000000001157 | 2,400.00 |
| Gayos, Antonia | 3/13/2017 | 0000000000001001 | 2,400.00 |
| Gayos, Antonia | 3/23/2017 | 0000000000001043 | 2,400.00 |
| Gayos, Antonia | 4/4/2017 | 0000000000001125 | 2,400.00 |
| Gayos, Antonia | 4/24/2017 | 00000000000001284 | 2,400.00 |
| | | **Total:** | **57,600.00** |

## PAYMENTS TO INSIDERS

### RICHARD BIZZARO, JR.

**Payments made in behalf of Richard Bizzaro for Ricky's Bizzaro's rent from April 2016 to April 2017**

| Recipient | Date | Purpose | Amount |
|---|---|---|---|
| Bizzaro Rick Jr | 11/1/2016 | Pc Rent 2016 | 1,250.00 |
| Bizzaro Rick Jr | 1/1/2017 | Jan Rent | 1,250.00 |
| Frankie Lynn Ford Revocable Trust | 2/3/2017 | Feb Rent | 1,250.00 |
| Frankie Lynn Ford Revocable Trust | 3/1/2017 | March Rent | 1,250.00 |
| Frankie Lynn Ford Revocable Trust | 4/1/2017 | April Rent | 1,250.00 |
| | | **Total:** | **6,250.00** |

*NOTE:  Rent paid to use apartment for monthly visits to Salt Lake City/Park City*

# PAYMENTS TO INSIDERS
## GORDON CUMMINS

| Recipient | Type | Date | Amount | Purpose |
|-----------|------|------|--------|---------|
| Cummins, Gordo | Payment | 1/31/2017 | 5,000.00 | Dividend |
| Cummins, Gordo | Payment | 1/21/2017 | 2,224.50 | Reimbursment |
| Cummins, Gordo | Payment | 10/3/2016 | 35,945.88 | Dividend |
| Cummins, Gordo | Invoice | 9/1/2016 | 543.31 | Reimbursment |
| Cummins, Gordo | Invoice | 9/1/2016 | 543.31 | Reimbursment |
| Cummins, Gordo | Invoice | 6/30/2016 | 100,060.00 | Sale of DVIP (Divi |
| Cummins, Gordo | Payment | 7/8/2016 | 1,200.00 | Dividend |
| Cummins, Gordo | Invoice | 6/29/2016 | 1,200.00 | Dividend |
| Cummins, Gordo | Invoice | 6/16/2016 | 1,200.00 | Dividend |
| Cummins, Gordo | Invoice | 6/1/2016 | 1,200.00 | Dividend |
| Cummins, Gordo | Invoice | 5/19/2016 | 1,200.00 | Dividend |
| Cummins, Gordo | Invoice | 5/5/2016 | 1,200.00 | Dividend |
| Cummins, Gordo | Invoice | 4/22/2016 | 1,200.00 | Dividend |
| Cummins, Gordo | Invoice | 4/8/2016 | 1,200.00 | Dividend |
| | | **TOTAL** | **153,917.00** | |

| | | |
|---|---|---|
| (12) payments of $801/month for Laurie Cummins' 2013 Escalade | 9,612.00 | |
| | **TOTAL** | **$163,529.00** |

## PAYMENTS TO INSIDERS
## GORDON CUMMINS

dend)

# PAYMENTS TO INSIDERS
## BARRON WILSON

| Recipient | Type | Date | Amount | Purpose |
|-----------|------|------|--------|---------|
| Barron Wilson, LLC | Payment | 5/3/2016 | 1,300.00 | Rent (Lewis Stages Building) |
| Barron Wilson, LLC | Payment | 6/2/2016 | 13,500.00 | Rent (Lewis Stages Building) |
| Barron Wilson, LLC | Payment | 7/5/2016 | 13,500.00 | Rent (Lewis Stages Building) |
| Barron Wilson, LLC | Invoice | 8/2/2016 | 13,500.00 | Rent (Lewis Stages Building) |
| Barron Wilson, LLC | Invoice | 9/6/2016 | 13,500.00 | Rent (Lewis Stages Building) |
| Barron Wilson, LLC | Invoice | 10/18/2016 | 3,000.00 | Rent (Lewis Stages Building) |
| Barron Wilson, LLC | Payment | 10/21/2016 | 10,500.00 | Rent (Lewis Stages Building) |
| Barron Wilson, LLC | Invoice | 11/9/2016 | 6,000.00 | Rent (Lewis Stages Building) |
| Barron Wilson, LLC | Invoice | 11/14/2016 | 7,500.00 | Rent (Lewis Stages Building) |
| Barron Wilson, LLC | Invoice | 12/5/2016 | 6,000.00 | Rent (Lewis Stages Building) |
| Barron Wilson, LLC | Invoice | 12/13/2016 | 7,500.00 | Rent (Lewis Stages Building) |
| Barron Wilson, LLC | Invoice | 1/1/2017 | 13,500.00 | Rent (Lewis Stages Building) |
| Barron Wilson, LLC | Invoice | 2/9/2017 | 13,500.00 | Rent (Lewis Stages Building) |
| Barron Wilson, LLC | Invoice | 2/15/2017 | 1,461.26 | Rent (Lewis Stages Building) |
| Barron Wilson, LLC | Invoice | 3/10/2017 | 13,500.00 | Rent (Lewis Stages Building) |
| | | **TOTAL** | **137,761.26** | |

*Note:  Barron Wilson, LLC is owned 51% by Richard Bizzaro and 49% by Gordon Cummings*

## PAYMENTS TO INSIDERS
## J.L. "LARRY" KILLINGSWORTH

| Recipient | Type | Date | Purpose | Amount |
|---|---|---|---|---|
| Kima Consulting LLC | Invoice | 4/17/2017 | CONSULTING 4/17.1 | 8,815.73 |
| Kima Consulting LLC | Invoice | 4/3/2017 | CONSULTING 4/17 | 8,815.73 |
| Kima Consulting LLC | Invoice | 3/20/2017 | CONSULTING 3/20 | 8,815.73 |
| Kima Consulting LLC | Invoice | 3/6/2017 | CONSULTING 25 | 8,815.73 |
| Kima Consulting LLC | Invoice | 2/20/2017 | CONSULTING 2/20/17 | 8,815.73 |
| Kima Consulting LLC | Invoice | 2/1/2017 | CONSULTING 01/30 | 8,815.73 |
| Killingsworth Larry Reimbursements | Invoice | 2/1/2017 | ANY HOUR SERVICE REIMB | 6,723.00 |
| Kima Consulting LLC | Invoice | 1/23/2017 | CONSULTING 01/16 | 8,815.73 |
| Kima Consulting LLC | Invoice | 1/9/2017 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 1/9/2017 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 12/26/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 12/12/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 11/28/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 11/14/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 10/31/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 10/17/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 10/3/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 9/19/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 9/19/2016 | DUMMY INV. 2 | 8,815.73 |
| Kima Consulting LLC | Invoice | 9/5/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 9/5/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 9/5/2016 | DUMMY INV. 1 | 8,815.73 |
| Kima Consulting LLC | Invoice | 8/22/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 8/8/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 7/25/2016 | CONSULTING 2016. | 8,815.73 |
| Kima Consulting LLC | Invoice | 7/11/2016 | CONSULTING 2016. | 8,815.73 |
| Kima Consulting LLC | Invoice | 6/27/2016 | CONSULTING 2016. | 8,815.73 |
| Kima Consulting LLC | Invoice | 6/13/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 6/1/2016 | LK EXPENSES 02/2016 | 5,211.47 |
| Kima Consulting LLC | Invoice | 5/30/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 5/26/2016 | ANA REIMB | 1,923.08 |
| Kima Consulting LLC | Invoice | 5/16/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 5/10/2016 | LK EXP REIMB 05/2016 | 108.96 |
| Kima Consulting LLC | Invoice | 5/2/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 5/2/2016 | EXP ADVANCE - MOVE TO PARK CITY | 10,000.00 |
| Kima Consulting LLC | Invoice | 5/1/2016 | EXP REIMB 01/2016.1 | 5,098.15 |
| Kima Consulting LLC | Invoice | 4/19/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 4/5/2016 | CONSULTING 2016 | 8,815.73 |
| Kima Consulting LLC | Invoice | 4/4/2016 | 2015 BONUS.1 | 15,000.00 |
| Kima Consulting LLC | Invoice | 4/1/2016 | COSTCO FOOD | 106.83 |
| | | | **SUBTOTAL** | **326,274.85** |
| | | | | |
| E.W. Hunt (home rental) | | 6/9/2016 | Rent | 4,000.00 |
| E.W. Hunt (home rental) | | 6/29/2016 | Rent | 7,000.00 |
| E.W. Hunt (home rental) | | 8/2/2016 | Rent | 3,500.00 |
| E.W. Hunt (home rental) | | 9/6/2016 | Rent | 3,500.00 |
| E.W. Hunt (home rental) | | 10/12/2016 | Rent | 3,500.00 |
| E.W. Hunt (home rental) | | 11/3/2016 | Rent | 3,500.00 |
| E.W. Hunt (home rental) | | 12/5/2016 | Rent | 3,500.00 |
| E.W. Hunt (home rental) | | 1/12/2017 | Rent | 3,500.00 |
| E.W. Hunt (home rental) | | 2/9/2017 | Rent | 3,500.00 |
| E.W. Hunt (home rental) | | 3/8/2017 | Rent | 3,500.00 |
| E.W. Hunt (home rental) | | 4/4/2017 | Rent | 3,500.00 |
| | | | **SUBTOTAL** | **42,500.00** |
| | | | | |
| (10) payments for 2012 Kia Sorento @ $429.72/mo | | | | 4,297.20 |
| (10) payments for 2014 Kia Sorento @ $571.00/mo | | | | 5,710.00 |
| | | | | **10,007.20** |

## PAYMENTS TO INSIDERS
## ANA BUDISIN

All Resort Group, Inc
Case Number:  17-23687
History of Income

| Recipient | Type | Date | Amount | Purpose |
|---|---|---|---|---|
| Budisin, Ana | Payment | 4/4/2017 | 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 3/22/2017 | 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 3/7/2017 | 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 2/22/2017 | 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 2/9/2017 | 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 1/24/2017 | 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 1/11/2017 | 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 1/11/2017 | 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 1/3/2017 | 4,220.43 | Reimbursment |
| Budisin, Ana | Payment | 12/27/2016 | 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 12/13/2016 | 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 11/29/2016 | 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 11/15/2016 | 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 11/1/2016 | 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 10/18/2016 | 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 10/10/2016 | 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 9/30/2016 | 7,911.50 | Consulting Fees |
| Budisin, Ana | Payment | 9/27/2016 | 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 9/6/2016 | 3,846.16 | Consulting Fees |
| Budisin, Ana | Payment | 8/9/2016 | 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 7/27/2016 | 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 7/15/2016 | 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 6/28/2016 | 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 6/16/2016 | 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 6/1/2016 | 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 5/19/2016 | 1,923.08 | Consulting Fees |
| Budisin, Ana | Payment | 5/3/2016 | 4,807.70 | Consulting Fees |
| | | **TOTAL** | **65,016.63** | |

## PAYMENTS TO INSIDERS
## GORDON LA HAYE

| Recipient | Method | Date | Amount | Purpose |
|---|---|---|---|---|
| Commercial Portfolio Advisors | Payment | 4/5/2017 | 5,200.00 | Consulting Fees |
| Commercial Portfolio Advisors | Payment | 3/22/2017 | 1,200.00 | Consulting Fees |
| Commercial Portfolio Advisors | Payment | 3/6/2017 | 1,200.00 | Consulting Fees |
| Commercial Portfolio Advisors | Payment | 2/24/2017 | 5,000.00 | Consulting Fees |
| Commercial Portfolio Advisors | Payment | 2/21/2017 | 1,200.00 | Consulting Fees |
| Commercial Portfolio Advisors | Payment | 2/14/2017 | 1,200.00 | Consulting Fees |
| Commercial Portfolio Advisors | Payment | 2/2/2017 | 3,806.25 | Consulting Fees |
| Commercial Portfolio Advisors | Payment | 1/26/2017 | 4,781.25 | Consulting Fees |
| Commercial Portfolio Advisors | Payment | 1/11/2017 | 6,168.75 | Consulting Fees |
| Commercial Portfolio Advisors | Payment | 12/19/2016 | 6,300.00 | Consulting Fees |
| Commercial Portfolio Advisors | Payment | 11/15/2016 | 6,562.50 | Consulting Fees |
| Commercial Portfolio Advisors | Payment | 11/1/2016 | 4,725.00 | Consulting Fees |
| LaHaye, Gordon | Payment | 9/19/2016 | 10.00 | reimbursments |
| LaHaye, Gordon | Payment | 9/7/2016 | 18.00 | reimbursments |
| LaHaye, Gordon | Payment | 8/2/2016 | 8.00 | reimbursments |
| LaHaye, Gordon | Payment | 3/8/2016 | 139.13 | reimbursments |
| | | **TOTAL** | **47,518.88** | |

## PAYMENTS TO INSIDERS
## DONNIE NOVELLE

| Recepient | Type | Date | Amount | Purpose |
|---|---|---|---|---|
| Novelle, Donnie | Payment | 3/17/2017 | 750.00 | Reimbursment |
| Novelle, Donnie | Payment | 11/9/2016 | 250.00 | Reimbursment |
| | | **TOTAL** | **1,000.00** | |

## PAYMENTS TO INSIDERS
## FRANK SUITTER

| Vendor Name | Type | Invoice Date | Amount | Purpose |
|---|---|---|---|---|
| Frank Suitter Law Office, PLLC | Invoice | 4/3/2017 | $ 5,000.00 | Board Fees |
| Frank Suitter Law Office, PLLC | Invoice | 3/1/2017 | $ 5,000.00 | Board Fees |
| Frank Suitter Law Office, PLLC | Invoice | 2/1/2017 | $ 5,000.00 | Board Fees |
| Frank Suitter Law Office, PLLC | Invoice | 1/3/2017 | $ 5,000.00 | Board Fees |
| Frank Suitter Law Office, PLLC | Invoice | 12/1/2016 | $ 5,000.00 | Board Fees |
| Frank Suitter Law Office, PLLC | Invoice | 11/4/2016 | $ 5,000.00 | Board Fees |
| Frank Suitter Law Office, PLLC | Invoice | 10/3/2016 | $ 5,000.00 | Board Fees |
| Frank Suitter Law Office, PLLC | Invoice | 9/1/2016 | $ 5,000.00 | Board Fees |
| | | | $ 40,000.00 | |

#Owner Payments 06.19.17 (3) - SOFA 4
Frank Suitter

**SOFA NO. 4**                6/19/2017 @ 7:43 PM

## PAYMENTS TO INSIDERS
## KAITY QUINLEY

| Recipient | Type | Date | Amount | Purpose |
|---|---|---|---|---|
| Quinley, Kaity | Payment | 3/7/2017 | 10,000.00 | Reimbursment |
| Quinley, Kaity | Payment | 1/17/2017 | 5,000.00 | Reimbursment |
| Quinley, Kaity | Payment | 12/7/2016 | 10,000.00 | Reimbursment |
| Quinley, Kaity | Payment | 9/23/2016 | 10,000.00 | Reimbursment |
| Quinley, Kaity | Payment | 9/13/2016 | 21.65 | Reimbursment |
| Quinley, Kaity | Payment | 9/13/2016 | 7.00 | Reimbursment |
| Quinley, Kaity | Payment | 9/13/2016 | 13.93 | Reimbursment |
| Quinley, Kaity | Payment | 9/13/2016 | 50.00 | Reimbursment |
| Quinley, Kaity | Payment | 9/13/2016 | 55.70 | Reimbursment |
| Quinley, Kaity | Payment | 8/11/2016 | 620.00 | Reimbursment |
| Quinley, Kaity | Payment | 5/13/2016 | 9,996.62 | Reimbursment |
| Quinley, Kaity | Payment | 4/18/2016 | 10,000.00 | Reimbursment |
| | | | **55,764.90** | |
| | | | | |
| (12) payments for 2014 Chevrolet Traverse @ $751.87/mo | | | 9,022.44 | Almost exclusively bus |
| | | **TOTAL** | **64,787.34** | |

**PAYMENTS TO INSIDERS**
**KAITY QUINLEY**

siness use

## PAYMENTS TO INSIDERS 365 DAYS PRE-FILING
## SALARIES
## (TOTALS)

| Employee Name | Years | Quarters | Pay Date | Data | |
|---|---|---|---|---|---|
| | | | | Sum of Gross Pay | Sum of E_BON - Bonus |
| Bizzaro, Richard | 2016 | | | 390555.9 | 0 |
| | 2017 | | | 206066.72 | 0 |
| Budisin, Ana | 2017 | | | 3461.53 | 0 |
| Cummins, Gordon | 2016 | | | 138461.4 | 0 |
| | 2017 | | | 73076.86 | 0 |
| Cummins, Laurie | 2016 | | | 17356.32 | 0 |
| | 2017 | | | 9642.4 | 0 |
| Killingsworth, Larry | 2017 | | | 7115.38 | 0 |
| Lahaye, Gordon | 2016 | | | 8853.9 | 0 |
| | 2017 | | | 93.78 | 0 |
| Quinley, Kaitlin | 2016 | | | 32846.23 | 0 |
| | 2017 | | | 41384.67 | 500 |
| Grand Total | | | | 928915.09 | 500 |

**PAYMENTS TO INSIDERS**
**SALARIES**
**(BY YEAR)**

| Employee Name | Years | Quarters | Pay Date | Data | |
|---|---|---|---|---|---|
| | | | | Sum of Gross Pay | Sum of E_BON - Bonus |
| Bizzaro, Richard | 2016 | Qtr2 | Apr | 21697.55 | 0 |
| | | | May | 43395.1 | 0 |
| | | | Jun | 43395.1 | 0 |
| | | Qtr3 | Jul | 43395.1 | 0 |
| | | | Aug | 43395.1 | 0 |
| | | | Sep | 65092.65 | 0 |
| | | Qtr4 | Oct | 43395.1 | 0 |
| | | | Nov | 43395.1 | 0 |
| | | | Dec | 43395.1 | 0 |
| | 2017 | Qtr1 | Jan | 43335.1 | 0 |
| | | | Feb | 43395.1 | 0 |
| | | | Mar | 65092.65 | 0 |
| | | Qtr2 | Apr | 21697.55 | 0 |
| | | | May | 32546.32 | 0 |
| Budisin, Ana | 2017 | Qtr2 | May | 3461.53 | 0 |
| Cummins, Gordon | 2016 | Qtr2 | Apr | 7692.3 | 0 |
| | | | May | 15384.6 | 0 |
| | | | Jun | 15384.6 | 0 |
| | | Qtr3 | Jul | 15384.6 | 0 |
| | | | Aug | 15384.6 | 0 |
| | | | Sep | 23076.9 | 0 |
| | | Qtr4 | Oct | 15384.6 | 0 |
| | | | Nov | 15384.6 | 0 |
| | | | Dec | 15384.6 | 0 |
| | 2017 | Qtr1 | Jan | 15384.6 | 0 |
| | | | Feb | 15384.6 | 0 |
| | | | Mar | 23076.9 | 0 |
| | | Qtr2 | Apr | 7692.3 | 0 |
| | | | May | 11538.46 | 0 |
| Cummins, Laurie | 2016 | Qtr2 | Apr | 964.24 | 0 |
| | | | May | 1928.48 | 0 |
| | | | Jun | 1928.48 | 0 |
| | | Qtr3 | Jul | 1928.48 | 0 |
| | | | Aug | 1928.48 | 0 |
| | | | Sep | 2892.72 | 0 |
| | | Qtr4 | Oct | 1928.48 | 0 |
| | | | Nov | 1928.48 | 0 |
| | | | Dec | 1928.48 | 0 |
| | 2017 | Qtr1 | Jan | 1928.48 | 0 |
| | | | Feb | 1928.48 | 0 |
| | | | Mar | 2892.72 | 0 |
| | | Qtr2 | Apr | 1928.48 | 0 |
| | | | May | 964.24 | 0 |
| Killingsworth, Larry | 2017 | Qtr2 | May | 7115.38 | 0 |
| Lahaye, Gordon | 2016 | Qtr2 | Apr | 299.35 | 0 |
| | | | May | 272.64 | 0 |
| | | | Jun | 1572.11 | 0 |
| | | Qtr3 | Jul | 1542.61 | 0 |
| | | | Aug | 2011.6 | 0 |
| | | | Sep | 2306.46 | 0 |
| | | Qtr4 | Oct | 849.13 | 0 |
| | 2017 | Qtr1 | Jan | 93.78 | 0 |
| Quinley, Kaitlin | 2016 | Qtr3 | Sep | 10915.41 | 0 |
| | | Qtr4 | Oct | 7276.94 | 0 |
| | | | Nov | 7376.94 | 0 |
| | | | Dec | 7276.94 | 0 |
| | 2017 | Qtr1 | Jan | 7276.94 | 0 |
| | | | Feb | 7276.94 | 0 |
| | | | Mar | 12984.63 | 500 |
| | | Qtr2 | Apr | 8846.16 | 0 |
| | | | May | 5000 | 0 |
| Grand Total | | | | 928915.09 | 500 |

# PAYMENTS TO INSIDERS
## SALARIES
## (DETAILS)

| Employee Name | Pay Date | Gross Pay | Regular Earning | OT Earnings | Net Pay | E_BON - Bonus |
|---|---|---|---|---|---|---|
| Bizzaro, Richard | 04/28/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 05/12/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 05/26/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 06/09/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 06/23/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 07/07/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 07/21/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 08/04/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 08/18/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 09/01/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 09/15/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 09/29/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 10/13/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 10/27/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 11/10/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 11/23/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 12/08/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 12/22/2016 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 01/05/2017 | 21,637.55 | 21,637.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 01/19/2017 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 02/02/2017 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 02/16/2017 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 03/02/2017 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 03/16/2017 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 03/30/2017 | 21,697.55 | 21,697.55 | 0.00 | 14,992.66 | 0.00 |
| Bizzaro, Richard | 04/13/2017 | 21,697.55 | 21,697.55 | 0.00 | 0.00 | 0.00 |
| Bizzaro, Richard | 05/11/2017 | 16,273.16 | 16,273.16 | 0.00 | 11,790.19 | 0.00 |
| Bizzaro, Richard | 05/11/2017 | 16,273.16 | 16,273.16 | 0.00 | 0.00 | 0.00 |
| Budisin, Ana | 05/11/2017 | 3,461.53 | 3,461.53 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 04/28/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 05/12/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 05/26/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 06/09/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 06/23/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 07/07/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 07/21/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 08/04/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 08/18/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 09/01/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 09/15/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 09/29/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 10/13/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 10/27/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 11/10/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 11/23/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 12/08/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 12/22/2016 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 01/05/2017 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 01/19/2017 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 02/02/2017 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 02/16/2017 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 03/02/2017 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |

## PAYMENTS TO INSIDERS
## SALARIES
## (DETAILS)

| | | | | | | |
|---|---|---|---|---|---|---|
| Cummins, Gordon | 03/16/2017 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 03/30/2017 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 04/13/2017 | 7,692.30 | 7,692.30 | 0.00 | 0.00 | 0.00 |
| Cummins, Gordon | 05/11/2017 | 5,769.23 | 5,769.23 | 0.00 | 4,202.78 | 0.00 |
| Cummins, Gordon | 05/11/2017 | 5,769.23 | 5,769.23 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 04/28/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 05/12/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 05/26/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 06/09/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 06/23/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 07/07/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 07/21/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 08/04/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 08/18/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 09/01/2016 | 0.00 | 0.00 | 0.00 | 148.80 | 0.00 |
| Cummins, Laurie | 09/01/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 09/15/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 09/29/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 10/13/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 10/27/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 11/10/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 11/23/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 12/08/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 12/22/2016 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 01/05/2017 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 01/19/2017 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 02/02/2017 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 02/16/2017 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 03/02/2017 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 03/16/2017 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 03/30/2017 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 04/13/2017 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 04/27/2017 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Cummins, Laurie | 05/11/2017 | 964.24 | 964.24 | 0.00 | 0.00 | 0.00 |
| Killingsworth, Larry | 05/11/2017 | 7,115.38 | 7,115.38 | 0.00 | 0.00 | 0.00 |
| Lahaye, Gordon | 04/28/2016 | 299.35 | 161.60 | 0.00 | 0.00 | 0.00 |
| Lahaye, Gordon | 05/12/2016 | 272.64 | 101.84 | 0.00 | 0.00 | 0.00 |
| Lahaye, Gordon | 06/09/2016 | 244.53 | 135.44 | 0.00 | 0.00 | 0.00 |
| Lahaye, Gordon | 06/23/2016 | 1,327.58 | 501.04 | 123.24 | 0.00 | 0.00 |
| Lahaye, Gordon | 07/07/2016 | 615.40 | 315.20 | 0.00 | 0.00 | 0.00 |
| Lahaye, Gordon | 07/21/2016 | 885.21 | 427.20 | 11.04 | 0.00 | 0.00 |
| Lahaye, Gordon | 07/21/2016 | 42.00 | 42.00 | 0.00 | 0.00 | 0.00 |
| Lahaye, Gordon | 08/04/2016 | 1,108.75 | 629.20 | 35.40 | 0.00 | 0.00 |
| Lahaye, Gordon | 08/18/2016 | 857.35 | 459.84 | 0.00 | 0.00 | 0.00 |
| Lahaye, Gordon | 08/18/2016 | 45.50 | 45.50 | 0.00 | 0.00 | 0.00 |
| Lahaye, Gordon | 09/01/2016 | 658.89 | 391.04 | 0.00 | 0.00 | 0.00 |
| Lahaye, Gordon | 09/15/2016 | 541.66 | 334.56 | 0.00 | 0.00 | 0.00 |
| Lahaye, Gordon | 09/29/2016 | 1,105.91 | 628.16 | 10.56 | 0.00 | 0.00 |
| Lahaye, Gordon | 10/13/2016 | 849.13 | 467.84 | 44.04 | 0.00 | 0.00 |
| Lahaye, Gordon | 01/19/2017 | 93.78 | 73.78 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 09/01/2016 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 09/15/2016 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 09/29/2016 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |

## PAYMENTS TO INSIDERS
## SALARIES
## (DETAILS)

| | | | | | | |
|---|---|---|---|---|---|---|
| Quinley, Kaitlin | 10/13/2016 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 10/27/2016 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 11/10/2016 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 11/23/2016 | 3,738.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 12/08/2016 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 12/22/2016 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 01/05/2017 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 01/19/2017 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 02/02/2017 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 02/16/2017 | 3,638.47 | 3,638.47 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 03/02/2017 | 4,138.47 | 3,638.47 | 0.00 | 0.00 | 500.00 |
| Quinley, Kaitlin | 03/16/2017 | 4,423.08 | 4,423.08 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 03/30/2017 | 4,423.08 | 4,423.08 | 0.00 | 2,931.35 | 0.00 |
| Quinley, Kaitlin | 04/13/2017 | 4,423.08 | 4,423.08 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 04/27/2017 | 4,423.08 | 4,423.08 | 0.00 | 0.00 | 0.00 |
| Quinley, Kaitlin | 05/11/2017 | 5,000.00 | 5,000.00 | 0.00 | 0.00 | 0.00 |

## LITIGATION SUMMARY

| Plaintiff(s) | Defendant(s) | Case No. | Court | Status | Debtor's Counsel | Opposing Counsel | Notice Filed? |
|---|---|---|---|---|---|---|---|
| **American Express Travel Related Services Company, Inc.** | All Resort Group, Inc., dba All Resort Group, Inc., dba All Resort Express | Index No. 561882/2016 | Supreme Court of the State of New York; County of New York | $97,419.23 settlement amount; $15,000.00 unpaid | Matthew W. Starley 37 W 1070 S Ste 102 St. George, UT 84770 mws@starleylaw.com | Michael J. Hoefs Jaffe & Asher LLP 600 Third Ave New York, NY 10016 MHOEFS@Jaffeandasher.com | emailed 6/1/17 mailed to court 6/___/17 |
| **Jeffrey Brueningsen**, Aldis Barsketis, Steve Simchen, Richard Sorensen, Thomas H. Steed, Jr., Joe Metcalfe, and Michael Power, on behalf of themselves and other similarly situated | Resort Express, Inc. | Case No. 2:12-cv-00843-DN | United States District Court for the District of Utah, Central Division | Recovery of minimum wage claims (proposed settlement of $22,027.06 for wages plus $30,000) | Scott A. Hagen Liesel B. Stevens Ray Quinney & Nebeker PC | Steve K. Gordon Jarom B. Bangerter Wrona Gordon & Dubois, PC 1745 Sidewinder Dr Park City, UT 84060 | yes (Hagen) |
| **Jeffrey Brueningsen**, Aldis Barsketis, Steve Simchen, Richard Sorensen, Thomas H. Steed, Jr., Joe Metcalfe, and Michael Power, on behalf of themselves and other similarly situated | Resort Express, Inc. | Case No. 16-4198 | United States Court of Appeals for the Tenth Circuit | Appeal of _____ | Scott A. Hagen Liesel B. Stevens Ray Quinney & Nebeker PC | Steve K. Gordon Jarom B. Bangerter Wrona Gordon & Dubois, PC 1745 Sidewinder Dr Park City, UT 84060 | yes (Hagen) |

LITIGATION SUMMARY

| Plaintiff(s) | Defendant(s) | Case No. | Court | Status | Debtor's Counsel | Opposing Counsel | Notice Filed? |
|---|---|---|---|---|---|---|---|
| **Delores Darrow** | United Park City Mines Company, Empire Pass Master Owners Association, and Does I-V and Roes Corporations VI-X, Inclusive; Empire Pass Master owners Association v. Park City Transportation, Inc. | Case No. 160500409 | Third District Court of Summit County, Silver Summit Department, State of Utah | Suit for indemnification for slip-and-fall accident; Third-party Complaint served May ___, 2017 | None | Zachary Peter Lowe<br>Eric W. Hinckley<br>Jedediah J. Strong<br>Lowe Law Group<br>6028 S Ridgeline Dr Ste 200<br>Ogden, UT 84405<br>pete@lowelawgroup.com<br>eric@lowelawgroup.com<br>jed@lowelawgroup.com<br>*(attorneys for plaintiff)*<br><br>Byron G. Martin<br>Strong & Hanni<br>102 S 200 E Ste 800<br>Salt Lake City, UT 84111<br>bmartin@strongandhanni.com<br>atrumbo@strongandhanni.com<br>*(attorneys for United Park City Mines)*<br><br>John H. Romney<br>Plant, Christensen & Kanell<br>136 E South Temple Ste 1700<br>Salt Lake City, UT 84111<br>jromney@pckutah.com<br>*(attorneys for Empire Pass)* | emailed 6/1/17<br>ECF 6/1/17 |
| **Fleetmatics** | ? | ? | ? | Not certain if case has been filed | ? | ? | ? |
| **James River Insurance Company** | All Resort Coach, Inc., dba Lewis Stages | 2:17-CV-00105-EJF | United States District Court for the District of Utah | Breach of contract ($423,094 for unpaid insurance premiums, plus costs and attorneys' fees) | Gifford W. Price<br>Mackey Price<br>57 W 200 S Ste 350<br>Salt Lake City, UT 84101<br>gprice@mackeyprice.com<br>801.575.5000 | Christopher B. Snow<br>Aaron D. Lebenta<br>Clyde Snow & Sessions<br>201 S Main St, 13th Fl<br>Salt Lake City, UT 84111-2216<br>cbs@clydesnow.com<br>adl@clydesnow.com | emailed 6/1/17;<br>ECF 6/1/17 |

**LITIGATION SUMMARY**

| Plaintiff(s) | Defendant(s) | Case No. | Court | Status | Debtor's Counsel | Opposing Counsel | Notice Filed? |
|---|---|---|---|---|---|---|---|
| **Noe Beristain-Aquino; Maria Viridiana Aparicio-Rios; Juana Rios-Gonzalez, individually; Juana Rios-Gonzalez, as mother and natural guardian of Alexander Aparicio** | Lugene Vaughn; All Resort Coach, Inc., Does I through X, and Roe Corporaitons I through X | A-17-755828-C | District Court Clark County, Nevada | Negligence (vehicle accident 9/27/15) | None | Ralph E. Porter Ralph Porter & Associates, P.C. 525 S Ninth St Las Vegas, NV 89101 702.384.5800 | |
| **Park City Transportation, Inc.** | Park City Limousines, L.C., Utah Transportation Group, L.C., and Sessel Sagorin | 2:1-cv-00024-PMW | United States District Court for the District of Utah | Trademark infringement (case dismissed by plaintiff); defendant's motion for attorneys' fees pending | Charles L. Roberts Wasatch-IP 2825 E Cottonwood Pkwy Ste 500 Salt Lake City, UT 84121 801.292.5300 | Steven Rinehart 110 S Regent St Ste 200 Salt Lake City, UT 84111 801.347.5173 steve@uspatentlaw.us | |
| **Garet Paskett** | All Resort Coach, Inc., dba Lewis Stages | _____ | United States District Court for the District of Utah | Complaint for retailiation, discrimination, lost wages, and interference in vioation of the Family and Medical leave Act, 29 U.S.C. § 2601, *et seq.* | None | Austin B. Egan Stavros Law P.C. 11693 S 700 E Ste 200 Draper, UT 84020 austin@stavroslaw.com 801.758.7604 | emailed 6/5/17 |
| **Redlee/SCS, Inc.** | All Resort Group, Inc. and Lewis Stages | CC-17-01133-A | County Court of Dallas County, Texas | $12,251 for breach of contract; complaint seeks interest and legal fees | None | Kimberly A. Lucas Mathis Lucas LLP 8226 Douglas Ave Ste 450 Dallas, TX 75225 kim@mathislucas.com 214.706.7600 | mailed 6/5/17 |
| **Robin Salazar** | All Resort Coach, inc., dba Lewis Stages | Case No. 2:14-CV-863 | United States District Court for the District of Utah | Case settled for $88,000; $66,000 still owing | Maralyn M. English Snow Christensen & Martineau 10 Exchange Place Salt Lake City, UT 84111 801.322.9173 mme@scmlaw.com | Jaqualin Friend Peterson PO Box 1143 Kamas, UT 84036 Jacqualin.f.peterson@gmail.com | emailed 6/1/17; ECF 6/1/17 |

**LITIGATION SUMMARY**

| Plaintiff(s) | Defendant(s) | Case No. | Court | Status | Debtor's Counsel | Opposing Counsel | Notice Filed? |
|---|---|---|---|---|---|---|---|
| **Viable LLC** | All Resort Group, Inc. | Case No. 178200020 | Small Claims Court Summit County Justice Court, Summit County, State of Utah | Small Claims Judgment for $10,265.00 (no interest); post-petition judgment void. (Website development company that under performed) | None | Joseph E. Wrona Wrona DuBois Law Firm 1745 Sidewinder Dr Park City, UT 84060 wrona@wdlawfirm.com | emailed 6/1/17; ECF: 6/1/17 |