Elizabeth R. Loveridge, (6025)
David R. Williams, (6686)
Reid W. Lambert (5744)
WOODBURY & KESLER, P.C.
525 East 100 South, Suite 300
P.O. Box 3358
Salt Lake City, UT  84110-3358
Telephone :  (801) 364-1100
Facsimile: (801) 359-2320
eloveridge@wklawpc.com
dwilliams@wklawpc.com
rlambert@wklawpc.com
Attorneys for David L. Miller, Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In re: | |
|---|---|
| | Case No.  17-23687 |
| ALL RESORT GROUP, INC., *et al.* | Chapter 7 |
| | Hon. R. Kimball Mosier |
| Debtor. | |

## MOTION FOR ORDER APPROVING AUCTION SALE OF PERSONAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS UNDER 11 U.S.C. § 363, and NOTICE OF INTENT TO ABANDON AND DISPOSE OF CERTAIN PROPERTY AND RECORDS OF THE DEBTOR

David L. Miller, interim Chapter 7 Trustee, (the "Trustee") moves this Court for

an order approving the auction sale of all personal property of the Debtor, including

tangible and intangible property and motor vehicles.  The Trustee further gives notice of

his intent to abandon and dispose of certain personal property Debtor, and to pay for the

disposal of such property as an administrative expense of the estate.  The particulars of

the relief sought are set forth below.

**RELIEF SOUGHT**

The Trustee seeks court approval to dispose of substantially all of the personal property of the estate as follows:

1. **Park City Auction Sale.** The Trustee seeks approval to sell all tangible personal property of the Debtor--including but not limited to furniture, fixtures, equipment, supplies, and inventory-- located at the Debtor's former business premises at 1500 Kearns Blvd., Park City, Utah 84060. A summary of the tangible personal property subject to the sale is attached hereto as **Exhibit A**. The sale will be conducted by auction at the Park City premises at 10:00 a.m. on October 24, 2017, with previews at the same location the day before from 10:00 a.m. to 4:00 p.m.

2. **Salt Lake City Auction Sale.** The Trustee seeks approval to sell all of the motor vehicles of the Debtor and all other tangible personal property--including but not limited to furniture, fixtures, equipment, supplies, and inventory--located at the Debtor's former business premises at 549 West 500 South, Salt Lake City, Utah 84101. A schedule of the rolling stock vehicles subject to the sale is attached hereto as **Exhibit B**, and a summary of the tangible personal property subject to the sale is attached hereto as **Exhibit C.** The sale will be conducted by auction at the Salt Lake City premises at 10:00 a.m. on November 4, 2017, with previews at the same location the day before from 10:00 a.m. to 4:00 p.m.

3. **Las Vegas Auction Sale.** The Trustee seeks approval to sell all of the rolling stock of the Debtor and all other tangible personal property of the Debtor--

including  but not limited to furniture, fixtures, equipment, supplies, and inventory--

located at the Debtor's former business premises at 4740 South Valley View Blvd., Las

Vegas, Nevada  89103.  A schedule of the vehicles subject to the sale is attached hereto

as **Exhibit D,** and a summary of the tangible personal property subject to the sale is

attached hereto as **Exhibit E.**  The sale will be conducted by auction at the Las Vegas

premises at 10:00 a.m. on November 4, 2017, with previews at the same location the day

before from 10:00 a.m. to 4:00 p.m.

      4.      **<u>Inclusion of Encumbered Vehicles in Sales</u>.**  The Trustee seeks approval

to include in the Salt Lake City auction sale or the Las Vegas auction sale certain vehicles

that are subject to liens, security interests, or other third party interests, with the consent

of the creditor or interest holder.  A schedule of these vehicles, identifying the creditor,

location, and nature of the interest, is attached as **Exhibit F.**  The Trustee further seeks

approval to pay the proceeds of sales of vehicles set forth on Exhibit F, first to pay in full

the amount of the secured claim arising from the lien, security interest, or other third-

party interest, and thereafter to pay the Trustee for the benefit of the bankruptcy estate.

      5.      **<u>Auction Sale of Intangible Personal Property</u>.**  The Trustee seeks

approval to sell all of the intangible personal property of the Debtor, consisting of trade

names, trademarks, dba names, goodwill, websites, domain names, customer lists, URLs,

licenses, leases, contracts and other intangibles at an auction sale to be conducted by the

Trustee.  A schedule of the intangible personal property subject to the sale is attached

hereto as **Exhibit G.**  The Trustee seeks approval of bid procedures to conduct this

Auction Sale, which bid procedures are set forth in the attached **Exhibit H**. The sale is to be conducted by the Trustee or his representatives at the Park City premises at 10:00 a.m. on Monday, October 23, 2017.

6.      **Abandonment and Destruction of Personal Property.**  The Trustee seeks approval of his notice of intent to abandon personal property of the Debtor and for approval to pay any administrative expense incurred in disposing of such property.  The property to be abandoned consists of property that the Trustee, in his discretion and business judgment, determines to be of inconsequential value to the estate or to be burdensome to the estate, including but not limited to (a) business materials of the Debtor rendered obsolete by the conversion of the case to Chapter 7, such as promotional materials, flyers, advertisements, records, policies, manuals, operational documents, and other papers; (b) office supplies, miscellaneous personal or business items with inconsequential value left behind from the Debtor's operations; (c) other personal property deemed by the Trustee or E&O to have no value in an auction sale; and (d) property offered but not sold at auction, or which is unclaimed.

## FACTS

1.      All Resort Group filed a petition for bankruptcy under Chapter 11 on April 28, 2017.

2.      On Thursday, September 14, 2017, the Court granted the Debtor's Motion to Convert the Case to a case under Chapter 7, and on the same day, David L. Miller was appointed as interim trustee.

3.      Upon his appointment, the Trustee engaged the court-appointed auctioneer, E&O, to secure the tangible personal property and rolling stock of the Debtor at its business premises in Park City and Salt Lake City, Utah.

4.      Upon his appointment, the Trustee also engaged William M. Holland, to secure the tangible personal property and rolling stock of the Debtor at its business premises in Las Vegas, Nevada.

5.      The Trustee has conducted substantial investigation to identify, recover, and secure buses, shuttle buses, limousines, personal vehicles, service vehicles and other vehicles of the Debtor, which are now located at the Salt Lake City and Las Vegas premises.  The Trustee has worked with former employees of the Debtor, inspected title documents held by the Debtor and conducted searches of records of the Utah Department of Motor Vehicles to identify those vehicles owned by the Debtor which are not subject to any security interest or other encumbrance.  As to the other tangible personal property, the Trustee has conducted interviews with former employees of the Debtor, inspected the property, conducted searches of Uniform Commercial Code filings for the State of Utah, and addressed the matter with counsel for Access Business Finance, LLC, which holds a blanket security interest in all personal property.

6.      Based on the Trustee's investigation, the Trustee has identified substantial tangible personal property and motor vehicles which are property of the estate and are subject to use, sale or lease by the Trustee under 11 U.S.C. § 363.  The tangible personal property and motor vehicles are identified in the following categories.

(a)     The attached **Exhibit A** is a summary of the tangible personal property located at the Park City business premises.  It is subject to a blanket security interest in favor of Access, but Access has consented to the sale.

(b)     The attached **Exhibit B** is an inventory of the vehicles located at the Salt Lake City business premises.  These vehicles are titled in the Debtor's name and are free of any encumbrance.

(c)     The attached **Exhibit C** is a summary of the tangible personal property located at the Salt Lake City business premises.  It is subject to a blanket security interest in favor of Access, but Access has consented to the sale.

(d)     The attached **Exhibit "D"** is an inventory of the vehicles located at the Las Vegas business premises.  These vehicles are titled in the Debtor's name and are free of any encumbrance.

(e)     The attached **Exhibit "E"** is a summary of the tangible personal property located at the Las Vegas business premises.  It is subject to a blanket security interest in favor of Access, but Access has consented to the sale.

(f)     The attached **Exhibit "F"** is a summary of vehicles  which are subject to liens, security interests, or other third-party interests, but which are to be included in the sale.  For each, the location of the vehicle and the third-party interest holder are identified in the schedule.  In each case, the third-party interest holder has consented to the sale of the vehicle in the auction sale at the location where the vehicle is located.  The terms of sale for any vehicle set forth on **Exhibit "F"** are set forth below.

7.      The Trustee notes that his investigation concerning the tangible personal property and vehicles of the Debtor is continuing, and reserves the right to amend the above Exhibits to add or remove items prior to the hearing.  The intent is that subject to the Trustee's discretion to withhold items in his business judgment, all tangible personal property and vehicles will be sold.

8.      The Trustee proposes to sell the tangible personal property and vehicles by an "Auction Sale," as defined below.  With respect to the Auction Sale, the following definitions will apply.

(a)      The term "Auction Sale" means the sale of the property by open bidding under the direction of the Trustee, to be conducted by the court-appointed auctioneer, E&O, consistent with its ordinary auction procedures.  The property shall be sold in lots as determined by the Trustee or his agent in his discretion.  The Auction Sale will not be subject to reserve minimum bid requirements, except where designated by the Trustee, his agent, or a secured creditor in their discretion.

(b)      The term "Net Proceeds" shall mean the proceeds of the Auction Sale less any commission, expenses, or other charges of the auctioneer.

(c)      The Trustee's "Expenses of Sale" means the expenses actually incurred by the Trustee, including attorneys fees, in identifying, marshaling, and preserving the property to be sold, in obtaining court approval of the sale, in addressing issues relating to liens, interests, or encumbrances of the property, in paying claims for storage of the property (including any administrative claim of the landlord), and in

carrying out all other work that is necessary and reasonable in connection with the

auction sale.

9.      The tangible personal property and motor vehicles sold at the Auction Sale

will be sold free and clear of all liens and interests, with liens and interests to attach to the

Net Proceeds of the sale received by the Trustee.  With respect to the property set forth

**Exhibits A, C, E,** and **F**, the property may be sold free and clear of liens pursuant to 11

U.S.C. § 363 (f)(2), because the secured party or other interest holder has consented.

With respect to the property set forth on **Exhibits B and D**, the property is unencumbered

property of the Debtor, and is not subject to any lien, security interest, or other third-party

interest.

10.      The tangible personal property and motor vehicles will be sold as is,

where is, if is, with no warranties or guarantees of any kind, including warranties  as to

condition or fitness for a particular purpose.

11.      To assure that the highest and best price is obtained, this motion and

notice of the Auction Sale and notice of destruction of records will be provided to all

parties-in-interest as set forth on the mailing matrix.  The Trustee has also accumulated a

substantial list of entities known to have expressed interest in the property to be sold, and

notice will be provided to these persons as well.  In addition, E&O is conducting its own

marketing efforts, consistent with its ordinary practices, and will make particular efforts

to publicize the Auction Sale to parties likely to have interest in assets of the type to be

sold.  E&O has also engaged, with the Trustee's consent, Clint Guth, managing director

of Chelax Industries, LLC., to assist in all aspects of the Auction Sale, including

marketing to potential bidders.  Clint Guth has specialized expertise in the transportation

business, particularly with respect to the type of vehicles to be included in the sale, and

will assist E&O in identifying and marketing the Auction Sale to potential bidders.  He

will be compensated by E&O from its ordinary fee earned in connection with the Auction

Sale, and will receive no separate compensation from the Trustee or the bankruptcy

estate.

12.    At the Auction Sale, the auctioneer may require qualification of bidders,

deposits, or other rules for bidding consistent with its ordinary practices and the Trustee's

business judgment.  Successful bidders must pay the full bid price of each item within 24

hours of their successful bid by cashier's check or other certified funds acceptable to the

trustee or his agent.  Successful bidders must remove all personal property or motor

vehicles purchased at the Auction Sale within 48 hours after the Auction sale.

13.    The Net Proceeds of each Auction Sale will be paid as follows:

(a)    On unencumbered property, including the vehicles on **Exhibits B**

and **D**, the Net Proceeds will be paid to the Trustee for the benefit of the bankruptcy

estate.

(b)    For encumbered vehicles set forth on **Exhibit F**, the Net Proceeds

will be used first to pay the secured claim of the interest holder in the amount indicated

on **Exhibit F**, after which the remainder will be paid to the Trustee for the benefit of the

bankruptcy estate.

(c)      For the tangible personal property covered by the Access blanket security interest, the full Net Proceeds of the sale will be paid to the Trustee, but will be held in the Trustee's account subject to the Access blanket security interest until that security interest is discharged, satisfied or resolved by the court.  The Trustee notes that Access currently holds a primary interest in several factored accounts, and has a security interest in the accounts receivable as well.  To the extent that Access is unable to obtain full satisfaction of its secured claim from these sources, the Trustee may pay the Net Proceeds of the sale to Access up to the amount necessary to satisfy Access' secured claim in full.

14.      The Trustee also seeks approval to sell the intangible property of the Debtor set forth on **Exhibit G.**  The auction sale of intangible property is to be conducted by the Trustee pursuant to the bid procedures attached hereto as **Exhibit H**.  In connection with that sale, the following shall apply:

(a)      There shall be no commission on the sale, which shall be conducted by the Trustee or his representatives.

(b)      The intangibles shall be sold "as is," "where is," "if is," without warranties of any kind, including warranties as to title, condition, or fitness for a particular purpose.

(c)      The intangibles are subject to the blanket security interest of Access, who has consented to the sale.  The proceeds of the auction sale of intangible

property shall be paid to the Trustee and held subject to the Access security interest as described in paragraph 13 (c), above.

15.    Based on the investigation directed by the Trustee, the Trustee does not believe that there are any further liens, security interests or other third-party interests in the property to be sold other than those described in this motion.

16.    In the Trustee's business judgment, the sales described above are in the best interest of the bankruptcy estate and creditors for the following reasons.

(a)    An expeditious sale on site is essential to preserve the value of the tangible personal property and motor vehicles.  Moving the equipment would be prohibitively expensive and prolonged storage of the facility at the business premises would require an assumption of the leases and the payment of substantial administrative fees for past and future rents.

(b)    The Auction Sale will be the most effective method of obtaining the best price possible for the tangible personal property and motor vehicles to be sold. The Trustee believes and has been advised that because of the amount of property to be sold and the methods of marketing the Auction Sale described above, the Auction Sale will likely draw substantial numbers of potential bidders which will increase the chance of a successful auction.

(c)    An expeditious disposition of the intangible assets is necessary because the passage of time would diminish the value of such assets.  The Trustee

understands that a significant part of the value of such assets would be lost if potential

buyers are not able to make use of the assets in the up-coming winter travel season.

(d)      All parties holding security interests, liens, or other third-party

interests in the property to be sold have consented to the Auction Sale.

(d)      An expeditious disposition of the property is essential because: (1)

Utah residents and persons outside of Utah are greatly affected by the loss of

transportation services so soon before the impending ski season; (2) the Trustee has no

practical way to insure or otherwise protect the property from loss for an extended period

of time; and (3) its value diminishes with the passage of time.

17.      With respect to the Trustee's notice of abandonment, each of the Debtor's

former business premises is burdened by substantial business materials, papers, records,

miscellaneous personal property, and trash that have no value to the estate and are

burdensome to administration.  Abandonment and disposal of such items will allow the

Trustee better to carry out the sales described above, to work with landlords to avoid

undue administrative expenses, and to expeditiously vacate the former business premises.

The Trustee seeks approval to pay as an administrative expense the reasonable expenses

incurred in disposing of such property.

## LEGAL BASIS FOR THE MOTION

18.      The Court has jurisdiction under 28 U.S.C. § 1334; venue is proper under

28 U.S.C. § 157(b)(2)(A) through (O).

19.      This motion is brought under 11 U.S.C. § 363.

20.    Section 363 allows "the trustee, after notice and a hearing,[to] use, sell or lease other than in the ordinary course of business property of the estate . . ." 11 U.S.C. § 363 (b)(1). "A trustee must show (a) a sound business reason exists to sell the property; (b) adequate and reasonable notice including a full disclosure of the sales terms has been given to parties in interest; (c) the sales price is fair and reasonable; and (d) the buyer is acting in good faith." *In re Med. Software Solutions* 286 B.R. 431, 439–40 (Bankr. D. Utah 2002).

21.    The proposed Auction Sale and the proposed auction of intangible personal property is a sound and prudent exercise of the Trustee's business judgment designed to preserve the value of the personal property and motor vehicles by selling them quickly and avoiding further damage to the greater community and the costs of storing and protecting the property.  The sales are the most expeditious means by which the Trustee can accomplish the sale of the property to be auctioned, and based upon initial expressions of interest and the Trustee's discussions with E&O, Clint Guth, and many other parties the Trustee believes that the sales will attract numerous bidders and yield the best prices possible under the circumstances.

22.    For the property to be sold that is subject to liens, security interests or other third-party interests as set forth above, Section 363(f) permits the Trustee to sell property "free and clear of any interest in such property" if a creditor holding a lien or interest consents.  11 U.S.C. § 363(f)(2).   The Trustee has secured the consent of Access and the creditors reflected on Exhibit F to the sale on the terms set forth herein.

23.     As to the Trustee's notice of intent to abandon property, 11 U.S.C. § 554

(a) provides that "[a]fter notice and a hearing, the trustee may abandon any property of

the estate that is burdensome to the estate or that is of inconsequential value and benefit

to the estate."  The property sought to be abandoned has no value to the estate, and its

removal and destruction or other disposition will allow the Trustee to prepare for the

sales described in this Motion and expeditiously vacate the business premises, thus

decreasing administrative costs that may be owed for use of the business premises.

WHEREFORE, the Trustee requests that the Court grant the Motion and award

the relief sought as described above.  In order to permit the various sales to proceed as

scheduled, the Trustee also requests that the Court waive the 14-day stay period provided

for by Fed. R. Bankr. P. 6004.

DATED  this 28th day of September, 2017.

**WOODBURY & KESLER, P.C.**

_____/s/_____
Reid W. Lambert
Attorney for David L. Miller,
Interim Chapter 7 Trustee

## CERTIFICATE OF SERVICE—BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I certify that on September 28, 2017, I electronically filed the forgoing **MOTION FOR ORDER APPROVING AUCTION SALE OF PERSONAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS UNDER 11 U.S.C. § 363 and ABANDONMENT OF CERTAIN PROPERTY** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system.  I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

- Brett N. Anderson     bretta@blackburn-stoll.com
- Troy J. Aramburu     taramburu@swlaw.com, nharward@swlaw.com;docket_slc@swlaw.com
- Megan K Baker     baker.megan@dorsey.com, long.candy@dorsey.com
- Matthew M. Boley     mboley@cohnekinghorn.com, jhasty@cohnekinghorn.com
- Deborah Rae Chandler     dchandler@joneswaldo.com
- Joseph M.R. Covey     calendar@parrbrown.com
- T. Edward Cundick     tec@princeyeates.com, docket@princeyeates.com;pam@princeyeates.com
- Anna W. Drake     annadrake@att.net, r51122@notify.bestcase.com
- George B. Hofmann     ghofmann@cohnekinghorn.com, dhaney@cohnekinghorn.com;jthorsen@cohnekinghorn.com
- Mary Margaret Hunt     hunt.peggy@dorsey.com, long.candy@dorsey.com
- Annette W. Jarvis     jarvis.annette@dorsey.com, long.candy@dorsey.com
- Bradley C. Johnson     bcjohnson@slco.org, PPodwys@slco.org
- Penrod W. Keith     pkeith@djplaw.com, khughes@djplaw.com
- Peter J. Kuhn tr     Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Reid W. Lambert     rwlambert@wklawpc.com, kmacrae@wklawpc.com
- Elizabeth R. Loveridge     eloveridge@wklawpc.com, rchristensen@wklawpc.com;eloveridge@ecf.epiqsystems.com
- Adelaide Maudsley     amaudsley@kmclaw.com, tslaughter@kmclaw.com
- Steven J. McCardell     smccardell@djplaw.com, khughes@djplaw.com
- Mark S. Middlemas     LundbergECFmail@Lundbergfirm.com, ecfmaildistgroup@lundbergfirm.com
- David L. Miller tr     davidlmillerpc@msn.com, ut09@ecfcbis.com;dlm@trustesolutions.net

- Sherilyn A. Olsen    solsen@hollandhart.com,
  slclitdocket@hollandhart.com;intaketeam@hollandhart.com;cfries@hollandhart.c
  om
- Ellen E Ostrow    eeostrow@hollandhart.com,
  mkthurgood@hollandhart.com;intaketeam@hollandhart.com
- George W. Pratt    gpratt@joneswaldo.com
- Gifford W. Price    gprice@mackeyprice.com
- Jeffrey Weston Shields    jshields@joneswaldo.com,
  5962725420@filings.docketbird.com;ymahoney@joneswaldo.com
- Jeremy C. Sink    jsink@mbt-law.com
- Jeff D. Tuttle    jtuttle@swlaw.com,
  jpollard@swlaw.com;docket_slc@swlaw.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- David R. Williams    dwilliams@wklawpc.com, kmacrae@wklawpc.com

_____/s/_____
Kasey MacRae

## <u>CERTIFICATE OF SERVICE—MAIL, OTHER</u>

I certify that on September 28, 2017, I caused to be served a true and correct copy of the foregoing **MOTION FOR ORDER APPROVING AUCTION SALE OF PERSONAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS UNDER 11 U.S.C. § 363 and ABANDONMENT OF CERTAIN PROPERTY** as follows:

**Mail Service—by regular first class United States mail, postage fully pre-paid, addressed to:**

Bus Solutions Holdings, LLC, dba Bus Solutions, LLC
900 Ranch Road
Copper Canyon, TX 76226

Eide Bailly LLP
Attn: Ted L. Hill
5 Triad Center Ste 600
Salt Lake City, UT 84180-1106

GlassRatner Advisory & Capital Group, LLC
2355 E Camelback Road Ste 830
Phoenix, AZ 85016

GlassRatner Advisory & Capital Group, LLC
35 E 100 S Ste 1609
Salt Lake City, UT 84111

Brian Parkinson
1534 North 300 West
Sunset City, UT 84015

John H. Romney
Plant Christensen & Kanell
136 East South Temple #1700
Salt Lake City, UT 84111

Alexander N. Wright
ASHEN FAULKNER
217 N. Jefferson St.
Suite 601
Chicago, IL 60661

_____/s/_____
Kasey MacRae

## EXHIBIT A

**INVENTORY OF PERSONAL PROPERTY**
**All Resort Group, Inc.**
**Park City, Utah**

| | DESCRIPTION |
|---|---|
| 1 | Miscellaneous Cubicles: Single & Multiple Station |
| 2 | Tables & Desks |
| 3 | File Cabinets |
| 4 | Office Chairs |
| 5 | End Tables |
| 6 | Computers, Monitors & Keyboards |
| 7 | Flatscreen TV's |
| 8 | Computer Servers & Computers |
| 9 | Computer Racking |
| 10 | White Boards |
| 11 | Waste Baskets |
| 12 | Misc. Olympic Pictures |
| 13 | Mini Fridges |
| 14 | Drink & Candy Machine |
| 15 | Car Seats |
| 16 | Bike Racks |
| 17 | Round Tables & Chairs |
| 18 | Coat Racks |
| 19 | Sofas |
| 20 | Occasional Chairs |
| 21 | Cork Boards |
| 22 | Printer, Copy, Fax Machines |
| 23 | Misc. office Supplies |
| 24 | Wall Art |
| 25 | Paper Products |
| 26 | Telephones & Phone System |
| 27 | File Cabinets |
| 28 | Lamps |
| 29 | (2) Safes |
| 30 | Time Clocks |



## <u>EXHIBIT B</u>

**Unencumbered Vehicles
In Salt Lake City Yard**

|    | ARG # | Type | VIN | Plate |
|----|-------|------|-----|-------|
| 1  | 704 | 2002 Vanhool bus Model: C2045L | YE2CC23B122045345 | A012361 |
| 2  | 328 | 2000 MCI Bus | 1M8TRMPA0YP061023 | A013240 |
| 3  | 432 | 1999 motor coach industry model 102 | IM8TRMPA0Xp060808 | A022065 |
| 4  | 326 | 99 Motor coach industries inc mod 102-el3 | IM8TRMPA4YP060974 | A017876 |
| 5  | 648 or 1101 | 2001 Gillig | 15GGB221511072147 | |
| 6  | 650 or 1103 | Gillig g22b102n4 | 15GGB221911072149 | |
| 7  | 925 | Ford E450 Super Duty | 1FDXE45P56DA40424 | A004813 |
| 8  | 13Mk1 | 2013 Lincoln MKT | 2LMHJ5NK0DBL59120 | D231SK |
| 9  | 926 | 2011 Freightliner | 4UZACPDT3BCAX8443 | Z010600 |
| 10 | 13Mk2 | 2013 Lincoln MKT | 2LMHJ5NK2DBL59121 | E982BB |
| 11 | 320 | 2000 MCI | 1M8TRMPA9YP060985 | A013239 |
| 12 | 222 | 1999 el dorado national co. | 1N9TDAC60VC084267 | A011455 |
| 13 | 330 | 1999 MCI 102EL3 | 1M8TRMPA9YP061053 | A017874 |
| 14 | 604 | 2001 Vanhool | YE2CC23B912045303 | A017880 |
| 15 | 212 | 1998 El Dorado intl. Transmark Bus | 1N9TDAC87WC084138 | A003119 |
| 16 | 516 | 2015 MCI J4500 | 2MG3JMBA8FW067250 | A017820 |
| 17 | 913 | 2002 Ford | 1FBSS31S53HA45434 | B270GS |
| 18 |     | 2009 Cadillac Escalade Hybrid | 1GYFK43529R135826 | A109UX |

| 19 | | 2011 Ford Flex | 2FMHK6DT4BBD20844 | B232UE |
|----|----|----|----|----|
| 20 | | 2012 KIA Sorento | 5XYKUDA29DG332751 | Y23 6NY |
| 21 | 927 | 2010 Ford E-450 | 1FDFE4FS5ADA12789 | Z020620 |
| 22 | 520 | 2011 MCI J4500 | 2MG3JMHA6BW065899 | |
| 23 | | Mitsubishi Forklift MODEL: FG25N | AF17D01810 | |

| | ARG # | Type | VIN | Plate |
|----|----|----|----|----|
| 24 | 649 | 2001 Gillig Low Floor | 15GGB221711072148 | 39665EX |
| 25 | 16V04 | Ford transit 350 Xlt | 1FBZX2YG6GKA22085 | W703BA |
| 26 | Empire | Ford E-350 Super duty | 1FDWE3FSXGDC19181 | E007XF |
| 27 | Empire | Ford E350 Super Duty | 1FDWE3FS8GDC36206 | E037TR |
| 28 | 4LV1 | Ford E350 XLT | 1FDSS31L24HA30424 | B377BA |
| 29 | 11SU1 | 2011 Chevy Suburban | 1GNSKJE31BR300809 | C822RZ |
| 30 | 106 | Ford e350 | 1FDWE3FS9BDA73560 | C980CA |
| 31 | 44 | Ford F-350 service truck | 1FTSF31F9XEA64532 | C859AE |
| 32 | 67 | Ford F-150 | 1FTRF14W86NA95493 | D503UT |
| 33 | 16C05 | 2016 Cadillac Escalade | 16YS4HKJ6GR364912 | E633NB |
| 34 | 107 | FORD E350 | 1FDWE3FS0BDA73561 | C981CA |
| 35 | 262 | 1999 bluebird | 1BAGBCSA4XFO88505 | A016150 |
| 36 | 338 | 2003 MCI j4500 | 2M93JMPA23W062282 | Z019191 |
| 37 | 182 | 2000 Thomas Built Buses | SFD182AL6XGW14413 | 151160 |
| 38 | 99 | 1999 chevy C6500 tow truck | 1GBJ6H1C9XJ103291 | A012158 |

## EXHIBIT C

**INVENTORY OF PERSONAL PROPERTY**
**All Resort Group, Inc.**
**Salt Lake City, Utah**

| | DESCRIPTION |
|---|---|
| 1 | Cubicles w/ Attached Desks |
| 2 | Tables |
| 3 | File Cabinets |
| 4 | Computers & Monitors/Keyboards |
| 5 | Flat Screen TV |
| 6 | Tables |
| 7 | Misc. Office & Occasional Chairs |
| 8 | White Boards |
| 9 | Lockers |
| 10 | Time Clock |
| 11 | Conference Table & Chairs |
| 12 | Chalkboards |
| 13 | File Cabinets |
| 14 | Servers |
| 15 | Printers |
| 16 | Wall Art |
| 17 | Fridge |
| 18 | Microwave |
| 19 | Sofa |
| 20 | Loveseat |
| 21 | Misc. Tables & End Tables |
| | **Shop Area** |
| 22 | Tooling |
| 23 | New & Used Tires |
| 24 | A/C Machine |
| 25 | Misc. Tools |
| 26 | Steam Cleaner |
| 27 | Servers Rows of Miscellaneous Bus Parts: Filters, Hoses, Hardware, Gaskets, Filters, Brake Pads, Hydraulic Hoses, etc. |
| 28 | Lifts |

| 29 | Transmission Lift |
| 30 | Bus Jacks |
| 31 | Hoses |
| 32 | Totes w/ Lubricants |
| 33 | Car Lift |
| 34 | Tanks |
| 35 | Used Recovery Oil Tanks |
| 36 | Fresh Oil Tanks |
| 37 | Shelving |
| 38 | Racking |
| 39 | Compressor |
| 40 | Welders |
| 41 | Acetylene Torch Set |
| 42 | Phone System |



430 West 300 North
Salt Lake City, Utah 84103
(801) 355-6655
www.salesandauction.com

## EXHIBIT D

### Unencumbered Vehicles in
### Las Vegas Yard

|    | ARG #       | Description                         | VIN              | Plate                 |
|----|-------------|-------------------------------------|------------------|-----------------------|
| 51 | 923 or 924  | 3200 DT466 International Bus         | 1HVBTAANX7H358972| No License Plate      |
| 52 | 440         | H3-41 Prevost Bus                   | 2PCH3341911014192| No License Plate      |
| 53 | 924 or 923  | 2007 International Bus - Krystal Shuttle | IHVBTAAN67H426295 | Z023876 Utah       |
| 54 | 476         | MCI Bus  Model 4500                 | 2M93JMDA46W063619| Z027602               |
| 55 | 460         | MCI Bus White Model Unknown         | 2M93JMDA17W064373| A016136 Utah          |
| 56 | 468         | MCI Bus Model J4500                 | 2MG3JMEA49W065379| A002397               |
| 57 | 462         | MCI Bus Model J4500                 | 2M93JMDA37W064374| A022066 Utah          |
| 58 |             | Ford F150 Pick Up                   | 1FTRF14W75NA11825| D513UT Utah           |

|    | ARG #   | Type                          | VIN              | Plate                 |
|----|---------|-------------------------------|------------------|-----------------------|
| 59 | None    | BCA Bus Model BCA45           | 4B9000JC1FZ4B9005| No License Plate      |
| 60 | 2235    | VanHool Celebrity Party Bus   | YE2TC77B7X2029746| No License Plate      |
| 61 | 2273    | VanHool Bus Celebrity Party Bus | YE2TC74B4T2028505 | No License Plate   |
| 62 | None    | BCA Bus Model BCA45           | 4B90G0DC7GZ003008| No License Plate      |
| 63 | 472     | MCI Bus Model J4500           | 2M93JMDA46W063524| A012174 Utah          |
| 64 | None    | BCA Bus Model BCA45           | 4B9000JCXFZ4B9004| No License Plate      |
| 65 | None    | Ford F150                     | 1FTRF14W75NA11825| D513UT Utah           |

## EXHIBIT C

**INVENTORY OF PERSONAL PROPERTY**
**All Resort Group, Inc.**
**Las Vegas, Nevada**

| | DESCRIPTION |
|---|---|
| 1 | Desks & Credenzas |
| 2 | Chairs |
| 3 | Round Tables |
| 4 | Square Tables |
| 5 | Office Chairs |
| 6 | Occasional Chairs |
| 7 | Business Machines |
| 8 | Copiers |
| 9 | Printers |
| 10 | Fax Machines |
| 11 | Monitors & Computers |
| 12 | Servers |
| 13 | File Cabinets |
| 14 | Double Door Fridge |
| 15 | Microwave Oven |
| 16 | Sofa |
| 17 | Loveseat |
| 18 | Black Upholstered Bench |
| 19 | Flat-Screen TV |
| 20 | Time Clocks |
| 21 | Forklift Propane |
| 22 | Racking |
| 23 | Shelving |
| 24 | Transmission Lift/Jack |
| 25 | Hydraulic Jack |
| 26 | Totes w/ Oil & Used Oil |
| 27 | Barrels |
| 28 | Hoses for Lube & Oil |
| 29 | Large Portable Cooling Machine |
| 30 | Used Oil Container |
| 31 | (2) 45' Connex Boxes |



| 32 | Assortment of Misc. Bus Repair Parts |
|----|--------------------------------------|
| 33 | Ingersol Rand Compressor |
| 34 | Landa Portable Steam Cleaner |
| 35 | (4) Hydraulic Ari Hetra Lifts |
| 36 | Car/Bus Lift |
| 37 | Tooling |
| 38 | Tires (New & Used) |
| 39 | Jacks |
| 40 | Lincoln Power MIg Welder |
| 41 | Torch Tanks & Leads |
| 42 | Propane Tanks |
| 43 | A/C Machine |
| 44 | BBQ Grill |
| 45 | Shop Vac |
| 46 | Fridge |
| 47 | Mini Fridge |
| 48 | Coffee Maker |
| 49 | Table & Chairs |
| 50 | Loveseat |
| 51 | Lockers |
| 52 | Commercial Paint Pump |



Erkelens & Olson Auctioneers & Appraisers

430 West 300 North
Salt Lake City, Utah 84103
(801) 355-6655
www.salesandauction.com



# EXHIBIT F

## ENCUMBERED VEHICLES
## TO BE INCLUDED IN AUCTION

| ARG # | Description | VIN # | Secured party | Nature of interest | Amount of Claim | Location |
|---|---|---|---|---|---|---|
| 508 | MCI J4500 | 2M93JMHA30645788W | BMO Trans. Finance | Security Interest | $10,168.58 as of 9/20/17 | |

**EXHIBIT G – INTANGIBLE PERSONAL PROPERTY**

**All resort (general)**

- Allresort.biz; Allresort.co; Allresort.com; Allresort.net; Allresort.org; Allresort.us
- Allresortgroup.com
- SSL: reservations.allresort.com

**Car transportation (Utah)**

- xpressforlessut.com
- xpress4lessut.co;
- Express4lessut.com
- xpress4lessutah.com

**Car transportation (general)**

- Allresortcarrental.com
- Allresortexpress.biz; Allresortexpress.net; Allresortexpress.org; Allresortexpress.us
- Allresortlimo.biz; Allresortlimo.co; Allresortlimo.com; Allresortlimo.net; Allresortlimo.org; Allresortlimo.us
- Allresortlimousine.biz; Allresortlimousine.co; Allresortlimousine.com; Allresortlimousine.net; Allresortlimousine.org; Allresortlimousine.us
- SSL: reservations.allresortlimo.com

**Car transportation (general II)**

- xpressforless.com
- premier-transportation.com

**Car transportation (Park City)**

- Parkcitylimousine.co
- Parkcitytaxi.co
- Parkcitytransportation.biz; Parkcitytransportation.co; Parkcitytransportation.com;

**Car transportation (Salt Lake City)**

- Slcgroundtransportation.co

**Tour (Wendover)**

- Wendoverfuntours.com

**Lewis**

- Lewiscarraiges.com
- Lewisstages.com
- Lewisstageslasvegas.com
- Lewistours.com; lewistours.net

**Car transportation (Las Vegas)**

- Allresortlimolasvegas.com
- Allresortlimousinelasvegas.com

**All resort (Las Vegas)**

- Allresortlasvegas.com
- Allresortlv.com

**Car service/repair (Las Vegas)**

- Lvvehicleservice.com
- Lvvservice.com
- Vegasvehicleservice.com

**DBA LIST:**
dba All Resort Coach, Inc.
dba ARG Vehicle Service Center, LLC
dba LV Service Center
dba Park City Transportation, Inc.
dba Resort Express, Inc.
dba 645-TAXI
dba A R E
dba ACE Cab Company
dba Airport Shuttle Salt Lake
dba Airport Transportation Park City
dba All Resort Car Rental
dba All Resort Express
dba All Resort Group
dba All Resort Limousine
dba All Resort Transportation
dba All Resorts Shuttle
dba Canyon Limousine Express
dba Curtis Services
dba Daytrips
dba ESG Transportation
dba Express Shuttle Transportation
dba Le Taxi
dba Lewis Stages
dba Lewis Tours
dba LV Service Center
dba Mountain Coach
dba P C Transportation
dba Park City Airport Shuttle
dba Park City Cabs and Shuttles
dba Park City Car Rental

dba Park City Escalade
dba Park City Executive Transportation
dba Park City Express Shuttle
dba Park City Reservations
dba Park City Shuttles
dba Park City Taxi
dba Park City Transport
dba Park City Transportation
dba Park City Transportation Elite Services
dba Park City Transportation Experts
dba Park City Transportation Express
dba Park City Transportation Services Express
dba Park City Transportation Services Shuttle
dba Park City Transportation Ski Express Shuttle
dba Park City Transportation Taxi
dba PCT Charter Services
dba Premier Transportation
dba Redhorse Express
dba Resort Limousine Utah
dba Salt Lake Airport Shuttle
dba Salt Lake City Airport Shuttle
dba Salt Lake City Airport Transportation
dba Salt Lake City Utah Airport Transportation
dba Salt Lake City Transportation
dba Salt Lake Express Shuttle
dba Salt Lake Park City Shuttle
dba Salt Lake Shuttle Express
dba Ski Express Shuttle
dba Snowbird Express
dba Sunrise Transportation and Taxi
dba Sunrise Transportation Services
dba SuperShuttle of Utah
dba Utah Airport Transportation
dba Utah Limousine Service
dba Xpress 4 Less Car Rental
dba Xpress 4 Less Taxi
fdba Xpress 4 Less
fka All Resort Taxi, Inc.
fka Newco Transportation, Inc.

| OWNER | Mark | Filing Date Serial No: | Goods/Services (Class) | Reg. No. Reg. Date |
|---|---|---|---|---|
| All Resort Coach, Inc. |  | 3/30/2011 85281508 | 039:  Transportation of passengers by bus, tour guide services | 4045209 10/25/2011 |
| All Resort Coach, Inc. | LEWIS TOURS | 3/31/2011 85282972 | 039: Tour Guide Services | 4134231 5/1/2012 |
| All Resort Coach, Inc. | LEWIS STAGES | 3/25/2011 85276748 | 039: Transportation of passengers by bus | 4134209 5/1/2012 |
| All Resort Coach, Inc. | LEWIS TOURS | 3/25/2011 85276781 | 039: Transportation of passengers by bus | 4137784 5/8/2012 |
| All Resort Group, Inc. | XPRESS 4 LESS | 6/9/2011 85342366 | 039: Transportation of passengers by limousine, shuttle, car and taxi services, not by air, sea or rail | 4151904 5/29/2012 Supp. Reg. |
| All Resort Group, Inc. | XPRESS 4 LESS | 8/3/2011 85388716 | 039: Transportation of passengers by bus, not by air, sea or rail | 4151940 5/29/2012 Supp. Reg. |
| All Resort Coach, Inc. | A CENTURY OF SERVICE | 07/30/2013 86023278 | 039: Transportation of passengers and passengers' luggage | 4540546 05/27/2014 |
| Park City Transportation, Inc. | PARK CITY TRANSPORTATION | 2/3/2010 77927459 | 039: Ground transportation services, namely, transportation of passengers by van, automobile, bus, limousine | 3906660 01/18/2011 |
| All Resort Group, Inc. | WE MOVE PEOPLE | 3/9/2015 86558457 | 039: Transportation of passengers and passengers' luggage | 4864619 12/01/2015 |
| | | | | |